## IN THE UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. STEPHANIE WAGGEL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No.: 1:16-cv-01412-CKK |
| v. ) | Hon. Colleen Kollar-Kotelly |
| ) | |
| GEORGE WASHINGTON UNIVERSITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of the motion of Defendant George Washington University for summary judgment as to all claims herein, the statement of material facts not in genuine dispute, the memorandum of points and authorities in support thereof, any opposition thereto, and the entire record herein, it is, by the Court, hereby

**ORDERED**, that said motion be, and the same hereby is, **GRANTED**, and it is further

**ORDERED**, that this action be, and the same hereby is, **DISMISSED WITH PREJUDICE** in its entirety.

SO ORDERED

Dated:_____          _____
                                          Colleen Kollar-Kotelly
                                          United States District Judge

cc:
Jason H. Ehrenberg, Esq.
Peter K. Tompa, Esq.
Nicholas S. McConnell, Esq.

3684224v.1