**Lisa A. Catapano, MD, PhD**
**CURRICULUM VITAE**

## 1) Personal Data

Lisa Anne Catapano, MD, PhD
7600 Cabin Road
Cabin John, MD 20818
301-229-3519

Office telephone: (202) 741-2886
Fax number: (202) 741-2891
Email: lcatapano@mfa.gwu.edu

July 25, 1970 (New York, NY)
USA

## 2) Education

Bachelor of Arts (BA); Physics
Dartmouth College (Hanover, NH) – June 1992

Doctor of Medicine (MD)
Harvard Medical School/ Massachusetts Institute of Technology
        Health Sciences and Technology Program (Boston, MA) – June 2003

Doctor of Philosophy (PhD); Neurobiology
Harvard Medical School (Boston, MA) – June 2003
Thesis: "Stage-Specific Control of Neocortical Callosal Projection Neuron
        Survival and Differentiation," Jeffrey D. Macklis, M.D., advisor

Resident; General Psychiatry PGY1 – PGY3
George Washington University (Washington, DC) – July 2003 – June 2006

Resident; General Psychiatry PGY4
National Institute of Mental Health (Bethesda, MD) – July 2006 – June 2007

Clinical Fellow; Clinical Research
National Institute of Mental Health (Bethesda, MD) – July 2007 – February 2009

Master Educator Program
Association for Academic Psychiatry – October 2013 – October 2015

## 3) Employment

Research Intern, Department of Energy's Science and Engineering Research
Semester, Nuclear Physics Laboratory of Thomas Claytor, PhD

Los Alamos National Laboratory, March 1990 – June 1990

Research Fellow, National Science Foundation's Undergraduate Research Program, Computational Biology Laboratory of Thomas Marr, PhD
Cold Spring Harbor Laboratory, June 1991 – August 1991

Research Assistant and Database Curator, Computational Biology Laboratory of Thomas Marr, PhD
Cold Spring Harbor Laboratory, September 1992 – August 1994

Clinical Instructor, Department of Psychiatry and Behavioral Sciences
GWU Medical Faculty Associates, May 2009 – October 2009

Assistant Professor, Department of Psychiatry and Behavioral Sciences
GWU Medical Faculty Associates, October 2009 – March 2011

Associate Director of Residency Training, Department of Psychiatry and Behavioral Sciences
GWU Medical Faculty Associates, March 2011 – November 2012

Director of Residency Training, Department of Psychiatry and Behavioral Sciences
GWU Medical Faculty Associates, November 2012 – July 2016

Associate Professor, Department of Psychiatry and Behavioral Sciences
GWU Medical Faculty Associates, May 2014 – current

## 4) Professional Registrations, Licenses, Certifications

District of Columbia   MD035181            Issued: 10/08/04

Diplomate, American Board of Psychiatry and Neurology (#60265) – Sept 2009

## 5) Societies and Honors

*magna cum laude* in Physics
Dartmouth College, June 1992

Dartmouth Community Services Exemplary Achievement Award
Dartmouth College, June 1992

Dartmouth Tucker Honor Society for "enhancing the moral and spiritual life of the community"
Dartmouth College, June 1992

GWU 004080

Member, Society for Neuroscience
1996 – 2001

Howard Hughes Medical Institute Predoctoral Fellowship in Biological
Sciences
Harvard Medical School, 1997-2001

American Academy of Achievement honor student
Harvard Medical School, 2000

Medical Scientist Training Program grant
Harvard Medical School, 2001-2003

Member, American Psychiatric Association
2003 – current

Member, Washington Psychiatric Society
2003 – current

NIMH Outstanding Resident Award
National Institute of Mental Health, Bethesda, MD, 2005

Alpha Omega Alpha Medical Honor Society
George Washington University, 2006

Laughlin Fellow of the American College of Psychiatrists
2005-2007

APA/GlaxoSmithKline Fellowship for leadership
American Psychiatric Association, 2005-2007

APA Research Colloquium for Junior Investigators awardee
American Psychiatric Association, 2008

Member, Postpartum Support International
2009 – current

Member, RESOLVE: The National Infertility Association
2009 – current

Member, North American Society for Psychosocial OB/GYN (NASPOG)
2010 – current

Member, Marce Society
2010 – current

GWU 004081

Member, Women's Reproductive Mental Health Consortium
2011 – current

Member, Association for Academic Psychiatry
2012 – current

Elected member, American College of Psychiatrists
2013 – current

## 6) Administrative Duties & University Activities

### a)  Departmental

Interviewer for Psychiatry Residency applicants, 2010 – 2011

Clinical Skills Verification (CSV) Examiner, 2010

PGY1 Resident Mentor, 2010 – 2012

Co-founder and co-director of Five Trimesters reproductive psychiatry clinic, with Dr. Julia Frank, 2011 – current

Associate Program Director for Psychiatry Residency, March 2011 - Nov 2012

Program Director for Psychiatry Residency, Nov 2012 – July 2016

### b)  SMHS/University

Member, GME Appeals Committee, reviewed and rendered verdict on resident's appeal of termination, 2011

Member, Graduate Medical Education Committee, 2012-2016

Chair, GME Internal Review Committee, Neurology Residency Program Internal Review, 2013

Member, Program Evaluation Committee, Department of Psychiatry, 2014-current

Member, Core Competency Committee, Department of Psychiatry, 2014-current

## 7) Educational Achievements

### a)  Courses Taught

GWU 004082

2/14/2017                    The George Washington University Mail - Protected Time for Didactics

 **THE GEORGE WASHINGTON UNIVERSITY** WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## Protected Time for Didactics
1 message

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                    Tue, Jul 21, 2015 at 9:05 AM
To: Carrie Lewis <cel2116@gmail.com>, John Tarim <john.tarim@med.einstein.yu.edu>, Lisa Adler <ladler10@gmail.com>, Monika Karazja <karazja@hotmail.com>, "sethro123@gmail.com" <sethro123@gmail.com>, Stephanie Waggel <swaggel@gwmail.gwu.edu>, TJ Price <tj.g.price@gmail.com>, Bruce Shaver <tbshaver@gwu.edu>, Gathi Abraham <gabraham@gwu.edu>, Karen Wooten <kwooten@gwu.edu>, Linda Ojo <lojo@gwmail.gwu.edu>, Ross Goodwin <rgoodwin@gwu.edu>, Sally He <she517@gmail.com>, Stefani Reinold <stefani.reinold@gmail.com>, Stephanie Cho <stephanie_cho@gwu.edu>, "Darlinda K. Minor" <dkminor@email.gwu.edu>, Fatima Noorani <fnoorani@gwu.edu>, Jason Emejuru <jemejuru@gwu.edu>, Lynsey Tamborello <lpt@gwu.edu>, Nicole Nguyen <nicolephuong@gwu.edu>, Pooja Lakshmin <plakshmin@gmail.com>, Rushi Vyas <rhvyas@gwu.edu>
Cc: Lori Kels <lkels@mfa.gwu.edu>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>

Hi all,

I thought this would be a good time to review our policy on Thursday didactics, and, specifically, expectations regarding attendance. Please see below, and let me know if you have any questions.

**Protected Didactic Time**

In our Psychiatry Residency, we protect one full day per week for all PGYIIs, IIIs, and IVs to be excused from clinical duties in order to participate in program didactics and Grand Rounds. This is more protected educational time than most psychiatry residency programs dedicate for their residents. This comes at the cost of clinical coverage for our sites, and relies on the volunteer efforts of full-time and part-time faculty.

**Didactic days:**

PGYII, III and IV residents are required to be available for didactics, Grand Rounds, or program-related meetings (including class meetings, RTC, Journal Club, and M&Ms) every Thursday from 8:00am to 5:30pm. Residents may not schedule patients or supervision during this time. Personal time off or medical appointments scheduled on Thursdays are treated as vacation or sick time off, respectively, and require the same process of alerting attending/instructors and administration as required on any other day of the week. Even if there are not seminars on the calendar, residents are expected to be available for late-scheduled educational or administrative meetings on these days.

**Exceptions to the above:**

-Once the PGYIIs begin psychodynamic psychotherapy cases and supervision in December/January, PGYII didactics will end at 2:00. Residents may schedule their patients and/or supervision on Thursdays after 2:00, in order to minimize the need to leave clinical sites early on other days of the week.

-In the 2015-2016 academic year, no PGYIV didactics will be scheduled before Grand Rounds, out of consideration for the PGYIV resident at Fairfax. PGYIV residents at GW are expected to attend Grand Rounds, but may use the time before that for whatever clinical or educational purpose they feel is appropriate.

**Attendance:**

Residents are expected to be present for all didactics unless they are sick, post-call, or on vacation. The ACGME requires that residents participate in at least 70% of all didactics, meaning if a resident attends less than 70% of the classes in a particular seminar, they can be required to repeat the seminar (which could delay graduation). In our

 **DR. CATAPANO DECLARATION EXHIBIT #2**

program we believe the standard should be higher than 70% attendance, and any resident with enough absences to significantly interfere with their learning may be asked to repeat a course.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

### GEORGE WASHINGTON UNIVERSITY
### SCHOOL OF MEDICINE AND HEALTH SCIENCES

### RESIDENT PHYSICIAN AGREEMENT

THIS RESIDENT PHYSICIAN AGREEMENT ("Agreement") is entered into by and between **Dr. Stephanie Waggel** ("Resident Physician") and George Washington University on behalf of its School of Medicine and Health Sciences ("SMHS") on this July 1, 2014 ("Effective Date").

**WHEREAS**, SMHS is an internationally recognized academic medical school that trains physicians, scientists, and allied health professionals through programs of didactic and practical education that meet high academic standards, conducts basic and clinical research for the benefit of humankind, and offers through its affiliates clinical services to the Washington, D.C., metropolitan community and other areas, in support of its academic, clinical, research, and charitable missions;

**WHEREAS**, the Resident Physician desires to participate in, and satisfy the requirements of, SMHS graduate medical education and clinical training program in Psychiatry (the "Program,") and has applied for, and has been accepted into such Program;

**NOW THEREFORE**, in consideration of the mutual covenants and agreements contained herein and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Resident Physician and SMHS intending to be legally bound, agree as follows:

1. **APPOINTMENT**

SMHS offers and the Resident Physician accepts an appointment at SMHS in the **Department of Psychiatry** at the post graduate level **("PGY") 1** for a period of one (1) year commencing on **July 1, 2014** and ending on **June 30, 2015** unless terminated sooner in accordance with the provisions of this Agreement or the Resident Manual, as amended from time to time (the "Term"). No appointment beyond the Term is promised, assured, or to be implied by this Agreement. Reappointment, non-renewal of appointment, or non-promotion shall be determined in accordance with the specific institutional policies for Promotion and for Dismissal as set forth in the Resident Manual and on the GME website.

2. **FINANCIAL SUPPORT**

SMHS shall pay Resident Physician annual financial support of $53,598.96 in equal bi-weekly installments during the Term, unless the Agreement is terminated per Section 7, in which case, Resident Physician shall not be entitled to any SMHS financial support or benefits under this Agreement as of the effective date of the termination.

3. **RESIDENT MANUAL AND GME WEBSITE**

The Resident Manual provides detailed information about the benefits and obligations of Resident Physicians who participate in the Program. The Resident Manual is posted to the George Washington University Graduate Medical Education website: http://smhs.gwu.edu/http%3A//smhs.gwu.edu/academics/gme/about/residentmanual

DR. CATAPANO DECLARATION EXHIBIT #3

Graduate Medical Education Policies approved by the Graduate Medical Education Committee (GMEC) are posted to the GME website: http://smhs.gwu.edu/academics/gme/about/policies.

The policies, terms, and conditions of the Resident Manual are incorporated by reference into this Agreement, and Resident Physician acknowledges availability of the Resident Manual online and agrees to abide by its policies, terms, and conditions, as they may be amended from time to time. The following provisions identify some, but not all, of the requirements set forth in the Resident Manual.

A. **Resident Benefits**. Among other things, the Resident Manual describes the benefits SMHS affords Resident Physician during the Term. In particular, the Resident Manual addresses:

- Paid Leave: Vacation, Temporary Disability Leave, Maternity Leave, Bereavement Leave, Leave for Jury Duty, and Military Duty Leave
- Family and Medical Leave (FMLA)
- Leave of Absence
- Professional liability insurance
- Disability insurance
- Health insurance, dental insurance, and prescription benefits
- Life Insurance
- Retirement Benefits
- Call rooms, and meals or equivalents
- Medical and psychological counseling and other support services
- Payment of DEA registration fees
- Health and Physical Fitness Center
- Reimbursement for certain medical licenses
- Accommodation for disabilities
- Other potential benefits.

B. **Moonlighting**. SMHS Moonlighting Policy also is included in the Resident Manual.

C. **Grievance Procedures**. SMHS Grievance Procedures are set forth in the Resident Manual.

D. **Physician Impairment.** SMHS Resident Impairment Policy and process is included in the Resident Manual.

E. Leave of Absence and the Effect on Program Completion. Effect of Leave(s) on the ability of Resident Physician to satisfy requirements for program completion and information related to eligibility for specialty board examinations are addressed in the Policy that is included in the Resident Manual and on the GME website.

F. Professional Liability Insurance. Professional liability insurance is provided by Medical Faculty Associates (MFA) Physicians Insurance Company. Additional information is provided in the Resident Manual and on the GME website.

4. SMHS OBLIGATIONS

A. **Educational Experience/ACGME Standards.** SMHS agrees to provide a suitable academic environment for the educational experience of the Resident Physician and graduate medical education or graduate clinical training which substantially meets the standards and requirements of the Accreditation Council for Graduate Medical Education ("ACGME") and its Residency Review Committee. SMHS will conduct regular evaluations of the learning and competence of the Resident Physician, including a combination of supervised, more complex and independent

GWU 000621

patient evaluation and management functions and formal educational activities, and will maintain a confidential record of such evaluations.

**B. Harassment.** SMHS agrees to comply with the University Policy on Equal Employment Opportunity and Sexual Harassment. A copy of the policy is set forth in the Resident Manual.

**C. Resident Manual.** SMHS will make reasonable efforts to notify Resident Physician of any material changes in the Resident Manual. The SMHS current notice practice is to e-mail changes to the Resident Manual to the Resident's University e-mail address maintained by the Office of Graduate Medical Education. It is the Resident Physician's responsibility to monitor his or her University email account for information on any changes. The Resident Manual is posted to the GME website:

http://smhs.gwu.edu/http%3A//smhs.gwu.edu/academics/gme/about/residentmanual

## 5. RESIDENT PHYSICIAN'S OBLIGATIONS

By entering this Agreement, Resident Physician agrees to undertake academic and clinical obligations in exchange for the educational and academic opportunity to participate in the Program at PGY Level identified in Section 1 (Appointment). Many of Resident Physician's obligations are set forth in the Program's documents, including, but not limited to, the Resident Physician's job description and the Resident Manual, which Resident Physician acknowledges have been provided or made available to Resident Physician, and which are incorporated into this Agreement by reference. In addition to those obligations, Resident Physician must fulfill the conditions listed in this Section 5.

**A. Clinical and Educational Requirements.** Resident Physician shall use his/her best efforts, judgment and diligence in fulfilling the duties, tasks, responsibilities and any other clinical and educational requirements, of whatever nature, in a professional and appropriate manner, as assigned to the Resident Physician during the duration of the Program. Resident Physician acknowledges that a failure to fulfill such requirements may result in disciplinary action, including but not limited to termination, as outlined in the Resident Manual. Resident Physician shall at all times meet the qualifications for resident eligibility outlined in the Institutional and Program Requirements as delineated on the ACGME website and according to policies, terms and conditions as outlined in the Resident Manual.

**B. Licensure.** Resident Physician shall timely obtain and shall maintain in good standing appropriate licensure in all jurisdictions as required by the program curriculum. Resident Physician shall apply for and obtain a Medical Training License (MTL) or apply for and obtain a full, unrestricted license to practice medicine in the District of Columbia, in accordance with state and local law, as described in the Resident Manual or otherwise communicated to Resident Physician.

**C. Medical Records.** Resident Physician shall complete all discharge summaries and all other medical records related to the activities assigned to the Resident Physician in accordance with the policy outlined in the Resident Manual.

**D. OSHA Training.** Resident Physician shall complete OSHA training, as set forth in the Resident Manual, no later than thirty (30) days after the commencement of the Term.

**E. Duty Hours.** Resident Physician shall comply with duty hour requirements of the Accreditation Council for Graduate Medical Education (ACGME) and in accordance with the

GWU_000622

institutional policy outlined in the Resident Manual. Resident Physician shall comply with reporting duty hours as required by the program and/or the GME Office.

**F. Medical Clearance.** Resident Physician shall obtain medical clearance from a physician prior to participating in any clinical activities in accordance with SMHS policy as set forth in the Resident Manual.

**G. Cooperation/Assistance in Litigation.** Resident Physician will assist and cooperate fully with SMHS in the defense of any and all claims and litigation brought against SMHS, its insurance company/representatives and attorneys, teaching faculty and employees or teaching centers or health care facilities in which Resident Physician rotates and their employees, including but not limited to, the physician faculty, residents, interns, students, and agents in any way relating to or arising out of Resident Physician's activities in the Program. Resident Physician agrees to make himself/herself available in the District of Columbia for litigation preparation, meetings, depositions and trial testimony. This obligation shall survive the termination or expiration of this Agreement and his/her appointment in the Program.

**H. Inventions.** All inventions, discoveries and improvements invented, developed or discovered by the Resident Physician while performing his/her duties and responsibilities under the residency program of SMHS shall be and remain the sole and exclusive property of SMHS. The Resident Physician shall promptly disclose in writing to his/her Program Director and Department Chair all such inventions, discoveries and improvements and shall execute from time to time, during or after the termination of the appointment, any documents, including without limitation, applications for letters of patents and assignment thereof, as may be deemed necessary or desirable by SMHS, to effectuate the provisions of this Agreement. All inventions, discoveries and improvements invented, developed or discovered by the Resident Physician outside the scope of his/her responsibilities under the residency program are not the property of SMHS and are not controlled by this Section. This provision shall survive the termination of this Agreement.

**I. Resident Manual.** Resident Physician shall be familiar with and abide by the policies, terms, and conditions of the Resident Manual. Resident Physician shall keep current with any and all changes made thereto.

**J. ECFMG.** Resident Physician shall provide, if applicable, a copy of the certificate issued by the Educational Commission for Foreign Medical Graduates prior to the commencement of his/her appointment.

**K. Visas.** Resident Physician shall obtain, as applicable, appropriate visas for training.

**L. Employment Eligibility.** Resident Physician shall satisfactorily demonstrate his or her identity and authorization to work in the U.S. in accordance with applicable law no later than the commencement date of his/her appointment.

**M. Compliance with Law.** Resident Physician shall comply with all applicable state and federal laws and regulations.

**N. Criminal Background Check (CBC).** Resident Physician may be required to complete a criminal background check and authorize release of the results to the appropriate academic and/or clinical personnel. The offer of admission within any GME program is contingent upon the results of the CBC. Resident Physician may be required to undergo additional CBCs during their tenure in the training program as deemed necessary by George Washington University SMHS and/or its affiliated institutions.

GWU 000623

O. **Drug Screen (DS).** Resident Physician may be required to complete a drug screen and authorize release of the results to appropriate academic and/or clinical personnel. The offer of admission within any GME program is contingent upon the results of the DS. Resident Physician may be required to undergo additional DSs during their tenure in the training program as deemed necessary by George Washington University SMHS and/or its affiliated institutions

6. **DISCIPLINE.** SMHS shall conduct disciplinary actions involving Resident Physician pursuant to the procedures set forth in the Resident Manual. The disciplinary policies set forth in the Resident Manual include:
- ◻ Due Process Policy
- ◻ Academic Improvement Policy
  - o GME Process: Academic Matters
- ◻ Resident Misconduct Policy
  - o GME Process: Misconduct Matters

## 7. TERMINATION

**A. Termination by SMHS.** SMHS may terminate this Agreement, and thereby the Resident Physician's Appointment for the following reasons: (a) upon the failure of the Resident Physician to comply with any of the terms and conditions of this Agreement (b) if Resident Physician has made any false or misleading statements, or has failed to provide complete and accurate information on his/her application for acceptance to the Program; or (c) as a result of disciplinary action conducted pursuant to the Resident Manual. Resident Physician shall have no right to cure any violations of this Agreement.

**B. Termination by Resident Physician.** Resident Physician may terminate this Agreement upon the failure of SMHS to perform any of its obligations under this Agreement or upon the Resident Physician's inability to fulfill any of his/her obligations pursuant to this Agreement due to total incapacity or extreme hardship. Resident Physician must provide SMHS with thirty (30) days written notice of such termination.

**C. Termination by Mutual Agreement.** This Agreement may also be terminated at any time upon the mutual agreement of Resident Physician and SMHS. Such termination must be in writing and signed by both Resident Physician and SMHS.

**D. Financial Support and Benefits.** As of the effective date of the termination of this Agreement for any reason, Resident Physician shall have no right to further compensation or benefits from SMHS.

## 8. GOVERNING LAW

The laws of the District of Columbia shall govern this Agreement.

## 9. ENTIRE AGREEMENT

This Agreement contains all the terms and conditions agreed upon by the Parties regarding the subject matter of the Agreement and supersedes any prior agreements, oral or written, and all other communications between the parties relating to such subject matter. This Agreement may be amended only by written agreement executed by the parties.

IN WITNESS WHEREOF, Resident Physician and SMHS hereunto have executed this Agreement.

GWU 000624

RESIDENT PHYSICIAN                    GEORGE WASHINGTON UNIVERSITY

*Stephanie Waggel*                    *Mary Tucker*
Waggel, Stephanie                     Director, Graduate Medical Education

4/16/14                               4/25/14
(Date)                                (Date)

Rev. 02-18-14

4843-9780-3024, v. 1

GWU 000625

# GEORGE WASHINGTON UNIVERSITY
## SCHOOL OF MEDICINE AND HEALTH SCIENCES

### RESIDENT PHYSICIAN AGREEMENT

**THIS RESIDENT PHYSICIAN AGREEMENT** ("Agreement") is entered into by and between Dr. Stephanie Waggel ("Resident Physician") and George Washington University on behalf of its School of Medicine and Health Sciences ("SMHS") on 7/1/2015 ("Effective Date").

**WHEREAS,** SMHS is an internationally recognized academic medical school that trains physicians, scientists, and allied health professionals through programs of didactic and practical education that meet high academic standards, conducts basic and clinical research for the benefit of humankind, and offers through its affiliates clinical services to the Washington, D.C., metropolitan community and other areas, in support of its academic, clinical, research, and charitable missions;

**WHEREAS,** the Resident Physician desires to participate in, and satisfy the requirements of, SMHS graduate medical education and clinical training program in Psychiatry (the "Program,") and has applied for, and has been accepted into such Program;

**NOW THEREFORE,** in consideration of the mutual covenants and agreements contained herein and for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, Resident Physician and SMHS intending to be legally bound, agree as follows:

## 1. APPOINTMENT

SMHS offers and the Resident Physician accepts an appointment at SMHS in the Department of Psychiatry at the post graduate level ("PGY") 2 for a period of one (1) year commencing on 7/1/2015 and ending on 6/30/2016 unless terminated sooner in accordance with the provisions of this Agreement or the Resident Manual, as amended from time to time (the "Term"). No appointment beyond the Term is promised, assured, or to be implied by this Agreement. Reappointment, non-renewal of appointment, or non-promotion shall be determined in accordance with the specific institutional policies for Resident Promotion and for Resident Dismissal as set forth in the Resident Manual and on the GME website.

## 2. FINANCIAL SUPPORT

SMHS shall pay Resident Physician annual financial support of $56,584.80 in equal bi-weekly installments during the Term, unless the Agreement is terminated per Section 7, in which case, Resident Physician shall not be entitled to any SMHS financial support or benefits under this Agreement as of the effective date of the termination.

## 3. RESIDENT MANUAL AND GME WEBSITE

The Resident Manual provides detailed information about the benefits and obligations of Resident Physicians who participate in the Program. The Resident Manual is posted to the George Washington University Graduate Medical Education website:

**DR. CATAPANO DECLARATION EXHIBIT #4**

http://smhs.gwu.edu/academics/gme/about/residentmanual. Graduate Medical Education Policies approved by the Graduate Medical Education Committee (GMEC) are posted to the GME website: http://smhs.gwu.edu/academics/gme/about/policies.

The policies, terms, and conditions of the Resident Manual are incorporated by reference into this Agreement, and Resident Physician acknowledges availability of the Resident Manual online and agrees to abide by its policies, terms, and conditions, as they may be amended from time to time. The following provisions identify some, but not all, of the requirements set forth in the Resident Manual.

**A. Resident Benefits**. Among other things, the Resident Manual describes the benefits SMHS affords Resident Physician during the Term. In particular, the Resident Manual addresses:
- Paid Leave: Vacation, Temporary Disability Leave, Maternity Leave, Bereavement Leave, Leave for Jury Duty, and Military Duty Leave
- Family and Medical Leave (FMLA)
- Leave of Absence
- Professional liability insurance
- Disability insurance
- Health insurance, dental insurance, and prescription benefits
- Life Insurance
- Retirement Benefits
- Call rooms, and meals or equivalents
- Medical and psychological counseling and other support services
- Payment of DEA registration fees
- Health and Physical Fitness Center
- Reimbursement for certain medical licenses
- Accommodation for disabilities
- Other potential benefits.

**B. Moonlighting**. SMHS Moonlighting Policy also is included in the Resident Manual.

**C. Grievance Procedures**. SMHS Grievance Procedures are set forth in the Resident Manual.

**D. Physician Impairment**. SMHS Resident Impairment Policy and process is included in the Resident Manual.

**E. Leave of Absence and the Effect on Program Completion.** Effect of Leave(s) on the ability of Resident Physician to satisfy requirements for program completion and information related to eligibility for specialty board examinations are addressed in the Leave of Absence Policy for Residents and the Effect on Program Completion Policy that is included in the Resident Manual and on the GME website.

**F. Professional Liability Insurance.** Professional liability insurance is provided by Medical Faculty Associates (MFA) Physicians Insurance Company. Additional information is provided in the Resident Manual and on the GME website.

**4. SMHS OBLIGATIONS**

**A. Educational Experience/ACGME Standards**. SMHS agrees to provide a suitable academic environment for the educational experience of the Resident Physician and graduate medical education or graduate clinical training which substantially meets the standards and requirements of the Accreditation Council for Graduate Medical Education ("ACGME") and its Residency Review Committee. SMHS will conduct regular evaluations of the learning and competence of the Resident Physician, including a combination of supervised,

GWU 000615

more complex and independent patient evaluation and management functions and formal educational activities, and will maintain a confidential record of such evaluations.

**B. Harassment.** SMHS agrees to comply with the University Policy on Equal Employment Opportunity and Sexual Harassment. A copy of the policy is set forth in the Resident Manual.

**C. Resident Manual.** SMHS will make reasonable efforts to notify Resident Physician of any material changes in the Resident Manual. The SMHS current notice practice is to e-mail changes to the Resident Manual to the Resident's University e-mail address maintained by the Office of Graduate Medical Education. It is the Resident Physician's responsibility to monitor his or her University email account for information on any changes. The Resident Manual is posted to the GME website: http://smhs.gwu.edu/academics/gme/about/residentmanual

## 5. RESIDENT PHYSICIAN'S OBLIGATIONS

By entering this Agreement, Resident Physician agrees to undertake academic and clinical obligations in exchange for the educational and academic opportunity to participate in the Program at PGY Level identified in Section 1 (Appointment). Many of Resident Physician's obligations are set forth in the Program's documents, including, but not limited to, the Resident Physician's job description and the Resident Manual, which Resident Physician acknowledges have been provided or made available to Resident Physician, and which are incorporated into this Agreement by reference. In addition to those obligations, Resident Physician must fulfill the conditions listed in this Section 5.

**A. Clinical and Educational Requirements.** Resident Physician shall use his/her best efforts, judgment and diligence in fulfilling the duties, tasks, responsibilities and any other clinical and educational requirements, of whatever nature, in a professional and appropriate manner, as assigned to the Resident Physician during the duration of the Program. Resident Physician acknowledges that a failure to fulfill such requirements may result in disciplinary action, including but not limited to termination, as outlined in the Resident Manual. Resident Physician shall at all times meet the qualifications for resident eligibility outlined in the Institutional and Program Requirements as delineated on the ACGME website and according to policies, terms and conditions as outlined in the Resident Manual.

**B. Licensure.** Resident Physician shall timely obtain and shall maintain in good standing appropriate licensure in all jurisdictions as required by the program curriculum. Resident Physician shall apply for and obtain a Medical Training License (MTL) or apply for and obtain a full, unrestricted license to practice medicine in the District of Columbia, in accordance with state and local law, as described in the Resident Manual or otherwise communicated to Resident Physician.

**C. Medical Records.** Resident Physician shall complete all discharge summaries and all other medical records related to the activities assigned to the Resident Physician in accordance with the policy outlined in the Resident Manual.

**D. OSHA Training.** Resident Physician shall complete OSHA training, as set forth in the Resident Manual, no later than thirty (30) days after the commencement of the Term.

GWU 000616

**E. Duty Hours.** Resident Physician shall comply with duty hour requirements of the Accreditation Council for Graduate Medical Education (ACGME) and in accordance with the institutional policy outlined in the Resident Manual. Resident Physician shall comply with reporting duty hours as required by the program and/or the GME Office.

**F. Medical Clearance.** Resident Physician shall obtain medical clearance from a physician prior to participating in any clinical activities in accordance with SMHS policy as set forth in the Resident Manual.

**G. Cooperation/Assistance in Litigation.** Resident Physician will assist and cooperate fully with SMHS in the defense of any and all claims and litigation brought against SMHS, its insurance company/representatives and attorneys, teaching faculty and employees or teaching centers or health care facilities in which Resident Physician rotates and their employees, including but not limited to, the physician faculty, residents, interns, students, and agents in any way relating to or arising out of Resident Physician's activities in the Program. Resident Physician agrees to make himself/herself available in the District of Columbia for litigation preparation, meetings, depositions and trial testimony. This obligation shall survive the termination or expiration of this Agreement and his/her appointment in the Program.

**H. Inventions.** All inventions, discoveries and improvements invented, developed or discovered by the Resident Physician while performing his/her duties and responsibilities under the residency program of SMHS shall be and remain the sole and exclusive property of SMHS. The Resident Physician shall promptly disclose in writing to his/her Program Director and Department Chair all such inventions, discoveries and improvements and shall execute from time to time, during or after the termination of the appointment, any documents, including without limitation, applications for letters of patents and assignment thereof, as may be deemed necessary or desirable by SMHS, to effectuate the provisions of this Agreement. All inventions, discoveries and improvements invented, developed or discovered by the Resident Physician outside the scope of his/her responsibilities under the residency program are not the property of SMHS and are not controlled by this Section. This provision shall survive the termination of this Agreement.

**I. Resident Manual.** Resident Physician shall be familiar with and abide by the policies, terms, and conditions of the Resident Manual. Resident Physician shall keep current with any and all changes made thereto.

**J. ECFMG.** Resident Physician shall provide, if applicable, a copy of the certificate issued by the Educational Commission for Foreign Medical Graduates prior to the commencement of his/her appointment.

**K. Visas.** Resident Physician shall obtain, as applicable, appropriate visas for training.

**L. Employment Eligibility.** Resident Physician shall satisfactorily demonstrate his or her identity and authorization to work in the U.S. in accordance with applicable law no later than the commencement date of his/her appointment.

**M. Compliance with Law.** Resident Physician shall comply with all applicable state and federal laws and regulations.

**N. Criminal Background Check (CBC).** Resident Physician may be required to complete a criminal background check and authorize release of the results to the appropriate academic and/or clinical personnel. The offer of admission within any GME program is contingent upon the results of the CBC. Resident Physician may be required to undergo additional CBCs during their tenure in the training program as deemed necessary by George Washington University SMHS and/or its affiliated institutions.

O. **Drug Screen (DS).** Resident Physician may be required to complete a drug screen and authorize release of the results to appropriate academic and/or clinical personnel.   The offer of admission within any GME program is contingent upon the results of the DS. Resident Physician may be required to undergo additional DSs during their tenure in the training program as deemed necessary by George Washington University SMHS and/or its affiliated institutions.

6. **DUE PROCESS.**  SMHS shall provide due process  to Resident Physicians pursuant to the procedures set forth in the Resident Manual.  The Due Process Policy shall be utilized for academic or other disciplinary actions involving the Resident Physician that could result in dismissal or negatively impact the progress of the resident in the program.  The Due Process policies set forth in the Resident Manual include:
- Due Process Policy
- Academic Improvement Policy
    - GME Process:  Academic Matters
- Resident Misconduct Policy
    - GME Process:  Misconduct Matters

### 7. TERMINATION

A. **Termination by SMHS.** SMHS may terminate this Agreement, and thereby the Resident Physician's Appointment for the following reasons: (a) upon the failure of the Resident Physician to comply with any of the terms and conditions of this Agreement (b) if Resident Physician has made any false or misleading statements, or has failed to provide complete and accurate information on his/her application for acceptance to the Program; or (c) as a result of disciplinary action conducted pursuant to the Resident Manual. Resident Physician shall have no right to cure any violations of this Agreement.

B. **Termination by Resident Physician.** Resident Physician may terminate this Agreement upon the failure of SMHS to perform any of its obligations under this Agreement or upon the Resident Physician's inability to fulfill any of his/her obligations pursuant to this Agreement due to total incapacity or extreme hardship. Resident Physician must provide SMHS with thirty (30) days written notice of such termination.

C. **Termination by Mutual Agreement.** This Agreement may also be terminated at any time upon the mutual agreement of Resident Physician and SMHS. Such termination must be in writing and signed by both Resident Physician and SMHS.

D. **Financial Support and Benefits.** As of the effective date of the termination of this Agreement for any reason, Resident Physician shall have no right to further compensation or benefits from SMHS.

### 8. GOVERNING LAW

The laws of the District of Columbia shall govern this Agreement.

### 9. ENTIRE AGREEMENT

This Agreement contains all the terms and conditions agreed upon by the Parties regarding the subject matter of the Agreement and supersedes any prior agreements, oral or written, and all other communications between the parties relating to such subject matter. This Agreement may be amended only by written agreement executed by the parties.

GWU 000618

**IN WITNESS WHEREOF,** Resident Physician and SMHS hereunto have executed this Agreement.

RESIDENT PHYSICIAN

*Stephanie Waggel*
(e-signed 5/24/2015)

GEORGE WASHINGTON UNIVERSITY

*Mary Tucker*
Director, Graduate Medical Education
(e-signed 5/25/2015)

Rev. 01-08-15

GWU 000619

# THE GEORGE WASHINGTON UNIVERSITY
# SCHOOL OF MEDICINE AND HEALTH SCIENCES

# OFFICE OF GRADUATE MEDICAL EDUCATION

# *RESIDENT MANUAL
## July 1, 2014

The information in this Manual is designed to provide a reference for many of the questions you may have during your education as you become involved in patient care. If an answer is not found here, you are encouraged to call the service in question and to consult the institutional Standard Practices available at each hospital or medical institution. Many policies are also found in "Rules and Regulations of the Medical and Dental Staff" and in "Bylaws of the Medical and Dental Staff" of each hospital. We suggest you contact the GME Office, your Program Director, a member of the Residents Committee, or your Chief Resident(s) for clarification and additional information.

The Resident Manual is also available on the Graduate Medical Education website: http://smhs.gwu.edu/academics/gme/about/residentmanual. The GWU School of Medicine and Health Sciences (SMHS) will make reasonable efforts to notify Residents of any material changes in the Resident Manual. The SMHS's current notice practice is to e-mail changes to the Resident Manual to the Resident's University e-mail address maintained by the Office of Graduate Medical Education. It is the Resident Physician's responsibility to monitor his or her University email account for information on any changes.

* The *Graduate Medical Education Directory* and the Accreditation Council for Graduate Medical Education (ACGME) use "resident" to designate all graduate medical education trainees in ACGME accredited programs. The terminology in this manual is consistent with that of the *Directory* and the ACGME.



**DR. CATAPANO DECLARATION
EXHIBIT #5**

GWU 000070

# TABLE OF CONTENTS

I. **MISSION, VALUES AND RESPONSIBILITIES** ................................................................ 1

    THE VISION, MISSION, AND STATEMENT OF PRINCIPLES OF THE GEORGE WASHINGTON
UNIVERSITY SCHOOL OF MEDICINE AND HEALTH SCIENCES ............................................ 1

ACGME Competencies .............................................................................................. 2

EVALUATION ............................................................................................................ 3

RESIDENT OBLIGATIONS ........................................................................................... 4

II. **THE GME OFFICE** ......................................................................................... 8

III. **PROGRAM LEADERSHIP** ................................................................................ 9

IV. **RESIDENT LIFE** ............................................................................................ 11

APPOINTMENTS ....................................................................................................... 11

APPOINTMENT RENEWAL ......................................................................................... 11

BEEPERS ................................................................................................................ 11

BIOMEDICAL COMMUNICATIONS .............................................................................. 11

CERTIFICATE OF TRAINING ..................................................................................... 12

CHECK-OUT PROCEDURES ....................................................................................... 12

COMMITTEES .......................................................................................................... 12

    *Graduate Medical Education Committee (GMEC)* ...................................................... 12

    *Medical Staff Committees* ..................................................................................... 12

    *Residents Committee* .......................................................................................... 13

CONTRACT ............................................................................................................. 13

CORE CURRICULUM ................................................................................................. 13

DUTY HOURS .......................................................................................................... 13

DUTY HOUR HOTLINE .............................................................................................. 13

DRUG ENFORCEMENT ADMINISTRATION NUMBER (DEA) ............................................ 13

E-MAIL .................................................................................................................. 14

EMPLOYEE HEALTH ................................................................................................ 14

E*VALUE SYSTEM ................................................................................................... 15

FACULTY AND STAFF SERVICE CENTER ...................................................................... 15

HEALTH INFORMATICS ............................................................................................ 15

HIPAA TRAINING .................................................................................................... 16

IDENTIFICATION CARDS ........................................................................................... 16

LIBRARY AND INFORMATION SERVICES ..................................................................... 16

    *Himmelfarb Health Sciences Library* ...................................................................... 16

    *Clinical Information Resources* ............................................................................. 17

    *Research Resources* ............................................................................................ 17

    *Online & Wireless Access* .................................................................................... 17

    *GW Hospital Access* ........................................................................................... 18

    *Library Services* ................................................................................................ 18

CLASS (CLINICAL LEARNING AND SIMULATION SKILLS) CENTER .................................. 19

CLASSROOM SERVICES: ROOM AND EQUIPMENT RESERVATIONS .................................. 19

MEDICAL CLEARANCE ............................................................................................. 19

    *PPD/Chest X-ray Requirement* ............................................................................. 19

    *Immunizations* ................................................................................................... 20

    *Medical Clearance for Subsequent Years* ............................................................... 20

MEDICAL LICENSURE .............................................................................................. 21

MOONLIGHTING/PROFESSIONAL OUTSIDE ACTIVITIES ................................................ 21

NEEDLESTICK INJURY ............................................................................................. 21

i

NEWS MEDIA.................................................................................................................23
NOTARY PUBLIC..........................................................................................................23
ON CALL ROOMS.........................................................................................................23
OSHA TRAINING...........................................................................................................23
PATIENT PRIVACY AND CONFIDENTIALITY...........................................................24
PATIENT SAFETY CONFERENCES.............................................................................24
PAYCHECKS..................................................................................................................24
PSYCHIATRIC SERVICES............................................................................................25
RESIDENT DIRECTORY................................................................................................25
RISK MANAGEMENT....................................................................................................25
LEGAL AFFAIRS............................................................................................................26
STANDARD PRACTICES...............................................................................................27
STUDENT LOAN DEFERMENTS..................................................................................27
UNIFORMS.....................................................................................................................27
WEBSITES......................................................................................................................27

V.     BENEFITS....................................................................................................................28

A.     ELIGIBILITY FOR EMPLOYEE BENEFITS.............................................................28

B.     SERVICE CREDIT/ANNIVERSARY DATE................................................................28

C.     BENEFITS AVAILABLE TO ALL RESIDENTS THROUGH GW................................28

D.     BENEFITS AVAILABLE TO RESIDENTS ON PROFESSIONAL ASSIGNMENT – RESEARCH ...........31

E.     BENEFITS AVAILABLE TO RESIDENTS PAID BY GW ...........................................31

VI.    POLICIES GOVERNING LEAVE..............................................................................32

VACATION.....................................................................................................................32
HOLIDAY LEAVE...........................................................................................................32
SICK LEAVE...................................................................................................................32
FAMILY AND MEDICAL LEAVE...................................................................................32
TEMPORARY DISABILITY LEAVE...............................................................................33
MATERNITY LEAVE......................................................................................................33
LEAVE OF ABSENCE.....................................................................................................33
BEREAVEMENT LEAVE................................................................................................33
LEAVE FOR JURY DUTY...............................................................................................34
MILITARY DUTY LEAVE...............................................................................................34

VII.   GUIDELINES FOR DISABILITY LEAVE AND LEAVE WITHOUT PAY ...............35

TEMPORARY DISABILITY LEAVE...............................................................................35
LEAVE WITHOUT PAY .................................................................................................37

VIII.  PROCEDURES FOR HEARING AND REVIEW OF DISCIPLINARY ACTIONS INVOLVING RESIDENTS.................................................................................................39

IX.    GRADUATE MEDICAL EDUCATION COMMITTEE POLICIES ............................40

X.     GEORGE WASHINGTON UNIVERSITY POLICIES ON EQUAL EMPLOYMENT OPPORTUNITY AND SEXUAL HARASSMENT AND SEXUAL VIOLENCE ............................41

PERSONS WITH DISABILITIES ...................................................................................43

XI.    THE GEORGE WASHINGTON UNIVERSITY HOSPITAL ....................................44

XII.   CHILDREN'S NATIONAL MEDICAL CENTER ......................................................51

XIII.  HOLY CROSS HOSPITAL...........................................................................................53

XIV.   INOVA FAIRFAX HOSPITAL.......................................................................................54

XV.    THE NATIONAL INSTITUTES OF HEALTH/NIH CLINICAL CENTER.................58

GWU 000072

XVI. SIBLEY MEMORIAL HOSPITAL...................................................................................60

XVII. VETERANS AFFAIRS MEDICAL CENTER-MARTINSBURG, WEST VIRGINIA.............................65

XVIII. VETERANS AFFAIRS MEDICAL CENTER – WASHINGTON, DC..........................................66

XIX. WASHINGTON HOSPITAL CENTER ...........................................................................68

GWU 000073

# I.   MISSION, VALUES AND RESPONSIBILITIES

## THE VISION, MISSION, AND STATEMENT OF PRINCIPLES OF THE GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE AND HEALTH SCIENCES

The George Washington University is dedicated to furthering human well-being and values a dynamic, student-focused community stimulated by cultural and intellectual diversity and built upon a foundation of integrity, creativity and openness to the exploration of new ideas. The University commits itself to excellence in the creation, dissemination and application of knowledge and the promotion of lifelong learning from both global and integrative perspectives.

### VISION STATEMENT
The George Washington University SMHS will improve the health and well being of our local, national, and global communities by:

- Developing tomorrow's leaders,
- Delivering high-quality health care,
- Advancing scientific discovery and translating discoveries into action,
- Harnessing new technology,
- Establishing community partnerships,
- Fostering multidisciplinary collaboration, and
- Pursuing alliances unique to our location.

### MISSION STATEMENT

Teaching with creativity and dedication,

Healing with quality and compassion,

Discovering with imagination and innovation… …

Working together in our nation's capital, with integrity and resolve, The George Washington University SMHS is committed to improving the health and well-being of our local, national and global communities.

1

## ACGME COMPETENCIES

In accordance with the Common Program Requirements of the Accreditation Council for Graduate Medical Education (ACGME), all programs must integrate the following ACGME competencies into the program curriculum:

- **Patient Care**: Residents must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.
- **Medical Knowledge**: Residents must demonstrate knowledge of established and evolving biomedical, clinical, and epidemiological and social-behavioral sciences as well as the application of this knowledge to patient care.
- **Practice-based Learning and Improvement**: Residents must demonstrate the ability to investigate and evaluate their care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning. Residents are expected to develop skills and habits to be able to meet the following goals:
    - o  Identify strengths, deficiencies, and limits in one's knowledge and expertise;
    - o  Set learning and improvement goals;
    - o  Identify and perform appropriate learning activities;
    - o  Systematically analyze practice, using quality improvement methods, and implement changes with the goal of practice improvement;
    - o  Incorporate formative evaluation feedback into daily practice;
    - o  Locate, appraise, and assimilate evidence from scientific studies related to their patients' health problems;
    - o  Use information technology to optimize learning;
    - o  Participate in the education of patients, families, students, residents and other health professionals.
- **Interpersonal and Communication Skills**: Residents must demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families, and health professionals. Residents are expected to:
    - o  Communicate effectively with patients, their families, and the public across a broad range of socio-economic and cultural backgrounds;
    - o  Communicate effectively with physicians, other health professionals, and health related agencies;
    - o  Work effectively as a member or leader of a health care team or other professional group;
    - o  Act in a consultative role to other physicians and health professionals;
    - o  Maintain comprehensive, timely, and legible medical records, if applicable.
- **Professionalism**: Residents must demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles. Residents are expected to demonstrate:

GWU 000075

- o   Compassion, integrity, and respect for others;
- o   Responsiveness to patient needs that supersedes self-interest;
- o   Respect for patient privacy and autonomy;
- o   Accountability to patients, society and the profession;
- o   Sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.
- **Systems-based Practice**: Residents must demonstrate an awareness of and responsiveness to the larger context and system of health care as well as the ability to call effectively on other resources in the system to provide optimal health care. Residents are expected to:
  - o   Work effectively in various health care delivery settings and systems relevant to their clinical specialty;
  - o   Coordinate patient care within the health care system relevant to their clinical specialty;
  - o   Incorporate considerations of cost awareness and risk-benefit analysis in patient care and/or population-based care as appropriate;
  - o   Advocate for quality patient care and optimal patient care systems;
  - o   Work in interprofessional teams to enhance patient safety and improve patient care quality;
  - o   Participate in identifying system errors and in implementing potential systems solutions.

## EVALUATION

The ACGME requires programs to evaluate the performance of the residents in a timely manner during each rotation and to document this evaluation at the completion of the assignment. The evaluation must provide objective assessments of competence in patient care, medical knowledge, practice-based learning and improvement, interpersonal and communication skills, professionalism, and systems-based practice. Programs must use multiple evaluators; e.g., faculty, peers, patients, self, and other professional staff. Progressive resident improvement appropriate to the educational level must be documented. Each resident must be provided with a documented semi-annual evaluation of performance with feedback. A permanent record of the evaluation for each resident must be maintained and be accessible for review by the resident, in accordance with institutional policy. Program directors must provide a written summative evaluation for each resident who completes the program, which must document the resident's performance during the final period of education and must verify that the resident has demonstrated sufficient competence to enter practice without direct supervision. This final evaluation will be part of the resident's permanent record maintained by the institution.

The program must annually evaluate faculty performance as it relates to the educational program. These evaluations should include a review of the faculty's clinical teaching abilities, commitment to the educational program, clinical knowledge, professionalism,

3

GWU 000076

and scholarly activities. This evaluation must include at least annual written confidential evaluations by the residents.

The program must document formal, systematic evaluation of the curriculum at least annually. The program must monitor and track resident performance; faculty development; graduate performance, including performance of program graduates on the certification examination; and program quality. Residents and faculty must have the opportunity to evaluate the program confidentially and in writing at least annually, and the program must use the results of residents' assessments of the program together with other program evaluation results to improve the program.

ACGME Common Program Requirements, effective July 1, 2007

# RESIDENT OBLIGATIONS

The Resident Physician agrees to fulfill the following obligations:

- **Clinical and Educational Requirements.** To use his/her best efforts, judgment and diligence in fulfilling the duties, tasks, responsibilities and any other clinical and educational requirements, of whatever nature, in a professional and appropriate manner, as assigned to the Resident Physician during the duration of the Program. Resident Physician acknowledges that a failure to fulfill such requirements may result in disciplinary action, including but not limited to termination, as outlined in the Manual.
- **Residency Application.** To provide complete, accurate and truthful information regarding his/her training, education and qualification for the appointment as a Resident Physician and his/her PGY level. The Resident Physician understands that any false statement, misrepresentation, misstatement or omission regarding his/her training, education or qualifications may result in immediate termination of his/her appointment as a resident physician and/or retroactive invalidation of credit for time completed during the term of the resident agreement.
- **ACGME Requirements.** To accept the general responsibilities set forth in the ACGME Institutional, Common and Specialty-Specific Program Requirements, and to use his/her best efforts to fulfill all of those obligations set forth therein.
- **Policies and Procedures.** To comply with all policies and procedures set forth in the Manual, as well as the policies and procedures of all hospitals or facilities at which he or she rotates.
- **Licensure.** To obtain and maintain in good standing appropriate licensure in all jurisdictions as required by the program curriculum. Resident Physician shall apply for and obtain a Medical Training License (MTL) or apply for and obtain a full, unrestricted license to practice medicine in the District of Columbia, in accordance with state and local law, as described in the Resident Manual or otherwise communicated to Resident Physician.
- **OSHA Training.** To complete annual OSHA training provided by the SMHS no later than July 31 of each academic year.

4

GWU 000077

- **HIPAA Training.** To complete HIPAA (Health Insurance Portability and Accountability Act) training provided by the SMHS and the hospitals/facilities at which he or she rotates.
- **Duty Hours.** To comply with duty hour requirements of the Accreditation Council for Graduate Medical Education (ACGME) and in accordance with the institutional policy outlined in the Manual. Resident Physician shall comply with reporting duty hours as required by the program director and/or the GME Office.
- **ECFMG.** To provide, if applicable, a copy of the certificate issued by the Educational Commission for Foreign Medical Graduates prior to the commencement of his/her appointment.
- **Visas.** To obtain, as applicable, appropriate visas for training.
- **Employment Eligibility.** To satisfactorily demonstrate his or her identity and authorization to work in the U.S. in accordance with applicable law no later than the commencement date of his/her appointment.
- **Compliance with Law.** To comply with all applicable state and federal laws and regulations.
- **Criminal Background Check (CBC).** Resident Physician may be required to complete a criminal background check and authorize release of the results to the appropriate academic and/or clinical personnel. The offer of admission within any GME program is contingent upon the results of the CBC. Resident Physician may be required to undergo additional CBCs during their tenure in the training program as deemed necessary by The George Washington University SMHS and/or its affiliated institutions.
- **Drug Screen (DS).** Resident Physician may be required to complete a drug screen and authorize release of the results to appropriate academic and/or clinical personnel. The offer of admission within any GME program is contingent upon the results of the DS. Resident Physician may be required to undergo additional DSs during their tenure in the training program as deemed necessary by The George Washington University SMHS and/or its affiliated institutions.
- **Dress Code.** To comply with the dress code set forth in the Manual.
- **Physical Examination.** To obtain a physical examination, post offer, which must be completed not more than three (3) months prior to, nor more than fifteen (15) days after the commencement of the Term. The SMHS will attempt to reasonably accommodate any disabilities of the Resident Physician that affect his/her ability to perform the essential functions of his/her residency.
- **Medical Records.** To complete all discharge summaries and all other medical records related to the activities assigned to the Resident Physician in accordance with the policy outlined in the Manual. Failure to complete discharge summaries, operative reports and all other medical records related to the activities as required, may result in the SMHS taking disciplinary action including but not limited to sanction, suspension or termination. Resident Physician further agrees that he/she will not remove patient medical records from the place of his/her rotation and will comply with any and all policies and procedures of the SMHS, teaching center or health care facility with regards to maintaining patient confidentiality and ownership of medical records. Failure to abide by this requirement is considered a material

5

GWU 000078

breach of the resident agreement and may result in the SMHS taking disciplinary action.

- **Cooperation/Assistance in Litigation.** Resident Physician will assist and cooperate fully with the SMHS in the defense of any and all claims and litigation brought against the University, its representatives and attorneys, its SMHS, teaching faculty and employees or teaching centers or health care facilities in which Resident Physician rotates and their employees, including but not limited to, the physician faculty, residents, interns, students, and agents in any way relating to or arising out of Resident Physician's activities in the Program. Resident Physician agrees to make himself/herself available in the District of Columbia for litigation preparation, meetings, depositions and trial testimony. This obligation shall survive the termination or expiration of the resident agreement and appointment in the Program.

- **Other Essential Requirements.** In addition, the Resident Physicians must comply with the following standards:
  - Develop a personal program of self-study and professional growth with the guidance of teaching staff.
  - Participate in and provide safe, effective and compassionate patient care under supervision commensurate with their level of advancement and responsibility.
  - Participate fully in the educational activities of the Program and, as required, assume responsibility for teaching and supervising of other residents and students.
  - Participate in activities and programs of the SMHS, or those of its teaching centers or health care facilities, involving Medical Staff and adhere to their respective established practices, procedures and policies.
  - Participate in activities of the SMHS, or those of its teaching centers and health care facilities, committees and councils, especially those that relate to patient care review. `
  - Constantly strive to improve the quality of care provided to patients. Quality care requires that at all times, the Resident Physician must be aware of the risks, discomforts and expenses as well as the benefits to which a particular test or procedure subjects a patient. The Resident Physician should perform or order only those tests, procedures or medications that would benefit the patient based upon the patient's medical history and current condition. Alternative treatments should be reviewed and considered to select the best plan of action for each patient's circumstances.
  - Comply with Federal regulations governed by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) that entitle each patient to privacy and confidentiality regarding his/her condition and care.
  - Comply with the published principles of the medical/dental and the rules of the Judicial Council of the American Medical Association and, if applicable, the American Dental Association.
  - Comply with all applicable policies, bylaws and rules and regulations of the Medical and Dental Staff of The George Washington University Hospital, the SMHS and any other hospital or teaching center to which the Resident Physician may be assigned for clinical rotation.

6

- Return all SMHS property and settle all outstanding financial obligations with the SMHS prior to the expiration or termination of the resident agreement or completion of the Program.
- Promote and uphold the mission of the SMHS as found in the Manual.
- Submit confidential written evaluations of faculty and educational experiences and make recommendations, where appropriate, for improvement of processes to continuously increase the quality of service and delivery.
- Continue to develop expertise within the field through attendance at conferences, seminars, academic course work and other appropriate methods.

GWU 000080

## II.   THE GME OFFICE

**MISSION:** *The Graduate Medical Education Office at The George Washington University SMHS provides the leadership, structure and support necessary to achieve excellence in resident education.*

The Office of Graduate Medical Education (GME) is located in the George Washington University Hospital, 900 23rd Street, NW, Room 6167, Washington, DC  20037.  The FAX number for GME is 994-1604; e-mail gwgme@gwu.edu; GME website http://smhs.gwu.edu/academics/gme ; Staff members are available between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday.  Additional hours can be arranged by appointment.

The GME Office provides oversight for all Accreditation Council for Graduate Medical Education (ACGME) approved residencies at The George Washington University SMHS and all of its affiliate institutions.  The GME Office has most of the institutional administrative responsibility for the residency programs and maintains the permanent file for each resident. The primary objectives of this office are to assist residents in their relationship to the necessary administrative process and to assure that residents' responsibilities are met.

Please feel free to contact any of the Office of Graduate Medical Education personnel with questions or concerns you have regarding your training program. We are here to help you achieve your goals as a resident, and to this end we are your advocates.

**Jeffrey Berger, MD,** Interim Associate Dean for Graduate Medical Education; Chair, Graduate Medical Education Committee (GMEC);  994-3737; jberger@mfa.gwu.edu.

**Mary Tucker, MA**, Director, Graduate Medical Education; 994-3285; mtucker@gwu.edu.

**Mary Mosby,** Asst. Director, Graduate Medical Education; 994-3289; mhmosby@gwu.edu.

**Al Zebrowski,** Fiscal Coordinator for Budgets; 994-3620; alzebrow@gwu.edu.

**Ranjeet Bangar,** E*Value Residency Coordinator; 994-5351; rbangar@gwu.edu

**Lisa Turner,** Data Base Manager; 994-4870; lrturner@gwu.edu.

**Jedaiah Cohen,** Medical Education Information Specialist; 994-3737; jedaiahc@.gwu.edu

**Inga Ricks,** Central Coordinator, Anesthesia and Critical Care Programs; 994-7903; ilr1@gwu.edu.

**Mary Beth Neeley,** Central Coordinator, Urology and Otolaryngology Programs, Ambulatory Care Center (ACC), Rm. 6B-403; 741-3151; mbn@gwu.edu.

GWU 000081

## III.  PROGRAM LEADERSHIP

| Program | Director/ E-mail | Associate / Assistant Director E-mail | Phone | Coordinator |
|---|---|---|---|---|
| Anesthesia | Jeffrey Berger, MD jberger@mfa.gwu.edu | Marian Sherman, MD msherman@mfa.gwu.edu | 994-7903 | Inga Ricks llr1@gwu.edu |
| Anesthesia/Critical Care | Christopher Junker, MD cjunker@mfa.gwu.edu | n/a | 994-7903 | Inga Ricks llr1@gwu.edu |
| Pediatric Anesthesiology (Children's Hospital) | Ira Cohen, MD ichohen@childrensnational.org | n/a | 476-2025 476-5619 | Caroline Francis cfrancis@childrensnation al.org Deirdre Savoy dsavoy@childrensnation al.org |
| Cardiology | Allen Solomon, MD asolomon@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Clinical Cardiac Electrophysiology | Cynthia Tracy, MD ctracy@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Critical Care Medicine | Michael Seneff, MD mseneff@mfa.gwu.edu | n/a | 994-7903 | Inga Ricks llr1@gwu.edu |
| Cytopathology | Sana Tabbara, MD stabbara@mfa.gwu.edu | n/a | 994-2969 | Sandra Boccanera sboccanera@mfa.gwu.edu |
| Diagnostic Radiology | Myles Taffel, MD mtaffel@mfa.gwu.edu | n/a | 715-5153 | Norma Smith nsmith@mfa.gwu.edu |
| Emergency Medicine | Colleen Roche, MD croche@mfa.gwu.edu | n/a | 741-2914 | Towanda Sparrow tsparrow@mfa.gwu.edu |
| Endocrinology | Joshua L. Cohen, MD jcohen@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Gastroenterology | Marie Borum, MD mborum@mfa.gwu.edu | Matthew Chandler, MD mchandler@mfa.gwu.edu | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Geriatrics | Elizabeth Cobbs, MD ecobbs@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Hematology/Oncology | Imad Tabbara, MD jtabbara@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Infectious Disease | Afsoon Roberts, MD aroberts@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Internal Medicine | Jillian Catalanotti, MD jcatala1@mfa.gwu.edu | Farida Millwala, MD fmillwala@mfa.gwu.edu Zohray Talib, MD ztalib@mfa.gwu.edu Michael Czarnecki, MD mczarnecki@mfa.gwu.edu Sheena Khurana, MD pkhurana@mfa.gwu.edu | 741-2574 | Jacqueline Cole-Miles jcolemiles@mfa.gwu.edu |
| Interventional Cardiology | Jonathan Reiner, MD jreiner@mfa.gwu.edu | n/a | 741-2321 | Tamara Lyons tlyons@mfa.gwu.edu |
| Medical Toxicology | Cathleen Clancy cat@poison.org | n/a | 362-3867 | n/a |
| Nephrology | Samir Patel, MD spatel@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Neurology Clinical Neurophysiology | Perry Richardson, MD prichardson@mfa.edu | n/a | 741-3411 | Crystal Woods cwoods@mfa.gwu.edu |

GWU 000082

| Program | Director/ E-mail | Associate / Assistant Director E-mail | Phone | Coordinator |
|---|---|---|---|---|
| Neuroradiology | Reza Taheri, MD rtaheri@mfa.gwu.edu | n/a | 715-5153 | Norma Smith nsmith@mfa.gwu.edu |
| Neurosurgery | Anthony Caputy, MD acaputy@mfa.gwu.edu | Zachary Litvak, MD zlitvak@mfa.gwu.edu | 741-2709 | Rebecca Grawl rgrawl@mfa.gwu.edu |
| Obstetrics/Gynecology | Jennifer Keller, MD jkeller@mfa.gwu.edu | Kathryn Marko, MD kmarko@mfa.gwu.edu | 741-2532 | John Shafer jshafer@mfa.gwu.edu |
| Ophthalmology | Sanjeev Grewal, MD sgrewal@mfa.gwu.edu | n/a | 741-2825 | Pat Johnson patjohnson@mfa.gwu.edu |
| Orthopaedic Surgery | Robert Neviaser, MD rneviaser@mfa.gwu.edu | Warren Yu, MD wyu@mfa.gwu.edu | 741-3311 | Kristin McLinn kmclinn@mfa.gwu.edu |
| Otolaryngology | Steven Bielamowicz, MD sbielamowicz@mfa.gwu.edu | n/a | 741-3151 | Mary Beth Neeley mbn@gwu.edu |
| Hospice & Palliative Medicine | Karen Blackstone, MD Karen.blackstone@va.gov | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Pathology | Elsie Lee, MD elee@mfa.gwu.edu | n/a | 994-2969 | Sandra Boccanera sboccanera@mfa.gwu.edu |
| Pediatric Pathology (Children's Hospital) | Christine Reyes, MD creyes@cnmc.org | n/a | 476-4567 | n/a |
| Primary Care Medicine | April Barbour, MD abarbour@mfa.gwu.edu | n/a | 741-2574 | Jacqueline Cole-Miles jcolemiles@mfa.gwu.edu |
| Psychiatry | Lisa Catapano, MD lcatapano@mfa.gwu.edu | n/a | 741-2893 | Nakia Hudgins nhudgins@mfa.gwu.edu |
| Psychosomatic Medicine | Catherine Crone Cathy.crone@inova.org | n/a | 703-776-3626 | Pamela Crawford Pamela.crawford@inova.org |
| Pulmonary/Critical Care | Vinayak Jha, MD vjha@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Rheumatology | Rudolfo Curiel, MD rcuriel@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Sleep Medicine | Samuel Potolicchio, MD spotolicchio@mfa.gwu.edu | n/a | 741-3411 | Crystal Woods cwoods@mfa.gwu.edu |
| Surgery | Paul Lin, MD plin@mfa.gwu.edu | Juliet Lee, MD jclee@mfa.gwu.edu | 741-3151 | Jessica Ruiz jruiz@mfa.gwu.edu |
| Urology | Thomas Jarrett tjarrett@mfa.gwu.edu | n/a | 741-3157 | Mary Beth Neeley mbn@gwu.edu |
| Vascular/Interventional Radiology | Albert Chun, MD alchun@mfa.gwu.edu | n/a | 715-5153 | Norma Smith nsmith@mfa.gwu.edu |

10

GWU 000083

# IV.  RESIDENT LIFE

## APPOINTMENTS

Appointment as a resident is for a one year period, based on the academic year July 1 to the following June 30 (or June 23 through June 22 for certain specialties).The appointment letter becomes a contract when agreed to by the signature of the Director of Graduate Medical Education.

## APPOINTMENT RENEWAL

The term of appointment is for one year as set forth in Section 1 of the resident contract, and no further appointment is promised, assured, or to be implied from any of the terms and conditions of the contract or any other written or oral communication between the parties. The George Washington University SMHS may elect not to renew the contract due to program requirements, resident performance (pursuant to the disciplinary procedures set forth in this Manual), ACGME restrictions, changes in the Medicare or Medicaid programs, federal government regulations, changes in hospital reimbursement or any other appropriate reason in accordance with ACGME requirements.

## BEEPERS

Beepers are provided by some departments for use by their residents. Beeper numbers can be obtained from the George Washington University Hospital Pager Directory, by calling the Page Operator at 202-715-4141, or by checking the Resident Directory on the GME website.

## BIOMEDICAL   COMMUNICATIONS

The SMHS Biomedical Communications Department, a division of SMHS Communications and Marketing (MCCM), is here to support the teaching and research needs of the GW community. The department is comprised of three divisions: Photography, Graphic Design and Duplication. As a resident, we feel that you will benefit from the following services:

Graphics:
- **Posters**- printing, design and layout, title banners, dry mounting, one-piece displays, and individual mounted pieces.

Duplication:
- **Color Copying**- paper sizes from 8.5"x11"-11"x17", on standard or heavy paper stock, matte or glossy.

Photography:
- **Portraits**- digital headshots
- **Digital Imaging**- scanning for PowerPoint and publication, and dye-sublimation printing
- **Medical Photography**- operating room, patients, clinical, and specimen

11

**For more information and a full list of services, please visit our website at** http://smhs.gwu.edu/communications/creative. If you have any questions, call us at 202-994-2904, email us at medphoto@gwu.edu  or stop by Ross Hall room B-01.

## CERTIFICATE OF TRAINING

A Certificate of Training is issued at the successful completion of a program. In the interim, the Office of Graduate Medical Education will prepare a notarized letter as needed to certify training. Certificates may be issued for any part of a year at the request of the Program Director. The partial year must be completed successfully. The medical degree is included on the certificate. Other degrees (MBA, MPH, PHD, etc.) will be listed upon request if the resident provides official documentation from the awarding institution. A fee is charged for replacing lost certificates. See the Policy in Section IX for additional information.

## CHECK-OUT PROCEDURES

As you prepare to leave GW, you are required to complete the mandatory checkout process. This applies to all residents and fellows, including those who will become Faculty members at GWU. Please see the GME website for graduating resident resources at http://smhs.gwu.edu/academics/gme/graduate.

## COMMITTEES

### Graduate Medical Education Committee (GMEC)

The Graduate Medical Education Committee (GMEC), currently under the leadership of Dr. Nancy D. Gaba, Associate Dean for Graduate Medical Education and Designated Institutional Official (DIO), is charged with the task of monitoring and advising on all aspects of residency education at GWU. The GMEC-Full Committee meets quarterly in the months of September, December, February and May, and includes all Residency Program Directors, a representative of the Medicine Subspecialty Programs, the DIO from Children's National Medical Center, the George Washington University Hospital Medical Director, and a member of the GW Voluntary Faculty. A GMEC-Executive Committee, composed of Program Directors with 20 or more residents, meets monthly. Both committees include the Associate Dean for Graduate Medical Education, the Director of Graduate Medical Education, the Education Administrator for Graduate Medical Education, and resident representatives who are selected by their peers. The resident representatives report back on the activities of the GME Committee at the Residents Committee meetings.

### Medical Staff Committees

Resident participation on medical staff committees is strongly encouraged. Residents are chosen in May to serve for the academic year. If you are interested in serving on a committee, please contact Veronica Anderson in the GWUH Medical Staff Office at 715-4479 or veronica.anderson@gwu-hospital.com

GWU 000085

**Residents Committee**

A committee of resident representatives from each department has been formed to communicate common concerns and ideas for improvement to the leaders of graduate medical education at GW. The committee meets on the third Wednesday of each month. Two co-chairs and two vice co-chairs are elected to lead the committee and to serve on the GME Committee. A fellow representative may also serve on both committees. We encourage all residents/fellows to bring their concerns, ideas, or other suggestions to the attention of their committee representative. Consult the GME Website for the names of current committee members.

## CONTRACT

Contracts are issued by the Office of Graduate Medical Education and are valid when signed by the Director of Graduate Medical Education and the resident. Letters of appointment from program directors do not constitute valid contracts.

## CORE CURRICULUM

A core lecture series is developed each year by the Graduate Medical Education office and offered the first Wednesday of each month September through June. Topics, speakers and session times are announced to residents and program directors via email. A listing of core curriculum speakers and topics is posted in the GME website.

## DUTY HOURS

All residents and programs must comply with the ACGME duty hour requirements as outlined in the policy on Resident Duty Hours and Work Environment in Section IX. The GME Committee is responsible for monitoring resident duty hours. Resident duty hours are monitored on the E*Value website. To access the E*Value website go to: https://www.e-value.net. Residents are required to report their duty hours on the website as directed by their program director. At certain times during the academic year, the GME Committee mandates that all residents report their hours on the website. The GME Office will notify the residents by email of these times. Additional information on resident duty hours may be found in Section IX.

## DUTY HOUR HOTLINE

A Duty Hour Hotline has been established for anonymous reporting of resident duty hour violations. The hotline number is 202-994-9760.

## DRUG ENFORCEMENT ADMINISTRATION NUMBER (DEA)

Temporary, restricted DEA registration is available to residents through the Office of Graduate Medical Education, George Washington University Hospital, 900 23rd Street, NW, Room 6167. This provides authorization to prescribe controlled substances only for patients seen in connection with residency duties at The George Washington University SMHS (i.e., GWU Hospital, Ambulatory Care Center, and other GWU sites). At affiliate institutions (i.e., Holy Cross Hospital, Children's Hospital, Fairfax Hospital, Veterans Affairs Medical Center, National Institutes of Health, Washington Hospital Center, etc.)

13

GWU 000086

the unlicensed resident must use a different temporary DEA number covered by the registration of the institution concerned. All temporary DEA and Controlled Substance numbers are valid for the length of the training program. Temporary DEA numbers are not given out by telephone.

**Prescription forms** must be completed as follows when using temporary DEA authorization:

- Doctor's name must be stamped, typed or hand printed on the form in addition to the signature.
- Institutional name, address and phone must be on the form:

  The George Washington University Hospital
  900 23rd St., N.W.
  Washington, D.C. 20037
  202-715-5043

- Institutional DEA and Controlled Substance number must be given with the temporary number as suffix. The temporary number is not a registered number alone.
  - **BD7904445-(suffix)  DEA number**
  - **CP0600324-(suffix)  Controlled Substance number**

Residents who are required by DC law to be licensed and obtain a federal DEA and DC controlled substance registration, will be reimbursed by the Office of Graduate Medical Education. Note that this applies to residents who graduated from a U.S. medical school at least 5 years ago or are international medical graduates entering their 6th year of post-graduate training or have completed a clinical program. The federal fee covers a three-year period. The Office of Graduate Medical Education will reimburse the resident 1/3 of the total cost for each year the resident will be at GW during the length of the current Federal DEA registration. It is the responsibility of the resident to contact the Office of Graduate Medical Education for reimbursement as well as to provide appropriate documentation.

## E-MAIL

Important notices from the GME Office, the University, and the SMHS are communicated by e-mail. **All residents must have a University e-mail address**, which is free. University e-mail addresses will be issued to all new residents at orientation. All residents are required to monitor and use their GW email account for all SMHS business. All SMHS and University announcements are disseminated on the GWU e-mail system.

## EMPLOYEE HEALTH

The Employee Health Office for the residents is located in the Hospital on the ground floor, Room G-1092. Hours are 8:00 a.m. to 4:30 p.m. Monday through Friday. To reach Employee Health by phone, call 202-715-4275.

GWU 000087

## E*VALUE SYSTEM

The George Washington University School of Medicine contracts with Advanced Informatics for the E*Value system. This online system provides functions which support resident education requirements. These functions include but are not limited to demographic information, rotation schedules, evaluations, procedure logs, conferences, duty hours and training modules. Residents are provided a login and password for access. Residents receive notifications/reminders from the E*Value system via email. Residents who need assistance in accessing and/or using functions within E*Value should contact their residency program coordinator or the GME office. All programs are required to use the system.

## FACULTY AND STAFF SERVICE CENTER

The Faculty & Staff Service Center (FSSC) provides a single location for employees of the university to receive face-to-face support in the areas of benefits administration, parking and transportation services, payroll and tax services. The FSSC is located on the ground floor of Rice Hall (2121 Eye Street).

## HEALTH INFORMATICS

Medical record keeping is an important task for all residents. Succinct, complete, timely and relevant documentation is absolutely essential to the successful delivery of complex interdisciplinary health care. Each hospital and medical center has detailed procedures and regulations for medical record keeping. There are **specific** guidelines as to what constitutes a **comprehensive** History and Physical, Operative Report and Discharge Summary. There are also timeliness issues associated with each report. History and Physicals must be done **prior** to surgery or, in the event of a medicine patient, within 24 hours of admission. Operative reports must be dictated immediately after surgery. Discharge summaries must be dictated on or shortly after the day of discharge. Each entry in the medical record must be dated, timed, and legibly signed. Co-signatures and additional medical record completions must be carried out either at or shortly after hospital discharge to meet patient care standards of our own institutions and those of the regulatory agencies.

Because of the extreme importance of this responsibility, failure to accomplish timely completion of these health informatics activities may result in suspension of the resident from work and loss of pay or sanction with parking privileges revoked. The Cerner Millennium electronic medical record platform provides you the ability to access and complete your patient records electronically. You can immediately check your status regarding chart completion by logging onto the Cerner PowerChart Physician Message Center. Logging onto PowerChart weekly will help you avoid suspension/sanction. Plan to complete all assigned records before rotating to other hospitals, since exceptions are not made for this purpose. Please consult the staff in the Department of Health Information Management at GWU Hospital and the affiliated institutions for assistance in completing your responsibilities.

If you are having difficulty accessing the system, signing your records electronically and additional training contact the IT Department at 202-715-4955 for assistance.

15

GWU 000088

## HIPAA TRAINING

Training regarding patient privacy and confidentiality requirements, as governed by the requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), is mandatory for all residents. Basic training in HIPAA will be conducted by the SMHS, with updates required as appropriate. In addition, each resident will be required to participate in training pertaining to specific HIPAA policies and procedures conducted by each hospital/facility at which he or she rotates. For more information regarding these requirements, please see Section IX of the Manual or visit the GME website at http://smhs.gwu.edu/academics/gme/about/policies.

## IDENTIFICATION CARDS

GWorld identification cards are issued to faculty, staff, students and affiliates of The George Washington University. Identification cards are required for admission to Ross Hall and the Himmelfarb library, the University Hospital 6th floor Lounge and Computer Room, University and SMHS libraries, the Lerner Health and Wellness Center and University Parking lots. New residents obtain cards through the GME Orientation at the beginning of each academic year. Replacement cards are issued by the GWorld Card Office, located in the Marvin Center, Ground Floor, Suite G-05. Hours of operation during the Fall and Spring semesters are Monday through Thursday, 8:30 a.m. to 6:00 p.m.; Friday, 8:30 a.m. to 4:30 p.m.; and Saturday and Sunday, 10:00 a.m. to 2:00 p.m. If your GWorld Card is lost or stolen, there is a replacement cost of $25. There is no charge for replacing damaged cards as long as the damaged card is turned in at the time of replacement. GWorld main office can be reached at 202-994-1795.

In addition to the GWorld identification card, residents are required to have a Hospital identification badge displayed on their person at all times while in the Hospital. Hospital IDs are issued to new residents by the Department of Security Services at orientation. Current residents whose Hospital ID badges show an expiration date should report to the Hospital Security Office, located on the first floor of the Hospital (next to the Emergency Room), to have their ID updated prior to the expiration date.

All GW identification badges are University/Hospital property and are collected by the GME Office when residents complete their programs or terminate their employment with GW.

## LIBRARY AND INFORMATION SERVICES

### Himmelfarb Health Sciences Library

**Web:** http://himmelfarb.gwu.edu
**Reference Desk:** (202) 994-2850
**Circulation Desk:** (202) 994-2962 (open 24 hours)
**Email:** himmelfarb@gwu.edu
**Text:** text your question to (202) 601-3525

16

GWU 000089

**Hours:** 24/7.  Please note:  limited circulation functions between midnight and 8:00 am; hours modified during university breaks and holidays.

Himmelfarb Health Sciences Library is located in Ross Hall and provides extensive online, print and audiovisual collections, as well as access to computers and study areas. The Library's online collections include more than 3,600 online journals, more than 2,500 online books, and more than one hundred databases.  The Library's print collections include approximately 100,000 volumes, selected print journals for browsing, and access to extensive journal backfiles.  The Library's audiovisual collections include more than 400 current DVD and CD titles as well as access to the Microsoft Office Suite, Internet Explorer and Adobe Acrobat Professional and dozens of specialized software titles focused on medicine and the health sciences and statistical analysis.

### Clinical Information Resources

- Available resources include ClinicalKey, DynaMed, Best Practice, etc.   A complete list is available on the Databases webpage under Clinical/Evidence-Based Medicine.
- Drug information tools include Lexicomp, DynaMed, etc.  A complete list is available on the Databases webpage under Drugs/Pharmacology.
- Himmelfarb Library provides access to mobile apps and mobile-optimized websites to support clinical information needs.  The App Shelf (http://himmelfarb.gwu.edu/apps/) describes available resources, platforms and download instructions.

### Research Resources

- Available databases include PubMed, MEDLINE, and Scopus.
- Extensive full-text journal collection is accessible via 'Full-Text @ Himmelfarb' links/icons integrated in all research databases.
- Print collection and additional services including interlibrary loan and document delivery are integrated into research databases via 'Find It @ Himmelfarb' links/icons.
- RefWorks, a citation management program, allows residents to create and organize a personal citation library.  RefWorks also functions with MS Word to format in-text citations and bibliographies.

### Online & Wireless Access

Himmelfarb Library's online collections are available to residents 24/7 via secure login. From GW Hospital and off-campus locations, residents can login to resources using their GWid (G#):

1. Access the Himmelfarb Library website, and select the database, e-text, or e-journal which you would like to access.

17

GWU 000090

2. When the WRLC Library Services login screen is displayed, securely login with your last name and GWid (G#) and select 'George Washington' from the drop-down list.
3. The database, e-text, or e-journal that you selected should display automatically.

Residents can also login to Himmelfarb Library resources via the VPN/GWireless which provides on-campus wireless access and an alternate method of off-campus access. Residents can login to VPN/GWireless using their GW Email login/password.

1. Turn off your internet browser's pop-up blocker or update settings to permit pop-ups from gwu.edu.
2. Access the <u>Himmelfarb Library website</u>, then click on <u>VPN</u> at the top of your screen.
3. Login to VPN (GWireless) with your GW NetID and password (the same login/password that you use for your GWMail or GWEmail).
4. Click OK to allow the software to run or enter your computer's password.
5. Access the <u>Himmelfarb Library website</u> again. You can now access databases, e-texts, and e-journals without any additional logins.

**GW Hospital Access**
- GW Hospital is on a separate network from the Library and Ross Hall.
- The Library's website automatically detects users at the GW Hospital and displays a tab for 'Hospital Resources' (no login required – includes ClinicalKey, DynaMed, Lexicomp, selected e-journals) and a tab for 'All Resources' (login required – includes all e-journals, e-texts and databases).
- **Residents have access to <u>all resources</u> from the Library and can access them using their last name and GWid (G#).**

**Library Services**
- Reference and research assistance is available to residents to assist in locating information to answer clinical questions and in support of research projects.
- The Bloedorn Technology Center Help Desk is available to assist you with software use, printing, wireless and remote access, document scanning, and mobile devices. The Help Desk offers technical support Sunday through Thursday from 12PM – 12AM and Friday through Saturday from 12PM – 8PM
- Personal laptop access to the Internet and web-based resources through the GWireless (GW1X) network available in the library, Ross Hall, and other GW campus locations.
- Support for mobile devices including access to the secure GW1X network and access to apps available in the Library's collections.
- Interlibrary loan service provides access to articles not available from the Library. Interlibrary loan can be used for research requests as well as emergency patient care requests which can be emailed or faxed within hours.
- Document delivery service can be used to request a photocopy/PDF of a journal

GWU 000091

article or chapter.
- On-site and off-site storage requests provide access to materials not available in the Library's online collections.
- Classes in database searching, RefWorks, word processing, slide presentation software, spreadsheets, and poster creation.
- Web-based tutorials on database searching, RefWorks, and additional tools and resources.
- Black-and-white and color printing from public workstations and the wireless network as well as public photocopiers

## CLASS (CLINICAL LEARNING AND SIMULATION SKILLS) CENTER

The CLASS Center, part of the Integrated Education and Research Center, provides an innovative educational environment for students, residents and faculty. The CLASS center, located on the 6th floor of the GW Hospital, is comprised of Clinical/Education Rooms, a Surgical Simulation and Demonstration area and the Office of Interdisciplinary Medical Education (OIME). For more information go to http://smhs.gwu.edu/class/ .

## CLASSROOM SERVICES: ROOM AND EQUIPMENT RESERVATIONS

All room and equipment scheduling for the School of Medicine and Health Sciences, the School of Public Health and Health Services and the School of Nursing is centralized in the Department of Classroom Services. Locations served include Ross Hall, Hospital 6th Floor, and Himmelfarb Library. Laptops, LCD data projectors and other equipment are provided for limited loan and upon availability. For further information call (202) 994-2856 or e-mail classrm@gwu.edu.

## MEDICAL CLEARANCE

District of Columbia law states that each individual who is involved in direct patient care must have a medical clearance no more than (3) three months prior to the starting date of clinical care, and then annually thereafter. The medical clearance should include a history, physical examination, and clearance of infectious risk. Clearance forms can be filled out by any licensed physician.

We must be strict about compliance with this regulation in order to comply with D.C. law. It is the responsibility of each Resident to ensure that this medical clearance is completed within the requisite time frame. *New Residents who do not have their health clearance completed will not be permitted to begin their training program. All returning Residents are required to renew medical clearance annually. All returning Residents must complete the requisite annual medical clearance by September 30 of the academic year or they will be suspended from clinical duties until medical clearance is obtained.*

### PPD/Chest X-ray Requirement

Tuberculosis is of particular concern here in the District of Columbia. Our goal is to be sure that our providers and patients are protected from and appropriately treated for this highly communicable disease. A CXR report will be accepted only with a previous history of a positive PPD. OSHA requires that the skin test performed on new residents

19

GWU 000092

must include a two-step test unless the resident has a documented negative test within the last 12 months. If the resident does have written documentation of a negative PPD with the past twelve months, s/he will need to undergo an additional PPD test during orientation. If the residents is unable to show written documentation of a negative PPD test from the past 12 months, s/he will have two PPD tests performed between 1-3 weeks apart. This prevents us from interpreting an old prior infection as a recent conversion when you are tested annually.

**Immunizations**

In 1988, GWUMC developed regulations to further reduce the possible spread of communicable diseases such as measles (rubeola), mumps, and German measles (rubella) within its community. Immunization records or proof of immunity by a blood test are required of each resident.

The following policies apply to all residents:

Mumps: Proof of immunization (the last immunization given in 1980 or later) or proof of immunity by blood test is required.

Measles (Rubeola): Proof of immunization or proof of immunity by a blood test is required. Measles vaccine should have been given on or after the first birthday and a second one given in 1980 or later. Measles vaccine should be repeated if this is not the case.

German Measles (Rubella): Proof of immunization or proof of immunity by a blood test is required. Two immunizations should have been given since birth. The last immunization should have been given in 1980 or later. Rubella vaccine should be repeated if this is not the case.

Chicken Pox (Varicella Zoster): Proof of two varicella vaccines or immunity by blood test. If the titer is negative, the resident will receive the vaccine (a series of two injections) unless contraindicated. If a resident is exposed to the virus and has not received the vaccine, heshe will be excluded from duty from the 10th day of exposure to the 21st day and this time off will be charged against your sick/annual leave.

Pertussis (Tdap): Proof of immunization with Tdap vaccine. Tdap vaccine is recommended for health-care personnel in hospitals or ambulatory care setting who have direct patient contact. An interval as short as 2 years from the last Td vaccination is recommended, but shorter time intervals may be used.

Residents must provide proof of immunity or be immunized. Immunization requirements will be waived on receipt of written certification from a physician or public health authority that they are medically contraindicated. A requirement of blood tests will be substituted.

**Medical Clearance for Subsequent Years**

D.C. law requires each resident to complete an annual medical clearance. *Returning residents must complete the annual medical clearance by September 30 of the academic*

GWU 000093

*year or they will be suspended from clinical duties until medical clearance is obtained and recorded to the satisfaction of The University Hospital.*

## MEDICAL LICENSURE

Please see the Resident Licensure Policy in Section IX for D.C. medical license requirements. An application for a full D.C. medical license can be obtained by calling 888-204-6193 or by visiting the D.C. Department of Health website at: http://doh.dc.gov/node/120782 . You may complete the application online and print it; however, applications must be submitted by mail. Please follow the instructions provided.

Reimbursement for licensure is made by the GME Office according to the Resident Licensure Policy in Section IX.

Residents who are not required to have a full DC Medical license are required to obtain a Medical Training License. The enrollment is valid for the current academic year and must be renewed every July 1. Residents will receive instructions for renewal and registration with their contracts.

Virginia and Maryland laws require residents rotating to affiliated institutions in these states to have temporary medical licenses. Applications for Virginia and Maryland temporary licenses must be completed by the resident and submitted to the appropriate state medical board by the Office of Graduate Medical Education. These licenses must be renewed every year. The cost of these licenses and renewals will be paid directly by the Office of Graduate Medical Education if applications are submitted at least two months prior to the rotation. Residents who submit applications for temporary licenses less than two months prior to the start of a rotation in Maryland or Virginia are required to include a personal check with the application ($100 for Maryland; $55 for Virginia). The GME Office will file a claim for reimbursement with University Accounting on behalf of the resident.

## MOONLIGHTING/PROFESSIONAL OUTSIDE ACTIVITIES

Please refer to the Institutional Policy on Resident Moonlighting in Section IX.

## NEEDLESTICK INJURY

**All exposures to blood borne pathogens must be reported immediately.** Following a needlestick injury or other significant exposure to blood or body fluids, the Employee Health Service will provide evaluation, prescribe post-exposure prophylaxis if needed, and follow-up care. **If you receive initial care at another site, YOU STILL MUST REPORT THE INCIDENT TO EMPLOYEE HEALTH SERVICES, preferably the next business day.** If an exposure incident is not reported in a timely manner, the University may not cover claimed medical costs resulting from the exposure.

**A needlestick, mucosal splash, sharps cut, or any job related illness or injury qualifies as a Workers' Compensation case. In order for the SMHS to pay for the**

21

GWU 000094

**medical treatment, a Workers' Compensation form must be submitted to the GME Office, George Washington University Hospital, 900 23rd Street, NW, Room 6167. If the form is not submitted, the bill for treatment will be forwarded to the employee. The Workers' Compensation form allows the SMHS to implement preventive measures based on the incidence of illness or injury. The forms are available from Employee Health Services and/or the GME office.**

If a needlestick injury or other exposure occurs outside of Employee Health Services hours, (Monday through Friday, 8:00 a.m. to 4:30 p.m.), the incident should be reported to the Emergency Department of GWUH, who will provide appropriate services. **The incident MUST still be reported to Employee Health Services as soon as possible, preferably the next business day.**

If a needlestick injury or other exposure occurs at a hospital other than GWUH and it is during business hours (Monday through Friday, 8:00 a.m. to 4:30 p.m.), you should call Employee Health Services at 202-715-4275. If the incident occurs after hours or on the weekend, you may report directly to the GWUH Emergency Department or call them for instructions. Agreements do not currently exist with all rotation sites for post-exposure care, although most pharmacies will provide post-exposure prophylaxis medications so that residents may start appropriate treatment without delay. During business hours, Employee Health Services can arrange for post-exposure prophylaxis at most sites. If the rotating hospital pharmacy does not provide post-exposure medications free of charge, the resident should pay for all medications out of pocket and keep the receipt for reimbursement. This will be provided by the Worker's Compensation claim as long as the paper work is completed appropriately.

The source patient should be tested for rapid HIV, HIV, Hep BsAg, and Hep C Ab, if this information is not already known. All patients admitted through GWU Hospital should have given their consent for serologic testing in the event of an employee exposure when they signed their admission forms. Employee Health Service can arrange for the tests to be performed on GWUH patients. GWU Emergency Department patients do not fill out consent forms; therefore, testing on these patients must be coordinated through the Emergency Department Attending Physician(s). Residents rotating offsite need to coordinate source patient testing with their Attending (Physician(s). Different hospitals have different policies with regard to consent for testing after employee needlesticks. Employee Health Services will prescribe appropriate post-exposure prophylaxis as per CDC guidelines.

Any incident which may result in a property or liability claim should be reported immediately via webform to the Office of Risk Management and Insurance. The URL is http://risk.gwu.edu/incident-reporting. Click on the "webform" link to enter an incident. Note there is a section for Webform FAQ's which can be accessed along the left hand side or from the Incident Reporting dropdown menu. The system allows employees, supervisors, and students to seamlessly report incidents and receive immediate electronic confirmation of receipt by the Risk Team.

22

GWU 000095

## NEWS MEDIA

Maintaining patient confidentiality is a very important component of patient care. All patients expect that their physicians are handling their personal medical information appropriately. This includes when a patient becomes the subject of inquiry from the news media. The metropolitan Washington, DC area is home to many public figures and celebrities. It is likely that during your residency you may care for someone who is known nationally or internationally. While patient confidentiality is always of paramount importance, it is especially true of these well-known figures. Should you find yourself being asked to comment for the news media about such patients or about medical topics in general, immediately direct the media organization to the appropriate communications representative according to instructions below:

1. If the patient is being seen in The George Washington University Hospital, media inquiries must be directed to the Hospital Marketing and Public Relations Department during normal business hours at 715-4447. After hours, media inquiries should be directed to the page operator, 715-4141, to contact the Marketing and Public Relations staff member on call by beeper. The Hospital does not release any information about any patient without his or her written consent.

2. If the patient is being seen in the Medical Faculty Associates facility, such an inquiry must be referred to the MFA Media Relations Manager at 741-3381. After hours, the Media Relations Manager can be paged at 1-800-759-8888, pager 741-0632.

All other media inquiries you receive should be referred to the SMHS Communications and Marketing at 994-2261 or 994-3121. After hours, please contact the page operator and request that the on-call staff member be paged.

## NOTARY PUBLIC

A Notary is available in the Office of Graduate Medical Education. Documents are notarized by appointment only. Please call 994-3737 for further information. In addition, a Notary is available in the Hospital. Please stop by the Concierge desk in the Hospital Lobby for more information.

## ON CALL ROOMS

Contact your department for on call room assignments. If there is a problem with an on call room, please notify the Program Director or the Office of Graduate Medical Education.

## OSHA TRAINING

Annual training in universal precautions as required by the Occupational Safety and Health Administration is mandatory for all residents. Residents may fulfill the requirement for annual training by completing the on-line exam using the E*Value

23

system. This may be done at any computer with internet access. You can view the lecture and take the test online. Contact the GME Office for information.

OSHA training for the current contract year must be completed by July 31, or the resident will be considered in violation of his/her contract and, as a result, be sanctioned by losing their free parking privileges. Residents who are hired off cycle must complete OSHA prior to their hire date and then by July 31 of every academic year thereafter.

Residents who rotate to affiliate hospitals and need proof of current OSHA training should contact the GME Office before the beginning of their outside rotation.

## PATIENT PRIVACY AND CONFIDENTIALITY

Each patient is entitled to privacy and confidentiality regarding his/her condition and care. The protection of the patient's right to privacy is the responsibility of each member of the clinical team. Effective April 14, 2003, Federal regulations governed by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) must be followed by all individuals who come in contact with patient health information. All residents are required to complete HIPAA training conducted by the SMHS and the hospitals/facilities where they will rotate. Please see this section on HIPAA training and Section IX for the policy on HIPAA Training.

## PATIENT SAFETY CONFERENCES

Patient Safety/Quality Improvement Conferences are sponsored by the Residents Committee and the GME Office and offered bi-annually. Topics, speakers and session times are announced to residents and program directors via email and posted on the GME website.

## PAYCHECKS

Residents are paid on a biweekly basis with 26 pay periods per year. Residents are encouraged to sign up for direct deposit.

Direct deposit users are notified each pay period via email that their *Easy View* deposit is available. Deposit information can be accessed by clicking on the link in the email and logging into GWeb. Both current and previous paychecks are available to view and print. For more information on direct deposit and this service, visit Payroll Services website at http://financeoffice.gwu.edu/taxpayrollbenefits/payroll/ .

Residents who do not sign up for direct deposit should check with their residency coordinator to determine how to obtain their paycheck.

GWU 000097

## PSYCHIATRIC SERVICES

A confidential mental health services benefit is available to all GWU residents. For details of this benefit, please contact Mary Tucker, GME Director, at 994-3285 or mtucker@gwu.edu .

## RESIDENT DIRECTORY

The Resident Directory is an index of all residents which can be queried by resident name or program name, and which provides the following information: resident name, picture, program, email address and pager number.

Resident Directory website address is:   https://inside.gwumc.edu/smhs/resdir/

Username is **gwresident** and the password is **respic**

## RISK MANAGEMENT

The Office of Risk Management is committed to protecting the University community, as well as its assets, from the risk of accidental injury and financial loss. As such, it is imperative that each resident employed by GWU is an active participant in the risk management program.

Clinical Risk Management

Clinical Risk Management resources are available for all residents in the GME program. These resources include, but are not limited to, rendering advice regarding consent, medical record documentation, difficult discussions with patients or families, or questions or concerns regarding any medical management issues or adverse outcomes that one believes may have had a negative impact or outcome to a patient. In addition, risk management education programs are held on a regular basis, and attendance is expected.

Situations may arise during the course of providing patient care in which the patient experiences an adverse event. Some adverse events may ultimately give rise to a professional liability action filed by a patient or their representative. The Office of Graduate Medical Education, in conjunction with Medical Faculty Associates (MFA), identifies and monitors those events which may ultimately lead to compensation in a professional liability action. The cooperation and assistance from all residents in identifying and reporting these events to the Office of Graduate Medical Education will help to ensure the success of the professional liability insurance program. **Report the following to the Office of Graduate Medical Education via telephone (202-994-3285) or e-mail (mtucker@gwu.edu):**

1. **Any medical incident (unexpected or severe injury, complication, or stay)**
2. **Request for medical records by known plaintiff's attorneys when there may be a known error in diagnosis or treatment**
3. **Unexpected death**
4. **Diminished life expectancy**

25

GWU 000098

5. Loss of limb
6. Impairment of the 5 senses
7. Severe disfigurement
8. Permanent or partial impairment of any bodily function
9. Additional medical treatment or extended hospitalization
10. Any medical claim (lawsuit or demand for money or services)

This list is not inclusive of all events that may require notice. If a resident becomes aware of an unexpected outcome and has a concern that it may give rise to a claim, it should be reported as a precautionary notice. Finally, if a resident believes there is the *potential* for an adverse outcome to a patient, we encourage you to notify the Office of Graduate Medical Education, as these reports are important to the process of continuous quality improvement of patient care, and the improvement of patient outcomes.

*In addition to reporting to the Office of Graduate Medical Education, please notify the Program Director of the relevant program through the Chief Resident.*

**Hospital risk managers at any hospital to which you are assigned do not represent you. You may be asked to provide information to hospital risk management regarding adverse patient outcomes or potential deviations from acceptable standards of care. You should not do so, however, until you have discussed the matter with the Office of Graduate Medical Education at the above number, or alternatively, with Legal Counsel from the Office of the General Counsel at (202) 994-6503.**

Professional Liability Insurance

The George Washington University provides professional liability coverage for its residents. Depending upon the date of the claim, the coverage will be provided either through The George Washington Self-Insurance Trust or the MFA Physicians Insurance Company (MFA-PIC). Professional liability insurance coverage is provided for all acts within the scope of the individual's employment and/or training. Please contact the Office of Graduate Medical Education at (202) 994-3285 or Office of General Counsel at (202) 994-6503 if you have any questions regarding your insurance coverage.

Professional Liability coverage is not provided for any moonlighting activities in which a resident is engaged. Each resident is responsible for procuring professional liability coverage for any professional services rendered outside the scope of their GWU employment and/or training.

## LEGAL AFFAIRS

If you should receive a subpoena or suit papers, please call the Office of General Counsel immediately at 202-994-6503. You should always note the date, time and method of service (certified mail or personal service) on the top corner of the document. Also, refer all process servers and inquiries on the whereabouts of a healthcare provider to the Office of General Counsel, who will respond directly to any inquiries or process servers. For

26

GWU 000099

more information concerning University policy on service of summons and subpoenas, please visit the website of The George Washington University Office of Vice President and General Counsel at: http://www.gwu.edu/~vpgc/pdf/summons.pdf.

## STANDARD PRACTICES

Hospital Standard Practices are available at each hospital and medical institution. The George Washington University Hospital Standard Practices are available on the Hospital intranet at www.gwstaff.com. Residents may access the Hospital intranet from any computer in the Hospital.

## STUDENT LOAN DEFERMENTS

Deferments are processed by the Office of Graduate Medical Education. Contact the GME office at 994-3737 for assistance.

## UNIFORMS

Two personalized white lab coats and two sets of scrub suits are provided to each resident. The lab coats and the scrub suits are the property of the individual resident. The resident is responsible for the cleaning or laundering of the lab coats and scrub suits.

"Surgical" scrub suits with the GWU logo are provided by the Hospital to those whose duties and responsibilities require that they wear them. The surgical scrub suits remain the property of the Hospital and residents are strictly forbidden to wear these scrubs outside of the Hospital. These scrubs are issued at the designated area in the Operating Room and may be exchanged for clean scrubs when they become soiled.

## WEBSITES

The GME website address is http://smhs.gwu.edu/academics/gme.  The website lists information for new and current residents and resident alumni, including information on the GME Office and staff, salary and benefits, OSHA training, HIPAA training, orientation, committees, and verification of training. A listing of residency and fellowship programs with links to program websites is also available. The Resident Manual has been added to the GME website and updates to the Manual will be added to the website as they occur.

Residents may access the Resident Directory by going to the GME website or by going directly to
http://smhs.gwumc.edu/graduatemedicaleducation/overviewmission/residentfacebook

Access Information:  Username: **gwresident**   Password: **respic**

27

GWU 000100

# V.   BENEFITS

## A.   ELIGIBILITY FOR EMPLOYEE BENEFITS

All Residents, regardless of payroll sources, receive certain benefits provided by the George Washington University SMHS, as described in Paragraph C below. Residents who are paid by GW also receive benefits provided by the George Washington University. The university reserves the right to modify or discontinue its Fringe Benefits Program in whole or in part at any time without advance notice.

## B.   SERVICE CREDIT/ANNIVERSARY DATE

The length of time an employee has been in university service and the effective date of such service are factors in determining applicability of certain university policies. "Service Credit" is defined as the computed time an employee has served the university in a Regular position, and may be used as a determining factor for purposes of benefit and leave eligibility and other policies affected by period of employment. Breaks in service in excess of 12 months in a Regular position will result in the forfeiture of previously earned service credit.

## C.   BENEFITS AVAILABLE TO ALL RESIDENTS THROUGH GW

The following benefits are available to all Residents of the George Washington University SMHS regardless of pay source, unless prohibited by the Resident's employer; i.e., military residents.

### LONG TERM DISABILITY INSURANCE

Individual long term-disability insurance through Brown & Brown/UNUM Provident Life Insurance Company is paid in full by the SMHS for the first year of your employment in our residency training program. This policy provides each participant with a benefit of up to $2,000 per month after 180 days of total disability and also has provisions to pay partial claims. The policy is portable and Residents can continue this coverage on an individual basis at a discounted rate after their first year of employment. In addition, there are future insurability options in the policy, also at a discounted rate, which enable the participant to increase coverage to substantial amounts without evidence of insurability.

### DRUG ENFORCEMENT ADMINISTRATION (DEA) REGISTRATION FEES

Drug Registration fees are paid for both federal and D.C. controlled substance registration only for those who are required to obtain a D.C. medical license because they graduated from a U.S. medical school at least 5 years ago or are international medical graduates entering the 6th year of post-graduate training. Contact the Office of Graduate Medical Education if you have questions. The Federal DEA registration fee, which is paid for a three-year period, will only be reimbursed at a rate of 1/3 of the total cost for each year the Resident will be at GW.

28

## EMPLOYEE ASSISTANCE & WORK-LIFE REFERRAL SERVICES

GW's Wellbeing Hotline is a one-stop-shop for help with personal issues, planning for life events, or simply managing daily life. This program is available to all Residents and dependents at no cost and is provided through ComPsych.

The following services are available:

**Work-Life Solutions:** Wellbeing Hotline specialists will do the research for you, providing qualified referrals and customized resources for child and elder care, moving and relocation, making major purchases, college planning, pet care, home repair, and more.

**Confidential Counseling:** This no-cost counseling service helps you address stress, relationship and other personal issues you and your family may face. It is staffed by highly trained master's and doctoral level clinicians who will listen to your concerns and quickly refer you to in-person counseling and other resources for stress, anxiety and depression, relationship/marital conflicts, problems with children, job pressures, grief and loss, and substance abuse.

**Financial and Legal Resources:** Speak by phone with an attorney, Certified Public Accountants, or Certified Financial Planners on a wide range of legal and financial issues. You also have access to free online will preparation services that allows you to quickly and easily write a will on your computer.

Take advantage of these programs and much more by calling toll-free 855-705-2471 or visiting http://hr.gwu.edu/colonial-community.

## HEALTH AND WELLNESS CENTER

The Lerner Health and Wellness Center is located at 2301 G Street. There is an annual membership fee that may be paid through payroll deduction. Hours of operation can be obtained by calling 994-1522. Additional information is listed on the website at http://campusrecreation.gwu.edu/.

## LIABILITY INSURANCE

The School of Medicine and Health Sciences will provide the Resident Physician with professional liability insurance for acts and omissions of the Resident Physician in the course of approved activities of the Resident Physician's Program. The School of Medicine and Health Sciences will select legal counsel to defend against claims alleging negligence by the Resident Physician, including claims filed after completion of the Program. Such professional liability coverage and legal defense will be provided only for activities and services within the scope of his/her duties as defined by the Resident Physician's Program Director at or for the School of Medicine and Health Sciences pursuant to the terms of the Resident Contract, or such outside activities and services approved in writing by his/her Program Director and the Department Chair. Professional liability coverage and legal defense will not be provided for activities outside the course and scope of duties at or for the School of Medicine and Health Sciences even if such activities are not prohibited by the School of Medicine and Health Science's bylaws, rules and regulations, or policies and procedures, unless such activities are approved in writing by the

29

GWU 000102

Resident Physician's Program Director and Department Chair and the university's Risk Manager (202-994-2453) is notified in advance of the activity.

In order to obtain proof of liability insurance while rotating to a non-affiliated institution, you must contact the Office of Graduate Medical Education at least ninety (90) days in advance of the rotation.

## MEDICAL LICENSURE

Reimbursement for licensure is made by the GME Office according to the Resident Licensure Policy in Section IX.

## PARKING

All Residents are entitled to parking at The SMHS free of charge. Residents are assigned parking in the Square 54 Garage. Permits are issued to new Residents at orientation and thereafter on an annual basis by the Faculty and Staff Service Center at Rice Hall, 2211 H Street, N.W., upon presentation of a current vehicle registration in the name of the Resident or his/her family. Access to the Garage is provided by using the GWorld identification card.

A sticker for a second car may be obtained for a nominal fee, but two cars with the same permit number are not permitted in the garage at the same time. Improperly parked cars may receive a metropolitan police ticket. GW assumes no responsibility for damages or thefts.

## BACK-UP FAMILY CARE

GW's Back-Up Family Care Program through CCLC has been tailored to meet the unique needs of working families when your usual family care arrangements are disrupted. CCLC provides access to a network of highly trained and experienced in-home care providers, select CCLC centers and more than 1600 KinderCare community-based, early learning centers.

Faculty and staff have up to five days per year of backup care for children, adults, and elders. To access this benefit, call (877) 820-7190 or visit http://hr.gwu.edu/colonial-community.

## HEALTH ADVOCATE

Health Advocate is a special benefit paid for by GW that can help you personally resolve your insurance and health care issues, promptly and reliably. Health Advocate is designed to help you, your spouse/domestic partner, dependent children, parents and your spouse's or domestic partner's parent cut through barriers that often create frustration and problems. All at no cost to you!

Health Advocate can help you:

- Find doctors, specialists, hospitals and treatment centers
- Clarify insurance plan(s) and help decide which plan is right for you.
- Untangle medical bills, uncover errors and negotiate fees
- Research and explain treatment options
- And more

30

You do not need to participate in any of GW's health plans to participate.

Call Health Advocate at (866) 695-8622 to speak with an advocate.
Calls are unlimited and service is available 24/7.   For more information, please visit,
http://healthadvocate.com/gwu

**SMOKING CESSATION RESOURCES**
The Quit For Life® Program is the nation's leading tobacco cessation program. It can help you or an eligible dependent permanently overcome the physical, psychological and behavioral addictions to tobacco through expert coaching and support. You may qualify for nicotine replacement therapy. The program is free, confidential, and it works. Call 1-866-QUIT-4-LIFE (1-866-784-8454), or log on to www.quitnow.net for details or to enroll.

**GW'S HEALTHY PREGNANCY PROGRAM**
If you are pregnant and you participate in GW's health insurance plan, we encourage you to sign up for GW's Healthy Pregnancy Program. By participating in this program you will have 24-hour access to experienced nurses, one-on-one support throughout your pregnancy, and the opportunity to earn up to $250 in cash, plus free gifts and valuable resources. The program is also open to your spouse, partner, or dependent if they are on GW's health plan.

To participate in GW's Healthy Pregnancy Program, please visit http://go.gwu.edu/pregnancy or call (800) 411-7984.

## D.  BENEFITS AVAILABLE TO RESIDENTS ON PROFESSIONAL ASSIGNMENT – RESEARCH

Residents on professional assignment, which includes residents who are away from their training programs for a research year, should consult with the Director of GME regarding benefits that are covered during that time. Some covered benefits require arrangements with the Benefits Administration Department for payment of premiums.

## E.   BENEFITS AVAILABLE TO RESIDENTS PAID BY GW

A detailed description of benefits can be found at the following website:  http://benefits.gwu.edu.

GWU 000104

# VI.   POLICIES GOVERNING LEAVE

Time away from the residency program for extended vacation leave, extended sick leave, FMLA, disability or any other reason may result in a Resident having to spend additional time in the program beyond the anticipated date of completion. RRC and medical board requirements must be met before a Resident can be certified as having completed a training program. Residents should refer to the institutional policy on Leave of Absence and the Effect on Program Completion in Section IX. Residents should consult their program director to determine if extended leave has an effect on the completion date of training.

## VACATION

The general vacation policy provides for three (3) weeks of paid vacation each year, including weekends and holidays. Departments may grant additional vacation on a discretionary basis. Unused leave may not be carried from one year to another and will not be redeemed for equivalent salary.  Vacation is generally not approved for the last two weeks of the training year.

## HOLIDAY LEAVE

Please consult with your department regarding holiday leave and coverage.

## SICK LEAVE

Sick leave benefits are determined by each department on an individual basis. In general, Residents who become ill for a period of time sufficient to interfere with their participation in the training program, are covered under policies governing Temporary Disability Leave. Please see Section VI for detailed information.

## FAMILY AND MEDICAL LEAVE

Periods of leave due to situations such as the serious illness of an employee, the birth or adoption of a child, or the serious illness of a family member may be covered under the D.C. and/or federal Family and Medical Leave Acts (FMLA). The D.C. Act provides up to 16 weeks of medical leave and 16 weeks of family leave in a 24 month period after an employee has completed one year of employment and has been paid for at least 1,000 hours during the 12-month period immediately preceding the request for family or medical leave. The federal FMLA provides up to 12 weeks of family and medical leave in a 12 month period as well as 26 weeks of leave to care for a covered servicemember with a serious injury or illness in a single 12 month period after an employee has completed one year of employment and has worked 1,250 hours during the 112-month period immediately preceding the leave request. In most cases, benefits under the D.C. Act are more generous than under the federal Act, but employees are entitled to whichever provides the most favorable benefits. If the leave qualifies for both D.C. FMLA and federal FMLA, any leave taken under those Acts would run concurrently. GW policies governing Temporary Disability Leave, Vacation Leave, Sick Leave, and unpaid leave will determine the appropriate pay status. The SMHS will continue to contribute to all university paid benefits during Family and Medical Leave, but the employee is responsible for their portion of benefit premiums. Please note: FMLA does NOT mandate paid leave. Payments to Residents while on FMLA leave *may* be available through the above mentioned GW policies.

32

GWU 000105

## TEMPORARY DISABILITY LEAVE

Temporary Disability Leave is provided for physical or mental conditions that are sufficiently incapacitating to require that a Resident temporarily terminate participation in the residency training program. Temporary disability is paid for up to 60 consecutive days annually, including weekends and holidays. Family and Medical Leave Act provisions may apply in cases of leave use. Please see Section VII for detailed information on periods of Temporary Disability Leave.

## MATERNITY LEAVE

Maternity Leave is provided for medical disability resulting from pregnancy, childbirth or related medical conditions on the same basis on which leave is provided for other medical disabilities. Family and Medical Leave Acts and policies governing the use of Sick, Vacation, and Temporary Disability for medical disability purposes may therefore apply. Non-medical absences for the birth or adoption of a child are covered under the Family and Medical Leave Acts or Leave of Absence Policy. Please refer to Temporary Disability Leave, Section VI.

## PAID PARENTAL LEAVE

GW provides six continuous weeks of paid parental leave for eligible regular full-time staff. The applies to staff members who have given birth or are the spouse/partner of the birth mother; the placement of a child with the employee for adoption; or the placement of a child with the employee for whom the employee permanently assumes and discharges parental responsibility. The leave must be taken immediately following the birth, adoption, or eligible circumstance. Eligibility for paid parental leave will begin the first of the month following an employee's two year benefit eligible service anniversary date or coincident with that date if the anniversary date falls on the first of the month. Please note that Residents who are the birth parent are actually eligible for more paid leave under the Temporary Disability Leave than Paid Parental Leave.

## LEAVE OF ABSENCE

At the discretion of the department chair, a Leave of Absence may be approved for unusual personal situations provided the operational needs of the department are not adversely affected. Leave of absence is always unpaid leave, and must be requested in writing. All accrued Vacation Leave must be exhausted prior to a request for a Leave of Absence.

## BEREAVEMENT LEAVE

Paid Bereavement Leave is provided to Residents upon the death of an immediate family member. Immediate family members include a spouse, domestic partner for whom an affidavit has been submitted to the Benefits Administration Department, child, stepchild, parent, grandparent, sister, brother, mother-in-law, father-in-law, son-in-law, or daughter-in-law. Bereavement Leave must be requested in writing to the Program Director for a period not to exceed 3 days. Bereavement Leave does not accrue or pay out upon termination.

GWU 000106

## LEAVE FOR JURY DUTY

Jury Duty Leave is provided to Residents who are summoned to jury duty. Residents will be granted paid leave for scheduled work hours/days missed to comply with the summons for jury duty. Leave must be requested in writing to the Program Director as far in advance as possible and must include supporting court documents. Residents are required to report to work on those days or partial days when attendance in court is not required.

## MILITARY DUTY LEAVE

Military Duty is unpaid leave provided to Residents for the period necessary to perform military duty in the uniformed services. Residents must provide notice of the need to take military duty leave to the Program Director with as much advance notice as possible and include official written military orders, as soon as they are available, and an expected date of return to work. Employees may request the use of Vacation Leave or Sick Leave for part or all of the period of military duty. Under federal law, employees who leave regular positions voluntarily or involuntarily for the purpose of performing military duty, including Reserve duty, have a right to reinstatement without loss of seniority if certain conditions are met. In situations involving a request for reinstatement, the Benefits Administration Department should be consulted for information concerning eligibility for reinstatement, applicable salary issues, and benefits

GWU 000107

# VII.  GUIDELINES FOR DISABILITY LEAVE AND LEAVE WITHOUT PAY

## TEMPORARY DISABILITY LEAVE

### A.  Definition

Disability is defined as any physical or mental condition which is sufficiently incapacitating to require that the Resident temporarily terminate participation in the residency training program. Temporary disability is paid for up to 60 consecutive days annually, including weekends and holidays, for residents who are paid by GW. *(Short Term Disability may also be applicable, please see Section V.E.)*

### B.  Provisions and Restrictions

1.  For Residents who are temporarily disabled in accordance with the definition in Section A, up to 60 days of leave with full salary are to be provided annually, subject to the restrictions defined in Sections B.2, B.7, B.8, and B.9 below. Supplemental salary provided by Departments is to be excluded from such determinations.

2.  A Resident who is participating in a part-time residency or who otherwise participates in a residency for only a portion of the training year is entitled to temporary disability leave on a pro-rated basis as a function of the percentage of the full-time effort and salary described in the Resident contract.

3.  Temporary disability leave with pay does not accrue and may not be carried over from year to year.

4.  A Resident who has utilized full temporary disability leave entitlement and all earned annual leave during a training year is classified as being on leave without pay (see next section) unless the Resident desires to terminate his/her relationship with the university.

5.  Residents may not be required to utilize annual leave before being placed on temporary disability leave.

6.  Residents are entitled to all normally provided fringe benefits while on temporary disability leave.

7.  A Resident who, during the training year, is placed on any combination of temporary disability leave and leave without pay which involves 60 or more days and which occurs during any portion of the last six months of the training year, and who is reappointed for the following training year, is not eligible for temporary disability leave during the referenced re-appointment year until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six months which may include earned annual leave or

GWU 000108

may be extended by other types of leave authorized by university personnel policies. Similarly, a Resident who, during the training year, is placed on temporary disability leave which involves more than 30 but less than 60 days and which occurs during any portion of the last three months of the training year, and who is re-appointed for the following training year, is not eligible for temporary disability leave during the referenced re-appointment year until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of three months which may include earned annual leave or may be extended by other types of leave authorized by university personnel policies.

8. A Resident who concludes the training year on temporary disability leave and is re-appointed for the following training year is entitled to the balance of temporary disability leave not utilized by him/her during the previous training year. Such temporary disability leave in the referenced re-appointment year must be taken consecutively with the temporary disability leave from the previous year, and the total length of this consecutive disability leave may not exceed 60 days. Thereafter, the Resident is not eligible for temporary disability leave until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six months which may include earned annual leave or may be extended by other types of leave authorized by university personnel policies. If the Resident requires temporary disability leave taken consecutively with the training year, it is to be subtracted from this entitlement.

9. A Resident who has been disabled for more than 60 days, has been placed on leave without pay through the termination of the training year, and is re-appointed for the following or subsequent training years, is not eligible for temporary disability leave during the referenced re-appointment year until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six consecutive months which may include earned annual leave or may be extended by other types of leave authorized by university Personnel policies. Similarly, a Resident who has been disabled for more than 60 days and now has been placed on leave without pay which carries over from one training year to the next, is not eligible for temporary disability leave during the next following or subsequent training years until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six consecutive months, which may include earned annual leave or may be extended by other types of leave authorized by university Personnel policies.

## C.  Notification and Documentation Requirements

1. Determinations as to the appropriateness of placing a Resident on temporary disability leave are the responsibility of the Program Director.

2. The Program Director is responsible for maintaining accurate records of temporary disability leave for each Resident in the Department and for providing this documentation to the GME Office as far in advance as possible. At the end of each fiscal year, each Program Director is to provide to the Office of Graduate Medical Education a summary listing of those Residents placed on temporary disability leave during the year and the amount of such leave for each.

GWU 000109

3. For each Resident who is placed on temporary disability leave for a consecutive period of 14 days or longer, documentation supporting the appropriateness of such leave is to be provided by the Program Director to the Office of Graduate Medical Education for inclusion in the Resident's GME institutional file. Such documentation should be provided in a timely fashion but, in any event, no later than 30 days after the conclusion of the 14-day period.

**D.  Training Program Adjustments**

1.  Where temporary disability leave places the Resident out of cycle in completing the requirements of the training program, funding for such Residents must be requested from the GME Office no later than February 1 of the year preceding the academic year in which the time will be made up.

2.  The effect of extended leave on the completion of the training program and the timing thereof must be determined in accordance with the institutional and program policies on Leave Of Absence and the Effect on Program Completion (See Section IX).

## LEAVE WITHOUT PAY
**A.  Definition**

Leave without pay is defined as leave necessitated by temporary disability which extends beyond the Resident's entitlement in a training year or leave for other reasons agreed upon by the Resident and the appropriate Program Director. *Family & Medical Leave Act and/or Long Term Disability provisions may also apply.*

**B.  Provisions and Restrictions**

1.  Leave without pay is by definition non-salaried leave.

2.  A Resident who has utilized his/her full temporary disability leave entitlement and all earned annual leave during the training year is entitled to be placed on leave without pay for the remainder of the training year in which the temporary disability occurs.

3.  Residents must utilize all temporary disability leave and all annual leave before being placed on leave without pay.

4.  Leave without pay shall in no instance extend beyond one calendar year. Leave without pay of 90 days or less may be approved by the appropriate Program Director. Documentation supporting the appropriateness of such leave is to be provided by the Program Director to the Office of Graduate Medical Education for inclusion in the Resident's GME institutional file. Leave without pay of more than 90 days requires the endorsement of the Associate Dean for Graduate Medical Education. Residents with extended temporary disability are eligible for, but not entitled to, extensions of leave without pay for up to one calendar year.

GWU 000110

5. Residents on leave without pay are able to continue certain benefits (with premium payment). Please contact benefits administration (benefits@gwu.edu) for details.   Group life and disability benefits can be continued for up to 24 months during a research assignment. Group life and disability insurance can be continued for up to 12 months during personal leave. For Residents who participate in the GW retirement program, all contributions will be discontinued while the Resident is on leave without pay, but benefits will be resumed if and when the Resident returns to full-time training status.

6. For Residents who are placed on leave without pay, reinstatement to full-time or part-time training status is at the discretion of the appropriate Program Director.

**C. Notification and Documentation Requirements**

1. Except for the leave without pay entitlement described in Section B.2, determinations as to the appropriateness of placing a Resident on such leave are the responsibility of the Program Director.

2. The Program Director is responsible for maintaining accurate records of leave without pay for each Resident in the Department and for providing this documentation to the GME Office.

3. For each Resident who is placed on leave without pay, the Program Director is responsible for prompt notification to the Office of Graduate Medical Education so as to assure timely termination of salary and appropriate arrangements concerning fringe benefits. Such notification is to include the intended length of leave without pay. As stated in Section B.4, leave without pay for more than 90 days requires the endorsement of the Associate Dean for Graduate Medical Education.

**D. Training Program Adjustments**

1. Where leave without pay places the Resident out of the cycle in completing the requirements of the training program, funding for such Residents must be requested from the GME Office no later than February 1 of the year preceding the academic year in which the time will be made up.

The effect of extended leave on the completion of the training program and the timing thereof must be determined in accordance with the institutional and program policies on Leave Of Absence and the Effect on Program Completion (See Section IX).

38

GWU 000111

# VIII.  PROCEDURES FOR HEARING AND REVIEW OF DISCIPLINARY ACTIONS INVOLVING RESIDENTS

The Due Process policies below may be found at:
http://smhs.gwu.edu/academics/gme/about/policies

- Due Process
    - Academic Improvement
    - Academic Matters
    - Resident Misconduct
    - Misconduct Matters

39

GWU 000112

# IX.  GRADUATE MEDICAL EDUCATION COMMITTEE POLICIES

The Accreditation Council for Graduate Medical Education (ACGME) requires the sponsoring institution's Graduate Medical Education Committee (GMEC) to establish and implement policies and procedures regarding, at a minimum, the quality and the work environment for the residents in all programs.

The link below lists all policies that have been approved by the GMEC:
http://smhs.gwu.edu/academics/gme/about/policies

GWU 000113

# X. GEORGE WASHINGTON UNIVERSITY POLICIES ON EQUAL EMPLOYMENT OPPORTUNITY AND SEXUAL HARASSMENT AND SEXUAL VIOLENCE

The following policies and practices support the University's commitment to maintain a positive work environment that makes it possible for all employees to thrive:

## Equal Employment Opportunity Statement

The George Washington University does not unlawfully discriminate against any person on any basis prohibited by federal law, the District of Columbia Human Rights Act, or other applicable law, including without limitation, race, color, religion, sex, national origin, age, disability, veteran status, sexual orientation, or gender identity or expression. This policy covers all programs, services, policies, and procedures of the University, including admission to education programs and employment.

## Discrimination and Harassment Prohibited in the Workplace

The University expects all employees to treat each other with fairness and respect. Discrimination or harassment based on race, color, religion, sex, national origin, age, disability, veteran status, sexual orientation, or gender identity or expression or as otherwise provided under District of Columbia, state or local law, is strictly prohibited and will not be tolerated. Discrimination and harassment of this type is illegal and contrary to University policy.

All allegations of discrimination, harassment, or complaints of unequal treatment are taken seriously.   Residents who believe that they are experiencing any type of unlawful discrimination or harassment should bring their concerns to the attention of their program director, department chair, or the Associate Dean for GME; residents may also contact the Title IX Coordinator at 202-994-7440 or the Office of Equal Employment Opportunity at 202-994-9656.

## Sexual Harassment

The University is committed to maintaining a positive climate for study and work, in which individuals are judged solely on relevant factors, such as ability and performance, and can pursue their activities in an atmosphere that is free from coercion, intimidation and violence.  Sexual harassment is destructive of such a climate and will not be tolerated in the University community.  Sexual harassment creates unacceptable stress for the entire workforce, adversely affects morale, demeans the harassed individual, and could expose the University and the harasser to significant liability.

Depending on the particular circumstances, sexual harassment may include, but is not limited the following:
- Actual or attempted rape, sexual assault, sexual battery or molestation, without consent or against another's will, whether achieved through force, threat or intimidation, or advantage gained by the aggrieved party's mental or physical incapacity or impairment.
- Non-consensual or forcible sexual touching.

41

- Offering or implying an employment-related reward (such as a promotion, raise, or different work assignment) or an education-related reward (such as a better grade, a letter of recommendation, favorable treatment in the classroom, assistance in obtaining employment, favorable treatment in the classroom, assistance in obtaining employment, grants or fellowships, or admission to any education program or activity) in exchange for sexual favors or submission to sexual conduct.
- Threatening or taking a negative employment action (such as termination, demotion, denial of an employee benefit or privilege, or change in working conditions) or negative education action (such as giving an unfair grade, withholding a letter of recommendation, or withholding assistance with any educational activity) or intentionally making the individual's job or academic work more difficult because submission to sexual conduct is rejected.
- Unwelcome sexual advances, repeated propositions or requests for a sexual relationship to an individual who has previously indicated that such conduct is unwelcome, unwelcome physical contact of a sexual nature, or sexual gestures, noises, remarks, jokes, questions, or comments about a person's sexuality that would reasonably be perceived as creating a hostile or abusive work environment. A single incident involving severe misconduct may rise to the level of harassment.

The University has adopted procedures governing sexual harassment complaints and these procedures are administered by the Title IX Coordinator.
View Sexual Harassment Policies and Procedures.

If you believe, you are being or have been sexually harassed, if someone has accused you of sexual harassment or inappropriate behavior of a sexual nature, or if you receive a report of sexual harassment, it is important that you contact the Coordinator as soon as possible. The Coordinator will respond to questions, provide resources for additional assistance such as counseling, address your concerns, and, if warranted, coordinate an investigation.

Residents who believe that behavior of a sexual nature may be inappropriate may also discuss the issue with their program director, department chair, the Associate Dean for GME, or the Title IX Coordinator. These individuals will work with the Coordinator as appropriate to respond to the situation.

### Gender-Based Discrimination

Harassment based on gender is a form of misconduct that undermines both personal and professional relationships in the workplace. The University believes that courteous, mutually respectful, non-coercive interactions between employees will best serve the well-being of each individual and the University.

Residents experiencing any type of discriminatory conduct or harassment should bring that conduct to the immediate attention of his/her supervisor, program director, department chair, the Associate Dean for GME, or the Office of Equal Employment Opportunity at 02-994-9656.

42

GWU 000115

## Other Types of Harassment

The University also prohibits harassment based on race, religion, color, gender, sexual orientation, age, national origin, disability, or any other characteristic protected by District of Columbia, state, or local law. Prohibited harassment on the basis of protected characteristics, includes behavior similar to sexual harassment and includes, but is not limited to:

- Unwelcome, offensive, or inappropriate comments regarding an employee's protected characteristic
- Verbal abuse, teasing, remarks or comments that intimidate, ridicule or demean an employee's protected characteristic.
- Visual conduct such as derogatory posters, photographs, cartoons, drawings, or gestures.
- Retaliation for reporting harassment or threatening to report harassment.

Residents experiencing any type of discriminatory conduct or harassment should bring that conduct to the immediate attention of his/her supervisor, program director, department chair, the Associate Dean for GME, or the Title IX Coordinator at 202-994-7440.

## Non-Retaliation Policy

Retaliation against members of the University community who make good faith reports regarding potential University-related violations of laws, regulations or University policies is prohibited, and violators may be subject to disciplinary action. View GW's Non-Retaliation Policy for additional information.

## PERSONS WITH DISABILITIES

In accordance with the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, and other applicable federal, state, and local laws, and as articulated in the university's Equal Opportunity Statement, the university does not discriminate against any qualified individuals with a disability.

Questions regarding the protections against discrimination on the basis of disability may be directed to the university's Disability Services Coordinators.  Members of the university community may contact the Executive Director of Equal Employment Opportunity and Affirmative Action, Suite 320, 2033 K Street, NW, Washington, DC 20052, (202) 994-9633.

## Residents Requesting an Accommodation

The George Washington University's commitment to equal employment opportunity and affirmative action includes a commitment to provide reasonable accommodations for residents' religious obligations and for residents who are qualified individuals with disabilities pursuant to the Americans with Disabilities Act. Should a resident need an accommodation, he or she should contact the Office of Equal Employment Opportunity at (202) 994-9656 or fax (202) 994-9658. All requests for accommodations are kept in confidence to the extent feasible by law and practice.

GWU 000116

# XI.  THE GEORGE WASHINGTON UNIVERSITY HOSPITAL

Located in the nation's capital, the University Hospital serves a diverse group of patients from area residents and visitors to heads of state and government officials. A designated tertiary-care institution, the University Hospital provides physicians and patients with the latest in technological innovations for diagnosis and treatment of the most acute clinical conditions. The University Hospital Emergency Department is a certified level-I trauma center, having met the American College of Surgeons' requirements for medical staff training and clinical research on trauma care and community education.

Since July 1997, the Hospital has been jointly owned and operated by a partnership between The George Washington University and a subsidiary of Universal Health Services, Inc. (UHS), one of the nations' largest healthcare management companies. The Hospital has over 1,950 employees and more than 800 physicians and 845 nurses are affiliated with the Hospital.

In 2002, the new George Washington University Hospital opened to the public. The 371-bed facility has a greatly expanded emergency room, new surgical suites with the latest medical equipment and an attractive Maternity Unit with new labor, delivery, recovery and postpartum suites and a Level III Neonatal Intensive Care unit.

The SMHS's Education and Research Center on the 6th floor of the new Hospital is one of a few of its kind nationwide. The Center includes a surgical simulation & demonstration area and provides highly realistic scenarios for surgical training. Using virtual reality and two full-scale operating rooms, each room can be configured to match the conditions of an operating room, emergency room or intensive care unit. A highly sophisticated computer-controlled mannequin is used for practice surgeries.

In addition, the Center includes standardized patient examining areas for teaching students and residents the basics in taking patient histories, performing examinations, and developing communication skills.

The George Washington University Hospital Standard Practices regarding *Customer Service and Non-Discrimination Concerning Patients with Infectious Diseases* are printed on the following pages for your information. The complete Manual of Standard Practices can be referenced on the Hospital Intranet and the GME Office.

GWU 000117

# THE GEORGE WASHINGTON UNIVERSITY
# SCHOOL OF MEDICINE AND HEALTH SCIENCES

## OFFICE OF GRADUATE MEDICAL EDUCATION

## *RESIDENT MANUAL
## July 1, 2015

The information in this Manual is designed to provide a reference for many of the questions you may have during your education as you become involved in patient care. If an answer is not found here, you are encouraged to call the service in question and to consult the institutional Standard Practices available at each hospital or medical institution. Many policies are also found in "Rules and Regulations of the Medical and Dental Staff" and in "Bylaws of the Medical and Dental Staff" of each hospital. We suggest you contact the GME Office, your Program Director, a member of the Residents Committee, or your Chief Resident(s) for clarification and additional information.

The Resident Manual is also available on the Graduate Medical Education website: http://smhs.gwu.edu/academics/gme/about/residentmanual. The GWU School of Medicine and Health Sciences (SMHS) will make reasonable efforts to notify Residents of any material changes in the Resident Manual. The SMHS's current notice practice is to e-mail changes to the Resident Manual to the Resident's University e-mail address maintained by the Office of Graduate Medical Education. It is the Resident Physician's responsibility to monitor his or her University email account for information on any changes.

> \* The *Graduate Medical Education Directory* and the Accreditation Council for Graduate Medical Education (ACGME) use "resident" to designate all graduate medical education trainees in ACGME accredited programs. The terminology in this manual is consistent with that of the *Directory* and the ACGME



THE GEORGE
WASHINGTON
UNIVERSITY

WASHINGTON, DC



**DR. CATAPANO DECLARATION
EXHIBIT #6**

GWU 000143

# TABLE OF CONTENTS

I.   MISSION AND VISION ........................................................................................... 1
    ACGME COMPETENCIES ........................................................................................ 2
    EVALUATION ............................................................................................................ 3
    RESIDENT OBLIGATIONS ....................................................................................... 4

II.  THE GME OFFICE .................................................................................................. 8

III. PROGRAM LEADERSHIP ...................................................................................... 9

IV.  RESIDENT LIFE ..................................................................................................... 11
    APPOINTMENTS ...................................................................................................... 11
    APPOINTMENT RENEWAL ..................................................................................... 11
    BEEPERS ................................................................................................................... 11
    BIOMEDICAL COMMUNICATIONS ...................................................................... 11
    CERTIFICATE OF TRAINING ................................................................................. 11
    CHECK-OUT PROCEDURES .................................................................................... 12
    COMMITTEES .......................................................................................................... 12
        *Graduate Medical Education Committee (GMEC)* ......................................... *12*
        *Subcommittees* ............................................................................................ *12*
        *Medical Staff Committees* ............................................................................ *12*
        *Residents Committee* .................................................................................... *12*
    CONTRACT ............................................................................................................... 13
    CORE CURRICULUM ............................................................................................... 13
    DUTY HOURS ........................................................................................................... 13
    DUTY HOUR HOTLINE ........................................................................................... 13
    DRUG ENFORCEMENT ADMINISTRATION NUMBER (DEA) .............................. 13
    E-MAIL ...................................................................................................................... 14
    EMPLOYEE HEALTH ............................................................................................... 14
    MEDHUB  SYSTEM .................................................................................................. 14
    FACULTY AND STAFF SERVICE CENTER ............................................................. 15
    HEALTH INFORMATICS ......................................................................................... 15
    HIPAA TRAINING .................................................................................................... 15
    IDENTIFICATION CARDS ....................................................................................... 16
    LIBRARY AND INFORMATION SERVICES ............................................................ 16
        *Himmelfarb Health Sciences Library* .......................................................... *16*
        *Clinical Information Resources* .................................................................... *17*
        *Research Resources* ..................................................................................... *17*
        *Online & Wireless Access* ............................................................................ *17*
        *GW Hospital Access* .................................................................................... *18*
        *Library Services* .......................................................................................... *18*
    CLASS (CLINICAL LEARNING AND SIMULATION SKILLS) CENTER ................... 19
    CLASSROOM SERVICES: ROOM AND EQUIPMENT RESERVATIONS ................. 19
    MEDICAL CLEARANCE ........................................................................................... 19
        *PPD/Chest X-ray Requirement* ................................................................... *20*
        *Immunizations* ........................................................................................... *20*
        *Medical Clearance for Subsequent Years* ..................................................... *21*
    MEDICAL LICENSURE ............................................................................................. 21
    MOONLIGHTING/PROFESSIONAL OUTSIDE ACTIVITIES .................................. 21
    NEEDLESTICK INJURY ........................................................................................... 22
    NEWS MEDIA ........................................................................................................... 23
    NOTARY PUBLIC ..................................................................................................... 23
    ON CALL ROOMS .................................................................................................... 24

GWU 000144

OSHA TRAINING ..................................................................................................... 24
PATIENT PRIVACY AND CONFIDENTIALITY ...................................................... 24
PATIENT SAFETY CONFERENCES .......................................................................... 24
PAYCHECKS ................................................................................................................ 24
PSYCHIATRIC SERVICES ........................................................................................ 25
RESIDENT DIRECTORY ........................................................................................... 25
RISK MANAGEMENT ................................................................................................ 25
LEGAL AFFAIRS ........................................................................................................ 27
STANDARD PRACTICES ........................................................................................... 27
STUDENT LOAN DEFERMENTS ............................................................................. 27
UNIFORMS .................................................................................................................. 27
WEBSITES ................................................................................................................... 27

**V.     BENEFITS** ............................................................................................................... **29**

**A.     ELIGIBILITY FOR EMPLOYEE BENEFITS** ...................................................... **29**

**B.     SERVICE CREDIT/ANNIVERSARY DATE** ........................................................ **29**

**C.     BENEFITS AVAILABLE TO ALL RESIDENTS THROUGH GW** ....................... **29**

**D.  BENEFITS AVAILABLE TO RESIDENTS ON PROFESSIONAL ASSIGNMENT – RESEARCH** ...... **32**

**E.     BENEFITS AVAILABLE TO RESIDENTS PAID BY GW** ................................... **32**

**VI.  POLICIES GOVERNING LEAVE** ......................................................................... **33**

VACATION .................................................................................................................. 33
HOLIDAY LEAVE ....................................................................................................... 33
SICK LEAVE ............................................................................................................... 33
FAMILY AND MEDICAL LEAVE .............................................................................. 33
TEMPORARY DISABILITY LEAVE .......................................................................... 34
MATERNITY LEAVE .................................................................................................. 34
PAID PARENTAL LEAVE .......................................................................................... 34
LEAVE OF ABSENCE ................................................................................................. 34
BEREAVEMENT LEAVE ............................................................................................ 34
LEAVE FOR JURY DUTY ........................................................................................... 35
MILITARY DUTY LEAVE ........................................................................................... 35

**VII. GUIDELINES FOR DISABILITY LEAVE AND LEAVE WITHOUT PAY** ........... **36**

TEMPORARY DISABILITY LEAVE .......................................................................... 36
LEAVE WITHOUT PAY .............................................................................................. 37

**VIII.  PROCEDURES FOR HEARING AND REVIEW OF DISCIPLINARY ACTIONS INVOLVING RESIDENTS** ......................................................................................... **39**

**IX.     GRADUATE MEDICAL EDUCATION COMMITTEE POLICIES** ...................... **40**

**X.     GEORGE WASHINGTON UNIVERSITY POLICIES ON EQUAL EMPLOYMENT OPPORTUNITY AND SEXUAL HARASSMENT AND SEXUAL VIOLENCE** ........... **41**

PERSONS WITH DISABILITIES ............................................................................... 43

**XI.     THE GEORGE WASHINGTON UNIVERSITY HOSPITAL** ............................... **44**

**XII.  CHILDREN'S NATIONAL MEDICAL CENTER** ................................................ **46**

**XIII. HOLY CROSS HOSPITAL** ................................................................................... **48**

**XIV. INOVA FAIRFAX HOSPITAL** ............................................................................. **49**

**XV. THE NATIONAL INSTITUTES OF HEALTH/NIH CLINICAL CENTER** ............. **54**

**XVI. SIBLEY MEMORIAL HOSPITAL** ........................................................................ **56**

GWU 000145

**XVII. VETERANS AFFAIRS MEDICAL CENTER-MARTINSBURG, WEST VIRGINIA** ............................. 61

**XVIII. VETERANS AFFAIRS MEDICAL CENTER – WASHINGTON, DC** ..................................................... 62

**XIX. WASHINGTON HOSPITAL CENTER** ........................................................................................... 64

GWU 000146

# I.    MISSION and VISION

## THE VISION, MISSION, AND STATEMENT OF PRINCIPLES OF THE GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE AND HEALTH SCIENCES

The George Washington University School of Medicine and Health Sciences is dedicated to improving the health of our local, national, and global communities by:

- **Educating** a diverse workforce of tomorrow's leaders in medicine, science, and health sciences.
- **Healing** through innovative and compassionate care.
- **Advancing** biomedical, translational and health services delivery research with an emphasis on multidisciplinary collaboration.
- **Promoting** a culture of excellence through inclusion, service, and advocacy.

As a globally recognized academic medical center, GW embraces the challenge of eliminating health disparities and transforming health care to enrich and improve the lives of those we serve.

GWU 000147

## ACGME COMPETENCIES

As the ACGME began to move toward continuous accreditation, specialty groups developed outcomes-based milestones as a framework for determining resident and fellow performance within the six ACGME Core Competencies.

A milestone is a significant point in development. For accreditation purposes, the Milestones are competency-based developmental outcomes (e.g., knowledge, skills, attitudes, and performance) that can be demonstrated progressively by residents and fellows from the beginning of their education through graduation to the unsupervised practice of their specialties.

Milestones are designed to help all residencies and fellowships produce highly competent physicians to meet the health and health care needs of the public.

In accordance with the Common Program Requirements of the Accreditation Council for Graduate Medical Education (ACGME), all programs must integrate the following ACGME competencies into the program curriculum:

- **Patient Care**: Residents must be able to provide patient care that is compassionate, appropriate, and effective for the treatment of health problems and the promotion of health.
- **Medical Knowledge**: Residents must demonstrate knowledge of established and evolving biomedical, clinical, and epidemiological and social-behavioral sciences as well as the application of this knowledge to patient care.
- **Practice-based Learning and Improvement**: Residents must demonstrate the ability to investigate and evaluate their care of patients, to appraise and assimilate scientific evidence, and to continuously improve patient care based on constant self-evaluation and life-long learning. Residents are expected to develop skills and habits to be able to meet the following goals:
  - Identify strengths, deficiencies, and limits in one's knowledge and expertise;
  - Set learning and improvement goals;
  - Identify and perform appropriate learning activities;
  - Systematically analyze practice, using quality improvement methods, and implement changes with the goal of practice improvement;
  - Incorporate formative evaluation feedback into daily practice;
  - Locate, appraise, and assimilate evidence from scientific studies related to their patients' health problems;
  - Use information technology to optimize learning;
  - Participate in the education of patients, families, students, residents and other health professionals.
- **Interpersonal and Communication Skills**: Residents must demonstrate interpersonal and communication skills that result in the effective exchange of information and collaboration with patients, their families,

GWU 000148

and health professionals. Residents are expected to:
- o Communicate effectively with patients, their families, and the public across a broad range of socio-economic and cultural backgrounds;
- o Communicate effectively with physicians, other health professionals, and health related agencies;
- o Work effectively as a member or leader of a health care team or other professional group;
- o Act in a consultative role to other physicians and health professionals;
- o Maintain comprehensive, timely, and legible medical records, if applicable.

- **Professionalism**: Residents must demonstrate a commitment to carrying out professional responsibilities and an adherence to ethical principles. Residents are expected to demonstrate:
  - o Compassion, integrity, and respect for others;
  - o Responsiveness to patient needs that supersedes self-interest;
  - o Respect for patient privacy and autonomy;
  - o Accountability to patients, society and the profession;
  - o Sensitivity and responsiveness to a diverse patient population, including but not limited to diversity in gender, age, culture, race, religion, disabilities, and sexual orientation.

- **Systems-based Practice**: Residents must demonstrate an awareness of and responsiveness to the larger context and system of health care as well as the ability to call effectively on other resources in the system to provide optimal health care. Residents are expected to:
  - o Work effectively in various health care delivery settings and systems relevant to their clinical specialty;
  - o Coordinate patient care within the health care system relevant to their clinical specialty;
  - o Incorporate considerations of cost awareness and risk-benefit analysis in patient care and/or population-based care as appropriate;
  - o Advocate for quality patient care and optimal patient care systems;
  - o Work in interprofessional teams to enhance patient safety and improve patient care quality;
  - o Participate in identifying system errors and in implementing potential systems solutions.

## EVALUATION

The ACGME requires programs to evaluate the performance of the residents in a timely manner during each rotation and to document this evaluation at the completion of the assignment. The evaluation must provide objective assessments of competence in patient care, medical knowledge, practice-based learning and improvement, interpersonal and communication skills, professionalism, and systems-based practice. Programs must use multiple evaluators; e.g., faculty, peers, patients, self, and other professional staff. Progressive resident improvement

3460671v.1                                                            3

GWU 000149

appropriate to the educational level must be documented. Each resident must be provided with a documented semi-annual evaluation of performance with feedback. A permanent record of the evaluation for each resident must be maintained and be accessible for review by the resident, in accordance with institutional policy. Program directors must provide a written summative evaluation for each resident who completes the program, which must document the resident's performance during the final period of education and must verify that the resident has demonstrated sufficient competence to enter practice without direct supervision. This final evaluation will be part of the resident's permanent record maintained by the institution.

The program must annually evaluate faculty performance as it relates to the educational program. These evaluations should include a review of the faculty's clinical teaching abilities, commitment to the educational program, clinical knowledge, professionalism, and scholarly activities. This evaluation must include at least annual written confidential evaluations by the residents.

The program must document formal, systematic evaluation of the curriculum at least annually. The program must monitor and track resident performance; faculty development; graduate performance, including performance of program graduates on the certification examination; and program quality. Residents and faculty must have the opportunity to evaluate the program confidentially and in writing at least annually, and the program must use the results of residents' assessments of the program together with other program evaluation results to improve the program.

ACGME Common Program Requirements, effective July 1, 2007

## RESIDENT OBLIGATIONS

The Resident Physician agrees to fulfill the following obligations:

- **Clinical and Educational Requirements.** To use his/her best efforts, judgment and diligence in fulfilling the duties, tasks, responsibilities and any other clinical and educational requirements, of whatever nature, in a professional and appropriate manner, as assigned to the Resident Physician during the duration of the Program. Resident Physician acknowledges that a failure to fulfill such requirements may result in disciplinary action, including but not limited to termination, as outlined in the Manual.

- **Residency Application.** To provide complete, accurate and truthful information regarding his/her training, education and qualification for the appointment as a Resident Physician and his/her PGY level. The Resident Physician understands that any false statement, misrepresentation, misstatement or omission regarding his/her training, education or qualifications may result in immediate termination of his/her appointment as a resident physician and/or retroactive invalidation of credit for time completed during the term of the resident agreement.

- **ACGME Requirements.** To accept the general responsibilities set forth in the ACGME Institutional, Common and Specialty-Specific Program

GWU 000150

Requirements, and to use his/her best efforts to fulfill all of those obligations set forth therein.

- **Policies and Procedures.** To comply with all policies and procedures set forth in the Manual, as well as the policies and procedures of all hospitals or facilities at which he or she rotates.
- **Licensure.** To obtain and maintain in good standing appropriate licensure in all jurisdictions as required by the program curriculum. Resident Physician shall apply for and obtain a Medical Training License (MTL) or apply for and obtain a full, unrestricted license to practice medicine in the District of Columbia, in accordance with state and local law, as described in the Resident Manual or otherwise communicated to Resident Physician.
- **OSHA Training.** To complete annual OSHA training provided by the SMHS no later than July 31 of each academic year.
- **HIPAA Training.** To complete HIPAA (Health Insurance Portability and Accountability Act) training provided by the SMHS and the hospitals/facilities at which he or she rotates.
- **Duty Hours.** To comply with duty hour requirements of the Accreditation Council for Graduate Medical Education (ACGME) and in accordance with the institutional policy outlined in the Manual. Resident Physician shall comply with reporting duty hours as required by the program director and/or the GME Office.
- **ECFMG.** To provide, if applicable, a copy of the certificate issued by the Educational Commission for Foreign Medical Graduates prior to the commencement of his/her appointment.
- **Visas.** To obtain, as applicable, appropriate visas for training.
- **Employment Eligibility.** To satisfactorily demonstrate his or her identity and authorization to work in the U.S. in accordance with applicable law no later than the commencement date of his/her appointment.
- **Compliance with Law**. To comply with all applicable state and federal laws and regulations.
- **Criminal Background Check (CBC).** Resident Physician may be required to complete a criminal background check and authorize release of the results to the appropriate academic and/or clinical personnel. The offer of admission within any GME program is contingent upon the results of the CBC. Resident Physician may be required to undergo additional CBCs during their tenure in the training program as deemed necessary by The George Washington University SMHS and/or its affiliated institutions.
- **Drug Screen (DS).** Resident Physician may be required to complete a drug screen and authorize release of the results to appropriate academic and/or clinical personnel. The offer of admission within any GME program is contingent upon the results of the DS. Resident Physician may be required to undergo additional DSs during their tenure in the training program as deemed necessary by The George Washington University SMHS and/or its affiliated institutions.
- **Dress Code.** To comply with the dress code set forth in the Manual.
- **Physical Examination.** To obtain a physical examination, post offer, which must

GWU 000151

be completed not more than three (3) months prior to, nor more than fifteen (15) days after the commencement of the Term. The SMHS will attempt to reasonably accommodate any disabilities of the Resident Physician that affect his/her ability to perform the essential functions of his/her residency.

- **Medical Records.** To complete all discharge summaries and all other medical records related to the activities assigned to the Resident Physician in accordance with the policy outlined in the Manual. Failure to complete discharge summaries, operative reports and all other medical records related to the activities as required, may result in the SMHS taking disciplinary action including but not limited to sanction, suspension or termination. Resident Physician further agrees that he/she will not remove patient medical records from the place of his/her rotation and will comply with any and all policies and procedures of the SMHS, teaching center or health care facility with regards to maintaining patient confidentiality and ownership of medical records. Failure to abide by this requirement is considered a material breach of the resident agreement and may result in the SMHS taking disciplinary action.

- **Cooperation/Assistance in Litigation.** Resident Physician will assist and cooperate fully with the SMHS in the defense of any and all claims and litigation brought against the University, its representatives and attorneys, its SMHS, teaching faculty and employees or teaching centers or health care facilities in which Resident Physician rotates and their employees, including but not limited to, the physician faculty, residents, interns, students, and agents in any way relating to or arising out of Resident Physician's activities in the Program. Resident Physician agrees to make himself/herself available in the District of Columbia for litigation preparation, meetings, depositions and trial testimony. This obligation shall survive the termination or expiration of the resident agreement and appointment in the Program.

- **Other Essential Requirements.** In addition, the Resident Physicians must comply with the following standards:
  - Develop a personal program of self-study and professional growth with the guidance of teaching staff.
  - Participate in and provide safe, effective and compassionate patient care under supervision commensurate with their level of advancement and responsibility.
  - Participate fully in the educational activities of the Program and, as required, assume responsibility for teaching and supervising of other residents and students.
  - Participate in activities and programs of the SMHS, or those of its teaching centers or health care facilities, involving Medical Staff and adhere to their respective established practices, procedures and policies.
  - Participate in activities of the SMHS, or those of its teaching centers and health care facilities, committees and councils, especially those that relate to patient care review.
  - Constantly strive to improve the quality of care provided to patients. Quality care

GWU 000152

requires that at all times, the Resident Physician must be aware of the risks, discomforts and expenses as well as the benefits to which a particular test or procedure subjects a patient. The Resident Physician should perform or order only those tests, procedures or medications that would benefit the patient based upon the patient's medical history and current condition. Alternative treatments should be reviewed and considered to select the best plan of action for each patient's circumstances.

- Comply with Federal regulations governed by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) that entitle each patient to privacy and confidentiality regarding his/her condition and care.
- Comply with the published principles of the medical/dental and the rules of the Judicial Council of the American Medical Association and, if applicable, the American Dental Association.
- Comply with all applicable policies, bylaws and rules and regulations of the Medical and Dental Staff of The George Washington University Hospital, the SMHS and any other hospital or teaching center to which the Resident Physician may be assigned for clinical rotation.
- Return all SMHS property and settle all outstanding financial obligations with the SMHS prior to the expiration or termination of the resident agreement or completion of the Program.
- Promote and uphold the mission of the SMHS as found in the Manual.
- Submit confidential written evaluations of faculty and educational experiences and make recommendations, where appropriate, for improvement of processes to continuously increase the quality of service and delivery.
- Continue to develop expertise within the field through attendance at conferences, seminars, academic course work and other appropriate methods.

GWU 000153

## II.   THE GME OFFICE

**MISSION:** *The Graduate Medical Education Office at The George Washington University SMHS provides the leadership, structure and support necessary to achieve excellence in resident education.*

The Office of Graduate Medical Education (GME) is located in the George Washington University School of Medicine and Health Sciences, Ross Hall, 2300 I Street, NW, Suite 718, Washington, DC  20037.  The FAX number for GME is 994-1604; e-mail gwgme@gwu.edu; GME website  http://smhs.gwu.edu/academics/gme ; Staff members are available between the hours of 8:00 a.m. and 5:00 p.m., Monday through Friday.  Additional hours can be arranged by appointment.

The GME Office provides oversight for all Accreditation Council for Graduate Medical Education (ACGME) approved residencies at The George Washington University SMHS and all of its affiliate institutions.  The GME Office has most of the institutional administrative responsibility for the residency programs and maintains the permanent file for each resident. The primary objectives of this office are to assist residents in their relationship to the necessary administrative process and to assure that residents' responsibilities are met.

Please feel free to contact any of the Office of Graduate Medical Education personnel with questions or concerns you have regarding your training program. We are here to help you achieve your goals as a resident, and to this end we are your advocates.

**Jeffrey Berger, MD,** Associate Dean for Graduate Medical Education; Chair, Graduate Medical Education Committee (GMEC);  994-3737; jberger@mfa.gwu.edu.

**Mary Tucker, MA**, Director, Graduate Medical Education; 994-3285; mtucker@gwu.edu.

**Mary Mosby,** Asst. Director, Graduate Medical Education; 994-3289; mhmosby@gwu.edu.

**Al Zebrowski,** Fiscal Coordinator for Budgets; 994-3620; alzebrow@gwu.edu.

**Ranjeet Bangar,** MedHub Residency Coordinator; 994-5351; rbangar@gwu.edu

**Lisa Turner,** Data Base Manager; 994-4870; lrturner@gwu.edu.

**Inga Ricks,** Central Coordinator, Anesthesia and Critical Care Programs; 715-4030; ilr1@gwu.edu.

**Mary Beth Neeley**, Central Coordinator, Urology and Otolaryngology Programs, Ambulatory Care Center (ACC), Rm. 6B-403; 741-3151; mbn@gwu.edu.

GWU 000154

## III.   PROGRAM LEADERSHIP

| Program | Director/ E-mail | Associate / Assistant Director E-mail | Phone | Coordinator |
|---|---|---|---|---|
| Anesthesia | Jeffrey Berger, MD jberger@mfa.gwu.edu | Marian Sherman, MD msherman@mfa.gwu.edu | 994-7903 | Inga Ricks llr1@gwu.edu |
| Anesthesia/Critical Care | Christopher Junker, MD cjunker@mfa.gwu.edu | n/a | 994-7903 | Inga Ricks llr1@gwu.edu |
| Pediatric Anesthesiology (Children's Hospital) | Ira Cohen, MD ichohen@childrensnational.org | n/a | 476-2025 476-5619 | Caroline Francis cfrancis@childrensnation al.org  Deirdre Savoy dsavoy@childrensnation al.org |
| Cardiology | Allen Solomon, MD asolomon@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Clinical Cardiac Electrophysiology | Cynthia Tracy, MD ctracy@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Critical Care Medicine | Danielle Davision, MD ddavison@mfa.gwu.edu | n/a | 994-7903 | Inga Ricks llr1@gwu.edu |
| Cytopathology | Sana Tabbara, MD stabbara@mfa.gwu.edu | n/a | 994-2969 | Sandra Boccanera sboccanera@mfa.gwu.edu |
| Dermatology | Adam Friedman, MD ajfriedman@mfa.gwu.edu | n/a | 741-2625 | Elizabeth Hazuka ehazuka@mfa.gwu.edu |
| Diagnostic Radiology | Myles Taffel, MD mtaffel@mfa.gwu.edu | n/a | 715-5153 | Norma Smith nsmith@mfa.gwu.edu |
| Emergency Medicine | Colleen Roche, MD croche@mfa.gwu.edu | n/a | 741-2914 | Jessica Ruiz jruiz@mfa.gwu.edu |
| Endocrinology | Joshua L. Cohen, MD jcohen@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Gastroenterology | Marie Borum, MD mborum@mfa.gwu.edu | Matthew Chandler, MD mchandler@mfa.gwu.edu | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Geriatrics | Elizabeth Cobbs, MD ecobbs@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Hematology/Oncology | Imad Tabbara, MD itabbara@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Infectious Disease | Afsoon Roberts, MD aroberts@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Internal Medicine | Jillian Catalanotti, MD jcatala1@mfa.gwu.edu | Farida Millwala, MD fmillwala@mfa.gwu.edu  Zohray Talib, MD ztalib@mfa.gwu.edu  Michael Czarnecki, MD mczarnecki@mfa.gwu.edu  Sheena Khurana, MD pkhurana@mfa.gwu.edu | 741-2574 | Jacqueline Cole-Miles jcolemiles@mfa.gwu.edu |
| Interventional Cardiology | Ramesh Mazhari, MD rmazhari@mfa.gwu.edu | n/a | 741-2321 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Medical Toxicology | Cathleen Clancy, MD cat@poison.org | n/a | 362-3867 | n/a |
| Nephrology | Samir Patel, MD spatel@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Neurology Clinical Neurophysiology | Perry Richardson, MD prichardson@mfa.edu | n/a | 741-3411 | Crystal Woods cwoods@mfa.gwu.edu |

GWU 000155

| Program | Director/ E-mail | Associate / Assistant Director E-mail | Phone | Coordinator |
|---|---|---|---|---|
| Neuroradiology | Reza Taheri, MD rtaheri@mfa.gwu.edu | n/a | 715-5153 | Antoinette Taylor-Dill ataylordill@mfa.gwu.edu |
| Neurosurgery | Anthony Caputy, MD acaputy@mfa.gwu.edu | Zachary Litvak, MD zlitvak@mfa.gwu.edu | 741-2709 | Sue Stoddard sstoddard@mfa.gwu.edu |
| Obstetrics/Gynecology | Jennifer Keller, MD jkeller@mfa.gwu.edu | Kathryn Marko, MD kmarko@mfa.gwu.edu | 741-2532 | John Shafer jshafer@mfa.gwu.edu |
| Ophthalmology | Richard Stutzman, MD rstutzman@mfa.gwu.edu | n/a | 741-2825 | Pat Johnson patjohnson@mfa.gwu.edu |
| Orthopaedic Surgery | Robert Neviaser, MD rneviaser@mfa.gwu.edu | Warren Yu, MD wyu@mfa.gwu.edu | 741-3311 | Ivan Rivas irivas@mfa.gwu.edu |
| Otolaryngology | Philip Zapanta, MD pzapanta@mfa.gwu.edu | n/a | 741-3151 | Mary Beth Neeley mbn@gwu.edu |
| Hospice & Palliative Medicine | Karen Blackstone, MD Karen.blackstone@va.gov | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Pathology | Elsie Lee, MD elee@mfa.gwu.edu | n/a | 994-2969 | Sandra Boccanera sboccanera@mfa.gwu.edu |
| Pediatric Pathology (Children's Hospital) | Christine Reyes, MD creyes@cnmc.org | n/a | 476-4567 | n/a |
| Primary Care Medicine | April Barbour, MD abarbour@mfa.gwu.edu | n/a | 741-2574 | Jacqueline Cole-Miles jcolemiles@mfa.gwu.edu |
| Psychiatry | Lisa Catapano, MD lcatapano@mfa.gwu.edu | n/a | 741-2893 | Victoria Anderson vhanderson@mfa.gwu.edu |
| Psychosomatic Medicine | Catherine Crone, MD Cathy.crone@inova.org | n/a | 703-776-3626 | Pamela Crawford Pamela.crawford@inova.org |
| Pulmonary/Critical Care | Vinayak Jha, MD vjha@mfa.gwu.edu | n/a | 741-2255 | Tamara Lyons tlyons@mfa.gwu.edu |
| Rheumatology | Rudolfo Curiel, MD rcuriel@mfa.gwu.edu | n/a | 741-2255 | Aunyai S. Blackstock ablackstock@mfa.gwu. |
| Sleep Medicine | Samuel Potolicchio, MD spotolicchio@mfa.gwu.edu | n/a | 741-3411 | Crystal Woods cwoods@mfa.gwu.edu |
| Surgery | Paul Lin, MD plin@mfa.gwu.edu | Khashayar Vaziri, MD kvaziri@mfa.gwu.edu | 741-3151 | Rob Pakan rpakan@mfa.gwu.edu |
| Urology | Thomas Jarrett, MD tjarrett@mfa.gwu.edu | n/a | 741-3157 | Mary Beth Neeley mbn@gwu.edu |
| Vascular/Interventional Radiology | Albert Chun, MD alchun@mfa.gwu.edu | n/a | 715-5153 | April Cosper april@mfa.gwu.edu |

2   ~71v.1

GWU 000156

# IV.  RESIDENT LIFE

## APPOINTMENTS

Appointment as a resident is for a one year period, based on the academic year July 1 to the following June 30 (or June 23 through June 22 for certain specialties).The appointment letter becomes a contract when agreed to by the signature of the Director of Graduate Medical Education.

## APPOINTMENT RENEWAL

The term of appointment is for one year as set forth in Section 1 of the resident contract, and no further appointment is promised, assured, or to be implied from any of the terms and conditions of the contract or any other written or oral communication between the parties. The George Washington University SMHS may elect not to renew the contract due to program requirements, resident performance (pursuant to the disciplinary procedures set forth in this Manual), ACGME restrictions, changes in the Medicare or Medicaid programs, federal government regulations, changes in hospital reimbursement or any other appropriate reason in accordance with ACGME requirements.

## BEEPERS

Beepers are provided by some departments for use by their residents. Beeper numbers can be obtained from the George Washington University Hospital Pager Directory, by calling the Page Operator at 202-715-4141, or by checking the Resident Directory on the GME website.

## BIOMEDICAL   COMMUNICATIONS

The SMHS Biomedical Communications Department, a division of SMHS Communications and Marketing (SMHS CM), is here to support the teaching and research needs of the GW community. The department is comprised of three divisions: Photography, Graphic Design and Duplication. As a resident, we hope you'll take advantage of our in-house large format poster printing service. You can email us your poster and then all you have to do is come to Ross Hall to pick it up when it is finished.

**For more information and a full list of services, please visit our website at** http://smhs.gwu.edu/communications/creative. If you have any questions, call us at 202-994- 2904, email us at medphoto@gwu.edu, or stop by Ross Hall room B-01.

## CERTIFICATE OF TRAINING

A Certificate of Training is issued at the successful completion of a program. In the interim, the Office of Graduate Medical Education will prepare a notarized letter as needed to certify training. Certificates may be issued for any part of a year at the request of the Program Director. The partial year must be completed successfully. The medical degree is included on the certificate. Other degrees (MBA, MPH, PHD, etc.) will be

GWU 000157

listed upon request if the resident provides official documentation from the awarding institution. A fee is charged for replacing lost certificates. See the Policy in Section IX for additional information.

## CHECK-OUT PROCEDURES

As you prepare to leave GW, you are required to complete the mandatory checkout process. This applies to all residents and fellows, including those who will become Faculty members at GWU. Please see the GME website for graduating resident resources at http://smhs.gwu.edu/academics/gme/graduate.

## COMMITTEES

### Graduate Medical Education Committee (GMEC)

The Graduate Medical Education Committee (GMEC), currently under the leadership of Dr. Jeffrey Berger, Associate Dean for Graduate Medical Education and Designated Institutional Official (DIO), is charged with the task of monitoring and advising on all aspects of residency education at GWU. The GMEC-Full Committee meets quarterly in the months of September, December, February and May, and includes all Residency Program Directors, a representative of the Medicine Subspecialty Programs, the DIO from Children's National Medical Center, the George Washington University Hospital Medical Director, and a member of the GW Voluntary Faculty. A GMEC-Executive Committee, composed of Program Directors with 20 or more residents, meets monthly. Both committees include the Associate Dean for Graduate Medical Education, the Director of Graduate Medical Education, the Assistant Director for Graduate Medical Education, and resident representatives who are selected by their peers. The resident representatives report back on the activities of the GME Committee at the Residents Committee meetings.

Subcommittees:
- CLER
- Program Accreditation, Review and Reporting (PARR)
- PD Development
- Educational Event Coordination (EEC)
- Program Allocation Committee
- Resident Peer Review

### Medical Staff Committees

Resident participation on medical staff committees is strongly encouraged. Residents are chosen in May to serve for the academic year. If you are interested in serving on a committee, please contact Veronica Anderson in the GWUH Medical Staff Office at 715-4479 or veronica.anderson@gwu-hospital.com

### Residents Committee

A committee of resident representatives from each department has been formed to communicate common concerns and ideas for improvement to the leaders of graduate

GWU 000158

medical education at GW. The committee meets on the third Wednesday of each month. Two co-chairs and two vice co-chairs are elected to lead the committee and to serve on the GME Committee. A fellow representative may also serve on both committees. We encourage all residents/fellows to bring their concerns, ideas, or other suggestions to the attention of their committee representative. Consult the GME Website for the names of current committee members.

## CONTRACT

Contracts are issued by the Office of Graduate Medical Education and are valid when signed by the Director of Graduate Medical Education and the resident. Letters of appointment from program directors do not constitute valid contracts.

## CORE CURRICULUM

A core lecture series is developed each year by the Graduate Medical Education office and offered the first Wednesday of each month September through June. Topics, speakers and session times are announced to residents and program directors via email. A listing of core curriculum speakers and topics is posted in the GME website.

## DUTY HOURS

All residents and programs must comply with the ACGME duty hour requirements as outlined in the policy on Resident Duty Hours and Work Environment in Section IX. The GME Committee is responsible for monitoring resident duty hours. Resident duty hours are monitored on the MedHub website. To access the MedHub website go to: https://gwu.medhub.com/index.mh Residents are required to report their duty hours on the website as directed by their program director. At certain times during the academic year, the GME Committee mandates that all residents report their hours on the website. The GME Office will notify the residents by email of these times. Additional information on resident duty hours may be found in Section IX.

## DUTY HOUR HOTLINE

A Duty Hour Hotline has been established for anonymous reporting of resident duty hour violations. The hotline number is 202-994-9760.

## DRUG ENFORCEMENT ADMINISTRATION NUMBER (DEA)

Temporary, restricted DEA registration is available to residents through the Office of Graduate Medical Education, George Washington University School of Medicine and Health Sciences, 2300 I Street, Suite 718. This provides authorization to prescribe controlled substances only for patients seen in connection with residency duties at The George Washington University SMHS (i.e., GWU Hospital, Ambulatory Care Center, and other GWU sites). At affiliate institutions (i.e., Holy Cross Hospital, Children's Hospital, Fairfax Hospital, Veterans Affairs Medical Center, National Institutes of Health, Washington Hospital Center, etc.) the unlicensed resident must use a different temporary DEA number covered by the registration of the institution concerned. All

GWU 000159

temporary DEA and Controlled Substance numbers are valid for the length of the training program. Temporary DEA numbers are not given out by telephone.

**Prescription forms** must be completed as follows when using temporary DEA authorization:

- Doctor's name must be stamped, typed or hand printed on the form in addition to the signature.
- Institutional name, address and phone must be on the form:

  The George Washington University Hospital
  900 23rd St., N.W.
  Washington, D.C. 20037
  202-715-5043

- Institutional DEA and Controlled Substance number must be given with the temporary number as suffix. The temporary number is not a registered number alone.
  - **BD7904445-(suffix)  DEA number**
  - **CP0600324-(suffix)  Controlled Substance number**

Residents who are required by DC law to be licensed and obtain a federal DEA and DC controlled substance registration, will be reimbursed by the Office of Graduate Medical Education. Note that this applies to residents who graduated from a U.S. medical school at least 5 years ago or are international medical graduates entering their 6th year of post-graduate training or have completed a clinical program. The federal fee covers a three-year period. The Office of Graduate Medical Education will reimburse according to the expiration date of the license and the number of training years the resident has remaining in the program when the license and receipt are presented. It is the responsibility of the resident to contact the Office of Graduate Medical Education for reimbursement as well as to provide appropriate documentation.

## E-MAIL

Important notices from the GME Office, the University, and the SMHS are communicated by e-mail. **All residents must have a University e-mail address**, which is free. University e-mail addresses will be issued to all new residents at orientation. All residents are required to monitor and use their GW email account for all SMHS business. All SMHS and University announcements are disseminated on the GWU e-mail system.

## EMPLOYEE HEALTH

The Employee Health Office for the residents is located in the Hospital on the ground floor, Room G-1092. Hours are 8:00 a.m. to 4:30 p.m. Monday through Friday. To reach Employee Health by phone, call 202-715-4275.

## MEDHUB SYSTEM

The George Washington University School of Medicine contracts with MedHub – an online system that provides functions which support resident education requirements. These functions include but are not limited to demographic information, rotation schedules,

GWU 000160

evaluations, procedure logs, conferences, duty hours and training modules. Residents are provided a login and password for access. Residents receive notifications/reminders from the MedHub system via email. Residents who need assistance in accessing and/or using functions within MedHub should contact their residency program coordinator or the GME office. All programs are required to use the system.

## FACULTY AND STAFF SERVICE CENTER

The Faculty & Staff Service Center (FSSC) provides a single location for employees of the university to receive face-to-face support in the areas of benefits administration, parking and transportation services, payroll and tax services. The FSSC is located on the ground floor of Rice Hall (2121 Eye Street).

## HEALTH INFORMATICS

Medical record keeping is an important task for all residents. Succinct, complete, timely and relevant documentation is absolutely essential to the successful delivery of complex interdisciplinary health care. Each hospital and medical center has detailed procedures and regulations for medical record keeping. There are **specific** guidelines as to what constitutes a **comprehensive** History and Physical, Operative Report and Discharge Summary. There are also timeliness issues associated with each report. History and Physicals must be done **prior** to surgery or, in the event of a medicine patient, within 24 hours of admission. Operative reports must be dictated immediately after surgery. Discharge summaries must be dictated on or shortly after the day of discharge. Each entry in the medical record must be dated, timed, and legibly signed. Co-signatures and additional medical record completions must be carried out either at or shortly after hospital discharge to meet patient care standards of our own institutions and those of the regulatory agencies.

Because of the extreme importance of this responsibility, failure to accomplish timely completion of these health informatics activities may result in suspension of the resident from work and loss of pay or sanction with parking privileges revoked. The Cerner Millennium electronic medical record platform provides you the ability to access and complete your patient records electronically. You can immediately check your status regarding chart completion by logging onto the Cerner PowerChart Physician Message Center. Logging onto PowerChart weekly will help you avoid suspension/sanction. Plan to complete all assigned records before rotating to other hospitals, since exceptions are not made for this purpose. Please consult the staff in the Department of Health Information Management at GWU Hospital and the affiliated institutions for assistance in completing your responsibilities.

If you are having difficulty accessing the system, signing your records electronically and additional training contact the IT Department at 202-715-4955 for assistance.

## HIPAA TRAINING

Training regarding patient privacy and confidentiality requirements, as governed by the requirements of the Health Insurance Portability and Accountability Act of 1996 (HIPAA), is mandatory for all residents. Basic training in HIPAA will be conducted by

GWU 000161

GW University using the Skillport system, with updates required as appropriate. In addition, each resident will be required to participate in training pertaining to specific HIPAA policies and procedures conducted by each hospital/facility at which he or she rotates. For more information regarding these requirements, please see Section IX of the Manual or visit the GME website at http://smhs.gwu.edu/academics/gme/about/policies.

## IDENTIFICATION CARDS

GWorld identification cards are issued to faculty, staff, students and affiliates of The George Washington University. Identification cards are required for admission to Ross Hall and the Himmelfarb library, the University Hospital 6th floor Lounge and Computer Room, University and SMHS libraries, the Lerner Health and Wellness Center and University Parking lots. New residents obtain cards through the GME Orientation at the beginning of each academic year. Replacement cards are issued by the GWorld Card Office, located in the Marvin Center, Ground Floor, Suite G-05. Hours of operation during the Fall and Spring semesters are Monday through Thursday, 8:30 a.m. to 6:00 p.m.; Friday, 8:30 a.m. to 4:30 p.m.; and Saturday and Sunday, 10:00 a.m. to 2:00 p.m. If your GWorld Card is lost or stolen, there is a replacement cost of $25. There is no charge for replacing damaged cards as long as the damaged card is turned in at the time of replacement. GWorld main office can be reached at 202-994-1795.

In addition to the GWorld identification card, residents are required to have a Hospital identification badge displayed on their person at all times while in the Hospital. Hospital IDs are issued to new residents by the Department of Security Services at orientation. Current residents whose Hospital ID badges show an expiration date should report to the Hospital Security Office, located on the first floor of the Hospital (next to the Emergency Room), to have their ID updated prior to the expiration date.

All GW identification badges are University/Hospital property and are collected by the GME Office when residents complete their programs or terminate their employment with GW.

## LIBRARY AND INFORMATION SERVICES

### Himmelfarb Health Sciences Library

**Web:** http://himmelfarb.gwu.edu
**Reference Desk:** (202) 994-2850
**Circulation Desk:** (202) 994-2962 (open 24 hours)
**Email:** himmelfarb@gwu.edu
**Text:** text your question to (202) 601-3525
**Hours:** 24/7.  Please note:  limited circulation functions between midnight and 8:00 am; hours modified during university breaks and holidays.

Himmelfarb Health Sciences Library is located in Ross Hall and provides extensive online, print and audiovisual collections, as well as access to computers, open study tables, 38 small group study rooms, comfortable seating, and collaborative work spaces.  The Library's online

GWU 000162

collections include more than 4,000 online journals, 3,500 online books, and more than one hundred databases. The Library's print collections include approximately 100,000 volumes, selected print journals for browsing, and access to extensive journal backfiles. The Library's audiovisual collections include more than 400 current DVD and CD titles as well as access to the Microsoft Office Suite, Internet Explorer and Adobe Acrobat Professional and dozens of specialized software titles focused on medicine and the health sciences and statistical analysis.

### Clinical Information Resources

- **ClinicalKey, DynaMed, Epocrates Essentials**, etc. A complete list is available on the Databases webpage under Clinical/Evidence-Based Medicine.
- Drug information tools include **Lexicomp, DynaMed, Natural Standard**, etc. A complete list is available on the Databases webpage under Drugs/Pharmacology.
- Himmelfarb Library provides access to apps and mobile-optimized websites to support clinical information needs. **Himmelfarb's App Shelf** (http://himmelfarb.gwu.edu/apps/) describes available resources and provides download instructions.

### Research Resources

- **PubMed, MEDLINE,** and **Scopus** are available as well as additional focused research tools.
- Extensive full-text journal collection is accessible via **Full-Text @ Himmelfarb** links/icons integrated in all research databases.
- Print collection and additional services including interlibrary loan and document delivery are integrated via **Find It @ Himmelfarb** links/icons.
- **RefWorks**, a citation management program, allows residents to create and organize a personal citation library. RefWorks also functions with MS Word to format in-text citations and bibliographies. Training consultations available.

### Online & Wireless Access

Himmelfarb Library's online collections are available to residents 24/7 via secure login. **From GW Hospital and off-campus locations**, residents can login to resources using their **GWid (G#):**

1. Access the Himmelfarb Library website (http://himmelfarb.gwu.edu) and select the database, e-text, or e- journal which you would like to access.
2. When the WRLC Library Services login screen is displayed, securely login with your last name and GWid (G#) and select 'George Washington' from the drop- down list.
3. The database, e-text, or e-journal that you selected should display automatically.

Residents can also login to Himmelfarb Library resources via the **VPN** using their GW Email login/password. Because the IT systems at clinical sites may restrict the use of VPN, this access method is recommended for personal computers.

1. Download and install the VPN client, Cisco AnyConnect.

GWU 000163

2. The first time you connect type **go.vpn.gwu.edu** into the box, then click Connect.
3. Login to VPN with your GW NetID and password (the same login/password that you use for your GWMail or CMail).
4. Access the Himmelfarb Library website again. You can now access databases, e-texts, and e-journals without any additional logins.

**Wireless access** to the GW computer network is available from Himmelfarb Library, Ross Hall Room 201, and from other areas on campus.

1. Connect to the 'GWireless' network from your device's list of available networks.
2. When prompted, provide your GW NetID and password.
3. After a Certificate screen displays, select Accept.

**GW Hospital Access**
- GW Hospital is on a separate network from the Library and Ross Hall.
- The Library's website automatically detects users at the GW Hospital and displays resources via two tabs: a tab for 'Hospital Resources' (no login required – includes ClinicalKey, DynaMed, Lexicomp, selected e-journals) and a tab for 'All Resources' (login required – includes all e-journals, e-texts and databases).
- **Residents have access to all resources from the Library and can access them using their last name and GWid (G#).**

**Library Services**
- Reference and research assistance is available to residents to assist in locating information to answer clinical questions and in support of research projects.
- Systematic review service provides assistance in developing and executing comprehensive search strategies as well as assistance in obtaining materials, organizing search results, and writing the methodology section of the final paper.
- The Bloedorn Technology Center Help Desk is available to assist you with software use, printing, wireless and remote access, document scanning, and mobile devices. The Help Desk offers technical support Sunday through Thursday from 12PM – 8:30 pm and Friday from 9:00 am -5:00 pm.
- Personal laptop access to the Internet and web-based resources through the GWireless network available in the library, Ross Hall, and other GW campus locations.
- Support for mobile devices including access to the secure GWireless network and access to apps available in the Library's collections.
- Interlibrary loan service provides access to articles not available from the Library. Interlibrary loan can be used for research requests as well as emergency patient care requests which can be emailed or faxed within hours.
  - Document delivery service can be used to request a photocopy/PDF of a journal article or chapter.
  - On-site and off-site storage requests provide access to materials not available in the Library's online collections.
  - Classes in database searching, RefWorks, word processing, slide presentation

GWU 000164

software, spreadsheets, and poster creation.
- Web-based tutorials on database searching, RefWorks, and additional tools and resources.
- Black-and-white and color printing from public workstations and the wireless network as well as public photocopiers

## CLASS (CLINICAL LEARNING AND SIMULATION SKILLS) CENTER

The new Clinical Learning and Simulation Skills (CLASS) Center, which opened its doors on March 1, 2014, provides an innovative educational environment for students, residents and faculty. Located on the 4th floor of Ross Hall, the new CLASS Center is comprised of over 17,000 sq. ft. including 14 exam rooms, 2 Operating Rooms, a Labor and Delivery Suite, Procedural Skills Lab, and 3 conference rooms which enable the creation of highly realistic scenarios for real-time training, hands-on practice of essential skills, procedures, and critical care. Here, students supplement their classroom learning with comprehensive clinical exposure, feedback, and evaluation that prepare them to become both technically adept and compassionate caregivers. For more information or to reserve the CLASS Center Facilities, go to http://smhs.gwu.edu/class/.

## CLASSROOM SERVICES: ROOM AND EQUIPMENT RESERVATIONS

All room and equipment scheduling for the School of Medicine and Health Sciences is centralized in the Department of Classroom Services, located on the 1st floor of the Himmelfarb Library Room 107. Locations served include Ross Hall, and Himmelfarb Library. Further information can be found on the Classroom Services website http://smhs.gwu.edu/resourcemanagement/classroom-services, call (202) 994- 2856 or e-mail classrm@gwu.edu.

## MEDICAL CLEARANCE

**Purpose:**

To ensure compliance with District of Columbia Law and the Rules and Regulations of The George Washington University Hospital regarding health clearance policies for employees involved in direct patient care.

**STATEMENT**:

District of Columbia law states that each individual who is involved in direct patient care must have a medical clearance no more than three (3) months prior to the starting date of clinical care, and then annually thereafter. The medical clearance should include a history, physical examination, and clearance of infectious risk. Clearance forms can be filled out by any licensed physician.

We must be strict about compliance with this regulation in order to comply with D. C. law. It is the responsibility of each Resident to ensure that this medical clearance is completed within the requisite timeframe. All new Residents are required to obtain medical clearance prior to coming to GWU as a resident. Medical clearance for new Residents will not be accepted if it is older than three (3) months prior to the start of the residency. *New Residents who do not have their health clearance completed will not be permitted to begin*

GWU 000165

*their training program.  All returning Residents are required to renew medical clearance*
*annually. All returning Residents must complete the requisite annual medical clearance by*
*September 30 of the academic year or they will be suspended from clinical duties until*
*medical clearance is obtained.*

**REQUIREMENTS:**

**PPD/Chest Xray Requirement**
Tuberculosis is of particular concern here in the District of Columbia.  Our goal is to be
sure that our providers and patients are protected from and appropriately treated for this
highly communicable disease.  A CXR report will be accepted only with a <u>previous history</u>
<u>of a positive PPD</u>.  OSHA requires that the skin test performed on new residents must
include a two-step test unless the resident has a documented negative test within the last 12
months.  If the resident does have written documentation of a negative PPD within the past
twelve months, s/he will need to undergo an additional PPD test during orientation.  If the
resident is unable to show written documentation of a negative PPD test from the past 12
months, s/he will have two PPD tests performed between 1-3 weeks apart.  This prevents us
from interpreting an old prior infection as a recent conversion when you are tested annually.

PPD # 1:  Must be within one year of your GWU hire date
PPD # 2:  Must be within three months of your GWU hire date

**Immunizations**
In 1988, GWUMC developed regulations to further reduce the possible spread of
communicable diseases such as <u>measles (rubeola), mumps, and German measles (rubella)</u>
within its community.  Immunization records or proof of immunity by a blood test are
required of each resident.

<u>Mumps</u>: Proof of immunization (the last immunization given in 1980 or later) or proof of
immunity by blood test is required.

<u>Measles (Rubeola)</u>: Proof of immunization or proof of immunity by a blood test is required.
Measles vaccine should have been given on or after the first birthday and a second one
given in 1980 or later.  Measles vaccine should be repeated if this is not the case.

<u>German Measles (Rubella)</u>: Proof of immunization or proof of immunity by a blood test is
required.  Two immunizations should have been given since birth.  The last immunization
should have been given in 1980 or later.  Rubella vaccine should be repeated if this is not
the case.

<u>Chicken Pox (Varicella Zoster)</u>: Proof of two varicella vaccines or immunity by blood test.
If the titer is negative, the resident will receive the vaccine (a series of two injections)
unless contra indicated.  If a resident is exposed to the virus and has not received the
vaccine, he/she will be excluded from duty from the 10th day of exposure to the 21st day and
this time off will be charged against sick/annual leave.

GWU 000166

<u>Pertussis (Tdap)</u>: Proof of immunization with Tdap vaccine. Tdap vaccine is recommended for health-care personnel in hospitals or ambulatory care settings who have direct patient contact. Tdap should be given without regard to the interval since the previous dose of Td.

Residents must provide proof of immunity or be immunized. Immunization requirements will be waived on receipt of written certification from a physician or public health authority that they are medically contraindicated. A requirement of blood tests will be substituted.

**MEDICAL CLEARANCE FOR SUBSEQUENT YEARS:**
D.C. Law requires each resident to complete an annual medical clearance. *Returning residents must complete the annual medical clearance by September 30 of the academic year or they will be suspended from clinical duties until medical clearance is obtained and recorded to the satisfaction of The University Hospital.*

# MEDICAL LICENSURE

Please see the Resident Licensure Policy in Section IX for D.C. medical license requirements. An application for a full D.C. medical license can be obtained by calling 888-204-6193 or by visiting the D.C. Department of Health website at: http://doh.dc.gov/node/120782 . You may complete the application online and print it; however, applications must be submitted by mail. Please follow the instructions provided.

Reimbursement for licensure is made by the GME Office according to the Resident Licensure Policy in Section IX.

Residents who are not required to have a full DC Medical license are required to obtain a Medical Training License. The enrollment is valid for the current academic year and must be renewed every July 1. Residents will receive instructions for renewal and registration with their contracts.

Virginia and Maryland laws require residents rotating to affiliated institutions in these states to have temporary medical licenses. Applications for Virginia and Maryland temporary licenses must be completed by the resident and submitted to the appropriate state medical board by the Office of Graduate Medical Education. These licenses must be renewed every year. The cost of these licenses and renewals will be paid directly by the Office of Graduate Medical Education if applications are submitted at least two months prior to the rotation. Residents who submit applications for temporary licenses less than two months prior to the start of a rotation in Maryland or Virginia are required to include a personal check with the application ($100 for Maryland; $55 for Virginia). The GME Office will file a claim for reimbursement with University Accounting on behalf of the resident.

# MOONLIGHTING/PROFESSIONAL OUTSIDE ACTIVITIES

Please refer to the Institutional Policy on Resident Moonlighting in Section IX.

GWU 000167

## NEEDLESTICK INJURY

**All exposures to blood borne pathogens must be reported immediately.** Following a needlestick injury or other significant exposure to blood or body fluids, the Employee Health Service will provide evaluation, prescribe post-exposure prophylaxis if needed, and follow-up care. **If you receive initial care at another site, YOU STILL MUST REPORT THE INCIDENT TO EMPLOYEE HEALTH SERVICES, preferably the next business day.** If an exposure incident is not reported in a timely manner, the University may not cover claimed medical costs resulting from the exposure.

**A needlestick, mucosal splash, sharps cut, or any job related illness or injury qualifies as a Workers' Compensation case. In order for the SMHS to pay for the** medical treatment, a Workers' Compensation form must be submitted to the GME Office, George Washington University Hospital, 900 23rd Street, NW, Room 6167. If the form is not submitted, the bill for treatment will be forwarded to the employee. The Workers' Compensation form allows the SMHS to implement preventive measures based on the incidence of illness or injury. The forms are available from Employee Health Services and/or the GME office.

If a needlestick injury or other exposure occurs outside of Employee Health Services hours, (Monday through Friday, 8:00 a.m. to 4:30 p.m.), the incident should be reported to the Emergency Department of GWUH, who will provide appropriate services. **The incident MUST still be reported to Employee Health Services as soon as possible, preferably the next business day.**

If a needlestick injury or other exposure occurs at a hospital other than GWUH and it is during business hours (Monday through Friday, 8:00 a.m. to 4:30 p.m.), you should call Employee Health Services at 202-715-4275. If the incident occurs after hours or on the weekend, you may report directly to the GWUH Emergency Department or call them for instructions. Agreements do not currently exist with all rotation sites for post-exposure care, although most pharmacies will provide post-exposure prophylaxis medications so that residents may start appropriate treatment without delay. During business hours, Employee Health Services can arrange for post-exposure prophylaxis at most sites. If the rotating hospital pharmacy does not provide post-exposure medications free of charge, the resident should pay for all medications out of pocket and keep the receipt for reimbursement. This will be provided by the Worker's Compensation claim as long as the paper work is completed appropriately.

The source patient should be tested for rapid HIV, HIV, Hep BsAg, and Hep C Ab, if this information is not already known. All patients admitted through GWU Hospital should have given their consent for serologic testing in the event of an employee exposure when they signed their admission forms. Employee Health Service can arrange for the tests to be performed on GWUH patients. GWU Emergency Department patients do not fill out consent forms; therefore, testing on these patients must be coordinated through the Emergency Department Attending Physician(s). Residents rotating offsite need to coordinate source patient testing with their Attending (Physician(s). Different hospitals

GWU 000168

have different policies with regard to consent for testing after employee needlesticks. Employee Health Services will prescribe appropriate post-exposure prophylaxis as per CDC guidelines.

Any incident which may result in a property or liability claim should be reported immediately via webform to the Office of Risk Management and Insurance. The URL is http://risk.gwu.edu/incident-reporting. Click on the "webform" link to enter an incident. Note there is a section for Webform FAQ's which can be accessed along the left hand side or from the Incident Reporting dropdown menu. The system allows employees, supervisors, and students to seamlessly report incidents and receive immediate electronic confirmation of receipt by the Risk Team.

## NEWS MEDIA

Maintaining patient confidentiality is a very important component of patient care. All patients expect that their physicians are handling their personal medical information appropriately. This includes when a patient becomes the subject of inquiry from the news media. The metropolitan Washington, DC area is home to many public figures and celebrities. It is likely that during your residency you may care for someone who is known nationally or internationally. While patient confidentiality is always of paramount importance, it is especially true of these well-known figures. Should you find yourself being asked to comment for the news media about such patients or about medical topics in general, immediately direct the media organization to the appropriate communications representative according to instructions below:

1. If the patient is being seen in The George Washington University Hospital, media inquiries must be directed to the Hospital Marketing and Public Relations Department during normal business hours at 202-715-4447. After hours, media inquiries should be directed to the page operator, 202-715-4141, to contact the Marketing and Public Relations staff member on call by beeper. The Hospital does not release any information about any patient without his or her written consent.

2. If the patient is being seen in the Medical Faculty Associates facility, such an inquiry must be referred to the MFA Media Relations Manager at 202-741-3381. After hours, the Media Relations Manager can be paged at 1-800-759-8888, pager 202-741- 0632.

All other media inquiries you receive should be referred to the SMHS Communications and Marketing at 202-994-3121 or 202-270-4841.

## NOTARY PUBLIC

A Notary is available in the Office of Graduate Medical Education. Documents are notarized by appointment only. Please call 994-3737 for further information. In addition, a Notary is available in the Hospital. Please stop by the Concierge desk in the Hospital Lobby for more information.

3460671v.1

23

GWU 000169

**ON CALL ROOMS**

Contact your department for on call room assignments. If there is a problem with an on call room, please notify the Program Director or the Office of Graduate Medical Education.

**OSHA TRAINING**

Annual training in universal precautions as required by the Occupational Safety and Health Administration is mandatory for all residents. Residents may fulfill the requirement for annual training by completing the on-line exam using the MedHub system. This may be done at any computer with internet access. You can view the lecture and take the test online. Contact the GME Office for information.

OSHA training for the current contract year must be completed by July 31, or the resident will be considered in violation of his/her contract and, as a result, be sanctioned by losing their free parking privileges. Residents who are hired off cycle must complete OSHA prior to their hire date and then by July 31 of every academic year thereafter.

Residents who rotate to affiliate hospitals and need proof of current OSHA training should contact the GME Office before the beginning of their outside rotation.

**PATIENT PRIVACY AND CONFIDENTIALITY**

Each patient is entitled to privacy and confidentiality regarding his/her condition and care. The protection of the patient's right to privacy is the responsibility of each member of the clinical team. Effective April 14, 2003, Federal regulations governed by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) must be followed by all individuals who come in contact with patient health information. All residents are required to complete HIPAA training conducted by the SMHS and the hospitals/facilities where they will rotate. Please see this section on HIPAA training and Section IX for the policy on HIPAA Training.

**PATIENT SAFETY CONFERENCES**

Patient Safety/Quality Improvement Conferences are sponsored by the Residents Committee and the GME Office and offered bi-annually. Topics, speakers and session times are announced to residents and program directors via email and posted on the GME website.

**PAYCHECKS**

Residents are paid on a biweekly basis with 26 pay periods per year. Residents are encouraged to sign up for direct deposit.

Direct deposit users are notified each pay period via email that their *Easy View* deposit is available. Deposit information can be accessed by clicking on the link in the email and

GWU 000170

logging into GWeb. Both current and previous paychecks are available to view and print. For more information on direct deposit and this service, visit Payroll Services website at http://financeoffice.gwu.edu/taxpayrollbenefits/payroll/ .

Residents who do not sign up for direct deposit should check with their residency coordinator to determine how to obtain their paycheck.

## PSYCHIATRIC SERVICES

A confidential mental health services benefit is available to all GWU residents. For details of this benefit, please contact Mary Tucker, GME Director, at 994-3285 or mtucker@gwu.edu .

## RESIDENT DIRECTORY

The Resident Directory is an index of all residents which can be queried by resident name or program name, and which provides the following information: resident name, picture, program, email address and pager number.

Resident Directory website address is:   https://inside.gwumc.edu/smhs/resdir/

Username is **gwresident** and the password is **respic**

## RISK MANAGEMENT

The Office of Risk Management is committed to protecting the University community, as well as its assets, from the risk of accidental injury and financial loss. As such, it is imperative that each resident employed by GWU is an active participant in the risk management program.

Clinical Risk Management

Clinical Risk Management resources are available for all residents in the GME program. These resources include, but are not limited to, rendering advice regarding consent, medical record documentation, difficult discussions with patients or families, or questions or concerns regarding any medical management issues or adverse outcomes that one believes may have had a negative impact or outcome to a patient. In addition, risk management education programs are held on a regular basis, and attendance is expected.

Situations may arise during the course of providing patient care in which the patient experiences an adverse event.  Some adverse events may ultimately give rise to a professional liability action filed by a patient or their representative.  The Office of Graduate Medical Education, in conjunction with Medical Faculty Associates (MFA), identifies and monitors those events which may ultimately lead to compensation in a professional liability action.  The cooperation and assistance from all residents in identifying and reporting these events to the Office of Graduate Medical Education will help to ensure the success of the professional liability insurance program. **Report the**

GWU 000171

following to the Office of Graduate Medical Education via telephone (202-994-3285) or e-mail (mtucker@gwu.edu):

1. **Any medical incident (unexpected or severe injury, complication, or stay)**
2. **Request for medical records by known plaintiff's attorneys when there may be a known error in diagnosis or treatment**
3. **Unexpected death**
4. **Diminished life expectancy**
5. **Loss of limb**
6. **Impairment of the 5 senses**
7. **Severe disfigurement**
8. **Permanent or partial impairment of any bodily function**
9. **Additional medical treatment or extended hospitalization**
10. **Any medical claim (lawsuit or demand for money or services)**

This list is not inclusive of all events that may require notice. If a resident becomes aware of an unexpected outcome and has a concern that it may give rise to a claim, it should be reported as a precautionary notice. Finally, if a resident believes there is the *potential* for an adverse outcome to a patient, we encourage you to notify the Office of Graduate Medical Education, as these reports are important to the process of continuous quality improvement of patient care, and the improvement of patient outcomes.

*In addition to reporting to the Office of Graduate Medical Education, please notify the Program Director of the relevant program through the Chief Resident.*

**Hospital risk managers at any hospital to which you are assigned do not represent you. You may be asked to provide information to hospital risk management regarding adverse patient outcomes or potential deviations from acceptable standards of care. You should not do so, however, until you have discussed the matter with the Office of Graduate Medical Education at the above number, or alternatively, with Legal Counsel from the Office of the General Counsel at (202) 994-6503.**

Professional Liability Insurance

The George Washington University provides professional liability coverage for its residents. Depending upon the date of the claim, the coverage will be provided either through The George Washington Self-Insurance Trust or the MFA Physicians Insurance Company (MFA-PIC). Professional liability insurance coverage is provided for all acts within the scope of the individual's employment and/or training. Please contact the Office of Graduate Medical Education at (202) 994-3285 or Office of General Counsel at (202) 994-6503 if you have any questions regarding your insurance coverage.

Professional Liability coverage is not provided for any moonlighting activities in which a resident is engaged. Each resident is responsible for procuring professional liability coverage for any professional services rendered outside the scope of their GWU

GWU 000172

employment and/or training.

## LEGAL AFFAIRS

If you should receive a subpoena or suit papers, please call the Office of General Counsel immediately at 202-994-6503. You should always note the date, time and method of service (certified mail or personal service) on the top corner of the document. Also, refer all process servers and inquiries on the whereabouts of a healthcare provider to the Office of General Counsel, who will respond directly to any inquiries or process servers.  For more information concerning University policy on service of summons and subpoenas, please visit the website of The George Washington University Office of Vice President and General Counsel at:  http://www.gwu.edu/~vpgc/pdf/summons.pdf.

## STANDARD PRACTICES

Hospital Standard Practices are available at each hospital and medical institution. The George Washington University Hospital Standard Practices are available on the Hospital intranet at www.gwstaff.com. Residents may access the Hospital intranet from any computer in the Hospital.

## STUDENT LOAN DEFERMENTS

Deferments are processed by the Office of Graduate Medical Education. Contact the GME office at 994-3737 for assistance.

## UNIFORMS

Two personalized white lab coats and two sets of scrub suits are provided to each resident. The lab coats and the scrub suits are the property of the individual resident. The resident is responsible for the cleaning or laundering of the lab coats and scrub suits.

"Surgical" scrub suits with the GWU logo are provided by the Hospital to those whose duties and responsibilities require that they wear them. The surgical scrub suits remain the property of the Hospital and residents are strictly forbidden to wear these scrubs outside of the Hospital. These scrubs are issued at the designated area in the Operating Room and may be exchanged for clean scrubs when they become soiled.

## WEBSITES

The GME website address is http://smhs.gwu.edu/academics/gme.   The website lists information for new and current residents and resident alumni, including information on the GME Office and staff, salary and benefits, OSHA training, HIPAA training, orientation, committees, and verification of training. A listing of residency and fellowship programs with links to program websites is also available. The Resident Manual has been added to the GME website and updates to the Manual will be added to the website as they occur.

Residents may access the Resident Directory by going to the GME website or by going

27

GWU 000173

directly to
http://smhs.gwumc.edu/graduatemedicaleducation/overviewmission/residentfacebook

Access Information:  Username: **gwresident**     Password: **respic**

GWU 000174

# V.   BENEFITS

## A.   ELIGIBILITY FOR EMPLOYEE BENEFITS

All Residents, regardless of payroll sources, receive certain benefits provided by the George Washington University SMHS, as described in Paragraph C below. Residents who are paid by GW also receive benefits provided by the George Washington University. The university reserves the right to modify or discontinue its Fringe Benefits Program in whole or in part at any time without advance notice.

## B.   SERVICE CREDIT/ANNIVERSARY DATE

The length of time an employee has been in university service and the effective date of such service are factors in determining applicability of certain university policies. "Service Credit" is defined as the computed time an employee has served the university in a Regular position, and may be used as a determining factor for purposes of benefit and leave eligibility and other policies affected by period of employment. Breaks in service in excess of 12 months in a Regular position will result in the forfeiture of previously earned service credit.

## C.   BENEFITS AVAILABLE TO ALL RESIDENTS THROUGH GW

The following benefits are available to all Residents of the George Washington University SMHS regardless of pay source, unless prohibited by the Resident's employer; i.e., military residents.

### LONG TERM DISABILITY INSURANCE

Individual long term-disability insurance through Brown & Brown/UNUM Provident Life Insurance Company is paid in full by the SMHS for the first year of your employment in our residency training program. This policy provides each participant with a benefit of up to $2,000 per month after 180 days of total disability and also has provisions to pay partial claims. The policy is portable and Residents can continue this coverage on an individual basis at a discounted rate after their first year of employment. In addition, there are future insurability options in the policy, also at a discounted rate, which enable the participant to increase coverage to substantial amounts without evidence of insurability.

### DRUG ENFORCEMENT ADMINISTRATION (DEA) REGISTRATION FEES

Drug Registration fees are paid for both federal and D.C. controlled substance registration only for those who are required to obtain a D.C. medical license because they graduated from a U.S. medical school at least 5 years ago or are international medical graduates entering the 6th year of post-graduate training. Contact the Office of Graduate Medical Education if you have questions. The Federal DEA registration fee, which is paid for a three-year period, will only be reimbursed at a rate of 1/3 of the total cost for each year the Resident will be at GW.

GWU 000175

**EMPLOYEE ASSISTANCE & WORK-LIFE REFERRAL SERVICES**

GW's Wellbeing Hotline is a one-stop-shop for help with personal issues, planning for life events, or simply managing daily life. This program is available to all Residents and dependents at no cost and is provided through ComPsych.

The following services are available:

**Work-Life Solutions:** Wellbeing Hotline specialists will do the research for you, providing qualified referrals and customized resources for child and elder care, moving and relocation, making major purchases, college planning, pet care, home repair, and more.

**Confidential Counseling:** This no-cost counseling service helps you address stress, relationship and other personal issues you and your family may face. It is staffed by highly trained master's and doctoral level clinicians who will listen to your concerns and quickly refer you to in-person counseling and other resources for stress, anxiety and depression, relationship/marital conflicts, problems with children, job pressures, grief and loss, and substance abuse.

**Financial and Legal Resources:** Speak by phone with an attorney, Certified Public Accountants, or Certified Financial Planners on a wide range of legal and financial issues. You also have access to free online will preparation services that allows you to quickly and easily write a will on your computer.

Take advantage of these programs and much more by calling toll-free 855-705-2471 or visiting http://hr.gwu.edu/colonial-community.

**HEALTH AND WELLNESS CENTER**

The Lerner Health and Wellness Center is located at 2301 G Street. There is an annual membership fee that may be paid through payroll deduction. Hours of operation can be obtained by calling 994-1522. Additional information is listed on the website at http://campusrecreation.gwu.edu/.

**LIABILITY INSURANCE**

The School of Medicine and Health Sciences will provide the Resident Physician with professional liability insurance for acts and omissions of the Resident Physician in the course of approved activities of the Resident Physician's Program. The School of Medicine and Health Sciences will select legal counsel to defend against claims alleging negligence by the Resident Physician, including claims filed after completion of the Program. Such professional liability coverage and legal defense will be provided only for activities and services within the scope of his/her duties as defined by the Resident Physician's Program Director at or for the School of Medicine and Health Sciences pursuant to the terms of the Resident Contract, or such outside activities and services approved in writing by his/her Program Director and the Department Chair. Professional liability coverage and legal defense will not be provided for activities outside the course and scope of duties at or for the School of Medicine and Health Sciences even if such activities are not prohibited by the School of Medicine and Health Science's bylaws, rules and regulations, or policies and procedures, unless such activities are approved in writing by the

GWU 000176

Resident Physician's Program Director and Department Chair and the university's Risk Manager (202-994-2453) is notified in advance of the activity.

In order to obtain proof of liability insurance while rotating to a non-affiliated institution, you must contact the Office of Graduate Medical Education at least ninety (90) days in advance of the rotation.

## MEDICAL LICENSURE

Reimbursement for licensure is made by the GME Office according to the Resident Licensure Policy in Section IX.

## PARKING

All Residents are entitled to parking at The SMHS free of charge. Residents are assigned parking in the Square 54 Garage. Permits are issued to new Residents at orientation and thereafter on an annual basis by the Faculty and Staff Service Center at Rice Hall, 2211 H Street, N.W., upon presentation of a current vehicle registration in the name of the Resident or his/her family. Access to the Garage is provided by using the GWorld identification card.

A sticker for a second car may be obtained for a nominal fee, but two cars with the same permit number are not permitted in the garage at the same time. Improperly parked cars may receive a metropolitan police ticket. GW assumes no responsibility for damages or thefts.

## BACK-UP FAMILY CARE

GW's Back-Up Family Care Program through CCLC has been tailored to meet the unique needs of working families when your usual family care arrangements are disrupted. CCLC provides access to a network of highly trained and experienced in-home care providers, select CCLC centers and more than 1600 KinderCare community-based, early learning centers.

Faculty and staff have up to five days per year of backup care for children, adults, and elders. To access this benefit, call (877) 820-7190 or visit http://hr.gwu.edu/colonial-community.

## HEALTH ADVOCATE

Health Advocate is a special benefit paid for by GW that can help you personally resolve your insurance and health care issues, promptly and reliably. Health Advocate is designed to help you, your spouse/domestic partner, dependent children, parents and your spouse's or domestic partner's parent cut through barriers that often create frustration and problems. All at no cost to you!

Health Advocate can help you:

- Find doctors, specialists, hospitals and treatment centers
- Clarify insurance plan(s) and help decide which plan is right for you.
- Untangle medical bills, uncover errors and negotiate fees
- Research and explain treatment options
- And more

GWU 000177

You do not need to participate in any of GW's health plans to participate.

Call Health Advocate at (866) 695-8622 to speak with an advocate.
Calls are unlimited and service is available 24/7.   For more information, please visit, http://healthadvocate.com/gwu

**SMOKING CESSATION RESOURCES**
The Quit For Life® Program is the nation's leading tobacco cessation program. It can help you or an eligible dependent permanently overcome the physical, psychological and behavioral addictions to tobacco through expert coaching and support. You may qualify for nicotine replacement therapy. The program is free, confidential, and it works. Call 1-866-QUIT-4-LIFE (1-866-784-8454), or log on to www.quitnow.net for details or to enroll.

**GW'S HEALTHY PREGNANCY PROGRAM**
If you are pregnant and you participate in GW's health insurance plan, we encourage you to sign up for GW's Healthy Pregnancy Program. By participating in this program you will have 24-hour access to experienced nurses, one-on-one support throughout your pregnancy, and the opportunity to earn up to $250 in cash, plus free gifts and valuable resources. The program is also open to your spouse, partner, or dependent if they are on GW's health plan.

To participate in GW's Healthy Pregnancy Program, please visit http://go.gwu.edu/pregnancy or call (800) 411-7984.


## D.  BENEFITS AVAILABLE TO RESIDENTS ON PROFESSIONAL ASSIGNMENT – RESEARCH

Residents on professional assignment, which includes residents who are away from their training programs for a research year, should consult with the Director of GME regarding benefits that are covered during that time. Some covered benefits require arrangements with the Benefits Administration Department for payment of premiums.


## E.    BENEFITS AVAILABLE TO RESIDENTS PAID BY GW

A detailed description of benefits can be found at the following website: http://benefits.gwu.edu.

GWU 000178

# VI.  POLICIES GOVERNING LEAVE

Time away from the residency program for extended vacation leave, extended sick leave, FMLA, disability or any other reason may result in a Resident having to spend additional time in the program beyond the anticipated date of completion. RRC and medical board requirements must be met before a Resident can be certified as having completed a training program. Residents should refer to the institutional policy on Leave of Absence and the Effect on Program Completion in Section IX. Residents should consult their program director to determine if extended leave has an effect on the completion date of training.

## VACATION

The general vacation policy provides for three (3) weeks of paid vacation each year, including weekends and holidays. Departments may grant additional vacation on a discretionary basis. Unused leave may not be carried from one year to another and will not be redeemed for equivalent salary.  Vacation is generally not approved for the last two weeks of the training year.

## HOLIDAY LEAVE

Please consult with your department regarding holiday leave and coverage.

## SICK LEAVE

Sick leave benefits are determined by each department on an individual basis. In general, Residents who become ill for a period of time sufficient to interfere with their participation in the training program, are covered under policies governing Temporary Disability Leave. Please see Section VI for detailed information.

## FAMILY AND MEDICAL LEAVE

Periods of leave due to situations such as the serious illness of an employee, the birth or adoption of a child, or the serious illness of a family member may be covered under the D.C. and/or federal Family and Medical Leave Acts (FMLA). The D.C. Act provides up to 16 weeks of medical leave and 16 weeks of family leave in a 24 month period after an employee has completed one year of employment and has been paid for at least 1,000 hours during the 12-month period immediately preceding the request for family or medical leave. The federal FMLA provides up to 12 weeks of family and medical leave in a 12 month period as well as 26 weeks of leave to care for a covered service member with a serious injury or illness in a single 12 month period after an employee has completed one year of employment and has worked 1,250 hours during the 12-month period immediately preceding the leave request. In most cases, benefits under the D.C. Act are more generous than under the federal Act, but employees are entitled to whichever provides the most favorable benefits. If the leave qualifies for both D.C. FMLA and federal FMLA, any leave taken under those Acts would run concurrently. GW policies governing Temporary Disability Leave, Vacation Leave, Sick Leave, and unpaid leave will determine the appropriate pay status. The SMHS will continue to contribute to all university  paid benefits during Family and Medical Leave, but the employee is responsible for their portion  of benefit premiums. Please note: FMLA does NOT mandate paid leave. Payments to Residents  while on FMLA leave *may* be available through the above mentioned GW policies. Residents who need to apply for FMLA leave should contact the

GWU 000179

Benefits Administration department.

## TEMPORARY DISABILITY LEAVE

Temporary Disability Leave is provided for physical or mental conditions that are sufficiently incapacitating to require that a Resident temporarily terminate participation in the residency training program. Temporary disability is paid for up to 60 consecutive days annually, including weekends and holidays. Family and Medical Leave Act provisions may apply in cases of leave use.   Please see Section VII for detailed information on periods of Temporary Disability Leave.

## MATERNITY LEAVE

Maternity Leave is provided for medical disability resulting from pregnancy, childbirth or related medical conditions on the same basis on which leave is provided for other medical disabilities. Family and Medical Leave Acts and policies governing the use of Sick, Vacation, and Temporary Disability for medical disability purposes may therefore apply. Non-medical absences for the birth or adoption of a child are covered under the Family and Medical Leave Acts or Leave of Absence Policy. Please refer to Temporary Disability Leave, Section VI.

## PAID PARENTAL LEAVE

GW provides six continuous weeks of paid parental leave for eligible regular full-time staff. The applies to staff members who have given birth or are the spouse/partner of the birth mother; the placement of a child with the employee for adoption; or the placement of a child with the employee for whom the employee permanently assumes and discharges parental responsibility. The leave must be taken immediately following the birth, adoption, or eligible circumstance. Eligibility for paid parental leave will begin the first of the month following an employee's two year benefit eligible service anniversary date or coincident with that date if the anniversary date falls on the first of the month. Please note that Residents who are the birth parent are actually eligible for more paid leave under the Temporary Disability Leave than Paid Parental Leave.

Residents who would like to apply for Paid Parental leave should contact the Benefits Administration department.

## LEAVE OF ABSENCE

At the discretion of the department chair, a Leave of Absence may be approved for unusual personal situations provided the operational needs of the department are not adversely affected. Leave of absence is always unpaid leave, and must be requested in writing. All accrued Vacation Leave must be exhausted prior to a request for a Leave of Absence

## BEREAVEMENT LEAVE

Paid Bereavement Leave is provided to Residents upon the death of an immediate family member. Immediate family members include a spouse, domestic partner for whom an affidavit has been submitted to the Benefits Administration Department, child, stepchild, parent, grandparent, sister, brother, mother-in-law, father-in-law, son-in-law, or daughter-in-law. Bereavement Leave must be requested in writing to the Program Director for a period not to exceed 3 days. Bereavement Leave does not accrue or pay out upon termination.

GWU 000180

## LEAVE FOR JURY DUTY

Jury Duty Leave is provided to Residents who are summoned to jury duty. Residents will be granted paid leave for scheduled work hours/days missed to comply with the summons for jury duty. Leave must be requested in writing to the Program Director as far in advance as possible and must include supporting court documents. Residents are required to report to work on those days or partial days when attendance in court is not required.

## MILITARY DUTY LEAVE

Military Duty is unpaid leave provided to Residents for the period necessary to perform military duty in the uniformed services. Residents must provide notice of the need to take military duty leave to the Program Director and Benefits Administration with as much advance notice as possible and include official written military orders, as soon as they are available, and an expected date of return to work. Employees may request the use of Vacation Leave or Sick Leave for part or all of the period of military duty. Under federal law, employees who leave regular positions voluntarily or involuntarily for the purpose of performing military duty, including Reserve duty, have a right to reinstatement without loss of seniority if certain conditions are met. In situations involving a request for reinstatement, the Benefits Administration Department should be consulted for information concerning eligibility for reinstatement, applicable salary issues, and benefits.

GWU 000181

# VII.  GUIDELINES FOR DISABILITY LEAVE AND LEAVE WITHOUT PAY

**TEMPORARY DISABILITY LEAVE**

### A.  Definition

Disability is defined as any physical or mental condition which is sufficiently incapacitating to require that the Resident temporarily terminate participation in the residency training program. Temporary disability is paid for up to 60 consecutive days annually, including weekends and holidays, for residents who are paid by GW. *(Short Term Disability may also be applicable, please see Section V.E.)*

### B.  Provisions and Restrictions

1. For Residents who are temporarily disabled in accordance with the definition in Section A, up to 60 days of leave with full salary are to be provided annually, subject to the restrictions defined in Sections B.2, B.7, B.8, and B.9 below. Supplemental salary provided by Departments is to be excluded from such determinations.

2. A Resident who is participating in a part-time residency or who otherwise participates in a residency for only a portion of the training year is entitled to temporary disability leave on a pro-rated basis as a function of the percentage of the full-time effort and salary described in the Resident contract.

3. Temporary disability leave with pay does not accrue and may not be carried over from year to year.

4. A Resident who has utilized full temporary disability leave entitlement and all earned annual leave during a training year is classified as being on leave without pay (see next section) unless the Resident desires to terminate his/her relationship with the university.

5. Residents may not be required to utilize annual leave before being placed on temporary disability leave.

6. Residents are entitled to all normally provided fringe benefits while on temporary disability leave.

7. A Resident who, during the training year, is placed on any combination of temporary disability leave and leave without pay which involves 60 or more days and which occurs during any portion of the last six months of the training year, and who is reappointed for the following training year, is not eligible for temporary disability leave during the referenced re-appointment year until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six months which may include earned annual leave or

GWU 000182

may be extended by other types of leave authorized by university personnel policies. Similarly, a Resident who, during the training year, is placed on temporary disability leave which involves more than 30 but less than 60 days and which occurs during any portion of the last three months of the training year, and who is re-appointed for the following training year, is not eligible for temporary disability leave during the referenced re-appointment year until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of three months which may include earned annual leave or may be extended by other types of leave authorized by university personnel policies.

8.  A Resident who concludes the training year on temporary disability leave and is re-appointed for the following training year is entitled to the balance of temporary disability leave not utilized by him/her during the previous training year. Such temporary disability leave in the referenced re-appointment year must be taken consecutively with the temporary disability leave from the previous year, and the total length of this consecutive disability leave may not exceed 60 days. Thereafter, the Resident is not eligible for temporary disability leave until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six months which may include earned annual leave or may be extended by other types of leave authorized by university personnel policies. If the Resident requires temporary disability leave taken consecutively with the training year, it is to be subtracted from this entitlement.

9.  A Resident who has been disabled for more than 60 days, has been placed on leave without pay through the termination of the training year, and is re-appointed for the following or subsequent training years, is not eligible for temporary disability leave during the referenced re-appointment year until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six consecutive months which may include earned annual leave or may be extended by other types of leave authorized by university Personnel policies. Similarly, a Resident who has been disabled for more than 60 days and now has been placed on leave without pay which carries over from one training year to the next, is not eligible for temporary disability leave during the next following or subsequent training years until he/she has resumed training of at least 50% effort, as described in the Resident contract, for a minimum of six consecutive months, which may include earned annual leave or may be extended by other types of leave authorized by university Personnel policies.

## C.  Notification and Documentation Requirements

1.  Determinations as to the appropriateness of placing a Resident on temporary disability leave are the responsibility of the Program Director.

2.  The Program Director is responsible for maintaining accurate records of temporary disability leave for each Resident in the Department and for providing this documentation to the GME Office as far in advance as possible. At the end of each fiscal year, each Program Director is to provide to the Office of Graduate Medical Education a summary listing of those Residents placed on temporary disability leave during the year and the amount of such leave for each.

GWU 000183

3. For each Resident who is placed on temporary disability leave for a consecutive period of 14 days or longer, documentation supporting the appropriateness of such leave is to be provided by the Program Director to the Office of Graduate Medical Education for inclusion in the Resident's GME institutional file. Such documentation should be provided in a timely fashion but, in any event, no later than 30 days after the conclusion of the 14-day period.

**D.  Training Program Adjustments**

1.   Where temporary disability leave places the Resident out of cycle in completing the requirements of the training program, funding for such Residents must be requested from the GME Office no later than February 1 of the year preceding the academic year in which the time will be made up.

2.  The effect of extended leave on the completion of the training program and the timing thereof must be determined in accordance with the institutional and program policies on Leave Of Absence and the Effect on Program Completion (See Section IX).

## LEAVE WITHOUT PAY
**A.  Definition**

Leave without pay is defined as leave necessitated by temporary disability which extends beyond the Resident's entitlement in a training year or leave for other reasons agreed upon by the Resident and the appropriate Program Director. *Family & Medical Leave Act and/or Long Term Disability provisions may also apply.*

**B.  Provisions and Restrictions**

1.  Leave without pay is by definition non-salaried leave.

2.  A Resident who has utilized his/her full temporary disability leave entitlement and all earned annual leave during the training year is entitled to be placed on leave without pay for the remainder of the training year in which the temporary disability occurs.

3.  Residents must utilize all temporary disability leave and all annual leave before being placed on leave without pay.

4.  Leave without pay shall in no instance extend beyond one calendar year. Leave without pay of 90 days or less may be approved by the appropriate Program Director. Documentation supporting the appropriateness of such leave is to be provided by the Program Director to the Office of Graduate Medical Education for inclusion in the Resident's GME institutional file. Leave without pay of more than 90 days requires the endorsement of the Associate Dean for Graduate Medical Education. Residents with extended temporary disability are eligible for, but not entitled to, extensions of leave without pay for up to one calendar year.

GWU 000184

5. Residents on leave without pay are able to continue certain benefits (with premium payment). Please contact Benefits Administration (benefits@gwu.edu) for details. Group life and disability benefits can be continued for up to 24 months during a research assignment. Group life and disability insurance can be continued for up to 12 months during personal leave. For Residents who participate in the GW retirement program, all contributions will be discontinued while the Resident is on leave without pay, but benefits will be resumed if and when the Resident returns to full-time training status.

6. For Residents who are placed on leave without pay, reinstatement to full-time or part-time training status is at the discretion of the appropriate Program Director.

**C. Notification and Documentation Requirements**

1. Except for the leave without pay entitlement described in Section B.2, determinations as to the appropriateness of placing a Resident on such leave are the responsibility of the Program Director.

2. The Program Director is responsible for maintaining accurate records of leave without pay for each Resident in the Department and for providing this documentation to the GME Office.

3. For each Resident who is placed on leave without pay, the Program Director is responsible for prompt notification to the Office of Graduate Medical Education so as to assure timely termination of salary and appropriate arrangements concerning fringe benefits. Such notification is to include the intended length of leave without pay. As stated in Section B.4, leave without pay for more than 90 days requires the endorsement of the Associate Dean for Graduate Medical Education.

**D. Training Program Adjustments**

1. Where leave without pay places the Resident out of the cycle in completing the requirements of the training program, funding for such Residents must be requested from the GME Office no later than February 1 of the year preceding the academic year in which the time will be made up.

The effect of extended leave on the completion of the training program and the timing thereof must be determined in accordance with the institutional and program policies on Leave Of Absence and the Effect on Program Completion (See Section IX).

GWU 000185

# VIII.   PROCEDURES FOR HEARING AND REVIEW OF DISCIPLINARY ACTIONS INVOLVING RESIDENTS

The Due Process policies below may be found at:
http://smhs.gwu.edu/academics/gme/about/policies

- Due Process
  - Academic Improvement
  - Academic Matters
  - Resident Misconduct
  - Misconduct Matters

GWU 000186

# IX.   GRADUATE MEDICAL EDUCATION COMMITTEE POLICIES

The Accreditation Council for Graduate Medical Education (ACGME) requires the sponsoring institution's Graduate Medical Education Committee (GMEC) to establish and implement policies and procedures regarding, at a minimum, the quality and the work environment for the residents in all programs.

The link below lists all policies that have been approved by the GMEC:
http://smhs.gwu.edu/academics/gme/about/policies

GWU 000187

# X. GEORGE WASHINGTON UNIVERSITY POLICIES ON EQUAL EMPLOYMENT OPPORTUNITY AND SEXUAL HARASSMENT AND SEXUAL VIOLENCE

The policies and practices outlined in this section will help you understand the university's commitment to promoting an environment that encourages all employees to thrive. Knowing these policies will help you serve as an active member of our community.

### Equal Employment Opportunity/Affirmative Action Statement

The university is an Equal Employment Opportunity/Affirmative Action (EEO/AA) employer committed to maintaining a non-discriminatory, diverse work environment. The university does not unlawfully discriminate on the basis of race, color, religion, sex, national origin, age, disability, veteran status, sexual orientation, gender identity or expression, or on any other basis prohibited by applicable law in any of its programs or activities.

### Discrimination and Harassment Prohibited in the Workplace

The University expects all employees to treat each other with fairness and respect. Discrimination or harassment based on race, color, religion, sex, national origin, age, disability, veteran status, sexual orientation, or gender identity or expression or as otherwise provided under District of Columbia, state or local law, is strictly prohibited and will not be tolerated. Discrimination and harassment of this type is illegal and contrary to University policy.

All allegations of discrimination, harassment, or complaints of unequal treatment are taken seriously.   Residents who believe that they are experiencing any type of unlawful discrimination or harassment should bring their concerns to the attention of their program director, department chair, or the Associate Dean for GME; residents may also contact the Title IX Coordinator at 202-994-7440 or the Office of Equal Employment Opportunity at 202-994-9656.

### Sexual Harassment

The university is committed to maintaining a positive climate for study and work, one in which individuals are judged solely by relevant factors, such as ability and performance, and one in which they may pursue their academic and work activities in an atmosphere free from coercion and intimidation. Sexual harassment of employees by those in a position to affect their employment conditions or by other employees is contrary to such an atmosphere and will not be tolerated.

Sexual harassment is defined as unwelcome sexual conduct, such as sexual advances, requests for sexual favors, and other verbal or physical conduct of a sexual nature when such conduct is made a term or condition of employment or creates a hostile and intimidating work environment. Sexual harassment can take different forms. It includes such behavior as touching, pinching, hugging, jokes of a sexual nature, making obscene gestures, or using sexual language or pictures on computer software.

Because sexual harassment comes in many different forms, there is much confusion about what it

3460671v.1

GWU 000188

is or is not. The distinguishing feature of sexual harassment is that it is unwelcome conduct. As a result, in each situation, it depends on what a particular individual finds offensive. Everyone must be aware of their behavioral boundaries and always be careful to act appropriately. Remember, sexual harassment may be verbal, nonverbal, or physical. Such conduct may be considered sexual harassment if it continues after an individual asks a person to stop or in some other way clearly shows that the behavior is unwelcome.

The University has adopted procedures governing sexual harassment complaints and these procedures are administered by the Title IX Coordinator.  View <u>Sexual Harassment Policies and Procedures</u>.

If you believe you are being or have been sexually harassed, if someone has accused you of sexual harassment or inappropriate behavior of a sexual nature, or if you receive a report of sexual harassment, please contact the Sexual Harassment Response Coordinator. The Coordinator will respond to questions, help you cope with the situation, address your concerns, and, if warranted, coordinate an investigation and appropriate remedial action. The Coordinator can be reached at 994-6503.

Residents who believe that behavior of a sexual nature may be inappropriate may also discuss the issue with their program director, department chair, the Associate Dean for GME, or the Title IX Coordinator. These individuals will work with the Coordinator as appropriate to respond to the situation.

### Gender-Based Discrimination

Harassment based on gender is a form of misconduct that undermines both personal and professional relationships in the workplace. The University believes that courteous, mutually respectful, non-coercive interactions between employees will best serve the well-being of each individual and the University.  For other university policies dealing with gender discrimination, contact the university's Title IX Coordinator, (202) 994-7440, <u>diverse@gwu.edu</u>.

Residents experiencing any type of discriminatory conduct or harassment should bring that conduct to the immediate attention of his/her supervisor, program director, department chair, the Associate Dean for GME, or the Office of Equal Employment Opportunity at 202-994-9656.

### Other Types of Harassment

The University also prohibits harassment based on race, religion, color, gender, sexual orientation, age, national origin, disability, or any other characteristic protected by District of Columbia, state, or local law. Prohibited harassment on the basis of protected characteristics, includes behavior similar to sexual harassment and includes, but is not limited to:

- Unwelcome, offensive, or inappropriate comments regarding an employee's protected characteristic
- Verbal abuse, teasing, remarks or comments that intimidate, ridicule or demean an employee's protected characteristic.
- Visual conduct such as derogatory posters, photographs, cartoons, drawings, or gestures.
- Retaliation for reporting harassment or threatening to report harassment.

GWU 000189

Residents experiencing any type of discriminatory conduct or harassment should bring that conduct to the immediate attention of his/her supervisor, program director, department chair, the Associate Dean for GME, or the Title IX Coordinator at 202-994-7440.

## Non-Retaliation Policy
Retaliation against members of the University community who make good faith reports regarding potential University-related violations of laws, regulations or University policies is prohibited. View GW's Non-Retaliation Policy for additional information.

## PERSONS WITH DISABILITIES
In accordance with the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, and other applicable federal, state, and local laws, and as articulated in the university's Equal Opportunity Statement, the university does not discriminate against any qualified individuals with a disability.

Questions regarding the protections against discrimination on the basis of disability may be directed to the university's Disability Services Coordinators.  Members of the university community may contact the Executive Director of Equal Employment Opportunity and Affirmative Action, 2121 I (Eye) Street, NW, Washington, DC 20052, (202) 994-9633.

### Residents Requesting an Accommodation
The George Washington University's commitment to equal employment opportunity and affirmative action includes a commitment to provide reasonable accommodations for residents' religious obligations and for residents who are qualified individuals with disabilities pursuant to the Americans with Disabilities Act. Should a resident need an accommodation, he or she should contact the Office of Equal Employment Opportunity at (202) 994-9656 or eeo@gwu.edu All requests for accommodations are kept in confidence to the extent feasible by law and practice.

GWU 000190



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| | |
|---|---|
| **Responsible University Official**: Vice Provost for Diversity and Inclusion | |
| **Responsible Office**: Office of the Vice Provost for Diversity and Inclusion | |
| **Origination Date**: Not Available | |
| **Last Amended Date**: November 15, 2011 | |

# UNIVERSITY POLICY ON EQUAL OPPORTUNITY

## Policy Statement

The university is an Equal Employment Opportunity/Affirmative Action (EEO/AA) employer committed to maintaining a non-discriminatory, diverse work environment. The university does not unlawfully discriminate on the basis of race, color, religion, sex, national origin, age, disability, veteran status, sexual orientation, gender identity or expression, or on any other basis prohibited by applicable law in any of its programs or activities.

## Reason for Policy/Purpose

This policy is necessary to re-affirm the university's commitment and for compliance with Title VII of the Civil Rights Act of 1964, as amended, the District of Columbia Human Rights Act, and other applicable laws relating to equal opportunity.

## Who Needs to Know This Policy

Faculty, staff and students

## Table of Contents

|  | Page # |
|---|---|
| Policy Statement | 1 |
| Reason for Policy/Purpose | 1 |
| Who Needs to Know This Policy | 1 |
| Table of Contents | 1 |
| Policy/Procedures | 2 |
| Website Address | 2 |
| Contacts | 3 |
| Who Approved This Policy | 3 |
| History/Revision Dates | 3 |



**DR. CATAPANO DECLARATION
EXHIBIT #7**

GWU 000366

EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION STATEMENT

## Policy/Procedures

The George Washington University does not unlawfully discriminate against any person on any basis prohibited by federal law, the District of Columbia Human Rights Act, or other applicable law, including without limitation, race, color, religion, sex, national origin, age, disability, veteran status, sexual orientation, or gender identity or expression. This policy covers all programs, services, policies, and procedures of the university, including admission to education programs and employment.

Inquiries concerning this policy and federal and local laws and regulations concerning discrimination in education and employment programs and activities may be directed to the university's Office of Equal Employment Opportunity and Affirmative Action, 2121 Eye Street, NW, Washington, DC 20052, (202) 994-9656, eeo@gwu.edu. Inquiries may also be directed to the U.S. Department of Education Office for Civil Rights, the U.S. Equal Employment Opportunity Commission, or the applicable state or local agency (for example, the District of Columbia Office of Human Rights).

Questions regarding protections against discrimination on the basis of sex may be directed to the university's Title IX Coordinator, the Vice Provost for Diversity and Inclusion, 813 Rice Hall, 2121 Eye Street, NW, Washington, DC 20052, (202) 994-7440.

Questions regarding the protections against discrimination on the basis of disability may be directed to the university's Disability Services Coordinators. Students may contact the Associate Dean of Students, Administrative Services, Office of the Dean of Students, 401 Rice Hall, 2121 Eye Street, NW, Washington, DC 20052, (202) 994-6710, and other members of the university community may contact the Executive Director of Equal Employment Opportunity and Affirmative Action, 2121 Eye Street, NW, Washington, DC 20052, (202) 994-9633.

To request disability accommodations, students should contact the Office of Disability Support Services at (202) 994-8250 or dss@gwu.edu. Employees and other members of the university community should contact the Office of Equal Employment Opportunity and Affirmative Action at (202) 994-9656 or eeo@gwu.edu.

## Website Address

GW University Policies

2

GWU 000367

EQUAL EMPLOYMENT OPPORTUNITY/AFFIRMATIVE ACTION STATEMENT

## Contacts

| Subject | Contact | Telephone | Email |
|---------|---------|-----------|-------|
| Questions | EEO | (202) 994-9656 | eeo@gwu.edu |
| Title IX Coordinator | VPDI | (202) 994-7440 | diverse@gwu.edu |

## Who Approved This Policy

Lou Katz, Executive Vice President and Treasurer
Steven Lerman, Provost and Vice President for Academic Affairs
Beth Nolan, Senior Vice President and General Counsel

## History/Revision Dates

**Origination Date:**       Not Available

**Last Amended Date:**    November 15, 2011

**Next Review Date:**      April 30, 2015

3

GWU 000368



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| |
|---|
| **Responsible University Official:** Vice President for Human Resources |
| **Responsible Office:** University Human Resources |
| **Origination Date:** Not Available |
| **Last Amended Date:** May 4, 2006 |

# DISABILITIES POLICY

## Policy Statement

The university is committed to diversity and nondiscrimination, and supports the employment and enrollment of qualified individuals with disabilities.

## Reason for Policy/Purpose

To reaffirm the university's commitment to promoting a diverse community free from unlawful discrimination, and to the employment and enrollment of qualified individuals with disabilities.

## Who Needs to Know This Policy

Faculty, staff and students

## Table of Contents                                          Page #

Policy Statement ................................................................................................1
Reason for Policy/Purpose.................................................................................1
Who Needs to Know This Policy........................................................................1
Table of Contents................................................................................................1
Policy/Procedures ..............................................................................................2
Website Address for This Policy .......................................................................2
Contacts...............................................................................................................2
Related Information ...........................................................................................2
Who Approved This Policy ................................................................................2
History/Revision Dates......................................................................................3



**DR. CATAPANO DECLARATION EXHIBIT #8**

GWU 000067

DISABILITIES POLICY

## Policy/Procedures

In accordance with the Americans with Disabilities Act (ADA), Section 504 of the Rehabilitation Act, and other applicable federal, state, and local laws, and as articulated in the university's Equal Opportunity Statement, the university does not discriminate against any qualified individuals with a disability.

## Website Address

GW University Policies

## Contacts

| Subject | Contact | Telephone | Email Address |
|---|---|---|---|
| Questions (Faculty/staff) | EEO | (202) 994-9656 | eeo@gwu.edu |
| Questions (Students) | Disability Support Services | (202) 994-8250 | dss@gwu.edu |

## Related Information

For additional information for faculty and staff, including a request for a reasonable accommodation on the basis of disability, please refer to the Department of Equal Employment Opportunity (EEO) website at http://hr.gwu.edu/eeo-statement, or contact EEO at (202) 994-9656.

For additional information for students, or to request a reasonable accommodation on the basis of disability, please refer to the Disability Support Services (DSS) website at http://gwired.gwu.edu/dss/Welcome/, or contact DSS at (202) 994-8250.

Equal Opportunity Statement
Americans with Disabilities Act

## Who Approved This Policy

Louis H. Katz, Executive Vice President and Treasurer
Beth Nolan, Vice President and General Counsel

GWU 000068

DISABILITIES POLICY

## History/Revision Dates

**Origination Date:**        Not Available

**Last Amended Date:**       May 4, 2006

**Next Review Date:**        May 31, 2015

3

GWU 000069



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

Responsible University Official: Program Director
Responsible Office: SMHS Department of Psychiatry
Most recent revision: June 23, 2015

## Resident Time Off and Leave

### Policy Statement

The George Washington Psychiatry Residency Program, as required by ACGME, utilizes a Program Evaluation Committee (PEC) in its evaluation of Program Performance. This document serves to ensure that there is an adequate resident work force to cover the clinical sites in the interest of patient care, and to ensure that resident overwork and fatigue do not become manifest, and to afford time to secure alternative coverage arrangements, the following policy will be enacted.

### Who Needs to Know This Policy

The Office of Graduate Medical Education (GME) and the Department of Psychiatry at the GW SMHS.

### Policy Contact

Dr. Lisa Catapano, Program Director
Dr. Lori Kels, Associate Program Director

### Who Approved This Policy

(Graduate Medical Education Committee (GMEC))

### History/Revision Dates

Created: June 23, 2015
Amended:



**DR. CATAPANO DECLARATION
EXHIBIT #9**

GWU 000413

## Policy

**DEFINITION:**

Resident time off will include all the following:

1) Vacation (Paid Time Off)
2) Sick Leave
3) Educational / meeting Leave
4) Personal / Family Leave

**RULES REGARDING PAID TIME OFF (VACATION):**

1) Resident will be allowed 15 days of paid time off per academic year.  Vacation days do not accumulate year to year.
2) The academic year is defined as July 1 through June 30.  Vacation is not permitted during the first or last weeks of the academic year.
3) All time off must be approved by the Chief Resident(s) and Program Coordinator, with the acknowledgement of the Program Director, in advance. Time off should must also be approved by the Site Director for rotations.  Sick time off or emergency personal time off must to be documented and approved retroactively.
4) Total time off must conform to RRC guidelines. The Psychiatry RRC allows for up to six weeks of leave during an academic year (for any reason) without a change in the expected date of graduation. Leave beyond six weeks requires additional time spent in training prior to graduation.
5) Interns must use the vacation time during specified rotations (6 South, Neurology and Fairfax) and cannot take vacation during Medicine or EMED.
   a. Interns may take between 3-4 vacation days (upon approval) while on 6 South, in one block
   b. Interns may take between 6-7 vacation days (upon approval) while rotating at Fairfax
   c. Interns may take 5 vacation days (upon approval) while on Neurology
6) PGY2s are asked to take vacation during rotations for which they have more than one month during their PGY2 year.
   a. PGY2s should avoid taking vacation during Geriatrics, CATS or PHP if they do not have a second month of these rotations.  They are also asked not to take vacation during the first or last week of a rotation without special permission from the site.
   b. At CNMC, PGY2s should avoid taking vacation during the first or last week of a rotation and if there for only 2 months (1 month APU, 1 month CPU). CNMC also has restrictions on residents taking vacations immediately before Thanksgiving, and between Christmas and New Year's, in order to ensure coverage.

    c.  In general, vacations can be taken while assigned to GW C/L service provided the PGY-2 resident has appropriate and approved resident back up coverage (along with meeting all the other logistic protocols of making a vacation request). Vacation requests while on the C/L service, without any resident back up coverage, are evaluated on a case-by-case basis by residency administration, and the medical director.

7) Residents may not take more than 5 work days off in a row.

8) Vacation requests should be made 1 month before the start date of the vacation. Vacation requests may be denied by administration for reasons including lack of coverage or other unit needs; residents are encouraged to submit requests early, and not make irreversible vacation plans until approval is granted.

**RULES REGARDING SICK LEAVE:**

1) Residents requiring more than 5 sick days per year, or more than 2 consecutive sick days, may be asked to provide a doctor's note to the Program. The GME policy on major illnesses, maternity/paternity leave or family medical leave supersedes this policy
2) Residents absent on a regular work day must email the PD, APD, Chief Resident(s), Program Coordinator, and site attending/director.  It is the resident's responsibility to confirm that the site attending is directly notified of their absence.
3) Residents absent on a didactic day must email the PD, APD, Chief Resident(s) and Program Coordinator.
4) Residents absent on a call day/night must find a replacement.  The resident must notify the Chief Resident(s) when they do so.
        If the resident is unable to find a voluntary replacement, they must notify the Chief Resident(s) in order to activate the Back-up Call system.  The sick resident is strongly encouraged to make up the call to the back-up resident.
5) Residents on back-up call must be prepared to come in if necessary.  Resident are not permitted to leave town while assigned to back-up call in order to ensure availability if needed.

**RULES REGARDING EDUCATIONAL/MEETING LEAVE:**

1) Residents will be permitted to take administrative days (not counting against their allotted vacation days) to attend national conferences as approved on a case-by-case basis by the Program Director or Associate Program Director.

**RULES REGARDING PERSONAL/FAMILY LEAVE:**

1) The GME policy on major illnesses, maternity/paternity leave or family medical leave supersedes this policy.
2) Per GME, residents are entitled to a 60 calendar day paid leave under the resident temporary disability leave benefit.  Whether the time needs to be made

up is left to the discretion of the Program Director.  In addition, residents may use FMLA, which provides 16 weeks of unpaid leave, during which time they must pay their contribution to their benefits.  Any leave taken under FMLA must be made up prior to graduation.  Residents may also use vacation time in addition to either of the above.  Vacation time does not need to be made up.

3) Regardless of the length of leave, the resident must make up all missed call, such that in the course of the academic year, the resident completes as many call shifts as his/her classmates.  The resident must work with the Chief Resident to redistribute all call that would take place during leave to other times of the year. This policy is to ensure that the education provided by on-call experience is not compromised.

4) Regardless of the length of leave, residents must complete all ACGME and ABPN requirements for residency.  Of particular note is the requirement that each resident complete 12 consecutive months of outpatient psychiatry.

Approved by GMEC: July 20, 2015

GWU 000416

# UNIVERSITY POLICIES GOVERNING LEAVE FOR RESIDENTS

Time away from the residency program for extended vacation leave, extended sick leave, FMLA, disability or any other reason may result in a resident having to spend additional time in the program beyond the anticipated date of completion. RRC and medical board requirements must be met before a resident can be certified as having completed a training program. Residents should consult their program director to determine if extended leave has an effect on the completion date of training.

## VACATION

The general vacation policy provides for three weeks of paid vacation each year, including weekends and holidays. Departments may extend this by one or two weeks. Unused leave may not be carried from one year to another and will not be redeemed for equivalent salary. Vacation is generally not approved for the last two weeks of the training year.

## HOLIDAY LEAVE

Please consult with your department regarding holiday leave and coverage.

## SICK LEAVE

Sick leave benefits are determined by each department on an individual basis. In general, residents who become ill for a period of time sufficient to interfere with their participation in the training program, are covered under policies governing Temporary Disability Leave. Please see the Guidelines for Disability Leave and Leave Without Pay for detailed information.

## FAMILY AND MEDICAL LEAVE

Periods of leave due to the serious illness of an employee, the birth or adoption of a child, or the serious illness of a family member may be covered under the D.C. or Federal Family and Medical Leave Acts (FMLA). The D.C. Act provides for 16 weeks of leave in a 24 month period after an employee has completed one year of employment and has worked at least 1,000 hours during the 12-month period immediately preceding the request for family or medical leave. In most cases, benefits under the D.C. Act are more generous than under the Federal Act, but employees are entitled to whichever provides the most favorable benefits. GW policies governing Temporary Disability Leave, Vacation Leave, Sick Leave, and unpaid leave will determine the appropriate pay status. The Medical Center will continue to contribute to all University paid benefits during Family & Medical Leave, but the employee is responsible for their portion of benefit premiums. Please note: FMLA does NOT mandate paid leave. Payments to residents while on FMLA leave *may* be available through the above mentioned GW policies.

GWU 000417

## TEMPORARY DISABILITY LEAVE

Temporary Disability Leave is provided for physical or mental conditions that are sufficiently incapacitating to require that a Resident temporarily terminate participation in the residency training program. Temporary disability is paid for up to 60 consecutive days annually, including weekends and holidays.   Family & Medical Leave Act provisions may apply in cases of leave use.   Please see the Guidelines for Disability Leave and Leave Without Pay for detailed information.

### MATERNITY LEAVE
Maternity Leave is provided for medical disability resulting from pregnancy, childbirth or related medical conditions on the same basis on which leave is provided for other medical disabilities. Family & Medical Leave Acts and policies governing the use of Sick, Vacation, and Temporary Disability for medical disability purposes may therefore apply.  Non-medical absences for the birth or adoption of a child are covered under the Family & Medical Leave Acts.  Please see the Guidelines for Disability Leave and Leave Without Pay for detailed information.

### LEAVE OF ABSENCE
At the discretion of the department chair, a Leave of Absence may be approved for unusual personal situations provided the operational needs of the department are not adversely affected.  Leave of absence is always unpaid leave, and must be requested in writing.   All accrued Vacation Leave must be exhausted prior to a request for a Leave of Absence, unless the absence falls within the provisions of the Family & Medical Leave Acts.   Eligibility for leave under the FMLA governs requests for periods of Leave of Absence for the birth or adoption of a child or the serious illness of a family member.

## BEREAVEMENT LEAVE

Paid Bereavement Leave is provided to employees upon the death of a spouse, child, parent, grandparent, sister, brother, mother-in-law, father-in-law, son-in-law, or daughter-in-law.  Bereavement Leave must be requested in writing to supervisory staff for a period not to exceed 3 days.  Bereavement Leave does not accrue or pay out upon termination.

## LEAVE FOR JURY DUTY

Jury Duty Leave is provided to Residents who are summoned to jury duty.  Residents will be granted paid leave for scheduled work hours/days missed to comply with the summons for jury duty.  Leave must be requested in writing to supervisory staff as far in advance as possible and must include supporting court documents.  Residents are required to report to work on those days or partial days when attendance in court is not required.

## MILITARY DUTY LEAVE

Military Duty is unpaid leave and may be requested by Residents for the period necessary to perform military duty.  The request should be submitted in writing to the supervisor with as much advance notice as possible and include official written military orders, as soon as they are available, and an expected date of return to work. Employees may request the use of Vacation Leave for part or all of the period of military duty.  Employees who leave their positions to perform duty for training in the Reserves, including National Guard (other than for an initial period of training for 12 weeks or more), must request a Leave of Absence for the period in question to be entitled to reinstatement.   Under federal law, employees who leave regular positions voluntarily or involuntarily for the purpose of performing military duty, including Reserve duty, have a right to reinstatement without loss of seniority if certain conditions are met.  In situations involving a request for reinstatement, the Department of Human Resource Services should be consulted for information concerning eligibility for reinstatement, applicable salary issues, and benefits. For more information regarding Military Leave, please refer to:

http://www.gwu.edu/~hrs/benefits/leave/militaryleave.html



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| Responsible University Official: Associate Dean for Graduate Medical Education, DIO |
|---|
| Responsible Office: SMHS Office of GME |
| Most recent revision: |

# RESIDENT DISMISSAL/NON-RENEWAL OF CONTRACT

## Policy Statement

This policy is intended to provide a guideline for post-graduate training programs of The George Washington University School of Medicine and Health Sciences for use in dismissal of a Resident or non-renewal of the resident contract prior to the end of the contract or completion of the training program.

## Who Needs to Know This Policy

All Accreditation Council for Graduate Medical Education (ACGME)-accredited residency and fellowship programs sponsored by the GW School of Medicine and Health Sciences (SMHS)

## Policy Contact

Associate Dean for Graduate Medical Education, DIO

## Who Approved This Policy

Graduate Medical Education Committee (GMEC)

## History/Revision Dates

Approved by GME Committee: August 31, 2011
Revised, reviewed, and approved by the GMEC: February 27, 2017



**DR. CATAPANO DECLARATION EXHIBIT #10**

GWU 000441

## Definitions

Resident – refers to all Interns, Residents and Fellows participating in an ACGME-accredited program of post-graduate medical education.

Post-Graduate Training Program – refers to an ACGME-sponsored residency or fellowship educational program.

Dismissal – The act of terminating a Resident's participation in a post-graduate training program prior to the successful completion of the course of training, whether by early termination of a contract, or by notice of the intent not to renew the resident contract thereby denying the resident's promotion to the next level of training.

## Policy

1. The program director may elect to dismiss a Resident or not renew the Resident's contract prior to completion of training due to:
   a. Failure to satisfactorily cure academic deficiencies
   b. Misconduct
   c. Failure to comply with any of the terms and conditions of the Resident contract, GME policies, or code of conduct.

2. If a program director determines that a Resident's contract will not be renewed, (denial of promotion to the next level of training), pursuant to the ACGME's Institutional Requirements, the program must provide written notice to the Resident.

3. The decision to dismiss a Resident or not renew the Resident's contract should be consistent with the Academic Improvement Policy or the Resident Misconduct Policy.

4. If a program director elects to dismiss a Resident or not renew the contract of a Resident, the Resident must be advised by the program director of their right to due process as outlined in the GMEC policies for Due Process, Academic Improvement, and Resident Misconduct.

GWU 000442



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| |
|---|
| Responsible University Official: Associate Dean for Graduate Medical Education, DIO |
| Responsible Office: SMHS Office of GME |
| Most recent revision: |

## RESIDENT PROMOTION

### Policy Statement

This policy is designed to provide a guideline for post-graduate training programs to use in the promotion of Residents to the next level of post-graduate training.

### Who Needs to Know This Policy

All Accreditation Council for Graduate Medical Education (ACGME)-accredited residency and fellowship programs sponsored by the GW School of Medicine and Health Sciences (SMHS)

### Policy Contact

Associate Dean for Graduate Medical Education, DIO

### Who Approved This Policy

Graduate Medical Education Committee (GMEC)

### History/Revision Dates

Approved by GME Committee: January 24, 2000
Revised, reviewed, and approved by the GMEC: July 15, 2002
Revised, reviewed and approved by GMEC: February 26, 2007
Revised, reviewed and approved by GMEC: August 31, 2011
Revised, reviewed and approved by GMEC: February 27, 2017



**DR. CATAPANO DECLARATION EXHIBIT #11**

GWU 000507

## Definitions

Resident – refers to all Interns, Residents and Fellows participating in an ACGME-accredited program of post-graduate medical education.

Post-Graduate Training Program – refers to an ACGME-sponsored residency or fellowship educational program.

## Policy

1. The decision to promote a Resident to the next level of post-graduate training will be the decision of the residency program director after review of the respective criteria outlined in the residency program's policy on Resident promotion.

2. If a program director determines that a Resident will not be promoted to the next level of training, pursuant to the ACGME's Institutional Requirements, the program must provide written notice to the Resident. The Office of Graduate Medical Education should be notified immediately upon the program director's decision not to promote a Resident.

3. The decision not to promote a resident must be made in compliance with the GMEC institutional policy for Academic Improvement.

4. The program director may elect to extend the Resident's contract pending satisfactory completion of academic requirements. In this situation, the decision to promote will be deferred until satisfactory completion of the educational program is confirmed.

5. If a program director elects not to promote a Resident, or extends a Resident's period of training, the Resident must be advised by the program director of their right to due process as outlined in the GMEC policies for Due Process, Academic Improvement, and Resident Misconduct.

GWU 000508



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| Responsible University Official: Associate Dean for Graduate Medical Education, DIO |
| Responsible Office: SMHS Office of GME |
| Most recent revision: |

# ACADEMIC IMPROVEMENT POLICY

## Policy Statement

The purpose of this policy is to establish a process for evaluating and assessing the competence and progress of Residents enrolled in ACGME-accredited post-graduate training programs at The George Washington University School of Medicine and Health Sciences.   Specifically, this policy addresses the process to be utilized when a Resident/fellow is not meeting the academic expectations of a program.

## Who Needs to Know This Policy

All Accreditation Council for Graduate Medical Education (ACGME)-accredited residency and fellowship programs sponsored by the GW School of Medicine and Health Sciences (SMHS)

## Policy Contact

Associate Dean for Graduate Medical Education, DIO

## Who Approved This Policy

Graduate Medical Education Committee (GMEC)

## History/Revision Dates

Created: May 16, 2011
Amended: June, 2015



**DR. CATAPANO DECLARATION**
**EXHIBIT #12**

GWU 000446

## Definitions

Resident – refers to all Interns, Residents and Fellows participating in an ACGME-accredited program of post-graduate medical education.

Post-Graduate Training Program – refers to an ACGME-sponsored residency or fellowship educational program.

## Process

### Structured Feedback

All Residents and fellows should be provided routine feedback that is consistent with the educational program.  Feedback techniques may include verbal feedback, rotational evaluations, summative evaluations, and recommendations of a program's Clinical Competency Committee.  Each residency program must have a Clinical Competency Committee ("CCC"),[1] that is charged with routinely assessing Resident performance.

### Letter of Deficiency

When the Program Director, in consultation with members of the CCC, determines that routine structured feedback is not resulting in the necessary improvement or that a deficiency is significant enough to warrant something more than routine feedback, the Program Director, may elect to issue a "Letter of Deficiency" to the Resident. The Associate Dean for Graduate Medical Education must be notified prior to the issuance of a Letter of Deficiency. A Letter of Deficiency provides the Resident with: (a) notice of the deficiency: and (b) an opportunity to cure the deficiency.  The issuance of a Letter of Deficiency does not trigger a report to any outside agencies such as credentialing organizations, hospitals, or licensing boards.

After a Letter of Deficiency has been issued, the Program Director will provide the Resident with feedback consistent with the Letter of Deficiency. If the Resident satisfactorily resolves the deficiency and continues to perform acceptably thereafter, the period of unacceptable academic performance should not affect the Resident's progress in the program.

### Failure to Cure the Deficiency

If the Program Director, in consultation with members of the CCC and Associate Dean for GME, determines that a Resident has failed to satisfactorily cure the deficiency and/or

---

[1] The Clinical Competency Committee may be referred to as the "Progress and Promotions Committee" or such other nomenclature as the Program Director may select.  This is a departmental committee that consists of the faculty and others as deemed appropriate by the department.  This committee should meet regularly to assess Resident/fellow performance and make recommendations to the program director regarding further action.

GWU 000447

improve his/her overall performance to an acceptable level, the Program Director may elect to take further action, which may include one or more of the following: Issuance of a new Letter of Deficiency; Non-promotion to the next PGY level; Repetition of a rotation that results in extension of the required period of training; Extension of contract, which may include extension of the defined training period; Denial of credit for previously completed rotations; and Dismissal from the residency or fellowship program

### *Reportable Actions*

A decision not to promote a Resident to the next PGY level, to extend a Resident's contract, to extend a Resident's period of training, to deny a Resident credit for a previously completed rotation, and/or to terminate a Resident's participation in a residency or fellowship program are each considered "Reportable Actions." Reportable Actions are those actions that the program must disclose upon request to certain individuals or entities such as future employers hospitals, credentialing organizations, and licensing and specialty boards. Residents who are subject to a Reportable Action may request a review as provided in this Policy.

## Review

### *Request for Review*

A Resident may request a review of a decision to take a Reportable Action. This request must be submitted by the Resident to the Associate Dean for GME within fourteen (14) days of notification by the Program Director of the Reportable Action. Upon receipt of a request for review, the Associate Dean for GME will first determine whether the matter is reviewable under this Policy. If so, the Associate Dean for GME shall appoint a neutral physician reviewer to conduct the review. The physician reviewer may be a neutral program director from another program or a core faculty member. The purpose of the review is to determine whether the Resident received notice and an opportunity to cure his/her deficiencies, and that the decision to take the Reportable Action was reasonably made.

*The Associate Dean for GME will:*
1. appoint the physician reviewer;
2. assist the physician reviewer to identify other potential participants, if warranted;
3. attend meetings held by the physician reviewer;
4. coordinate communications between the physician reviewer and the Resident;
5. monitor timely completion of the review process;
6. notify the Resident and the Program Director of the determination of the reviewer; and
7. notify the Dean of the School of Medicine and Health Sciences of the determination of the reviewer.

*The physician reviewer will:*

3

GWU 000448

1.  review the request of the Resident;
2.  meet with the Resident;
3.  review the Resident's file;
4.  talk with the Program Director;
5.  consider any extenuating circumstances;
6.  consult with others, as appropriate, to assist in the decision making process; and
7.  make a determination whether the Resident received notice and an opportunity to cure, and the decision to take the Reportable Action was reasonably made.

### *Opportunity for a Final Review*

If either the Resident or the Program Director disagrees with the decision of the physician reviewer, either can request a final review by the Dean of the School of Medicine and Health Sciences of the decision to take a Reportable Action.  A request for final review shall be submitted to the Dean of the School of Medicine and Health Sciences within fourteen (14) days of notification by the Associate Dean for GME of the decision of the physician reviewer.  The final review by the Dean of the School of Medicine and Health Sciences or his/her designee will be based solely upon whether the process set forth in this Policy was followed. The decision of the Dean of the School of Medicine and Health Sciences or his/her designee will be the final review. The decision of the Dean of the School of Medicine and Health Sciences or his/her designee will be provided to the Resident, Program Director, and Associate Dean for GME.

GWU 000449



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| |
|---|
| Responsible University Official: Associate Dean for Graduate Medical Education, DIO |
| Responsible Office: SMHS Office of GME |
| Most recent revision: June 2015 |

## GME PROCESS: ACADEMIC IMPROVEMENT

### STRUCTURED FEEDBACK

- Routine feedback consistent with educational programs;
- Verbal feedback, rotational and summative evaluations;
- Discussion and recommendations of the Program's Clinical Competency Committee



### LETTER OF DEFICIENCY
(This is not a reportable action.)

- A Letter of Deficiency may be issued by the Program Director (after the Associate Dean for GME is notified) when there are concerns that routine feedback is not resulting or would not result in necessary improvement in performance.
- A Letter of Deficiency provides Resident with formal notice and opportunity to cure.
- A Letter of Deficiency is not required to be reported to a credentialing organization, hospital, or licensing board.



### ACTIONS OTHER THAN LETTER OF DEFICIENCY
(These are reportable actions.)

In the event that the Program Director, in consultation with the Clinical Competency Committee and Associate Dean for GME, determines that a Resident has not remediated the deficiencies set forth in the Letter of Deficiency or that a deficiency is significant enough to warrant action more than a Letter of Deficiency, the Program Director may:

- Elect not to promote to next PGY level;
- Extend a contract/training period/repeat of rotation;
- Deny credit; or
- Terminate.

1

GWU 000450

Any of these actions is required to be reported to future employers, hospitals, credentialing organizations, and licensing and specialty boards upon request.



### REQUEST FOR REVIEW
(This is a review to assure that the Resident received notice and opportunity to cure, and that the decision to take the reportable action was reasonably made)

- Resident may request that the Associate Dean for GME conduct a review of the process leading to the reportable action.

- Associate Dean for GME appoints a physician reviewer (neutral program director or core faculty member)

| Role of Physician Reviewer: | Role of Associate Dean, GME: |
|---|---|
| 1. Review Resident request | 1. Appoint Physician Reviewer |
| 2. Meet with Resident | 2. Assist Physician Reviewer to identify other potential participants, if warranted |
| 3. Review the File | 3. Attend meetings with Resident and reviewer |
| 4. Talk to Program Director | 4. Coordinate communication on behalf of reviewer back to the Resident and Program Director |
| 5. Consider extenuating circumstances | 5. Monitor timely completion of process |
| 6. Include others, as appropriate, to assist in the decision making process | 6. Notify Resident and Program Director of determination of Reviewer |
| 7. Determine if sufficient notice and opportunity to cure, and reasonableness of decision. | 7. Notify Dean of action |

- Physician reviewer communicates decision to Associate Dean for GME who will notify Resident and Program Director.



### FINAL REVIEW BY DEAN, SCHOOL OF MEDICINE AND HEALTH SCIENCES OR HIS/HER DESIGNEE
(This is a review to determine that the process set forth in this Policy was followed.)

- Either Resident or Program Director may request a final review by the Dean of the School of Medicine and Health Sciences.

- This review is to determine only whether the process set forth in this Policy was followed.

- Dean of the School of Medicine and Health Sciences or his/her designee communicates decision to Associate Dean for GME who will notify Resident and Program Director.

Approved by GMEC: May 16, 2011
Reviewed and approved by GMEC: June, 2015

2

GWU 000451



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| Responsible University Official: Associate Dean for Graduate Medical Education, DIO |
| --- |
| Responsible Office: SMHS Office of GME |
| Most recent revision: |

# RESIDENT MISCONDUCT POLICY

## Policy Statement

The purpose of this policy is to establish a process for the investigation and determination of allegations of Resident misconduct raised in the post-graduate training programs at The George Washington University School of Medicine and Health Sciences.

## Who Needs to Know This Policy

All Accreditation Council for Graduate Medical Education (ACGME)-accredited residency and fellowship programs sponsored by the GW School of Medicine and Health Sciences (SMHS)

## Policy Contact

Associate Dean for Graduate Medical Education, DIO

## Who Approved This Policy

Graduate Medical Education Committee (GMEC)

## History/Revision Dates

Created: May 16, 2011
Amended: June, 2015

1



**DR. CATAPANO DECLARATION EXHIBIT #13**

## Definitions

Resident – refers to all Interns, Residents and Fellows participating in an ACGME-accredited program of post-graduate medical education.

Post-Graduate Training Program – refers to an ACGME-accredited residency or fellowship educational program.

Reportable Actions – The decision not to promote a Resident, not to renew a Resident's contract, to suspend a Resident from the program, or to dismiss a Resident from the program, are each considered "Reportable Actions."   Reportable Actions are those actions that the program must disclose to others upon request, including future employers, credentialing organizations, hospitals, and licensing and specialty boards.

## Process

Examples of misconduct include, but are not limited to theft, fighting, dishonesty, abusive or disruptive behavior, and breach of confidentiality.

If an allegation of misconduct or an incident occurs, the Program Director will:

1. Speak with the Resident to provide notice of the allegations and afford the Resident an opportunity to respond and determine what, if any, response is appropriate, including whether any Reportable Actions should be taken. If the Program Directs elects to pursue a Reportable Action, the Associate Dean for GME must first be notified.
2. Document the meeting and determine whether the Associate Dean for GME should be notified.  If notified by the Program Director, the Associate Dean for GME should speak with the Resident.  The Associate Dean for GME, in consultation with the Program Director, will determine whether to notify the Dean of the School of Medicine and Health Sciences, the Department Chair, Office of the General Counsel, or Human Resources, depending upon the nature of the allegations.
3. Decide IF a full investigation of the allegations ("Full Inquiry") is warranted. The Associate Dean for GME must be notified if the Program Director elects to conduct a Full Inquiry.  In addition to the Program Director, a Full Inquiry shall also be conducted if requested by a Resident, Department Chair, Associate Dean for GME, Dean of the School of Medicine and Health Sciences, Office of the General Counsel, and/or Human Resources.

### *Full Inquiry*

The Full Inquiry provides formal notice of the allegation and affords the Resident with an opportunity to respond.  The Full Inquiry is overseen by the Associate Dean for GME and may be conducted by the Program Director, Department Chair, Human Resources, Office of General Counsel, or others, depending upon the nature of the allegations.  Results of the Full Inquiry will be documented by the Associate Dean for GME and reported to the Resident and Program Director.

2

GWU 000453

*Determination of Misconduct*

If the Full Inquiry results in a determination that misconduct has occurred, the Associate Dean for GME may elect to take further action, including:

1. Issuance of a Letter of Deficiency;
2. Non-promotion to the next PGY level;
3. Non-renewal of the Resident's contract;
4. Suspension from the program for a defined period of time; or
5. Dismissal from the residency or fellowship program.

## Review

Upon request of a Resident within fourteen (14) days of notification of a decision to take a Reportable Action, the Dean of the School of Medicine and Health Sciences or his/her designee will review the decision to determine whether all processes and policies were followed and if the resulting decision was reasonably made.  The Dean of the School of Medicine and Health Sciences or his/her designee will notify the Resident, Program Director, and Associate Dean for GME of the decision. There will be no further reviews.

GWU 000454

 **THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| Responsible University Official: Associate Dean for Graduate Medical Education, DIO |
| --- |
| Responsible Office: SMHS Office of GME |
| Most recent revision: June 2015 |

## GME PROCESS: RESIDENT MISCONDUCT

### ALLEGATIONS ARISE OR INCIDENT OCCURS
(Examples of misconduct include, but are not limited to:  Theft, Fighting, Dishonesty, Abusive or Disruptive Behavior, Breach of Confidentiality)

- Program Director speaks with Resident, provides notice of allegations, and an opportunity to respond.
- Program Director documents these steps and decides whether the Associate Dean for GME should be notified.
- If the Program Director decides that the Associate Dean does not need to be notified of the allegations, the Program Director will determine what, if any, disciplinary action should be taken. (NOTE: If the Program Director decides to take a disciplinary action that would result in non-promotion to the next PGY level, non-renewal of contract, suspension, or termination, the Associate Dean for GME must be notified before such action may be taken.)
- The Program Director may also determine that a full investigation of the allegations ("Full Inquiry") is warranted. The Associate Dean for GME must be notified if the Program Director decides to conduct a Full Inquiry.
- If the Associate Dean for GME is notified of the allegations, the Associate Dean for GME may notify the Dean of the School of Medicine and Health Sciences, Department Chair, Office of General Counsel, Human Resources, and/or any other appropriate parties, depending upon the nature of the allegations.
- In addition to the decision of the Program Director to conduct a Full Inquiry, a Full Inquiry shall be conducted if requested by the Resident, Department Chair, Associate Dean for GME, Dean of the School of Medicine and Health Sciences, Office of General Counsel, and/or Human Resources.



### FULL INQUIRY
(A Full Inquiry provides formal notice of allegations and opportunity to respond.)

- Inquiry is overseen by the Associate Dean for GME;
- Depending upon the nature of the allegations, the inquiry may be conducted by appropriate individuals, who may include, but are not limited to, the Program Director, Department, Chair, Associate Dean for GME, Dean of the School of Medicine and Health Sciences, Office of General Counsel, and/or Human Resources.
- The findings of the Full Inquiry will be documented by Associate Dean for GME .

1

GWU 000455

- The Associate Dean for GME will report the findings of the Full Inquiry to the Resident and the Program Director.



## DISCIPLINARY ACTIONS ARISING FROM ALLEGATIONS
### (These are reportable actions.)

A Program Director may decide what, if any, disciplinary action will be taken after providing a Resident with notice of the allegations and an opportunity to respond. The Program Director may determine that the following disciplinary actions are warranted under the circumstances:

- Non-promotion to next PGY level;
- Extension of a contract/training period/repeat of rotation;
- Denial of credit;
- Suspension; or
- Termination.

The Associate Dean for GME must be notified before any of these actions are taken by the Program Director.

Any of these actions is required to be reported to future employers, hospitals, credentialing organizations, and licensing and specialty boards upon request.



## REVIEW BY DEAN OF THE SCHOOL OF MEDICINE AND HEALTH SCIENCES OF PROGRAM DECISION

Upon request of the Resident within the appeal period, the Dean of the School of Medicine and Health Sciences or his/her designee will conduct a review of process to date to determine the following:

- Were all policies followed?
- Was the appropriate process followed?
- Was the resulting decision reasonably made?

Approved by GMEC: May 16, 2011
Reviewed and approved by GMEC: June, 2015

GWU 000456



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| |
|---|
| Responsible University Official: Associate Dean for Graduate Medical Education, DIO |
| Responsible Office: SMHS Office of GME |
| Most recent revision: |

## POLICY ON MEDICAL CLEARANCE

### Policy Statement

District of Columbia law states that each individual who is involved in direct patient care must have an occupational health clearance prior to the starting date of clinical care, and then annually thereafter. The health clearance requires that the resident complete a medical history questionnaire and provide their TB and immunization records prior to coming to GWU for residency. Once all documents are received, a health assessment will be performed at the GWUH Occupational Health office prior to or during the orientation period. This assessment includes a review of medical history, vital signs, color blind testing and TB and immunization update if necessary. A full physical examination is not required for clearance.

It is the responsibility of each Resident to ensure that this health clearance is completed within the requisite timeframe. *New Residents who do not have their health clearance completed will not be permitted to begin their training program. All returning Residents are required to renew their health clearance annually. All returning Residents must complete the requisite annual health clearance at the GWUH Occupational Health Office by August 31 of the academic year or they will be suspended from clinical duties until medical clearance is obtained.*

### Who Needs to Know This Policy

All Accreditation Council for Graduate Medical Education (ACGME)-accredited residency and fellowship programs sponsored by the GW School of Medicine and Health Sciences (SMHS)

### Policy Contact

Associate Dean for Graduate Medical Education, DIO

### Who Approved This Policy

Graduate Medical Education Committee (GMEC)

### History/Revision Dates

Created: August 28, 1995
REVIEWED AND REVISED BY GMEC: April 16, 2001
REVISED AND APPROVED BY GMEC: March 17, 2003
REVISED AND APPROVED BY GMEC: December 19, 2011
REVISED AND APPROVED BY GMEC: March 21, 2016
REVISED AND APPROVED BY GMEC: March 20, 2017



**DR. CATAPANO DECLARATION**
**EXHIBIT #14**

GWU 000474

## Purpose

To ensure compliance with District of Columbia Law and the Rules and Regulations of The George Washington University Hospital regarding health clearance policies for employees involved in direct patient care.

## Requirements

*PPD/Chest X-ray Requirement*

Tuberculosis is of particular concern here in the District of Columbia. Our goal is to be sure that our providers and patients are protected from and appropriately treated for this highly communicable disease. A CXR report will be accepted only with a previous history of a positive PPD. OSHA requires that the skin test performed on new residents must include a two-step test unless the resident has a documented negative test within the last 12 months. If the resident does have written documentation of a negative PPD within the past twelve months, s/he will need to undergo an additional PPD test during orientation. If the resident is unable to show written documentation of a negative PPD test from the past 12 months, s/he will have two PPD tests performed between 1-3 weeks apart. This prevents us from interpreting an old prior infection as a recent conversion when you are tested annually. An IGRA (QFT or T-Spot) done within 3 months of the start date is also acceptable.

- **PPD # 1:  Must be within one year of your GWU hire date**
- **PPD # 2:  Must be within three months of your GWU hire date**

*Immunizations*

In 1988, GWUMC developed regulations to further reduce the possible spread of communicable diseases such as measles (rubeola), mumps, and German measles (rubella) within its community. Residents must provide proof of immunity or be immunized. Immunization requirements will be waived on receipt of written certification from a physician or public health authority that they are medically contraindicated. A requirement of blood tests will be substituted.

Mumps: **Proof of immunization** (the last immunization given in 1980 or later) or proof of immunity by blood test is required.

Measles (Rubeola): Proof of immunization or proof of immunity by a blood test is required. Measles vaccine should have been given on or after the first birthday and a second one given in 1980 or later. Measles vaccine should be repeated if this is not the case.

German Measles (Rubella): Proof of immunization or proof of immunity by a blood test is required. Two immunizations should have been given since birth. The last immunization should have been given in 1980 or later. Rubella vaccine should be repeated if this is not the case.

Chicken Pox (Varicella Zoster): Proof of two varicella vaccines or immunity by blood test. If the titer is negative, the resident will receive the vaccine (a series of two injections) unless contra indicated. If a resident is exposed to the virus and has not received the vaccine, he/she will be

excluded from duty from the 10th day of exposure to the 21st day and this time off will be charged against sick/annual leave.

Pertussis (Tdap): Proof of immunization with Tdap vaccine. Tdap vaccine is recommended for health-care personnel in hospitals or ambulatory care settings who have direct patient contact. Tdap should be given without regard to the interval since the previous dose of Td.
Influenza:  To prevent the spread of influenza to patients, families and hospital staff, the flu vaccine is mandatory for all residents annually by the designated date.  An exemption form will be required for those who do not receive the vaccination for medical or religious reasons along with the appropriate document attached.   Employees with exemptions will be required to wear a surgical mask when providing care to patients during the flu season.

## Medical Clearance in Subsequent Years

D.C. Law requires each resident to complete an annual health clearance. *Returning residents must complete the annual health clearance at the GWUH Occupational Health office by August 31 of the academic year or they will be suspended from clinical duties until medical clearance is obtained and recorded to the satisfaction of The University Hospital.*

GWU 000476



**THE GEORGE WASHINGTON UNIVERSITY**

WASHINGTON, DC

| |
|---|
| **Responsible University Official:** Vice President for Health Affairs, and Dean, School of Medicine and Health Sciences **Responsible Office:** Dean's Office **Most Recent Revision:** 1/2015 |

### CODE OF CONDUCT
### THE GEORGE WASHINGTON UNIVERSITY SCHOOL OF MEDICINE AND HEALTH SCIENCES, GW MEDICAL FACULTY ASSOCIATES, INC., AND THE GEORGE WASHINGTON UNIVERSITY HOSPITAL

### CODE OF CONDUCT
### IN THE LEARNING ENVIRONMENT

**PREAMBLE**

The George Washington University School of Medicine and Health Sciences (SMHS), GW Medical Faculty Associates, Inc. (MFA), and The George Washington University Hospital (Hospital) are committed to creating and maintaining an environment that promotes high quality patient care and fosters excellence in education and research. Faculty, residents, students, nurses, and other health care professionals who are involved in the delivery of health care or the clinical learning environment at SMHS, MFA, and the Hospital ("GW Professionals") are committed to promoting and maintaining the highest standards of behavior in order to provide a healthy and safe learning environment and to better serve society. The following norms are intended to serve as guidelines for conduct for this community of health care professionals, educators and learners, and to foster an environment that encourages speaking up without fear of retaliation.

These guidelines are not meant to supersede relevant existing policies within SMHS, MFA, or the Hospital. It is expected that all GW Professionals will adhere to this Code of Conduct. Failure to do so may result in disciplinary action under applicable institutional policies. Furthermore, although this code is explicitly developed for the clinical learning environment and delivery of healthcare, it is expected that GW Professionals will adhere to similar standards in the conduct of all their activities. Please see the Appendix for examples of inappropriate behavior.



**DR. CATAPANO DECLARATION
EXHIBIT #15**

GWU 000429

1. **HONESTY**

Honesty and integrity will be practiced by GW Professionals during all aspects of educational, research and clinical activities. GW Professionals will conduct themselves in an ethical and courteous manner.

2. **PROMISE-KEEPING**

Promise-keeping requires GW Professionals to fulfill commitments made at the beginning of any educational, research, and clinical activities. This includes attending required learning sessions, arriving on time, dressing appropriately and completing assigned tasks..

3. **RESPECT FOR INSTITUTION, PROFESSION, AND PATIENTS**

•       In order to foster an environment of civility, GW Professionals will approach the educational, research, and clinical environments with mutual respect and respect for patients. This includes respect for race, religion, sexual orientation, disability, gender, age, marital status, cultural differences, political convictions and roles within the institution.

•       It is expected that GW Professionals will show respect and common courtesy for each other and patients in an environment free from harassment and discrimination, exploitation, verbal abuse, physical violence and intimidation in any form.

•       GW Professionals will strive to create a culture of safety and are committed to implementing changes that will promote a safe environment for patients and GW Professionals.

4. **DUAL RELATIONSHIPS WITH STUDENTS**

GW Professionals would not misuse any power differentials within their professional relationships. To avoid conflicts of interest, GW Professionals will not enter into dual-role relationships that are likely to detract from professional and educational development or lead to perceived or actual favoritism. Issues regarding the establishment of a romantic/sexual relationship between GW Professionals are governed by applicable policies regarding sexual harassment.

GWU 000430

5.      **CONFIDENTIALITY**

GW Professionals will respect the confidentiality of all patient information. GW Professionals who utilize patient information as any part of the educational experience or clinical activities will follow patient privacy and confidentiality guidelines as mandated by the Health Insurance Portability and Accountability Act of 1996 (HIPAA) or other applicable laws, regulations, or policies.

6.      **TEAM RESPONSIBILITIES**

GW Professionals will work as committed and integral members of teams. In the pursuit of advancement and success, all GW Professionals will be mindful of the impact of their behavior on other members or functions of the team.

**Appendix**

**EXAMPLES OF INAPPROPRIATE BEHAVIOR**

Below are examples of behavior that are generally considered "inappropriate." The list of behaviors is not exhaustive and it is expected that the exercise of common sense and good judgment will lead GW Professionals to recognize other inappropriate behaviors.

- Making belittling or berating statements
- Name calling
- Using profanity or disrespectful language
- Criticizing the treatment of other healthcare providers to patients
- Making disrespectful or personal comments in medical records
- Making degrading or demeaning comments regarding patients and their families, hospital personnel, other health professionals, other health professions and discipline specialties and/or the hospital
- Using physically threatening language
- Making physical contact with another individual that is threatening, intimidating or disrespectful
- Throwing instruments, charts or other objects
- Making threats of violence
- Making threats of retribution

GWU 000431

- Engaging in sexual harassment
- A pattern of omitting sexual impropriety with a patient/client or other health care professional
- Committing any act that could reasonably be construed as mental or physical abuse
- Failing to respond to patient care needs or staff requests
- Failing to respond in a timely manner to patient care needs or staff requests
- Failing to return phone calls, pages, or other messages
- Being unavailable while on call or on duty without arranging for appropriate coverage
- Misrepresenting or misleading anyone as to his or her qualifications or role
- Providing treatment without appropriate supervision or authorization
- Misusing or misrepresenting an institutional or professional affiliation
- Engaging in plagiarism or other forms of academic dishonesty
- Soliciting personal remuneration or reward of any kind from a patient or family
- Stealing or misappropriating or misusing drugs, equipment, or other property
- Unlawfully breaching confidentiality, including but not limited to accessing electronic records of patients/clients for whom he/she is not on the care team
- Photographing, recording, or videotaping patients without permission
- Utilizing social media or internet resources in a way that breaches patient confidentiality, such as blogging, tweeting, texting or emailing protected health information
- Utilizing humor or personal expression that could be taken out of context when posted on social media sites, or inappropriately conveys the support of the Hospital, MFA or University
- Being under the influence of alcohol or drugs or being otherwise unfit for participation in inpatient/client care, at work, or on call
- Failing to respect patients'/clients' rights, privacy or dignity
- Falsifying records for any reason

*Approved by the SMHS Faculty Assembly Executive Committee January 22, 2015*

GWU 000432

**Who Needs to Know This Policy**

Medical students, faculty members, residents, and fellows, staff

**Policy Contact**

Richard J. Simons, MD MACP
Senior Associate Dean for MD Programs
Professor of Medicine

**Who Approved This Policy**

Jeffrey S. Akman, M.D., Vice President for Health Affairs,  and
Dean, School of Medicine and Health Sciences

Most Recent Review/Approval: Executive Committee of the Faculty Assembly, 7/23/2015

## DRESS CODE POLICY FOR RESIDENTS

**PURPOSE:**
To outline the standards of personal appearance required of residents providing patient care at The George Washington University Medical Center and affiliated institutions.

**GENERAL STATEMENT:**
Personal appearance is an important component of professional demeanor. Each resident shall be expected to dress in a manner which conveys a professional image and inspires confidence in patients and colleagues. The George Washington University Medical Center and its affiliated institutions provide clinical service to a multi-cultural patient population, where clothing choices may convey different meanings for different populations. Apparel should be consistent with each resident's duties.

**SPECIFIC STANDARDS:**
- A white coat and visible ID are required at all times while providing clinical service in a setting which does not require specialized garb.
- Scrubs may be worn when on a surgical service or during night-call hours; a white coat should be worn over scrubs if the resident steps out of the surgical suite.
- A tie is required for men when not dressed in scrubs.
- Jeans, sport shirts, tee shirts, excessively short skirts, sandals, tennis shoes (except with scrubs) and provocative buttons or messages on clothing are inconsistent with a professional image.
- Frequent handwashing and high standards of general cleanliness are extremely important.

APPROVED BY GMEC: JUNE 21, 1993
REVIEWED BY GMEC: March 18, 2002

**DR. CATAPANO DECLARATION
EXHIBIT #16**

GWU 000443



# THE GEORGE WASHINGTON UNIVERSITY

WASHINGTON, DC

**Responsible University Official**: Senior Associate Dean, MD Programs
Senior Associate Dean, HS Programs
**Responsible Office**:
Office of the Dean, SMHS
**Most Recent Revision**: 07/23/2015

## SOCIAL MEDIA AND EMAIL POLICY FOR SCHOOL OF MEDICINE AND HEALTH SCIENCES

## Policy Statement

This Policy sets forth guidelines for faculty, residents, students and staff of the George Washington University School of Medicine and Health Sciences (SMHS) use of, and participation in, email and social media, including but not limited to blogs, wikis, social networks (such as Facebook, LinkedIn, MySpace or Twitter), multi-media networks (such as YouTube), social communities, forums, virtual worlds and other online spaces in which user-generated content is posted or displayed ("Social Media"). Any faculty resident, student, or staff who chooses to utilize email or post content on Social Media or otherwise through the internet must abide by this Policy.

Nothing in this Policy should be construed or applied to prohibit faculty, residents, students, and staff of SMHS rights under the National Labor Relations Act.

## Reason for Policy/Purpose

SMHS understands that many of its faculty, residents, students, and staff use email and may have personal blogs, web logs, wikis, or post to public websites or other forms of Social Media. SMHS recognizes the widespread use and availability of email and Social Media and respects the right of faculty, residents, students, and staff to use them as a medium of self-expression. However, SMHS wishes to ensure that you understand that you may be held accountable personally for your electronic statements and representations.

## Who Needs to Know This Policy

All students, residents, fellows, faculty, and staff of the School of Medicine and Health Sciences



**DR. CATAPANO DECLARATION
EXHIBIT #17**

GWU 000523

# Table of Contents
## Page #

Policy Statement .................................................................................... 1
Reason for Policy/Purpose ...................................................................... 1
Who Needs to Know This Policy ............................................................. 1
Table of Contents ................................................................................... 2
Policy/Procedures .................................................................................. 2-5
Website Addresses ................................................................................. 5
Contacts ................................................................................................. 5-6
Definitions .............................................................................................. 6-7
Related Information ................................................................................ 7
Who Approved This Policy ...................................................................... 8

# Policy/Procedures

## I.    General Guidelines

Faculty, residents, students, and staff should be mindful that their emails and postings, even if done on personal devices, off premises or while off duty, could have an adverse effect on GW's institutional interests. With respect to email, communicating patient information through unsecure email systems could result in privacy being compromised even when the email is sent to another healthcare provider. The same principles and guidelines found in GW's policies and three basic beliefs apply to your activities online:

- Ultimately, you are solely responsible for what you email or post online.

- Use your best judgment and exercise personal responsibility. Before creating online content, stop to consider some of the risks and rewards that are involved.

- GW expects you to exercise personal responsibility whenever you participate in social media or other online activities.

- GW expects you to maintain your professional ethics obligations in your online activities, as in any other circumstance.  Physicians and medical students should be familiar with the AMA Code of Ethics Opinion 9.124, Professionalism in the Use of Social Media.

Remember that there can be consequences to your actions in the digital world, both within GW, if your comments or online conduct violate GW policies, and with outside individuals and/or entities, including the health care organizations where you train or practice, with patients or vendors.

2

GWU 000524

## II.   Specific Guidelines.

To reduce the risks described above, faculty, residents, students, and staff must comply with the following guidelines when engaged in Social Media or other online activity:

1. Ensure that your emailing and social networking activity does not interfere with your work or workplace.

2. Consider your content carefully: be respectful and professional.

3. You should limit participation in Social Media activities during work time unless required by your position at GW; incidental use during break times or in a manner that is consistent with other general internet use is not prohibited by this Policy.

4. If you are providing care to a patient of MFA, GWUH or any other health care provider, or if you are training at a health care organization, HIPAA and the policies of the health care provider prohibit your disclosing any identifiable information about a patient except (a) as allowed by HIPAA or (b) pursuant to a patient's written, HIPAA compliant authorization as approved by that provider. By disclosing identifiable patient information on Social Media or email you risk penalties under the law and expulsion or other sanctions by the health care providers and GWU.  Be safe:  never disclose any patient information on social media, even if you do not use names.

5. Unless authorized to speak on behalf of GW as part of your job responsibility, you must be clear to your readers that the views expressed are yours alone and that they do not reflect the views of GW, by stating, for instance, "The views expressed in this post are my own.  They do not represent the positions, strategies, or opinions of George Washington University."

6. Do not defame or otherwise discredit the products or services of GW, its physicians, affiliates or vendors.

7. You may not post fake blogs, create false positive or fake negative reviews of GW, its affiliates, policies, services and physicians or its competitors; nor may you impersonate someone associated with or speaking about care provided at a GW-affiliated institution.

8. Personal email addresses should be used to register on social networks, blogs or other online tools utilized for personal use.

9. You may not use GW logos, trademarks or proprietary graphics that would create the appearance that you are speaking on behalf of GW without prior

3

GWU 000525

written authorization from appropriate Marketing or Communications leadership.

10. You may not use or disclose any patient identifiable information of any kind, including patient images, on any email or social media platform or smartphone application unless authorized by the patient's health care provider: MFA, GWUH, or another physician practice, hospital or other health care provider where you are practicing or training. Typically this will require the express written authorization of the patient using a form approved by the health care provider. Even if a patient is not identified by name, the use or disclosure of patient information could constitute a violation of the Health Insurance Portability and Accountability Act of 1996 ("HIPAA"), applicable state law and/or the policies of the MFA, GWUH, GW, or other health care organization.

11. Prior to establishing an online relationship with a GW vendor through social networking sites, you should consider potential conflict of interest issues, given the requirements of the GW Conflict of Interest Policy.

12. Physicians should follow the AMA Code of Ethics, which states: "If they interact with patients on the Internet, physicians must maintain appropriate boundaries of the patient-physician relationship in accordance with professional ethical guidelines, just as they would in any other context. ... To maintain appropriate professional boundaries physicians should consider separating personal and professional content online." AMA Code of Ethics Opinion 9.124. This is good guidance for any of the health professions, and for those in training.

13. GW strongly urges that managers not ask to be a part of a subordinate's social media network – for example, by sending or accepting "friend" requests – unless you are authorized by your job responsibility at GW to do so. Any faculty, resident, student, or staff may reject, without fear of retaliation, any request (such as a "friend" or connection request) from any other employee that, if accepted, would permit access to a private social media site or page.

14. This Policy and these guidelines apply even if your Social Media activity is anonymous or under a pseudonym.

15. All contents of GW's electronic resources and communications systems are the property of GW. Therefore, employees should have no expectation of privacy whatsoever in any message, file, data, document, fax, Social Media post, message, or any other kind of information of communication transmitted, received, printed, stored or recorded on GW's electronic information and communications systems.. GW reserves the right to monitor, and review, without further notice, every faculty, resident, student, and staff's activities using GW's IT resources and

GWU 000526

communication systems, including, but not limited to, Social Media use, postings and activities. You consent to such logging and monitoring by your acknowledgement of this Policy and your use of such electronic resources and systems. Do not use GW's resources and communication systems for any matter that you desire to be kept private or confidential from GW.

16.  GW, in its sole discretion, reserves the right to filter access to certain external websites based on content.

## III.  Violations

Suspected violations of this Policy may be subject to disciplinary action.

# Website Addresses for Applicable University Policies:

GW University Policies

GW University Social Media Policy:

http://my.gwu.edu/files/policies/SocialMediaPolicyFINAL.pdf

## Contacts

| Subject | Contact | E-mail | Phone |
|---|---|---|---|
| General Questions | Compliance & Privacy Office | comply@gwu.edu | (202) 994-3386 |
| Employee-Related Benefits and Services | Employee Benefits Administration | benefits@gwu.edu | (703) 726-8385 |
| Fundraising Activities | Associate Vice President for Development in the Medical Center | | (202) 994-7511 |
| Marketing Activities | Assistant Vice President for Medical Center Communications and Marketing | mccminfo@gwumc.edu | (202) 994-3121 |

5

GWU 000527

From: **Mary Tucker** <mtucker@gwu.edu>
Date: Thu, Jul 3, 2014 at 9:39 AM
Subject: Re: Stephanie Waggel
To: Eindra Khin Khin <khinkhin@gwmail.gwu.edu>
Cc: "Elizabeth L. Greene" <elizabethlgreene@gmail.com>

thanks so much.  Mary

On Thu, Jul 3, 2014 at 8:42 AM, Eindra Khin Khin <khinkhin@gwmail.gwu.edu> wrote:
Thanks for letting me know, Mary.
Elizabeth, can you please call Stephanie and pull her from the service until she is cleared?
Also, please inform the 6S attending.
Thank you.

Sent from my iPhone

> On Jul 2, 2014, at 11:14 PM, Mary Tucker <mtucker@gwu.edu> wrote:
>
> She still needs to go to employee health for a PPD; she is not cleared to work yet.  Thanks. Mary
>
> --
> Mary Y. Tucker
> Director, Graduate Medical Education
> The George Washington University School of Medicine and Health Sciences
> 2300 Eye Street, NW, Suite 718
> Washington, DC 20037
> 202-994-3285 (phone)
> 202-994-1604 (fax)
>

--
Mary Y. Tucker
Director, Graduate Medical Education
The George Washington University School of Medicine and Health Sciences
2300 Eye Street, NW, Suite 718
Washington, DC 20037
202-994-3285 (phone)
202-994-1604 (fax)



**DR. CATAPANO DECLARATION
EXHIBIT #18**

GWU 003419

From: **Stephanie Waggel** <sewaggel@gmail.com>
Date: Wed, Jul 9, 2014 at 3:52 PM
Subject: Tb papers
To: "Elizabeth L. Greene" <elizabethlgreene@gmail.com>

Hello Elizabeth I wanted to let you know I left my TB papers with Anthony. Have a great day!

Sent from my iPhone

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1

**DR. CATAPANO DECLARATION
EXHIBIT #19**

GWU 003546

**Victoria H. Anderson**

| | |
|---|---|
| **From:** | elizabethlevine@gmail.com on behalf of Elizabeth L. Greene <elizabethlgreene@gmail.com> |
| **nt:** | Friday, March 06, 2015 4:24 PM |
| | Victoria H. Anderson |
| **Subject:** | Fwd: Concerns regarding Intern class |

---------- Forwarded message ----------
From: **Stephanie H Cho** <stephcho@gmail.com>
Date: Fri, Nov 21, 2014 at 9:03 PM
Subject: Fwd: Concerns regarding Intern class
To: Elizabeth Greene <elizabethlgreene@gmail.com>

Hi Elizabeth,

Here's the email I talked about. I'll try talking to Dr. Malik tomorrow.

~Stephanie

Stephanie H. Cho, MD
Department of Psychiatry
George Washington University
420 L Street NW
Washington DC 20037

---------- Forwarded message ----------
From: **Stephanie H Cho** <stephcho@gmail.com>
Date: Thu, Jul 31, 2014 at 11:29 PM
Subject: Concerns regarding Intern class
To: "Dr. Lorenzo Norris" <lnorris@mfa.gwu.edu>

**Overall, generalized concerns for class:**

- Poor recognition of their abilities and limits + do not seek supervision

- Do not seek feedback + Lack of openness to feedback if given
    o if given constructive criticism, have been noted to attempt to justify/rationalize (beyond explanation or discussion of reasoning)

- Inaccurate/incomplete signout for transition of care

History taking
    o overly abbreviated for stage of training
    o often do not mentally organize differential diagnoses to guide interview

1



**DR. CATAPANO DECLARATION
EXHIBIT #20**

GWU 001654

- difficult prematurely narrowing differential

individual concerns (based on my personal interactions, with one exception as noted):

- Stephanie W:
  - o Major lack of awareness of level of own abilities
  - o Significant resistance to feedback and shows little improvement following constructive criticism
  - o Significant deficits in Patient care:
    - ▪ Fails to recognize severity of threat to patient safety with specific errors
      - Pt was to be given >50 units lantus due to out of control blood sugars, but home oral diabetic medications had not been ordered (as had been communicated and written in signout)
    - ▪ Fails to complete orders/documentation prior to leaving work and does not ensure that it will be done by someone else
  - o Does not foster productive collaboration in team environment
  - o Demonstrates frequent unprofessional behaviors:
    - ▪ Cites specific residents as more enjoyable to work with compared to other specific residents
    - ▪ Does not take responsibility for errors/near misses that are significant patient safety issues
    - ▪ When asked to help or to complete some patient care task (ie, prescriptions for a planned discharge) expresses open displeasure
    - ▪ Is openly disrespectful to other care team members
      - *Told staff to "think really hard" and "really try to not ask stupid questions" (I told Shemika I would let you know about this. Though Shemika thought it was funny, I think it is completely inappropriate even in jest.)*

--
Elizabeth L. Greene, M.D.
George Washington University Hospital

cell: 202-577-9560

2

GWU 001655

From: **Crawford, Pamela** <Pamela.Crawford@inova.org>
Date: Tue, Dec 23, 2014 at 10:44 AM
Subject: FW: Sick/Leave?
To: "Crone, Cathy" <Cathy.Crone@inova.org>, "Elizabeth L. Greene" <elizabethlgreene@gmail.com>, Eindra
Khin Khin <khinkhin@gwmail.gwu.edu>
Cc: "Malik, Aditi" <Aditi.Malik@inova.org>

Fyi...

Dr. Malik is supervising Stephanie and was wondering where she was last Monday. John Tarim said that Stephanie was
absent due to illness, but we never heard from her.

This clarifies from her absence.

Thanks!

**From:** Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
**Sent:** Monday, December 22, 2014 4:49 PM
**To:** Crawford, Pamela
**Subject:** Re: Sick/Leave?

Yes I was sick that day. Have a nice holiday!

Sent from my iPhone

On Dec 22, 2014, at 2:31 PM, Crawford, Pamela <Pamela.Crawford@inova.org> wrote:

Stephanie,



**DR. CATAPANO DECLARATION
EXHIBIT #21**

GWU 003420

I just wanted to check on one thing. Last Monday the 15th, were you off due to illness or vacation?

Thanks!

*Pamela*

Inova Fairfax Hospital | Psychiatry

3300 Gallows Road | Falls Church | VA 22042-3300

Tel: 703.776.3626 | Fax: 703.776.3029

pamela.crawford@inova.org

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

GWU 003421

From: **Malik, Aditi** <Aditi.Malik@inova.org>
Date: Fri, Jan 16, 2015 at 1:00 PM
Subject: RE: Concerns about Stephanie Waggel
To: "Elizabeth L. Greene" <elizabethlgreene@gmail.com>
Cc: Eindra Khin Khin <khinkhin@gwmail.gwu.edu>, Lisa Catapano <lcatapano@mfa.gwu.edu>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>

I think that covers everything. Dr Gauss is having the exact same issues with her at this time. I have told her she couls talk to you. Her outpatient supervisor Dr Cohen has also expressed concern to Dr Gauss.

**From:** elizabethilevine@gmail.com [elizabethilevine@gmail.com] on behalf of Elizabeth L. Greene [elizabethlgreene@gmail.com]
**Sent:** Friday, January 02, 2015 11:51 AM
**To:** Malik, Aditi
**Cc:** Eindra Khin Khin; Lisa Catapano; Victoria H. Anderson
**Subject:** Concerns about Stephanie Waggel

Dear Dr. Malik,

Thank you for getting in touch with me the other week to share your concerns about Stephanie Waggel. I spoke to my associate program director, Dr. Khin Khin, and she asked that I confirm, via writing, your concerns so that we can keep tabs of the concerns about Stephanie. This is what l had written down from our discussion on the phone. Please let me know if this is an accurate summary.

- Stephanie shows a lack of motivation, initiative, and interest in the care of her patients.
- She has been seen using her phone during meetings or conversations with patients and staff.
- She has been caught rolling her eyes during meetings or conversations with patients and staff.
- She comes to work wearing provocative clothing, such as tight pants. This has made staff uncomfortable to the point that they have had to ask you to talk to Stephanie about it.
- She sits in the resident room and doesn't check in with you for rounds or meetings. There is a lack of communication from Stephanie, so that you've felt the need to track her down to see what she's doing.
- She shows up late daily.
- She leaves a note at the nurses' station with patient assignments, as if she were the attending.
- She walks out of meetings without permission.

Please let me know if there is anything you'd like to add or change.

Sincerely,
Elizabeth Greene

**DR. CATAPANO DECLARATION
EXHIBIT #22**

GWU 003426

Elizabeth L. Greene, M.D.
George Washington University Hospital

cell: 202-577-9560

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

GWU 003427

**Victoria H. Anderson**

| | |
|---|---|
| **From:** | elizabethilevine@gmail.com on behalf of Elizabeth L. Greene <elizabethlgreene@gmail.com> |
| **nt:** | Tuesday, January 06, 2015 2:02 PM |
| **J:** | Lisa Catapano; Eindra Khin Khin |
| **Subject:** | Fwd: Psych intern feedback |

Please see below for feedback from Neuro on Stephanie Waggel.

--------- Forwarded message ---------
From: SAEED ALQAHTANI <saeedqanea@hotmail.com>
Date: Tue, Jan 6, 2015 at 1:57 PM
Subject: Re: Psych intern feedback
To: "Elizabeth L. Greene" <elizabethlgreene@gmail.com>
Cc: Alissa Romano <alissa.romano@gmail.com>, Kunal Agrawal <agrkun@gmail.com>


Hi Elizabeth,

I worked with her, she is very hard worker, team player, and taking care of her patients.

Best,
Saeed

> On Jan 6, 2015, at 11:58 AM, Elizabeth L. Greene <elizabethlgreene@gmail.com> wrote:
>
> Dear Alissa, Saeed, and Kunal -
>
> My Program Director asked me to see if you or any of your residents had any feedback (good or bad) on our intern Stephanie Waggel.  Any kudos?  Any concerns with professionalism, appropriateness, patient care?
>
> Thanks so much,
> Elizabeth
>
> --
> Elizabeth L. Greene, M.D.
> George Washington University Hospital
>
> cell: 202-577-9560




--
Elizabeth L. Greene, M.D.
George Washington University Hospital

ell: 202-577-9560

1



**DR. CATAPANO DECLARATION
EXHIBIT #23**

GWU 001649

From: **Elizabeth L. Greene** <elizabethlgreene@gmail.com>
Date: Tue, Jan 6, 2015 at 10:26 PM
Subject: Re: Psych intern feedback
To: Alissa Romano <alissa.romano@gmail.com>

Ok, will try later in the evening.

Thanks,
Elizabeth

On Tue, Jan 6, 2015 at 10:24 PM, Alissa Romano <alissa.romano@gmail.com> wrote:

We have been swamped at work, so probably evening is best. 2158507315.
I am trying to go to yoga tomorrow at 630 but otherwise around.

On Jan 6, 2015 10:21 PM, "Elizabeth L. Greene" <elizabethlgreene@gmail.com> wrote:
Thanks, will do. Is there a preferred time? Evening time? Lunch time?

Elizabeth

On Tue, Jan 6, 2015 at 8:33 PM, Alissa Romano <alissa.romano@gmail.com> wrote:

call me i have some off the record remarks.

on record, prompt, no problem with her work.

On Tuesday, January 6, 2015, Elizabeth L. Greene <elizabethlgreene@gmail.com> wrote:
Dear Alissa, Saeed, and Kunal -

My Program Director asked me to see if you or any of your residents had any feedback (good or bad) on our
intern Stephanie Waggel. Any kudos? Any concerns with professionalism, appropriateness, patient care?

Thanks so much,
Elizabeth


--
Elizabeth L. Greene, M.D.
George Washington University Hospital



**DR. CATAPANO DECLARATION
EXHIBIT #24**                    GWU 003422

**Victoria H. Anderson**

| | |
|---|---|
| **From:** | elizabethilevine@gmail.com on behalf of Elizabeth L. Greene <elizabethlgreene@gmail.com> |
| **nt:** | Tuesday, January 13, 2015 5:16 PM |
| **:** | Eindra Khin Khin; Lisa Catapano; Victoria H. Anderson |
| **Subject:** | Neuro concerns |

Dear Dr. Catapano, Dr. Khin Khin, and Tory -

Here are the concerns about Stephanie Waggel voiced to me "off record" by the Neuro chief Alissa Romano on January 8, 2015:


- Great, excellent in terms of her clinical work with patients.
- On time to work.
- Did her work.
- At times, she was "too comfortable."  Alissa gave me 2 examples of this:
    1. Stephanie came to a party that was explicitly a "Neurology only" party.
    2. Stephanie asked a Neurology attending to teach her how to Instagram.

Elizabeth

--
Elizabeth L. Greene, M.D.
George Washington University Hospital

cell: 202-577-9560

1

**DR. CATAPANO DECLARATION
EXHIBIT #25**

GWU 001648

10/21/2016                          Re: green team issues Monday night - Jason Prior

On the pca issue I'll follow up with the ER leadership. We have to have a way to start them in the ER.

Sent from my iPhone

On Mar 3, 2015, at 7:55 PM, James Gehring <jgehring@mfa.gwu.edu> wrote:

> Hi Gary,
>
> I will certainly look into this. Honestly sounds like they were overwhelmed. But I will check with team attending and resident.
>
> My one issue is that the PCA should have been started. That was the order. And if it had been started then they would not have needed a prn pain medicine ordered. It is a disservice to the patient that it was not started.
>
> Thanks
> Jim

On Mar 3, 2015, at 6:39 PM, Little, Gary <gary.little@gwu-hospital.com> wrote:

> Good evening Jim
>
> The ER seemed to be having issues with responsiveness from the Green team Monday night. Please see comments below.
>
> Can you check to see what the issues were from their perspective and get back to me? Thank you

1. Rachel Zeevi (charge) stated that they turned their phones off and were unresponsive to multiple pages.

2. Beth Moulder reported that for her patient REDACTED the resident told her "don't activate the orders because we have too many patients." She did not get the residents name, but they responded when the ER paged the Green team.

3. Kellan Clausen reported that for her patient REDACTED a PCA was ordered, but there was no order for PRN pain medication. When the green team resident was paged, their response was "Why can't the patient come upstairs? I don't put in orders for patients in the ER." Kellan explained that the patient was on her service and boarding in the ED. The resident stated "I don't come to the ER." Kellan again advocated for her patient. Staphanie Waggel, MD placed an order for PO Tylenol which clearly would not help a patient who needed a Dilaudid PCA. Multiple return phone calls were unanswered.

4. I paged the Green Team with no response.

Gary L. Little, MD, MBA
Medical Director
George Washington University Hospital
Email: gary.little@gwu.hospital.com
Office: 202-715-5394
Fax: 202-715-4015

GWU 003461
DR. CATAPANO DECLARATION
EXHIBIT #26

10/21/2016                                      Re: green team Issues Monday night - Jason Prior

# Re: green team issues Monday night

**Jason Prior**

Wed 3/4/2015 3:20 PM

To:James Gehring <jgehring@mfa.gwu.edu>;

Cc:gary.little@gwu-hospital.com <gary.little@gwu-hospital.com>;

Hey Jim and Gary,

A couple things were likely coming into play.  First, the team was getting absolutely crushed and at one point was up to 30 patients while discharging another 6.  Obviously that doesn't excuse any lack of response from anyone on the team but they were definitely just trying to stay afloat with a lot of sick people.

A larger part of the issue likely had to do with a brand new psychiatry intern (Dr. Waggel noted below) who's first day on medicine was Monday.  It became quickly apparent that she was not at the level one would anticipate of an intern in March and I already pulled the residents aside on Tuesday and asked them to essentially treat her as an AI.  She has a very odd affect, I've already had to diffuse some patient complaints and her medical knowledge is pretty poor.  With time and education she may get there but for right now I'll also ask the residents to not let her have sole control of the RF phone either.  I think beyond her lack of knowledge, she just doesn't know the details of medicine.  The combination of it being her first day, extremely busy and a bit odd with all of her interactions with people probably didn't help.

As for turning off the phone and pages, I'm acutally not sure what time those were but there is a point that they're no longer here and the care gets transitioned to the night float team which is a different pager/RF.  Because of the work hours, they can only officially be here up until a certain point in time.

Please let me know if I can help any further.  We're already trying to institute some performance plans for Stephanie to try to get her up to speed on medicine.

Jason

**From:** James Gehring
**Sent:** Wednesday, March 04, 2015 2:58 PM
**To:** Jason Prior
**Subject:** FW: green team issues Monday night

Can you help me look into what happened on Monday?
Jim

**From:** Little, Gary [mailto:gary.little@gwu-hospital.com]
**Sent:** Tuesday, March 03, 2015 8:13 PM
**To:** James Gehring
**Subject:** Re: green team issues Monday night

Thanks for looking into it Jim.



**DR. CATAPANO DECLARATION**
**EXHIBIT #27**

GWU 003460

## Lisa Catapano

**From:** Victoria H. Anderson
**Sent:** Friday, March 06, 2015 2:11 PM
**To:** Lisa Catapano; Eindra Khin Khin; Elizabeth L. Greene
**Subject:** FW: Issues and concerns regarding Green team

Dear all,

I received this email from Internal Medicine regarding Stephanie Waggel and her professionalism....

Tory Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891
Cell: (703) 597-5188
Email: vhanderson@mfa.gwu.edu

**From:** Jason Prior
**Sent:** Friday, March 06, 2015 1:42 PM
**To:** Jillian Catalanotti
**Cc:** James Gehring; Wesley Fiser; Jeffrey Zweig; Victoria H. Anderson; Nupur Mehta
**Subject:** Issues and concerns regarding Green team

Hi all,

I'm writing to everyone because the current situation on green team cannot safely continue, in my opinion. The current construct of the team started Monday 3/2. Since that time, I've fielded complaints from patients, nursing, consulting services, the ED and received an email from Gary Little regarding issues with the team. I know many of you have already received some of these complaints as well. I've spoken to the residents and the primary offending intern in question all week but last night was the last straw. It's gone beyond personal interactions and a lack of knowledge and affected patient safety. Fortunately, nothing happened, but I wanted to alert everyone to the issues, outline some performance plans I've put in place on the team as well as strategize how to possibly move forward.

Green team consists of ▇▇ ▇▇ ▇ REDACTED ▇▇ ▇▇ ▇▇ REDACTED and Stephanie Waggel (Psych intern). The primary issues center on Stephanie and her professionalism, interactions with nursing and consulting services, her medical knowledge and patient safety. ▇▇▇ REDACTED ▇▇▇ REDACTED Monday was Staphanie's first day on medicine and it's expected that there would be a learning process adjusting to medicine. On her first day though, I was fielding complaints from nursing and patients regarding her interactions with them and patients were upset stating she didn't know what she was talking about. Post-call on Tuesday, it became apparent that she had a hard time evaluating patients, presenting, knowing what medications did, etc. She didn't know the basics of medicine. That afternoon, I met with both REDACTED and asked REDACTED to essentially treat her as an AI and go over all orders with her, help her with all questions, help her learn the system, call consults, etc. On Wednesday, I received an email from Gary Little outlining several complaints from the ED about the team and essentially it was the same



**DR. CATAPANO DECLARATION
EXHIBIT #28**                    GWU 000957

issues regarding Stephanie that had arisen the previous two days. These included giving nurses information on the phone that clearly wasn't true ("medicine doesn't come to the ED"), being disrespectful, lack of responsiveness, etc. That afternoon, I talked to [REDACTED] and specifically asked that Stephanie not hold the RF phone and that she couldn't triage information for the team. He agreed.

Thursday was relatively uneventful initially. However, at approximately 5pm, I was writing a patient note, going through labs and noted a troponin of 2. I didn't see any new orders for the patient, any documentation that they were aware of the result and I went to the team room to ensure there was a plan in place for a middle aged, overweight man with HTN, persistent MRSA bacteremia (TEE already planned) that had chest pain the night before. No one was in the team room. I called the RF phone repeatedly and there was no answer for 20 minutes. I paged both residents and did not get a call back. Eventually, Stephanie came back to the room and I learned the phone had been left in one of the call rooms. I asked her where everyone was and she stated they had left. Apparently, [REDACTED] had an afternoon meeting with Dr. Wasserman regarding fellowship and went home after the meeting assuming [REDACTED] would stick around [REDACTED] [REDACTED] [REDACTED] did leave though and Stephanie was on her own.

Immediately after coming back to the team room, she stated she was glad to see me because she had a question. A woman who had just come back from a liver biopsy was having abdominal pain and she asked if the Toradol order she was writing was OK. I explained why Toradol was not a medication one would want to give someone who had a liver biopsy due to the risks of bleeding and she seemed to understand. She really couldn't come up with alternatives so I just told her to write for 5 mg of oxycodone PRN. At this point, I went to the chiefs office to get [REDACTED] cell phone number and called him to get him back to the hospital. He was back at GW Hospital in about 15 minutes.

While waiting for [REDACTED] (so everything that follows literally happened within 15 minutes), I went back to the team room to ensure Stephanie didn't have any additional questions and to again talk about the patient with the troponin of 2. I asked her if she had been told about the troponin and if she'd seen the patient, her plans, was cardiology aware, etc. Her plan was to repeat a troponin in the morning. That was it. We sat together, I explained to her the possibilities of the troponin, our concerns, the next steps in management, the importance of consulting cardiology, etc. She then also reported that radiology called her a "little while ago" regarding a CT spine result that she said "was bad." I asked for clarification and she stated "fracture or something." This was an urgent CT for an elderly woman who came in with objective weakness and the CT was for spinal stenosis (she couldn't get an MRI). I pulled up the report of the CT and it noted severe lumbar disc herniation and severe spinal stenosis. I asked if she had spoken to anyone or checked in on the patient. Her plan was literally to call surgery in the morning. I outlined the seriousness of the CT findings, the risks of this progressing to something like cauda equina and the urgency of contacting a spinal surgeon. She did not know who to call, who to ask for help, understand why this was a potential serious medical issue. She would have waited until the morning to talk to the residents if I had not arrived. While I was finding out that neurosurgery was on spine consults and getting the neurosurgery PA RF number from the orange team PA, she received a phone call from the palliative care. They recommended some medication changes on another patient. After hanging up the phone, she asked what dose of oxycontin she should order. I asked her what dose did palliative care want to start. She stated that she thought there was only one dose and that she should know the dose. I outlined for her that oxycontin had a wide range of doses and we could probably check their note for their recommendations (which was there). I just put in all their recommendations. At this point, [REDACTED] was back and we split up to ensure urgent stuff was taken care of quickly and he remained with Stephanie the remainder of the night until they signed out and we again discussed the plans on people before he left the hospital.

GWU 000958

These examples are just what happened yesterday afternoon, they are merely a small snap shot at the issues going on all week. I talked to Stephanie and explained why I called [REDACTED] back to the hospital, that I didn't think she was ready to be in the hospital alone managing medicine patients and that she would need to continue to learn the system and medicine before she could safely care for people independently. I've since spoken to both residents, again, and here is our updated team plan.

[REDACTED] [REDACTED] will pre-round with Stephanie every morning, go through her orders and then Stephanie will summarize the plan to [REDACTED] prior to rounds

2. Stephanie WILL NOT be the person holding the RF phone and CANNOT ever be left alone in the hospital until she demonstrates improvement

3. On Monday 3/9, [REDACTED] will start carrying 2-4 patients (depending on team census) independently that will be hers and not shared with any intern (I confirmed with the chiefs that other R3s are doing this during the POM IV month).

4. [REDACTED] will sit with Stephanie on all consult calls, help her organize the information, listen to her calls and provide immediate feedback on what she did well and what still needs to improve.

5. [REDACTED] more closely monitors all orders that she places (in addition to [REDACTED] oversight) to ensure no medication errors, improper medications or doses, etc. If Stephanie has any questions, they should place orders, see patients together.

6. [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED] [REDACTED:] [REDACTED]
[REDACTED].

I'm not sure what else can be done moving forward on Green team but the current construct puts a lot of additional strain on staff, patients, residents and I'm seriously concerned about patient safety. Some options I've talked to the chiefs about include:

1. Can another intern be placed on green team and treat Stephanie as an AI until she demonstrates the ability to function as an intern on medicine?

2. Review the current schedule and possibly change the upcoming co-interns and/or residents to ensure that she is never paired with those that we know are weaker residents or interns. I'm not suggesting that is the case currently, I have not looked at the schedule for the next several months.

3. If there are plans to continue the trial of 16 patient caps on teams, green team be the one with the 16 patient cap when first available.

4. Consider removing Stephanie from medicine and have her complete her medicine months at a later date, to be determined based on re-evaluation.

I'm happy to discuss this further with anyone. I want her to learn and experience medicine as a part of her psychiatry curriculum while ensuring the safety and care of patients.

Thanks,

Jason Prior 734-657-0668

GWU 000959

It sounds to me like Jason Prior has devised a good plan in terms of patient safety and in terms of getting productive and timely feedback to Stephanie to improve her patient care skills in medicine. That said, I am concerned about the professionalism deficits he has mentioned. Since I don't know the prior context (i.e. whether this is an issue you have already addressed with her), I think a serious conversation about professionalism should come from her own program directors. Lisa and Eindra – is this something that you can do very soon?

I've asked Jason to give us regular updates.

Thanks for your help,
Jill

**From:** Eindra Khin Khin <khinkhin@gwmail.gwu.edu>
**Sent:** Friday, March 6, 2015 3:08 PM
**To:** Victoria H. Anderson; Jillian Catalanotti
**Cc:** Lisa Catapano; Elizabeth L. Greene
**Subject:** Re: FW: Issues and concerns regarding Green team

Dear Jill,

I hope this email finds you well.
I just got the forwarded email from Dr. Prior regarding one of our interns rotating on Medicine, Stephanie Waggle.
I am so sorry to hear about the conditions on the Green Team and the part that Stephanie has played.
I can see how big of a strain her konwledge and professionalism issues are placing on the team.
I am very appreciative of Dr. Prior's efforts to work with her as well as to ensure patient safety.
I will reach out to Stephanie as well and address these concerns with her from our part.
Lisa is out of town for a conference but will return on Monday.
I am available for assistance; please feel free to reach me at 703-798-8135.
Looking forward to working on this with you.

Be well,
Eindra

On Fri, Mar 6, 2015 at 2:10 PM, Victoria H. Anderson <vhanderson@mfa.gwu.edu> wrote:

Dear all,

I received this email from Internal Medicine regarding Stephanie Waggel and her professionalism....

Tory Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891
Cell: (703) 597-5188

5



DR. CATAPANO DECLARATION
EXHIBIT #29

GWU 001604

~E

-------- Forwarded message ----------
From: **Eindra Khin Khin** <khinkhin@gwmail.gwu.edu>
Date: Fri, Mar 6, 2015 at 4:04 PM
Subject: Concerns from Medicine
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>, Lisa Catapano <lcatapano@mfa.gwu.edu>, Elizabeth Greene <elizabethlgreene@gmail.com>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>

Dear Stephanie,

I hope this email finds you well.
I am writing to you regarding the difficulties that you are experiencing on the Medicine green team.
I know that Dr. Prior has had a conversation with you about this and that the team is making arrangements to ensure effective team functioning and patient safety.
I called you earlier but your mailbox is full; so, I couldn't leave a message.
I can be reached at 703-798-8135.
Looking forward to touching base with you regarding this.


--
Be well,
Eindra Khin Khin, M.D.
Director, Forensic Psychiatry Services
Associate Director, Residency Training Program
Assistant Professor of Psychiatry
Department of Psychiatry and Behavioral Sciences
The George Washington University .

**Victoria H. Anderson**

| | |
|---|---|
| ᴊm: | Eindra Khin Khin <khinkhin@gwmail.gwu.edu> |
| Sent: | Sunday, March 08, 2015 10:28 AM |
| To: | Lisa Catapano |
| Subject: | Re: Concerns from Medicine |

Hi Lisa,

I spoke with Stephanie on Friday night.
Interestingly enough, she said she had no idea there were concerns. Here's the summary of what she said:

1) The residents on the team have "gone out of their way" to tell her that she has been doing a great job.
2) From the conversation with the attending, Dr. Prior, the main point she took was that he told her she could ask for help whenever she needs it from the team and himself.

When I shared with her the concerns that the attending laid out briefly, she was completely in shock. This may be due to one or combination of the following factors: Stephanie not being self-ware, the attending not being direct with her in terms of his feedback, Stephanie consciously minimizing (not very likely), etc.

To her credit, she was quite receptive of our conversation. She expressed a willingness to learn what the problem is and to make improvements.

I have a few thoughts regarding this:
First thing first, Stephanie should have a very clear idea of what's going on and her role in the current conditions on the green team. If she doesn't know what the problem is, she can't work on fixing it. The medicine attending may or may not have laid this out for her yet, but I think we should do this with her on our part (go over the email with points of concern). Maybe we can bring her in early this week so that we can address this in a timely manner.

2) In addition to Stephanie, there appear to be other factors contributing to this (seniors leaving early, seniors not being aware of Stephanie's limitations and therefore oversight being inadequate, etc). Those are of course things that they will have to address on their part.

3) Solution-wise, the option of pulling her from medicine service is quite premature to me. Especially if she doesn't even have any idea that she is underperforming that much. I think the first step is coming up with a remediation-like plan to help her improve (reading, oversight, etc). Stephanie not doing medicine is not going to make her become better at medicine.

I haven't heard back from Jill yet but she also was out of the office on Friday.
Looking forward to hearing your thoughts tomorrow!

~E

On Fri, Mar 6, 2015 at 4:29 PM, Eindra Khin Khin <khinkhin@gwmail.gwu.edu> wrote:
st an FYI: I've also had Tory pull all the info, particularly concerns, we've had so far with her.
We can discuss further on Monday.



**DR. CATAPANO DECLARATION
EXHIBIT #31**

GWU 001630

**Victoria H. Anderson**

| | |
|---|---|
| From: | Jillian Catalanotti |
| Sent: | Sunday, March 08, 2015 11:10 PM |
| To: | Wesley Fiser; Jason Prior |
| Cc: | James Gehring; Jeffrey Zweig; Victoria H. Anderson; Nupur Mehta |
| Subject: | Re: Issues and concerns regarding Green team |

Hi Jason.

Thank you for so clearly laying out the challenges that Stephanie has shown in her first week on medicine. It sounds like you have made a great plan in terms of patient safety as well as appropriate oversight and feedback for Stephanie to receive going forward, and your plan to utilize both REDACTED , as well as to take advantage of the fact that March is a month without AIs is a great idea. One thing to note is that regarding your option #3 below with the 16 cap pilot, this makes Green team a bad team to trial it with, as that cap also comes with having one less supervising reident, and that sounds like exactly the opposite of what Green needs right now.

Eindra Khin tells me she is also going to discuss this with Stephanie as her associate program director. Please do stay in regular touch with us as well as with Eindra on Stephanie's progress in the thorough plan you have outlined.

Best,

**From:** Wesley Fiser
**Sent:** Saturday, March 7, 2015 6:43 AM
**To:** Jason Prior; Jillian Catalanotti
**Cc:** James Gehring; Jeffrey Zweig; Victoria H. Anderson; Nupur Mehta
**Subject:** Re: Issues and concerns regarding Green team

Thanks again for the email. I just wanted to speak to the scheduling part of this issue. Stephanie is on medicine for three months in row (last day 5/24). Before we make any decisions to take her off of medicine altogether, we'd have to come up with interns to fill for 11 weeks, extra interns which we don't have. Focusing on oversight first seems best. Looking at her current and future team members, REDACTED are both capable resdients to handle her oversight; but REDACTED must know that she has oversee all of Stephanie's work AND stay the entire work day (she has been leaving early recently). Her next team is REDACTED until 4/19, which is a very strong group who are some of the most motivated residents we have. We will check in with team regularly, and attendings should also set clear expectations for her oversight in the meantime; if further team rearrangement is needed, I am happy to help explore options. However, I think the current and upcoming teams are a promising group.





**From:** Jillian Catalanotti
**Sent:** Sunday, March 08, 2015 11:13 PM
**To:** Eindra Khin Khin; Victoria H. Anderson
**Cc:** Lisa Catapano; Elizabeth L. Greene
**Subject:** Re: FW: Issues and concerns regarding Green team

Thanks Eindra.

It sounds to me like Jason Prior has devised a good plan in terms of patient safety and in terms of getting productive and timely feedback to Stephanie to improve her patient care skills in medicine. That said, I am concerned about the professionalism deficits he has mentioned. Since I don't know the prior context (i.e. whether this is an issue you have already addressed with her), I think a serious conversation about professionalism should come from her own program directors. Lisa and Eindra - is this something that you can do very soon?

I've asked Jason to give us regular updates.

Thanks for your help,
Jill

**From:** Eindra Khin Khin <khinkhin@gwmail.gwu.edu>
**Sent:** Friday, March 6, 2015 3:08 PM
**To:** Victoria H. Anderson; Jillian Catalanotti
**Cc:** Lisa Catapano; Elizabeth L. Greene
**Subject:** Re: FW: Issues and concerns regarding Green team

Dear Jill,

I hope this email finds you well.
I just got the forwarded email from Dr. Prior regarding one of our interns rotating on Medicine, Stephanie Waggle.
I am so sorry to hear about the conditions on the Green Team and the part that Stephanie has played.
I can see how big of a strain her konwledge and professionalism issues are placing on the team.
I am very appreciative of Dr. Prior's efforts to work with her as well as to ensure patient safety.
I will reach out to Stephanie as well and address these concerns with her from our part.
Lisa is out of town for a conference but will return on Monday.
I am available for assistance; please feel free to reach me at 703-798-8135.
Looking forward to working on this with you.

Be well,
Eindra

On Fri, Mar 6, 2015 at 2:10 PM, Victoria H. Anderson <vhanderson@mfa.gwu.edu> wrote:
Dear all,



DR. CATAPANO DECLARATION
EXHIBIT #33                          GWU 001595

attending, Nupe Mehta, so he knows to be very concrete with her and to contact you with any concerns about hearing feedback.

Thanks and let's stay in touch on this,
Jill

---

**From:** Lisa Catapano
**Sent:** Monday, March 9, 2015 4:06 PM
**To:** Jillian Catalanotti; Eindra Khin Khin
**Subject:** RE: FW: Issues and concerns regarding Green team

Hi Jill,
Eindra and I met with Stephanie today to discuss Dr. Prior's concerns about her performance last week. She's very motivated to do better, and is hoping she'll be given the chance to stay with the team and receive some concrete feedback about how to function better on the rotation.
For context, I'll say that both as a medical student at GW, and in her first 8 months of internship, Stephanie generally gets very positive evaluations for her rotations. There has been a pattern of vague negative feedback that makes it back to me or Eindra, but every on-paper evaluation is entirely complimentary. Stephanie herself always shares that she's gotten nothing but positive feedback from her team and attendings, including in the current instance, where she states that the senior residents on her team have told her she is functioning on-par, and she did not receive any direct negative feedback from Dr. Prior. I suspect this means that when people are indirect or vague in their constructive criticism, she misses it. Probably also, people generally like her and are reluctant to give her hard feedback. I think that, going forward, it might be very helpful to have a meeting with her, Dr. Prior, and either me or Eindra, so that we can directly observe what feedback is given to her and see how she does or doesn't hear it.
But in the meantime, I will put in my opinion (knowing that it's your call) that it would be better for her to stay on the team, get concrete feedback and explicit goals, and see how she is able to respond to that. She hasn't really had the opportunity to show that yet, unless she really did get explicit feedback last week and didn't hear it.
Please let us know how we can help further. We'll plan to be meeting with her on a regular basis in the coming weeks to keep an eye on her. If you'd rather communicate by phone, my cell is 202-557-9270.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

---

**From:** Jillian Catalanotti
**Sent:** Sunday, March 08, 2015 11:13 PM
**To:** Eindra Khin Khin; Victoria H. Anderson
**Cc:** Lisa Catapano; Elizabeth L. Greene
**Subject:** Re: FW: Issues and concerns regarding Green team

Thanks Eindra.



**DR. CATAPANO DECLARATION
EXHIBIT #34**

GWU 001603

**From:** Jillian Catalanotti
**Sent:** Monday, March 09, 2015 6:35 PM
**To:** Lisa Catapano, Eindra Khin Khin
**Subject:** Re: FW: Issues and concerns regarding Green team

Hi Lisa and Eindra.

Thanks for meeting with her so promptly. I agree with you that she should remain on the team with very close supervision and direct feedback for now. Hopefully this will not overburden her supervising residents or co-intern excessively and hopefully she will respond to the feedback for fast improvement.

My understanding is that Jason Prior gave her very concrete feedback last week (including the remediation plan), so hopefully she has heard that, and I will pass this message on to her new attending, Nupe Mehta, so he knows to be very concrete with her and to contact you with any concerns about hearing feedback.

Thanks and let's stay in touch on this,
Jill

**From:** Lisa Catapano
**Sent:** Monday, March 9, 2015 4:06 PM
**To:** Jillian Catalanotti; Eindra Khin Khin
**Subject:** RE: FW: Issues and concerns regarding Green team

Hi Jill,
Eindra and I met with Stephanie today to discuss Dr. Prior's concerns about her performance last week. She's very motivated to do better, and is hoping she'll be given the chance to stay with the team and receive some concrete feedback about how to function better on the rotation.
For context, I'll say that both as a medical student at GW, and in her first 8 months of internship, Stephanie generally gets very positive evaluations for her rotations. There has been a pattern of vague negative feedback that makes it back to me or Eindra, but every on-paper evaluation is entirely complimentary. Stephanie herself always shares that she's gotten nothing but positive feedback from her team and attendings, including in the current instance, where she states that the senior residents on her team have told her she is functioning on-par, and she did not receive any direct negative feedback from Dr. Prior. I suspect this means that when people are indirect or vague in their constructive criticism, she misses it. Probably also, people generally like her and are reluctant to give her hard feedback. I think that, going forward, it might be very helpful to have a meeting with her, Dr. Prior, and either me or Eindra, so that we can directly observe what feedback is given to her and see how she does or doesn't hear it.
But in the meantime, I will put in my opinion (knowing that it's your call) that it would be better for her to stay on the team, get concrete feedback and explicit goals, and see how she is able to respond to that. She hasn't really had the opportunity to show that yet, unless she really did get explicit feedback last week and didn't hear it.
Please let us know how we can help further. We'll plan to be meeting with her on a regular basis in the coming weeks to keep an eye on her. If you'd rather communicate by phone, my cell is 202-557-9270.

Lisa Catapano, MD, PhD
Director, Residency Training Program

3



**DR. CATAPANO DECLARATION**
**EXHIBIT #35**                          GWU 001611

3) she lacks attention to detail (does not order follow-up tests/labs when instructed)
4) she is at times very defensive and passive-aggressive. While the latter is understandable as I feel she is trying hard and wants to improve, she can respond to feedback in a more mature way.

Again, please do not share the above with her, I will communicate my feedback directly to her, this is just for your information.

Please let me know if you have questions,
Nupe

---

**From:** Jillian Catalanotti
**Sent:** Tuesday, March 17, 2015 11:49 PM
**To:** Lisa Catapano
**Cc:** Nupur Mehta
**Subject:** Re: FW: Issues and concerns regarding Green team

HI Lisa.
I haven't hear an update (her resident told me that he thinks she is making progress), but let me attach Nupe Mehta here, who was her attending last week and I believe has been with her this week as well.
Nupe - please see below. Thanks for your help!
Best,
Jill

---

**From:** Lisa Catapano
**Sent:** Tuesday, March 17, 2015 12:35 PM
**To:** Jillian Catalanotti
**Subject:** RE: FW: Issues and concerns regarding Green team

Hi Jill,
Just wanted to follow up and see how things are going with Stephanie.  I'd be happy to speak directly with her attending if that would be helpful ...

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

---

**From:** Jillian Catalanotti
**Sent:** Monday, March 09, 2015 6:35 PM
**To:** Lisa Catapano; Eindra Khin Khin
**Subject:** Re: FW: Issues and concerns regarding Green team

Hi Lisa and Eindra,



**DR. CATAPANO DECLARATION
EXHIBIT #36**

GWU 001593

Thank you so much for your time!

Be well,
 idra

---

**From:** Lisa Catapano
**Sent:** Friday, March 20, 2015 8:16 AM
**To:** Jillian Catalanotti; Nupur Mehta
**Cc:** Eindra Khin Khin
**Subject:** Re: Issues and concerns regarding Green team

Thank you, Nupe. I appreciate the feedback. Our Associate PD, Eindra Khin Khin, is meeting with her today but will not convey anything to her about your email.
My sense from Stephanie is that she believes she's doing much better, and that sounds like it is true, but a pattern I have noticed with her is that she tends to be very "all-or-nothing" in hearing feedback so I would encourage you to be explicit (as you are in your email) about the points on which you have continued reservations. Then, if you would like us to follow up with her to reinforce these points, we would be happy to do that.
Thanks very much for working so hard to help her improve.
Lisa

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
 orge Washington University
 .20 L Street, NW
 Washington DC 20037
202-741-2886

---

**From:** Jillian Catalanotti
**Sent:** Thursday, March 19, 2015 1:05:14 PM
**To:** Nupur Mehta
**Cc:** Lisa Catapano
**Subject:** Re: Issues and concerns regarding Green team

Thanks Nupe.

Sent from my iPhone

On Mar 19, 2015, at 12:36 PM, Nupur Mehta <numehta@mfa.gwu.edu> wrote:

> Hi sorry for the slow reply. We have a good remediation plan in place and things are fairly stable. I've been providing Stephanie direct feedback 1-2 times per week. We have sat down 2X already and I will be meeting with her tomorrow. She has good oversight from the senior medicine resident; however, things will likely change once the acting interns return in April. I continue to be worried about her ability to function autonomously, especially with complicated medical patients.
>
> Please do not share this with her, as I will do it, but some things that are of ongoing concern are
> 1) she makes questionable decisions (choice of antibiotics, route)
> 2) her documentation is spotty and often inaccurate (e.g., carrying over previous plans from many days ago)



**DR. CATAPANO DECLARATION
EXHIBIT #37**

GWU 001592

3) she lacks attention to detail (does not order follow-up tests/labs when instructed)
4) she is at times very defensive and passive-aggressive. While the latter is understandable as I feel she is trying hard and wants to improve, she can respond to feedback in a more mature way.

Again, please do not share the above with her, I will communicate my feedback directly to her, this is just for your information.

Please let me know if you have questions,
Nupe

---

**From:** Jillian Catalanotti
**Sent:** Tuesday, March 17, 2015 11:49 PM
**To:** Lisa Catapano
**Cc:** Nupur Mehta
**Subject:** Re: FW: Issues and concerns regarding Green team

Hi Lisa.
I haven't hear an update (her resident told me that he thinks she is making progress), but let me attach Nupe Mehta here, who was her attending last week and I believe has been with her this week as well.
Nupe - please see below. Thanks for your help!
Best,
Jill

---

**From:** Lisa Catapano
**Sent:** Tuesday, March 17, 2015 12:35 PM
**To:** Jillian Catalanotti
**Subject:** RE: FW: Issues and concerns regarding Green team

Hi Jill,
Just wanted to follow up and see how things are going with Stephanie.  I'd be happy to speak directly with her attending if that would be helpful …

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

---

**From:** Jillian Catalanotti
**Sent:** Monday, March 09, 2015 6:35 PM
**To:** Lisa Catapano; Eindra Khin Khin
**Subject:** Re: FW: Issues and concerns regarding Green team

Hi Lisa and Eindra.

4

GWU 001593

**Victoria H. Anderson**

| | |
|---|---|
| **From:** | Stephanie Waggel <sewaggel@gmail.com> |
| **Sent:** | Thursday, March 19, 2015 2:28 PM |
| **To:** | Eindra Khin Khin |
| **Cc:** | Lisa Catapano |
| **Subject:** | Re: Touching base |

Dear Dr. Khin Khin,

I can meet when it is convenient for you tomorrow.  The past two weeks have been much better. Dr. Mehta said that I am much different than the email portrayed me to be. He said that if I continue this way he will let everyone know that I am not as described in the email.

> On Mar 19, 2015, at 8:13 AM, Eindra Khin Khin <khinkhin@gwmail.gwu.edu> wrote:
>
> Hi Stephanie,
>
> Hope this email finds you well.
> I wanted to touch base with you to see how things have been going since our meeting last week.
> Would you have time to meet up some time tomorrow afternoon or Monday afternoon?
> Looking forward to speaking with you.
>
> --
> Be well,
> Eindra Khin Khin, M.D.
> Director, Forensic Psychiatry Services Associate Director, Residency
> Training Program Assistant Professor of Psychiatry Department of
> Psychiatry and Behavioral Sciences The George Washington University

**Victoria H. Anderson**

| | |
|---|---|
| ʳᵒm: | Eindra Khin Khin |
| ᵉnt: | Friday, March 20, 2015 9:58 AM |
| ᵒ: | Lisa Catapano |
| ᵘbject: | RE: Issues and concerns regarding Green team |

Thanks for letting me know, Lisa!.
She couldn't meet me today but I asked her to come by Monday.
Will keep you posted.

~E

**From:** Lisa Catapano
**Sent:** Friday, March 20, 2015 8:16 AM
**To:** Jillian Catalanotti; Nupur Mehta
**Cc:** Eindra Khin Khin
**Subject:** Re: Issues and concerns regarding Green team

Thank you, Nupe. I appreciate the feedback. Our Associate PD, Eindra Khin Khin, is meeting with her today but will not convey anything to her about your email.
My sense from Stephanie is that she believes she's doing much better, and that sounds like it is true, but a pattern I have noticed with her is that she tends to be very "all-or-nothing" in hearing feedback so I would encourage you to be explicit (as you are in your email) about the points on which you have continued ʳervations. Then, if you would like us to follow up with her to reinforce these points, we would be happy to ᵈo that.
ᵗʰanks very much for working so hard to help her improve.
ᴸᵘsa

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

**From:** Jillian Catalanotti
**Sent:** Thursday, March 19, 2015 1:05:14 PM
**To:** Nupur Mehta
**Cc:** Lisa Catapano
**Subject:** Re: Issues and concerns regarding Green team

Thanks Nupe.

Sent from my iPhone

ᴼn Mar 19, 2015, at 12:36 PM, Nupur Mehta ＜numehta@mfa.gwu.edu＞ wrote:

1



**DR. CATAPANO DECLARATION
EXHIBIT #39**          GWU 001609

**Cc:** Shant Ayanian
**Subject:** RE: Issues and concerns regarding Green team

ank you so much for your prompt response, Nupe!
agree with your assessment of Stephanie's limited capacity to hear feedback.
We will wait to follow your lead.

Be well,
Eindra

---

**From:** Nupur Mehta
**Sent:** Monday, March 30, 2015 7:50 PM
**To:** Eindra Khin Khin; Lisa Catapano; Jillian Catalanotti
**Cc:** Shant Ayanian
**Subject:** Re: Issues and concerns regarding Green team

I must admit, I am very taken aback by this. Hard for me to believe she didn't catch the four things I listed, which I outlined to her very clearly. Dr. Ayanian (copied) also provided her very direct feedback last week. Unfortunately, I'm no longer on the green team but will discuss with Dr. Ayanian tomorrow regarding how to best put in writing our collective thoughts. I think verbal messaging may not be the best way to provide her with constructive and actionable feedback.

She is right in that she is doing better but frankly came from a very poor baseline. It's interesting to note that she is only hearing the positive aspects (i.e., the improvement), but is missing the significant gaps and tactical guidance I (and I'm sure Shant) provided her.

Please stay tuned.
Nupe

---

**From:** Eindra Khin Khin
**Sent:** Monday, March 30, 2015 5:35 PM
**To:** Lisa Catapano; Jillian Catalanotti; Nupur Mehta
**Subject:** RE: Issues and concerns regarding Green team

Dear Nupe,

I hope this email finds you well.
I wanted to let you know about a follow-up meeting that I had with Stephanie Waggle on 3/26/15 Thursday.
I did not share the feedback that you had emailed to us with her, as you requested.
She told me that you and she met on 3/20/15 Friday, and that she received the following feedback from you:
  1) That she is fine and doing well.
  2) That the only thing you recommended that she change/improve is that, when she puts in an order for I&Os, she should tell the nurse directly instead of putting it in the computer, as the computer order will disappear once a particular nurse views it and won't stay in the system.
Given that, Lisa and I are wondering if she may have missed your concerns during your feedback session that were outlined in your email.
hat's the case, may we offer a couple of ideas:
  1) Have another meeting with Stephanie for feedback with Lisa or me present
  2) Please send us a comprehensive email that we can share with Stephanie for feedback
We are also open to any other idea you and Jill might have.



**DR. CATAPANO DECLARATION EXHIBIT #40**

GWU 001591

Thank you so much for your time!

Be well,
ndra

---

**From:** Lisa Catapano
**Sent:** Friday, March 20, 2015 8:16 AM
**To:** Jillian Catalanotti; Nupur Mehta
**Cc:** Eindra Khin Khin
**Subject:** Re: Issues and concerns regarding Green team

Thank you, Nupe. I appreciate the feedback. Our Associate PD, Eindra Khin Khin, is meeting with her today but will not convey anything to her about your email.
My sense from Stephanie is that she believes she's doing much better, and that sounds like it is true, but a pattern I have noticed with her is that she tends to be very "all-or-nothing" in hearing feedback so I would encourage you to be explicit (as you are in your email) about the points on which you have continued reservations. Then, if you would like us to follow up with her to reinforce these points, we would be happy to do that.
Thanks very much for working so hard to help her improve.
Lisa

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
orge Washington University
.20 L Street, NW
Washington DC 20037
202-741-2886

---

**From:** Jillian Catalanotti
**Sent:** Thursday, March 19, 2015 1:05:14 PM
**To:** Nupur Mehta
**Cc:** Lisa Catapano
**Subject:** Re: Issues and concerns regarding Green team

Thanks Nupe.

Sent from my iPhone

On Mar 19, 2015, at 12:36 PM, Nupur Mehta <numehta@mfa.gwu.edu> wrote:

> Hi sorry for the slow reply. We have a good remediation plan in place and things are fairly stable. I've been providing Stephanie direct feedback 1-2 times per week. We have sat down 2X already and I will be meeting with her tomorrow. She has good oversight from the senior medicine resident; however, things will likely change once the acting interns return in April. I continue to be worried about her ability to function autonomously, especially with complicated medical patients.
>
> Please do not share this with her, as I will do it, but some things that are of ongoing concern are
> 1) she makes questionable decisions (choice of antibiotics, route)
> 2) her documentation is spotty and often inaccurate (e.g., carrying over previous plans from many days ago)

3

GWU 001592

**ictoria H. Anderson**

| | |
|---|---|
| **rom:** | Nupur Mehta |
| **ent:** | Tuesday, March 31, 2015 1:11 PM |
| **To:** | Lisa Catapano; Eindra Khin Khin; Jillian Catalanotti |
| **Cc:** | Shant Ayanian |
| **Subject:** | RE: Issues and concerns regarding Green team |

Hi all,

Just had a chance to touch base with Shant and I think we are on the same page. Basically, what we've discovered is that while she is not able to VERBALIZE the feedback she has received, she is actually ACTING on what we have both discussed with her. Specifically, her notes/documentation are significantly improved, her presentations are tighter and more coherent, and she is overall doing a better job staying on top of the patients and ensuring they are improving/progressing during their hospitalization. Her main weakness continues to be medical fund of knowledge, but per Shant, that is also improving somewhat.

So, overall, she is doing much better. She still merits significant oversight, but the good news is that she appears to have somehow internalized our collective guidance and is doing a better job. Shant is going to be providing additional feedback later in the week, but at this point, I think we can hold off on written feedback given the improvements that we are seeing.

ant, please let me know if you feel differently,

pe

**rom:** Lisa Catapano
**Sent:** Tuesday, March 31, 2015 12:10 PM
**To:** Eindra Khin Khin; Nupur Mehta; Jillian Catalanotti
**Cc:** Shant Ayanian
**Subject:** RE: Issues and concerns regarding Green team

Thank you, Nupe.
I agree with your thought that maybe written feedback is necessary for her ... she might be better able to absorb the message, and it would also provide the opportunity for multiple people (multiple attendings plus Eindra and me) to have the same piece of paper to go over with her. If you're willing to do that with the next round of feedback for her, please do copy us so we can set up a follow-up meeting with her to go over your feedback with her again.
Lisa

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
hington DC 20037
2) 741-2886

**DR. CATAPANO DECLARATION
EXHIBIT #41**

m: Eindra Khin Khin
nt: Tuesday, March 31, 2015 8:02 AM
ro: Nupur Mehta; Lisa Catapano; Jillian Catalanotti

GWU 001590

Victoria H. Anderson

| | |
|---|---|
| From: | Stephanie Waggel <sewaggel@gmail.com> |
| Sent: | Friday, April 03, 2015 12:46 PM |
| To: | Lisa Catapano; Eindra Khin Khin |
| Subject: | Update |

Dear Dr. Catapano and Dr. Khin Khin,

I just wanted you update you that I had feedback with my new attending Dr. Ayanian said he did not notice any deficits in my medical knowledge. His feedback was to be more confident. This is similar to the feedback from Dr. Mehta. Please let me know if/when you want to meet in the future.

Thank you,
Stephanie

Sent from my iPhone

DR. CATAPANO DECLARATION
EXHIBIT #42

GWU 001589

**Victoria H. Anderson**

From:             Shant Ayanian
Sent:             Tuesday, April 14, 2015 7:02 PM
To:               Lisa Catapano; Eindra Khin Khin
Cc:               Jillian Catalanotti
Subject:          Re Medicine green team

Hello all,

I had the pleasure of working with Stephanie Waggle for three weeks on green team. I do understand that there have been multiple issues in the past with her. Here is a summary of my discussion with her regarding her performance

1. Medical Knowledge: Stephanie knows she has some significant gaps in her medical knowledge. She is actively working on that. She had been instructed to read about 15-20 minutes a day on specific topics in medicine. These topics are considered to be some of the most common problems we encounter. She has kept up with that and I have noticed some improvement, specifically in areas such as antibiotics.

2. Medical decision making: This is probably her weakest point. Initially she was not able to "connect the dots" and understand the implications of a certain test or the importance of a specific intervention, and how that would affect the plan for the patient. After numerous feedback sessions, and constant supervision from the third year resident, I did see some significant improvement in her decision making. She is still hesitant to make decisions on her own, which is understandable, however I think if she progresses further on the same tract, she might be able to do this skill independently from a resident.

3. Documentation: This is the major improvement for her! Her notes are definitely far improved from the time she started. Her plans are original so are her physical exam documentations. She is including her decision making in some of her impressions, and her differentials have also expanded recently. Overall I was VERY happy with the end result.

4. Communication skills: This was one of the spots where we had major issues in the past. She has significantly improved here as well. She does communicate better with the nursing staff and she has been more respectful and professional, at least during the times where I had the chance to indirectly observe her. I have not heard any complaints form the nursing staff nor the consulting services during my three weeks.

5. Patient care: In general she has been more through with following up with patient related tasks. She does put I her orders early. She still struggles with calling consults on time, however she has been improving at that as well with the direction of the third year resident. Her notes are always signed prior to 8.30 am and she does see her patients multiple times a day. However she still has difficulty with dealing with difficult patients or taking herself out of difficult situations. She has been given direct feedback about that.

6. Team work: She is a true team player. She understands her limitations and tries to make up for them by helping the team out whenever she can with different tasks. She is happy to complete paperwork for her cointern or discuss antipsychotics with the medical students when the third year resident is busy.

7. Professionalism: Reflected in some of the prior points, however I think she has been doing an effort to be more self cognizant and try to be as courteous as possible with the patients and nurses.

In summary, I think she has made a great progress. She does understand her limitations and has not tried to practice outside of these limits. It really was a pleasure working with her!
I hope that this email help clarify some of the prior issues we had. Please do not hesitate to contact me if you have any further questions.

Shant

1



**DR. CATAPANO DECLARATION**
**EXHIBIT #43**                    GWU 001588

**Victoria H. Anderson**

'om:           Jillian Catalanotti
ent:           Friday, May 01, 2015 2:33 PM
;:             Lisa Catapano; Eindra Khin Khin
ubject:        check in on interns

Hi lisa and eindra.
Just wanted to check in with you on two of your interns that a faculty member expressed concerns about today (not competency concerns, mental health and wellness concerns):

REDACTED

2.  Stephanie Waggle: contrasting with the prior feedback, as I think you know, she is now having her own medical health problems and the attending with her now feels that she can tell that she is not able to focus as much on work than she was doing previously, seems flustered, etc, so she wondered again if someone who knows/loves her can check in on how she is doing?  Aside from that, she also hopes to give her direct feedback about avoiding inappropriate language on rounds (calling a patient an asshole in front of students and the team) but isn't sure she'll get to sit down with her today.

Thanks for knowing and loving your interns!! Hope this is helpful.

est,

Jillian Catalanotti, MD, MPH, FACP
Director, Internal Medicine Residency Program
Assistant Professor of Medicine & of Health Policy
The George Washington University

Medical Faculty Associates of GWU
Division of General Internal Medicine
2150 Pennsylvania Avenue, NW
Suite 5-416
Washington, DC 20037

Phone (clinical): 202-741-2182;  Phone (residency): 202-741-2574
Fax (clinical): 202-741-2185;  Fax (residency): 202-741-2788



**DR. CATAPANO DECLARATION
EXHIBIT #44**                    GWU 001586

**Victoria H. Anderson**

| | |
|---|---|
| From: | Chad Henson |
| Sent: | Friday, May 01, 2015 8:16 PM |
| To: | Lisa Catapano |
| Subject: | Re: Stephanie Waggel |

Hi Dr. Catapano,

I am sorry to bother you on a Friday night but I wanted to give you an update and seek guidance regarding one of your residents, Stephanie Waggel. I believe you are aware that she is currently being evaluated for a renal mass, requiring a number of appointments as well as procedures. She also is in a great deal of pain requiring narcotic medications.

It recently came to my attention that she was unable to admit a patient while on call citing that she was in too much pain, and I am concerned that she is reaching her physical limits.

I have discussed with her attending, Dr. Teufel, who reports that she has not had any near misses, but I am concerned with the concomitant burden of being an inpatient wards intern while dealing with this medical concern. Dr. Teufel and I think it might be prudent to have her take a few days off of work to have a medical evaluation for fitness for duty (which we can cover).

Ultimately my main concern is her physical and mental health and want to make sure that she feels supported from both programs.

Please contact me at your earliest convenience so that we can discuss further.

Chad Henson
3305183312

1

**DR. CATAPANO DECLARATION
EXHIBIT #45**

GWU 001587

Stephanie did mention her condition to me when I met with the interns a few weeks ago, but it didn't seem that she wanted me to mention it to the administration since she hadn't even received a diagnosis yet (she was going for a CT scan or MRI the next day). It then completely slipped my mind, so I didn't follow up with her. Were you aware of this? I'm sorry if you didn't know. I should have asked her explicitly if I could let you both know. Please let me know if there's anything I can help with.


Elizabeth

Sent from my iPad

Begin forwarded message:

> **From:** Chad Henson <chenson@mfa.gwu.edu>
> **Date:** May 1, 2015 at 8:17:44 PM EDT
> **To:** "elizabethlgreene@gmail.com" <elizabethlgreene@gmail.com>
> **Subject: Fw: Stephanie Waggel**
>
> Dr. Catapano said to ask you. Can you call me?

**From:** Chad Henson
**Sent:** Friday, May 1, 2015 8:15:34 PM
**To:** Lisa Catapano
**Subject:** Re: Stephanie Waggel


Hi Dr. Catapano,

I am sorry to bother you on a Friday night but I wanted to give you an update and seek guidance regarding one of your residents, Stephanie Waggel. I believe you are aware that she is currently being evaluated for a renal mass, requiring a number of appointments as well as procedures. She also is in a great deal of pain requiring narcotic medications.

It recently came to my attention that she was unable to admit a patient while on call citing that she was in too much pain, and I am concerned that she is reaching her physical limits.

I have discussed with her attending, Dr. Teufel, who reports that she has not had any near misses, but I am concerned with the concomitant burden of being an inpatient wards intern while dealing with this medical concern. Dr. Teufel and I think it might be prudent to have her take a few days off of work to have a medical evaluation for fitness for duty (which we can cover).

Ultimately my main concern is her physical and mental health and want to make sure that she feels supported from both programs.



**DR. CATAPANO DECLARATION
EXHIBIT #46**

GWU 003440

From: **Lisa Catapano** <lcatapano@mfa.gwu.edu>
Date: Mon, May 4, 2015 at 1:26 PM
Subject: RE: Stephanie Waggel
To: "Elizabeth L. Greene" <elizabethlgreene@gmail.com>, Eindra Khin Khin <khinkhin@gwmail.gwu.edu>
Cc: "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>

Many things to say about this issue, and I know I'm not caught up.  But one observation is that it seems we all allowed ourselves to get caught up in her wanting to keep this issue secret.  In this case it's particularly inappropriate because she then told everybody individually.  But as a more general issue, the four of us need to communicate with each other, and there are few issues that are appropriate to withhold from our small team, and certainly a major medical issue that is likely to lead to medical leave is not one of them.  It might not have played out differently on Friday, but either way, we should have been talking more with each other about this.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

**From:** Elizabeth L. Greene [mailto:elizabethlgreene@gmail.com]
**Sent:** Friday, May 01, 2015 9:50 PM
**To:** Lisa Catapano; Eindra Khin Khin
**Subject:** Fwd: Stephanie Waggel

I just spoke to Chad, and he told me that you two would handle this.  Do you need me to do anything?



DR. CATAPANO DECLARATION
EXHIBIT #47

GWU 003439

Stephanie did mention her condition to me when I met with the interns a few weeks ago, but it didn't seem that she wanted me to mention it to the administration since she hadn't even received a diagnosis yet (she was going for a CT scan or MRI the next day).  It then completely slipped my mind, so I didn't follow up with her.  Were you aware of this?  I'm sorry if you didn't know.  I should have asked her explicitly if I could let you both know.  Please let me know if there's anything I can help with.

Elizabeth

Sent from my iPad

Begin forwarded message:

> **From:** Chad Henson <chenson@mfa.gwu.edu>
> **Date:** May 1, 2015 at 8:17:44 PM EDT
> **To:** "elizabethlgreene@gmail.com" <elizabethlgreene@gmail.com>
> **Subject: Fw: Stephanie Waggel**
>
> Dr. Catapano said to ask you. Can you call me?

**From:** Chad Henson
**Sent:** Friday, May 1, 2015 8:15:34 PM
**To:** Lisa Catapano
**Subject:** Re: Stephanie Waggel

Hi Dr. Catapano,

I am sorry to bother you on a Friday night but I wanted to give you an update and seek guidance regarding one of your residents, Stephanie Waggel. I believe you are aware that she is currently being evaluated for a renal mass, requiring a number of appointments as well as procedures. She also is in a great deal of pain requiring narcotic medications.

It recently came to my attention that she was unable to admit a patient while on call citing that she was in too much pain, and I am concerned that she is reaching her physical limits.

I have discussed with her attending, Dr. Teufel, who reports that she has not had any near misses, but I am concerned with the concomitant burden of being an inpatient wards intern while dealing with this medical concern. Dr. Teufel and I think it might be prudent to have her take a few days off of work to have a medical evaluation for fitness for duty (which we can cover).

Ultimately my main concern is her physical and mental health and want to make sure that she feels supported from both programs.

GWU 003440

**Victoria H. Anderson**

| | |
|---|---|
| om: | Stephanie Waggel <sewaggel@gmail.com> |
| ent: | Thursday, May 14, 2015 6:48 PM |
| To: | Lisa Catapano |
| Subject: | Today |

Dear Dr. Catapano,

When you have some free time could you give me a call (724 984 5632). I figured out what happened this morning and I feel so stupid about it. I mistook my Ritalin pills for Ativan. It didn't kick in until about an hour into work when I got so sleepy. That's why I never take Ativan during work. I take them when I get anxious about my kidney or when I have to get a procedure done. It also didn't help that I didn't have my ADHD meds on board either. I feel so stupid and awful about the whole thing.

Sent from my iPhone

**DR. CATAPANO DECLARATION
EXHIBIT #48**

GWU 001582

**Victoria H. Anderson**

| | |
|---|---|
| ɔm: | elizabethilevine@gmail.com on behalf of Elizabeth L. Greene <elizabethlgreene@gmail.com> |
| **Sent:** | Thursday, May 14, 2015 9:11 PM |
| **To:** | Lisa Catapano |
| **Cc:** | Lori Kels; Victoria H. Anderson; Jason Emejuru |
| **Subject:** | Re: SW |

Ok, thanks for the update.  Please keep us posted.

On Thursday, May 14, 2015, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:
As of today, the Medicine team considers Stephanie unfit to work and have asked her not to return to the team. I will talk to her tomorrow and discuss her options, but I think by far her best option is to take a medical leave, as was recommend to her 2 weeks ago. Looking forward, this will impact her promotion date (she'll need to make up 1+ weeks of medicine) and when she can start her pgyii rotations - once we get a scope for the duration of leave Elizabeth and Jason will have to work on that.

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
J2-741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

--
Elizabeth L. Greene, M.D.
George Washington University Hospital

cell: 202-577-9560

**DR. CATAPANO DECLARATION
EXHIBIT #49**

**Victoria H. Anderson**

| | |
|---|---|
| ɔm: | Lisa Catapano |
| nt: | Friday, May 15, 2015 9:49 AM |
| ɔ: | Victoria H. Anderson |
| **Subject:** | Fw: SW |

Tory, would you speak with GME and figure out what we need to do paperwork-wise to put Stephanie on medical leave (to start today or Monday)?
Thanks!

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

**From:** elizabethilevine@gmail.com on behalf of Elizabeth L. Greene
**Sent:** Thursday, May 14, 2015 9:10:47 PM
**To:** Lisa Catapano
**Cc:** Lori Kels; Victoria H. Anderson; Jason Emejuru
**bject:** Re: SW

ɔk, thanks for the update. Please keep us posted.

ɔn Thursday, May 14, 2015, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:
As of today, the Medicine team considers Stephanie unfit to work and have asked her not to return to the team. I will talk to her tomorrow and discuss her options, but I think by far her best option is to take a medical leave, as was recommend to her 2 weeks ago. Looking forward, this will impact her promotion date (she'll need to make up 1+ weeks of medicine) and when she can start her pgyii rotations - once we get a scope for the duration of leave Elizabeth and Jason will have to work on that.

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you ᵃ ave received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

1

**DR. CATAPANO DECLARATION
EXHIBIT #50**

GWU 001583