**Victoria H. Anderson**

From:     Jillian Catalanotti
Sent:     Friday, May 15, 2015 1:03 PM
To:     Lisa Catapano
Subject:     Re: SW

Great thanks.
Wasn't an email from Wes, he showed me a text message she had sent her team with a photo of her pill bottles.
I've asked Suzanne Chang to send me an email documentation and will send you when I get it.
Thx,
Jill

Sent from my iPhone

> On May 15, 2015, at 12:47 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:
>
> Thanks for your message this morning, Jill. Elizabeth and I have been in touch with her to work on a plan.
> You mentioned an email from Wes this morning ... I did not get that, so if you would ask him to re-send it, I would appreciate that.
> We'll stay in touch about how she's doing, and how she can make up the time to your service.
> Thanks so much for your help with her.
> Lisa Catapano, MD, PhD
> Program Director
> ssociate Professor of Psychiatry
> George Washington University
> 2120 L Street, NW
> Washington DC 20037
> 202-741-2886

**DR. CATAPANO DECLARATION**
**EXHIBIT #51**

GWU 001584

om:         Jillian Catalanotti
'ent:       Monday, May 18, 2015 9:17 AM
x:          Lisa Catapano
Subject:   Fwd: Stephanie

Begin forwarded message:

> **From:** Suzanne Chang <schang@mfa.gwu.edu>
> **Date:** May 18, 2015 at 9:01:28 AM EDT
> **To:** Jillian Catalanotti <jcatalanotti@mfa.gwu.edu>
> **Subject: Re: Stephanie**

Hi Jill,

Here are the main events/concerns regarding Stephanie Waggel.

When I first arrived on service she was away for two days for medical leave. She was given an opportunity to take a longer leave of absence but she told the chiefs she felt ready to be back so she returned on my third day on the green team. Over the next week and change, there were several small things which raised red flags about her well-being and professionalism. First I fielded at least three complaints from patients calling her unprofessional or "mean" and becoming very angry or offended by her interaction with them. Though there were no objectively bad outcomes (that I know of) as a result, the poor communication resulted in delays in care, delays in discharges, and overall loss of trust of the medical team which took a lot of extra work for the rest of the team to correct. Second, on at least one occasion she was dressed inappropriately (wearing a very form-fitting and high-cut skirt) and I fielded several comments from other staff and patients about her attire. This doesn't directly affect patient care, however it was strange and overall gave me the sense that Stephanie was not 100% focused on being at work. Reports from her team members indicated that she seemed angry, cursing loudly in the team room in front of the students and within earshot of patients, and overall her behavior seemed to be escalating.

Last thursday she was present in the morning to do pre-rounds but was apparently sleepy and behaving strangely per the team. When it came time for rounds she was not present and not responding to calls, texts, or pages. Though I don't know the details, I know she has been going to a lot of medical appointments and has had some challenges recently, so I and the team became concerned she had gotten sick, even collapsed somewhere in the hospital which would explain her absence. Over the next hour or so, various members of the team and the chiefs literally walked around the hospital in a panic, opening doors to closets, bathrooms, stairwells, call rooms etc growing increasingly concerned about Stephanie's well-being. She was finally located asleep in a call room. When the chief resident found her she was apparently impaired/intoxicated. She has since stated that she was out drinking late the night before, and that morning had confused her ativan and ritalin and taken benzos accidentally prior to coming to work. She was clearly not fit/safe to be participating in patient care. She was sent home for the day after promising to see her therapist that afternoon, and asked not to return to the medicine service.

**DR. CATAPANO DECLARATION
EXHIBIT #52**     GWU 001580

Overall my concerns are a)that Stephanie is not emotionally or physically fit to be working and needs to take a leave of absence for her own safety and well-being, and b)that Stephanie is not currently fit to take care of patients and poses a significant risk to patient safety. I understand she has been going through a challenging time and this should be taken into consideration, but ultimately, if she is not safe to be taking care of patients right now she needs to be removed from the hospital until she gets treatment or counseling and is re-evaluated carefully and deemed safe. At this point I don't feel this has happened.

Please let me know if you have any questions or if I can help at all.
Thanks,
Suzanne

From: Jillian Catalanotti
Sent: Thursday, May 14, 2015 3:44 PM
To: Suzanne Chang; Wesley Fiser
Subject: Stephanie

Hi Suzanne.
I just spoke with Lisa Catapano regarding Stephanie's performance and that we are asking her to no longer work on medicine. Can you please send an email documenting what you told me this afternoon for her record?
Thank you!
Best,
Jill

Sent from my iPhone

2

GWU 001581


**THE GEORGE
WASHINGTON
UNIVERSITY**
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## Medical leave
6 messages

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>                    Mon, May 25, 2015 at 10:39 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Dear Dr. Catapano,

Good morning. Would you like to meet today?

Just to clarify my dates of leave,
Am I understanding correctly that I can move my vacation? It would be changed from June 21 to July 1 to be May 29 to
June 7. Therefore my medical leave will be from May 18 to May 28.

Also in regard to my making up medicine, five of the days I missed were scheduled days off due to my having too many
black weekends at the beginning of the month. Hopefully they took that into consideration.

Sent from my iPhone

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                    Tue, May 26, 2015 at 10:12 AM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>
Cc: "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>, Lori Kels <lkels@mfa.gwu.edu>, "Elizabeth L. Greene"
<elizabethlgreene@gmail.com>

Hi Stephanie,
Thanks for checking in yesterday ... I'm sorry I missed your email because it was a holiday.
I think the way the days have to be counted, you are on medical leave May 18 to June 7, and you are voluntarily giving
up your vacation days at the end of June. I can't have you mix your vacation days with your medical leave days.
Please let me know if you have any questions about that.
I haven't heard back from Medicine yet about the days you need to make up ... I will keep you in the loop on that
discussion.
Let's plan to check in again next Monday, although I'm very happy to hear from you sooner if you have any questions
about the above.
Take care of yourself,
LC


Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

-----Original Message-----
From: Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
Sent: Monday, May 25, 2015 10:40 AM
To: Lisa Catapano
Subject: Medical leave

Dear Dr. Catapano,

Good morning. Would you like to meet today?


**DR. CATAPANO DECLARATION
EXHIBIT #53**                    409

**Victoria H. Anderson**

From:          Stephanie Waggel <swaggel@gwmail.gwu.edu>
Sent:          Monday, June 01, 2015 1:51 PM
To:            Lisa Catapano
Subject:       Re: Medical leave

Dear Dr. Catapano,

I just wanted to check in. I went on a vacation to Italy with my friend from medicine Faryal and I am going to visit my family. My grandfather is having his 89th birthday party so I will be seeing many of my relatives. I am doing well. Have a nice day!


Stephanie

Sent from my iPhone

> On May 26, 2015, at 4:12 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:
>
> Hi Stephanie,
> Thanks for checking in yesterday ... I'm sorry I missed your email because it was a holiday.
> I think the way the days have to be counted, you are on medical leave May 18 to June 7, and you are voluntarily giving up your vacation days at the end of June.  I can't have you mix your vacation days with your medical leave days.  Please let me know if you have any questions about that.
>       ' haven't heard back from Medicine yet about the days you need to make up ... I will keep you in the loop on that
>     .cussion.
> Let's plan to check in again next Monday, although I'm very happy to hear from you sooner if you have any questions about the above.
> Take care of yourself,
> LC
>
>
> Lisa Catapano, MD, PhD
> Director, Residency Training Program
> Associate Professor of Psychiatry
> Department of Psychiatry
> George Washington University
> 2120 L Street NW
> Washington DC 20037
> (202) 741-2886
>
> -----Original Message-----
> From: Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
> Sent: Monday, May 25, 2015 10:40 AM
> To: Lisa Catapano
> Subject: Medical leave
>
     Dear Dr. Catapano,

> Good morning. Would you like to meet today?



**DR. CATAPANO DECLARATION
EXHIBIT #54**          GWU 001393

>
> Just to clarify my dates of leave,
> Am I understanding correctly that I can move my vacation? It would be changed from June 21 to July 1 to be May 29 to ne 7. Therefore my medical leave will be from May 18 to May 28.

> Also in regard to my making up medicine, five of the days I missed were scheduled days off due to my having too many black weekends at the beginning of the month. Hopefully they took that into consideration.
>
>
>
> Sent from my iPhone
>
>
> Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

GWU 001394

## Victoria H. Anderson

Hi Lisa,

I believe she is a week shy of finishing her 3 month medicine medicine requirement. Logistically, we would schedule her for a Mon-Sun one week period.

I'm not sure we can do that in July since the schedule is already made, but I do know that just as of yesterday we had to do some tweaking with the schedule in the first half of the year so this may have opened up some space.

Wes and Jess, can you pls see when you schedule Stephanie Waggle in for one wards week? Lisa - do you think she will be ready in July? I am a little nervous about her not being able to do it, so I admit that part of me is inclined to put her in a team as a third intern just in case, but that would not be a typical experience and I wold love to give one of my interns an extra elective week to make up for the coverage they had provided her.

Best,
Jill

nt from my iPhone

On Jun 1, 2015, at 4:30 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

> Hi Jill,
> I will have our Chiefs coordinate with yours to schedule Stephanie's make-up days, but I wanted to get from you how many days you think she owes you. It's my preference that she make them up immediately, meaning the very beginning of July, because that sends the clearest message to her that she needs to make up the work she was not able to do before she can move ahead with her PGYII year, but I also know there may be logistical considerations regarding when you can take her back, so we'll make it work however we can.
> Thanks!
>
> Lisa Catapano, MD, PhD
> Director, Residency Training Program
> Associate Professor of Psychiatry
> Department of Psychiatry
> George Washington University
> 2120 L Street NW
> Washington DC 20037
> (202) 741-2886



**DR. CATAPANO DECLARATION
EXHIBIT #55**

GWU 001579

**Victoria H. Anderson**

| | |
|---|---|
| .om: | Davis, Jessica <jessicadavis@email.gwu.edu> |
| **Sent:** | Thursday, June 04, 2015 5:04 PM |
| **To:** | Lisa Catapano; Jillian Catalanotti |
| **Cc:** | Jason Emejuru |
| **Subject:** | Re: Stephanie's make-up days |

Great! I will plan on that for now and we can check in to see how her early rotations go.
Jess

On Thu, Jun 4, 2015 at 4:40 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi Jess,

Thanks for your reply ... if we could arrange for Stephanie to be on your service for the week of August 3, that would be ideal, both with respect to Dr. Ayanian's coverage and also as it would work with the rest of her schedule. Let us know if that would work on your end.

LC

ⁱsa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

**From:** Davis, Jessica [mailto:jessicadavis@email.gwu.edu]
**Sent:** Thursday, June 04, 2015 3:36 PM
**To:** Lisa Catapano
**Cc:** Jason Emejuru

ubject: Re: Stephanie's make-up days

1

Of course. I got our hospitalist attending schedule today and I see that Dr. Ayanian is on service the week of July 13th. I think he and Stephanie had a good rapport so it would be great if that week works with her schedule so they could work together again.

Alternatively, he is also on service the week of August 3rd an July 6th. If none of those work, we can stick with the week of the 20th and put her with a different attending.

Thanks,
Jess

On Thu, Jun 4, 2015 at 3:20 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi Jess,

Thanks very much for working with us on this. We're going to confirm that this schedule will work with the site where Stephanie will otherwise be in July, and get back to you asap. I agree with your plan to have us check in with you ahead of time to ensure that she's up to speed.

Thanks again.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

**From:** Davis, Jessica [mailto:jessicadavis@email.gwu.edu]
**Sent:** Tuesday, June 02, 2015 4:49 PM
**To:** Lisa Catapano
**Cc:** Jillian Catalanotti; Wesley Fiser; Jason Emejuru; GW IMChiefs

**From:** Stephanie Waggel <swaggel@gmail.gwu.edu>
**Sent:** Friday, June 05, 2015 2:30 PM
**To:** Lisa Catapano
**Subject:** Re: Medical leave

Dear Dr. Catapano,

My week was beautiful and relaxing. I just wanted you to know I've been trying to find info about my shift on Monday. If I don't hear anything I will go in at 7 as scheduled prior.

Thank you,
Stephanie

Sent from my iPhone

> On Jun 1, 2015, at 3:55 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:
>
> HI Stephanie,
> Thank you for checking in. I am glad to hear you are doing well.  I hope you are taking good care of yourself and getting yourself to a place where you will be in your best shape to return to work in a couple of weeks.
> Warmly,
>
> Lisa Catapano, MD, PhD
> Director, Residency Training Program
> Associate Professor of Psychiatry
> Department of Psychiatry
> George Washington University
> 2120 L Street NW
> Washington DC 20037
> (202) 741-2886
>
> -----Original Message-----
> From: Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
> Sent: Monday, June 01, 2015 1:51 PM
> To: Lisa Catapano
> Subject: Re: Medical leave
>
> Dear Dr. Catapano,
>
> I just wanted to check in. I went on a vacation to Italy with my friend from medicine Faryal and I am going to visit my family. My grandfather is having his 89th birthday party so I will be seeing many of my relatives. I am doing well. Have a nice day!
>
> Stephanie
>
> Sent from my iPhone
>
>> On May 26, 2015, at 4:12 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

**DR. CATAPANO DECLARATION**
**EXHIBIT #56**

GWU 001390

From: **Lisa Catapano** <lcatapano@mfa.gwu.edu>
Date: Mon, Jun 8, 2015 at 4:07 PM
Subject: Personal Psychotherapy for Residents
To: Lynsey Tamborello <lpt@gwu.edu>, Carrie Lewis <ccl2116@gmail.com>, John Tarim
<john.tarim@med.einstein.yu.edu>, Lisa Adler <ladler10@gmail.com>, Monika Karazja
<karazja@hotmail.com>, Stephanie Waggel <swaggel@gwmail.gwu.edu>, TJ Price <tj.g.price@gmail.com>,
Bruce Shaver <tbshaver@gwu.edu>, Gathi Abrahan <gabraham@gwu.edu>, Karen Wooten
<kwooten@gwu.edu>, Linda Ojo <lojo@gwmail.gwu.edu>, Ross Goodwin <rgoodwin@gwu.edu>, Sally He
<she517@gmail.com>, Stefani Reinold <stefani.reinold@gmail.com>, Stephanie Cho
<stephanie_cho@gwu.edu>, "Darlinda K. Minor" <dkminor@email.gwu.edu>, Fatima Noorani
<fnoorani@gwu.edu>, Jason Emejuru <jemejuru@gwu.edu>, Nicole Nguyen <nicolephuong@gwu.edu>,
Pooja Lakshmin <plakshmin@gmail.com>, Rushi Vyas <rhvyas@gwu.edu>, Amanda Holloway
<ahollowa@gwu.edu>, Elizabeth Greene <elgreene@gwu.edu>, Jenny Lee Yi <jennylee@gwmail.gwu.edu>,
Michael Morse <mmorse1@gwu.edu>, Veronica Slootsky <slootsky@gwu.edu>
Cc: "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>, Eindra Khin Khin <ekhinkhin@mfa.gwu.edu>, Lori
Kels <lkels@mfa.gwu.edu>


Dear all,


The feedback from the retreat included a request that we clarify the options our residents have for reduced fee
or GME-subsidized psychotherapy. I am attaching the most up-to-date version of our policy on Personal
Psychotherapy to this email, which includes a section on "Accessing Psychotherapy," but let me paraphrase the
relevant points here:


1.   The GME office will cover one intake session and four follow up sessions for any resident who has an
acute and serious psychiatric issue. The Program Director must alert the GME office to the severity of the
problem and urgent necessity for treatment in order for a resident to be eligible. The program is offered to all
residents at GW - residents from other disciplines are referred to providers in our department (who agree to
accept a reduced fee paid for by the GME office). For confidentiality reasons, we have arranged for residents in
our department to be referred to an approved outside provider who is willing to accept the reduced rates. This is
usually referred to by residents as "free therapy" but it is time-limited and must qualify in terms of acuity.

2.   For our psychiatry residents only, we have a list of providers from the Washington Psychoanalytic who are
willing to see trainees for psychotherapy at reduced fees. Dr. David Joseph (202-265-3334) serves as the point



**DR. CATAPANO DECLARATION
EXHIBIT #57**          GWU 003444

person for this program. Residents may contact him directly to ask for assistance in identifying an available psychotherapist who is willing to see them for a negotiated fee.


I'm happy to answer any further questions about this …

LC


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

GWU 003445

June 1, 2015

MEMORANDUM

TO:     All Psychiatry Residents

FROM:   Dr. Lisa Catapano
        Director, Residency Training Program

        Dr. James Griffith
        Chairman, Department of Psychiatry and Behavioral Sciences

RE:     Residency Policy on Personal Psychotherapy

        Personal psychotherapy is generally recommended for all psychiatry residents in the GW Psychiatry Residency as an important dimension of professional training. In addition, faculty members sometimes also recommend psychotherapy to a resident to address a specific problem that has been identified during supervision. Further, the program director can make personal psychotherapy a formal requirement for continuing training when work performance is being adversely affected by personal psychological issues or a psychiatric disorder. Personal psychotherapy thus can be recommended either for the realization of one's full potential as a psychotherapist or as a needed remedy for personal problems or problems in professional development.

        These different rationales can make a recommendation for psychotherapy confusing for residents. The purpose of this memorandum is to clarify residency policies regarding the role of personal psychotherapy during residency.

*Why Personal Psychotherapy is an Important Component of Psychiatric Training*

        The practice of psychiatry requires communicational and relational capabilities that are unique among the medical disciplines. Unlike internists or surgeons, the competency of a psychiatrist rests upon his or her capabilities for:

- Accurately distinguishing patients' emotional states with a high degree of specificity;
- Making objective observations about a patient's or family's behaviors while simultaneously sustaining an empathic dialogue;
- Continuously integrating information from multiple domains that are dissimilar in kind— physiological, psychological, social, cultural perspectives for understanding patients and their problems;
- Communicating effectively with distressed patients who feel angry, afraid, ashamed, or humiliated;



**DR. CATAPANO DECLARATION
EXHIBIT #58**

GWU 003446

- Utilizing one's self therapeutically even when the psychiatrist himself or herself is experiencing significant levels of distressing emotions.

Residency programs that most emphasize the importance of personal psychotherapy are usually those that prioritize skills for building therapeutic alliances, working collaboratively, and utilizing self in the therapeutic process. It is difficult to work empathically and collaboratively with a patient when the psychiatrist has become anxious due to his or her own emotional responses, or when the psychiatrist's beliefs, attitudes, or worldview have limited the psychiatrist's awareness of a patient's complexity as a person. For these reasons, personal psychotherapy has been long regarded as an essential element of training in psychodynamic psychotherapy.

*When Clinical Supervisors Recommend Personal Psychotherapy*

Clinical supervisors have a responsibility to help residents identify and resolve problems in any of the above areas through formal and informal feedback. The above listed attributes of a competent psychiatrist can be translated into residency training objectives:
- Perceiving accurately patients' emotional states;
- Sustaining empathic relationships with patients;
- Communicating effectively with emotionally distressed patients;
- Making biopsychosocial formulations informed by an accurate assessments of patients' experiences;
- Avoiding acting out of countertransferential feelings and thoughts when responding to patients;
- Coping effectively with emotional distress in one's personal life, such that there are no adverse impacts upon therapeutic capabilities.

Clinical supervisors can recommend personal psychotherapy as a method for furthering clinical capabilities in any of these areas.

*When Personal Psychotherapy is Formally Recommended or Required by the Program Director*

Personal psychotherapy can be formally recommended by the program director. In some situations, psychotherapy can be specified as a requirement for continued training:
- Behaviors that Fail to Meet Program Standards for Professional Practice—A resident is expected to secure appropriate care for one's physical and mental well-being as is necessary to provide good care for patients and to interact appropriately with colleagues. Even without a diagnosable psychiatric disorder, a resident can respond to stress in a manner that falls short of appropriate expectations for professional conduct. Some of these include:
  1) Failing to monitor how one's own emotional state is adversely impacting treatment of patients;
  2) Acting out towards a patient one's negative countertransferential

GWU 003447

feelings or thoughts;
   3) Failing to manage the usual duties of residency because one has
      become too emotionally over-burdened.
- Psychiatric Disorder Compromising Professional Competencies— A resident is
  expected to obtain needed treatment for a psychiatric or medical disorder that
  adversely impacts clinical competencies. This treatment can sometimes include
  psychotherapy.

*Accessing Psychotherapy*

   A resident with a medical or psychiatric disorder is responsible for obtaining
psychiatric or medical treatment needed to prevent symptoms of the disorder from
adversely affecting his or her professional performance. The program director may point
out concerns to a resident and recommend (or require) a psychiatric or medical
evaluation. Should this occur, it is the resident's responsibility:
- To obtain needed medical or psychiatric evaluations and any subsequent
  treatment;
- To provide to the program documentation from medical or psychiatric evaluations
  as needed to assist the program in determining whether special accommodations
  for the medical or psychiatric disorder are warranted.

   When a resident is mandated by the Program Director to receive urgent psychiatric
care in response to an acute behavioral or professional issue, the resident may be eligible
to access GME-subsidized psychiatric care. This program is available to all GWUH
residents, from all departments, and entitles the resident to one intake and four follow-up
sessions with a GME-approved psychiatrist, paid for by the GME office. For residents in
any department (including ours), the Program Director is required to alert the GME office
to the urgent necessity of the treatment in order to be eligible. Psychiatric residents
accessing care through this program will be referred to a designated outside provider (in
contrast to residents from other specialties, who are referred to faculty members within
our department) in order to maintain an appropriate level of confidentiality.

   In addition to the above, residents in the Department of Psychiatry have access to
reduced fee psychotherapy. The Washington Center for Psychoanalysis maintains a list
of therapists who volunteer to see residents in their practice for negotiated fees. Dr.
David Joseph (202-265-3334) serves as the point person for residents accessing a
therapist through the Center. Residents may contact him directly and ask him to help
them identify an available psychotherapist who is willing to see them for a reduced fee.

*Scheduling Psychotherapy Sessions during the Work Week*

   The Program Director encourages clinical supervisors to coordinate schedules
with residents that permit psychotherapy appointments during the work week. However,
personal psychotherapy does not substitute for or reduce other training requirements.
Residents are not permitted to miss clinical conferences, rounds, or clinical supervisions
to attend psychotherapy sessions.

**From:** elizabethilevine@gmail.com on behalf of Elizabeth L. Greene [elizabethlgreene@gmail.com]
**Sent:** Wednesday, June 10, 2015 12:32 PM
**To:** Lisa Catapano
**Cc:** Victoria H. Anderson; Lori Kels; Eindra Khin Khin
**Subject:** Re: Stephanie

Yup -- I spoke to EM again at 10:15 and to Stephanie at 10:20 and relayed this exact message to Tory. I (along with EM) already told her that this is unacceptable behavior and that she needs to notify someone if she can't come in or is running late. I told her that if she can't get in touch with the people on her rotation, then her next stop is me.

Elizabeth

On Wed, Jun 10, 2015 at 12:29 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

They finally reached her after 9:00. She said she hadn't been feeling well but hadn't called anyone to make arrangements for coverage. I think the result of the phone call is that she's coming in for the rest of her shift today, but either way it's unacceptable. Elizabeth, would you try to speak to her sometime today or tomorrow? Then I will meet with her.

Thanks,

LC


Lisa Catapano, MD, PhD

Program Director

Associate Professor of Psychiatry

George Washington University

2120 L Street, NW

Washington DC 20037

202-741-2886

**From:** Victoria H. Anderson
**Sent:** Wednesday, June 10, 2015 9:08 AM
**To:** Elizabeth L. Greene; Lisa Catapano; Lori Kels; Eindra Khin Khin
**Subject:** RE: Stephanie

The EM got in touch with Dr. Samenow this morning, who in turn called me around 8:15am to let me know that Stephanie did not show up.



DR. CATAPANO DECLARATION
EXHIBIT #59

GWU 001440

I called Stephanie around 8:30am and left a message.

Since I have not heard from EM, I'm hoping she arrived....

**Tory Anderson**
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

**From:** Elizabeth L. Greene [mailto:elizabethlgreene@gmail.com]
**Sent:** Wednesday, June 10, 2015 9:06 AM
**To:** Lisa Catapano; Lori Kels; Eindra Khin Khin; Victoria H. Anderson
**Subject:** Fwd: Stephanie

FYI. Just spoke with EM chief. She is about to call Stephanie. I will keep you posted.

Elizabeth

Sent from my iPhone

Begin forwarded message:

> **From:** GW EM Chiefs 2014 <2014gwemchiefs@gmail.com>
> **Date:** June 10, 2015 at 8:08:09 AM EDT
> **To:** Elizabeth Greene <elizabethlgreene@gmail.com>
> **Subject: Stephanie**
>
> Did not show up for her 7am shift this morning. I need to get in touch with her ASAP. Can you call me? 202-309-1635
>
> --
> Paige Armstrong, Katie Byrd, and Liz Phillips
> GW Emergency Medicine Chiefs 2014

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

--
Elizabeth L. Greene, M.D.
George Washington University Hospital

cell: 202-577-9560

GWU 001441

 **Gmail**                                        Stephanie Waggel <sewaggel@gmail.com>

## Meeting
8 messages

**sewaggel@gmail.com** <sewaggel@gmail.com>                    Thu, Jun 11, 2015 at 7:23 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Good morning Dr. Catapano,

I was wondering if we could meet today after four or any time tomorrow to talk about scheduling as I just learned
yesterday I need a nephrectomy sooner rather than later. Dr. Jarrett (chair of urology) said I should only need about two
weeks off. Just let me know when you are free thanks so much!

Sent from my iPhone

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                      Thu, Jun 11, 2015 at 9:46 AM
To: "sewaggel@gmail.com" <sewaggel@gmail.com>

Hi Stephanie,
Okay. We could speak by phone today at around 4:45, or tomorrow morning between 9 and 10. Let me know which is
better for you.


Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

——Original Message——
From: sewaggel@gmail.com [mailto:sewaggel@gmail.com]
Sent: Thursday, June 11, 2015 7:23 AM
To: Lisa Catapano
Subject: Meeting

Good morning Dr. Catapano,

I was wondering if we could meet today after four or any time tomorrow to talk about scheduling as I just learned
yesterday I need a nephrectomy sooner rather than later. Dr. Jarrett (chair of urology) said I should only need about two
weeks off. Just let me know when you are free thanks so much!

Sent from my iPhone

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying
of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible
for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call
(202) 741-3636 and destroy the original message and all copies.

**sewaggel@gmail.com** <sewaggel@gmail.com>                    Thu, Jun 11, 2015 at 9:53 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

4:45 today sounds good thank you!

Sent from my iPhone

**DR. CATAPANO DECLARATION
EXHIBIT #60**

 Gmail                                    Stephanie Waggel <sewaggel@gmail.com>

## July 1-8
4 messages

**sewaggel@gmail.com** <sewaggel@gmail.com>                    Tue, Jun 16, 2015 at 5:34 PM
To: "2014gwemchiefs@gmail.com" <2014gwemchiefs@gmail.com>
Cc: Jason Emejuru <jemejuru@gwu.edu>, Lisa Catapano <lcatapano@mfa.gwu.edu>

Hello Emed Chiefs!

I am getting a nephrectomy the second week of July and I was wondering if I can finish the one week of emed I have left
during the first week in July before my surgery. I am on the rotation right now but I'm not sure what the schedule is like
in July. Thank you for your time.

Stephanie

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                    Wed, Jun 17, 2015 at 10:04 AM
To: "sewaggel@gmail.com" <sewaggel@gmail.com>, "2014gwemchiefs@gmail.com" <2014gwemchiefs@gmail.com>
Cc: Jason Emejuru <jemejuru@gwu.edu>

Emed chiefs - you may disregard the email below.

Stephanie,
Please contact Jason, our Chief, to work out your schedule. We will need to make arrangements for your medical leave
first, and then determine the rest of your schedule.
Please call him today so we can started with the planning.

Thank you.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

-----Original Message-----
From: sewaggel@gmail.com [mailto:sewaggel@gmail.com]
Sent: Tuesday, June 16, 2015 5:35 PM
To: 2014gwemchiefs@gmail.com
Cc: Jason Emejuru; Lisa Catapano
Subject: July 1-8

Hello Emed Chiefs!

I am getting a nephrectomy the second week of July and I was wondering if I can finish the one week of emed I have left
during the first week in July before my surgery. I am on the rotation right now but I'm not sure what the schedule is like
in July. Thank you for your time.

Stephanie

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain

**DR. CATAPANO DECLARATION
EXHIBIT #61**

information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

---

**Jason** <jemejuru@gmail.com>         Wed, Jun 17, 2015 at 10:14 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>
Cc: "sewaggel@gmail.com" <sewaggel@gmail.com>, Lori Kels <lkels@mfa.gwu.edu>

Hi Dr. C,

Apologies for the confusion. Stephanie and I discussed her plans over the phone on Monday evening. She told me she would like to plan to take medical leave in mid-July and would like to complete the remainder of her EM rotation the first week of July and then complete her IM rotation that first week in August.

I was going to mention this during next weeks admin meeting, but now realize I should have email you about this before.

Let me know what you think,

Jason

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences
George Washington University
2120 L street NW suite 600
Washington DC 20037
202-630-4273
jemejuru@gwu.edu

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences
George Washington University

> On Jun 17, 2015, at 10:04 AM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:
>
> Emed chiefs - you may disregard the email below.
>
> Stephanie,
> Please contact Jason, our Chief, to work out your schedule. We will need to make arrangements for your medical leave first, and then determine the rest of your schedule.
> Please call him today so we can started with the planning.
>
> Thank you.
>
> Lisa Catapano, MD, PhD
> Director, Residency Training Program
> Associate Professor of Psychiatry
> Department of Psychiatry
> George Washington University
> 2120 L Street NW
> Washington DC 20037
> (202) 741-2886
>
> -----Original Message-----
> From: sewaggel@gmail.com [mailto:sewaggel@gmail.com]
> Sent: Tuesday, June 16, 2015 5:35 PM
> To: 2014gwemchiefs@gmail.com
> Cc: Jason Emejuru; Lisa Catapano
> Subject: July 1-8
>
> Hello Emed Chiefs!
>
> I am getting a nephrectomy the second week of July and I was wondering if I can finish the one week of emed I have

left during the first week in July before my surgery. I am on the rotation right now but I'm not sure what the schedule is like in July. Thank you for your time.
>
> Stephanie
>
>
>
>
> Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**GW EM Chiefs 2014** <2014gwemchiefs@gmail.com>                    Wed, Jun 17, 2015 at 11:01 AM
To: "sewaggel@gmail.com" <sewaggel@gmail.com>
Cc: Jason Emejuru <jemejuru@gwu.edu>, Lisa Catapano <lcatapano@mfa.gwu.edu>

Thanks all.
Stephanie- your rotation with us ends on 6/30. Let us know if you have any questions about the schedule during that time.
PKL

On Tuesday, June 16, 2015, <sewaggel@gmail.com> wrote:
> Hello Emed Chiefs!
>
> I am getting a nephrectomy the second week of July and I was wondering if I can finish the one week of emed I have left during the first week in July before my surgery. I am on the rotation right now but I'm not sure what the schedule is like in July. Thank you for your time.
>
> Stephanie

--
Paige Armstrong, Katie Byrd, and Liz Phillips
GW Emergency Medicine Chiefs 2014

From: **Emejuru, Jason** <jemejuru@email.gwu.edu>
Date: Mon, Jun 22, 2015 at 2:00 PM
Subject: Fwd: Psychiatry Intern - IM make up
To: Lisa Catapano <lcatapano@mfa.gwu.edu>, Eindra Khin Khin <khinkhin@email.gwu.edu>, Lori Kels <lkels@mfa.gwu.edu>, Darlinda Minor <darlinda.minor@gmail.com>, Elizabeth Greene <elizabethlgreene@gmail.com>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>

Hi All,

Would this be a good time for Stephanie to make up IM.

Jason
---------- Forwarded message ----------
From: **Davis, Jessica** <jessicadavis@email.gwu.edu>
Date: Mon, Jun 22, 2015 at 1:57 PM
Subject: Re: Psychiatry Intern - IM make up
To: "Emejuru, Jason" <jemejuru@email.gwu.edu>

Hi Jason,

Dr. Ayanian has a week in July as well so Stephanie will be on the green team from 7/13 - 7/19, with 7/19 as her day off.

Thanks,
Jess

On Mon, Jun 22, 2015 at 1:34 PM, Emejuru, Jason <jemejuru@email.gwu.edu> wrote:
Hi Jessica,

We have received word from Stephanie Waggel that she will take medical leave for her elective surgery on July 20th. Since there is finally a set date, Stephanie and our administration would prefer if she made up her 1 week of IM during the 2nd or 3rd week in July (i.e July 13th-19th).

Would this be possible?

Jason

--
Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences

1



DR. CATAPANO DECLARATION
EXHIBIT #62          GWU 003567

| | |
|---|---|
| ᴏm: | Emejuru, Jason <jemejuru@email.gwu.edu> |
| ᴉent: | Monday, June 22, 2015 5:33 PM |
| To: | Lisa Catapano |
| Subject: | Fwd: Psychiatry Intern - EM Make-up |

---------- Forwarded message ----------
From: **GW EM Chiefs 2014** <2014gwemchiefs@gmail.com>
Date: Mon, Jun 22, 2015 at 3:41 PM
Subject: Re: Psychiatry Intern - EM Make-up
To: "Emejuru, Jason" <jemejuru@email.gwu.edu>

Sounds like you have worked something out with the new cheifs to get her in during the first week in July.
Stephanie has been doing failrly well in the ED. She is very receptive to feedback and has been asking for help
when she needs it. While we do note some slight deficiencies in her clinical knowledge, overall she has been
open to teaching and has been doing just fine.
Katie

Paige Armstrong, Katie Byrd, and Liz Phillips
   W Emergency Medicine Chiefs 2014

Ɔn Mon, Jun 22, 2015 at 1:55 PM, Emejuru, Jason <jemejuru@email.gwu.edu> wrote:
   Hi Katie,

   Our PD would prefer that she make up the week for her own educational benefit.
   Also, we would like to know how she has been doing in the ED overall? Would you be able to provide that
   assessment?

   Jason

   On Mon, Jun 22, 2015 at 1:45 PM, GW EM Chiefs 2014 <2014gwemchiefs@gmail.com> wrote:
   Hi Jason
   I was told that her rotation was going to end on the 30th. I know her rotation is only 3 weeks, but from our
   perspective that is fine. Does she need to make the extra week up for ACGME?
   Katie

   On Monday, June 22, 2015, Emejuru, Jason <jemejuru@email.gwu.edu> wrote:
      Dear EM Chiefs,

      We have received word from Stephanie Waggel that she will take medical leave for her elective surgery on
      July 20th. Stepahnie and our administration would prefer if she made up her 1 week of EM during the first
      week in July (i.e July 1st-7th).
      Would this be possible?



**DR. CATAPANO DECLARATION
EXHIBIT #63**          GWU 001571

Take care,

Jason

--

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences
George Washington University
2120 L Street NW Suite 600
Washington DC 20037
T: 202-630-4273

---

Paige Armstrong, Katie Byrd, and Liz Phillips
GW Emergency Medicine Chiefs 2014

---

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences
George Washington University
2120 L Street NW Suite 600
Washington DC 20037
T: 202-630-4273

--

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences
George Washington University
2120 L Street NW Suite 600
Washington DC 20037
T: 202-630-4273

GWU 001572

**Victoria H. Anderson**

Hello all,

See below. It looks like we will be able to have Stephanie complete her ED rotation July 1-7th and then her IM from July 13th - 19th (with the 19th off). She will then be able to go on medical leave July 20th - Aug 3rd. Hopefully all goes well with everything so she can return to her regularly scheduled CL rotation in August. She could also help out on 6 south July 8th-10th to fill that void.

Please let me know what you think so I can forward this to Stephanie.

Jason

---------- Forwarded message ----------
From: **Chief Email** <2015gwemedchiefs@gmail.com>
Date: Mon, Jun 22, 2015 at 2:42 PM
Subject: Re: Psychiatry Intern - EM Make-up
o: "Emejuru, Jason" <jemejuru@email.gwu.edu>
c: "2014gwemchiefs@gmail.com" <2014gwemchiefs@gmail.com>

That shouldn't be a problem. You happened to catch me while I was working on our July schedule problems with our leadership. That would certainly help.

Ryan

Sent from my iPhone

> On Jun 22, 2015, at 13:33, Emejuru, Jason <jemejuru@email.gwu.edu> wrote:
>
> Dear EM Chiefs,
>
> We have received word from Stephanie Waggel that she will take medical leave for her elective surgery on July 20th. Stephanie and our administration would prefer if she made up her 1 week of EM during the first week in July (i.e July 1st-7th).
> Would this be possible?
>
> Take care,
>
   Jason



**DR. CATAPANO DECLARATION
EXHIBIT #64**

GWU 001569

From: **Lisa Catapano** <lcatapano@mfa.gwu.edu>
Date: Tue, Jun 23, 2015 at 10:52 AM
Subject: RE: Psychiatry Intern - EM Make-up
To: "Emejuru, Jason" <jemejuru@email.gwu.edu>, Eindra Khin Khin <khinkhin@email.gwu.edu>, Lori Kels
<lkels@mfa.gwu.edu>, Darlinda Minor <darlinda.minor@gmail.com>, Elizabeth Greene
<elizabethlgreene@gmail.com>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>


Agreed. I think that sounds like a good plan.

Thanks, Jason.

LC


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


**From:** Emejuru, Jason [mailto:jemejuru@email.gwu.edu]
**Sent:** Monday, June 22, 2015 5:32 PM
**To:** Lisa Catapano; Eindra Khin Khin; Lori Kels; Darlinda Minor; Elizabeth Greene; Victoria H. Anderson
**Subject:** Fwd: Psychiatry Intern - EM Make-up


Hello all,



**DR. CATAPANO DECLARATION EXHIBIT #65**

GWU 003449


THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## EM/IM rotation make up in July

1 message

**Jason Emejuru** <jemejuru@gmail.com>　　　　　　　　　　　Tue, Jun 23, 2015 at 1:01 PM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>
Cc: Chief Email <2015gwemedchiefs@gmail.com>, "Davis, Jessica" <jessicadavis@email.gwu.edu>, "Dr. Lisa Catapano"
<lcatapano@mfa.gwu.edu>, "Dr. Eindra Khin Khin" <ekhinkhin@mfa.gwu.edu>, Lori Kels <lkels@mfa.gwu.edu>, Darlinda
<darlinda.minor@gmail.com>, Elizabeth Greene <elizabethlgreene@gmail.com>, "Victoria H. Anderson"
<vhanderson@mfa.gwu.edu>

Hi Stephanie,

Hope you are well! I wanted to let you know you are scheduled to rotate through **EM July 1st-7th.** Ryan (EM Chief cc'd
on email) will provide your exact schedule for you.
You will rotate through **IM** the week of **July 13th-19th** (with the 19th as your day off) on the **Green team** under Dr.
Ayanian.

Be aware that you may possibly rotate through the 6 south psych inpatient service **July 8th-10th** in between your EM/IM
rotations.

Take care and let me know if you have any questions,

Jason

–
Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences
George Washington University

**DR. CATAPANO DECLARATION**
**EXHIBIT #66**

_1805f　　　　　435　　　1/1

| | |
|---|---|
| From: | Colleen Roche |
| Sent: | Wednesday, June 24, 2015 12:41 PM |
| To: | Lisa Catapano |
| Subject: | Re: SW Letter of Deficiency |

Yes, that is correct.

Just so you know, she is struggling a lot clinically in the ED. I know that the practice of EM is a lot different than the practice of psychiatry, but her clinical knowledge/practice is not up to par with what we would expect from an intern. I am not sure how that information translates to you, but you should know. I will try to get you more specifics, but I have received multiple comments about her poor clinical performance. I worked in the ED with her yesterday, but she was being covered by another attending. She seemed to want to do a good job, but my sense is that she was so far behind because she was limited by her clinical knowledge.

Let me know if I can help in any way, but I can see that she is not going to be an easy learner...
C

Colleen N. Roche, MD
Residency Program Director, Department of Emergency Medicine
Practice of Medicine IV Course Coordinator
The George Washington School of Medicine and Health Sciences
202-741-2906

---

**From:** Lisa Catapano
**Sent:** Wednesday, June 24, 2015 12:25 PM
**To:** Colleen Roche
**Subject:** SW Letter of Deficiency

Hi Colleen,
I am writing a Letter of Deficiency for Stephanie to address the issue of her not showing up for work 2 weeks ago. Would you please fact-check the paragraph below?
Thank you ....

According Dr. Colleen Roche, attending physician in the Emergency Department, you were scheduled to work in the ED on June 10 starting at 7:00 am. Based on conversations you had had the previous day with ED residents, Dr. Roche understood you to be aware of your shift assignment. You did not come to work at 7:00 am that day as expected, and for the next two hours, members of the ED attempted to reach you by phone. You did not answer your phone or return their calls. You had not alerted anyone in the ED (nor anyone in the Department of Psychiatry) that you were not planning to come to work that day. According to Dr. Roche, when you were finally reached by phone, you stated you were not feeling well and decided not to come to work. You did not acknowledge that you had not followed any reasonable procedure to alert the ED and make arrangements to cover your absence. In the end, you agreed to, and ... come into work for the rest of your shift that day.

1


**DR. CATAPANO DECLARATION**
**EXHIBIT #67**

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

GWU 001205

| | |
|---|---|
| **From:** | Lisa Catapano |
| **Sent:** | Tuesday, June 30, 2015 1:37 PM |
| **To:** | Allen Dyer; Crone, Cathy; Eindra Khin Khin; Lori Kels; Victoria H. Anderson; Lorenzo Norris |
| **Subject:** | CCC: letter of deficiency for SW |
| **Attachments:** | SW Letter of Deficiency 6.30.15.docx |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Dear CCC members:

On behalf of our committee, I have drafted a letter of deficiency for Stephanie Waggel to address her recent professionalism deficiencies. I have sent it to the GME office for review and hope to present it to her in the next week or two.

I would be happy to hear your comments.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

June 30, 2015

Dear Dr. Waggel,

On behalf of our Clinical Competency Committee, we are sending you this Letter of Deficiency to address your professional behavior on June 10, 2015 which fell short of the standard we expect in our Psychiatry Residency Program.

According Dr. Colleen Roche, attending physician in the Emergency Department, you were schedule to work a shift on June 10 starting at 7:00 am. Based on conversations you had had the previous day with ED residents, Dr. Roche understood you to be aware of your shift assignment. You did not come to work at 7:00 am, and for approximately two hours, members of the ED attempted to reach you by phone. You did not answer your phone or return their calls. You had not alerted anyone in the ED (nor anyone in the Department of Psychiatry) that you were not planning to come to work that day. According to Dr. Roche, when you were finally reached by phone, you stated you were not feeling well and decided not to come to work as a result. You did not acknowledge that, if you were in fact planning to take a sick day, you had not followed any reasonable procedure to alert the ED and make arrangements to cover your absence. In the end, you agreed to, and did, come into work for the rest of your shift that day.

This event demonstrates deficiencies in (1) Professionalism, and (2) Systems-Based Practice.

(1) Professionalism: Not arriving at the time you are expected to report to work, not alerting the ER chiefs or attendings or your tardiness or absence, and not taking responsibility for this lapse, for example, by acknowledging the inconvenience you caused in the ED that morning, are examples of poor professional behavior.
(2) Systems-Based Care: Not taking the proper steps to alert others of your tardiness or absence indicates a lack of understanding about how the ED operates, and its dependence on your reliability and promptness.

In order to succeed in this residency program, you are expected to exhibit professional behavior, which includes, at minimum, reporting for duty when scheduled, and taking appropriate measures to alert co-workers and make arrangements for coverage if it is absolutely necessary to be tardy or absent. You are also expected to work in complex systems of care and to communicate effectively with co-workers.

GWU 002827

To address the deficiencies outlined above, you will be assigned to take part in a remediation program with Dr. Allen Dyer, Vice-Chair for Education in the Department of Psychiatry. Within two weeks of receiving this letter (excluding time off for medical leave), you must set up a meeting with Dr. Dyer. Dr. Dyer will outline your plan of remediation and keep me informed of your participation and progress.

Regarding your overall performance during the course of the year, the CCC recognizes your obvious dedication to your work and significant capacity to form positive and productive relationships with co-workers. It is noted that your deficiencies have surfaced at a time when you are struggling with a personal medical issue. However, your difficulty managing your responsibilities and appropriately handling your absences ultimately impede your ability to deliver proper care to your patients and work within our system of care. Given your work ethic and dedication to patient case, we expect that with attention to these concerns you will successfully be able to remediate these deficiencies and progress in our training program.

_____

Dr. Lisa Catapano

Residency Training Director

_____

Dr. Stephanie Waggel

PGYI resident

_____

Dr. Lori Kels

Associate Residency Training Director

GWU 002828

**Victoria H. Anderson**

From: Crone, Cathy <Cathy.Crone@inova.org>
Sent: Tuesday, June 30, 2015 5:03 PM
To: Lisa Catapano
Subject: Re: CCC: letter of deficiency for SW

Hi Lisa-

The initial sentence referring to what Dr. Roche related should say scheduled instead of schedule.

Just as an FYI, I had heard of issues with her on the inpatient psychiatry rotation with us, but felt I hear heard them too late to really be able to act on them. They had to do with her having a disrespectful attitude toward her attending - telling her which pt she would work with instead of being assigned pts by the attending and also exhibiting a "know it all attitude" at journal club in which she would refer to what she did with certain types of patients as if she had a large body of experience. The latter behavior was noted by Yu Dong who was taken aback by it. Again, I learned about these too late and the input attending did not alert me or document it.

-Cathy

Sent from Windows Mail

From: 'Lisa Catapano'
Sent: Tuesday, June 30, 2015 1:38 PM
To: 'Allen Dyer', Cathy Crone, 'Eindra Khin Khin', Lori Kels, 'Victoria H. Anderson', 'Lorenzo Norris'

Dear CCC members:
On behalf of our committee, I have drafted a letter of deficiency for Stephanie Waggel to address her recent professionalism deficiencies. I have sent it to the GME office for review and hope to present it to her in the next week or two.
I would be happy to hear your comments.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

1



**DR. CATAPANO DECLARATION
EXHIBIT #69**

Waggel I&C 13038
GWU 001203



THE GEORGE
WASHINGTON
UNIVERSITY
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## checking in
3 messages

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                                    Thu, Jul 9, 2015 at 3:54 PM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>

Hi Stephanie,

I'm just checking in to see how everything is going with you and your health. I know your surgery is coming up in a little more than a week.

I don't know if we'll have time to meet before you leave, because I know you have a busy week of Medicine coming up. When you're ready to come back, we should meet to go over evaluations, complete your 6 month evaluation, clarify your graduation date (once we know how long you'll be out on leave), etc. Also, you will be getting a letter of deficiency for the day you were late for your ER shift. This letter documents what happened that day, according to Dr. Roche and the professional standards set by the GME office, and will ask you to meet with Dr. Dyer to review what happened and how things could have been handled better. This letter is not reportable, meaning that no board or future employer will ever see or know about it, as long as the issue is dealt with and not repeated.

If you have questions about that or want to try time to talk next week, I'm happy to do that. In the meantime, take good care of yourself.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>                               Thu, Jul 9, 2015 at 6:32 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Dear Dr. Catapano,

Thank you for checking in. We can meet whenever you have time but I should probably not miss any of my medicine time though. I have a doctor's excuse for that day and I will be happy to talk about it with Dr. Dyer after my surgery. Have a nice evening.

**DR. CATAPANO DECLARATION**
**EXHIBIT #70**

689

Stephanie

Sent from my iPhone

On Jul 9, 2015, at 3:54 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi Stephanie,

I'm just checking in to see how everything is going with you and your health. I know your surgery is coming up in a little more than a week.

I don't know if we'll have time to meet before you leave, because I know you have a busy week of Medicine coming up. When you're ready to come back, we should meet to go over evaluations, complete your 6 month evaluation, clarify your graduation date (once we know how long you'll be out on leave), etc. Also, you will be getting a letter of deficiency for the day you were late for your ER shift. This letter documents what happened that day, according to Dr. Roche and the professional standards set by the GME office, and will ask you to meet with Dr. Dyer to review what happened and how things could have been handled better. This letter is not reportable, meaning that no board or future employer will ever see or know about it, as long as the issue is dealt with and not repeated.

If you have questions about that or want to try time to talk next week, I'm happy to do that. In the meantime, take good care of yourself.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                                Fri, Jul 10, 2015 at 11:17 AM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>

Hi Stephanie ...

Yes, I assumed you'd be busy next week and I don't want to make it any more stressful. Hope all goes smoothly.

Lisa Catapano, MD, PhD

Program Director

Associate Professor of Psychiatry

George Washington University

2120 L Street, NW

Washington DC 20037

202-741-2886

---

**From:** Stephanie Waggel <swaggel@gwmail.gwu.edu>
**Sent:** Thursday, July 9, 2015 6:32 PM
**To:** Lisa Catapano
**Subject:** Re: checking in

Dear Dr. Catapano,

Thank you for checking in. We can meet whenever you have time but I should probably not miss any of my medicine time though. I have a doctor's excuse for that day and I will be happy to talk about it with Dr. Dyer after my surgery. Have a nice evening.

Stephanie

Sent from my iPhone

On Jul 9, 2015, at 3:54 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi Stephanie,
I'm just checking in to see how everything is going with you and your health. I know your surgery is coming up in a little more than a week.
I don't know if we'll have time to meet before you leave, because I know you have a busy week of Medicine coming up. When you're ready to come back, we should meet to go over evaluations, complete your 6 month evaluation, clarify your graduation date (once we know how long you'll be out on leave), etc. Also, you will be getting a letter of deficiency for the day you were late for your ER shift. This letter documents what happened that day, according to Dr. Roche and the professional standards set by the GME office, and will ask you to meet with Dr. Dyer to review what happened and how things could have been handled better. This letter is not reportable, meaning that no board or future employer will ever see or know about it, as long as the issue is dealt with and not repeated. If you have questions about that or want to try time to talk next week, I'm happy to do that. In the meantime, take good care of yourself.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University

# Victoria H. Anderson

**From:**      Victoria H. Anderson
**Sent:**      Monday, July 20, 2015 9:07 AM
**To:**      Lori Kels; Lisa Catapano; Darlinda Minor; Jason Emejuru
**Subject:**      FW: 7/2/15 Didactics - 2pm session with Dr. Collins

This email was sent from Stephanie Waggel to myself and Jason. We can talk about this during our meeting today, however, I'd like to also mention that she texted Jason that I was "really mean" to her on the first day of didactics. This goes hand-in-hand with the fact that she doesn't understand that the point of Jason's email was not because she had this doctor's appointment, it was that she didn't alert Dr. Collins.

**Tory Anderson**
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

---

**From:** Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
**Sent:** Saturday, July 18, 2015 4:49 PM
**To:** Jason Emejuru
**Subject:** Re: 7/2/15 Didactics - 2pm session with Dr. Collins

was actually very upset that I was given such a hard time about going to this appointment. One should be understanding I'm having major surgery and likely I have cancer. I had to fill out my Living Will and get a power of attorney. I also had to meet with the anesthesiologist at very short notice. This time was the only time available to do this and I explained that. It's not as if I chose for this to happen to me. I will feel a huge lack of support.

On Jul 13, 2015, at 2:08 PM, Jason Emejuru <jemejuru@gmail.com> wrote:

Hi Stephanie,

I was informed by Tory that you were absent during the 2pm session of Didactics last Thursday due to a Doctors appointment. I'm sure this was a pretty important appointment with your surgery coming up and it may have been difficult to schedule it at another time.
However, Dr. Collins informed us that she was surprised to not see you there after you responded to her email informing her you would be there. If things change suddenly, she would appreciate you emailing her to let her know about it.

**Also, just for future reference, be aware that residents **are not** allowed to schedule any personal appointments or therapy patients during **8am–5pm** on Thursdays during didactics. This is a rule for all PGY-II-IV residents. You can use one of your vacation or administration days (i.e for conference presentations, etc).**

Let me know if you have any questions and hope you are well,



**DR. CATAPANO DECLARATION
EXHIBIT #71**

GWU 001559

Jason

---

--

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences
George Washington University

GWU 001560



Stephanie Waggel <swaggel@gwmail.gwu.edu>

---

## Protected Time for Didactics

1 message

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                        Tue, Jul 21, 2015 at 9:05 AM
To: Carrie Lewis <cel2116@gmail.com>, John Tarim <john.tarim@med.einstein.yu.edu>, Lisa Adler <ladler10@gmail.com>,
Monika Karazja <karazja@hotmail.com>, "sethro123@gmail.com" <sethro123@gmail.com>, Stephanie Waggel
<swaggel@gwmail.gwu.edu>, TJ Price <tj.g.price@gmail.com>, Bruce Shaver <tbshaver@gwu.edu>, Gathi Abraham
<gabraham@gwu.edu>, Karen Wooten <kwooten@gwu.edu>, Linda Ojo <lojo@gwmail.gwu.edu>, Ross Goodwin
<rgoodwin@gwu.edu>, Sally He <she517@gmail.com>, Stefani Reinold <stefani.reinold@gmail.com>, Stephanie Cho
<stephanie_cho@gwu.edu>, "Darlinda K. Minor" <dkminor@email.gwu.edu>, Fatima Noorani <fnoorani@gwu.edu>, Jason
Emejuru <jemejuru@gwu.edu>, Lynsey Tamborello <lpt@gwu.edu>, Nicole Nguyen <nicolephuong@gwu.edu>, Pooja
Lakshmin <plakshmin@gmail.com>, Rushi Vyas <rhvyas@gwu.edu>
Cc: Lori Kels <lkels@mfa.gwu.edu>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>

Hi all,

I thought this would be a good time to review our policy on Thursday didactics, and, specifically, expectations regarding
attendance. Please see below, and let me know if you have any questions.

### Protected Didactic Time

In our Psychiatry Residency, we protect one full day per week for all PGYIIs, IIIs, and IVs to be excused from clinical
duties in order to participate in program didactics and Grand Rounds. This is more protected educational time then most
psychiatry residency programs dedicate for their residents. This comes at the cost of clinical coverage for our sites,
and relies on the volunteer efforts of full-time and part-time faculty.

### Didactic days:

PGYII, III and IV residents are required to be available for didactics, Grand Rounds, or program-related meetings
(including class meetings, RTC, Journal Club, and M&Ms) every Thursday from 8:00am to 5:30pm. Residents may not
schedule patients or supervision during this time. Personal time off or medical appointments scheduled on Thursdays
are treated as vacation or sick time off, respectively, and require the same process of alerting attending/instructors and
administration as required on any other day of the week. Even if there are not seminars on the calendar, residents are
expected to be available for late-scheduled educational or administrative meetings on these days.

#### Exceptions to the above:

-Once the PGYIIs begin psychodynamic psychotherapy cases and supervision in December/January, PGYII
didactics will end at 2:00. Residents may schedule their patients and/or supervision on Thursdays after 2:00, in order to
minimize the need to leave clinical sites early on other days of the week.

-In the 2015-2016 academic year, no PGYIV didactics will be scheduled before Grand Rounds, out of
consideration for the PGYIV resident at Fairfax. PGYIV residents at GW are expected to attend Grand Rounds, but may
use the time before that for whatever clinical or educational purpose they feel is appropriate.

### Attendance:

Residents are expected to be present for all didactics unless they are sick, post-call, or on vacation. The ACGME
requires that residents participate in at least 70% of all didactics, meaning if a resident attends less than 70% of the
classes in a particular seminar, they can be required to repeat the seminar (which could delay graduation). In our

DR. CATAPANO DECLARATION
EXHIBIT #72

program we believe the standard should be higher than 70% attendance, and any resident with enough absences to significantly interfere with their learning may be asked to repeat a course.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

Jul 24, 2015, 1:31 PM

> Hi Dr. C I wanted you to know Dr. Jarrett called and said it was clear cell carcinoma but he's pretty sure it's all gone 😔

Jul 24, 2015, 3:39 PM

Hi Stephanie, thanks for sharing your news. I'm so glad he thinks it's all out of you. How is your recovery going?

Jul 29, 2015, 6:03 PM

Hi Stephanie, how are you doing? LC

> Hi Dr. Catapano I'm feeling a little sick actually I'm debating on wether to go to the ER or not. I think I might wait because I'm afebrile and I have an appointment with my oncologist tomorrow at 830.

> I've been looking into working with our CME to help make it

 iMessage 

**DR. CATAPANO DECLARATION**
**EXHIBIT #73**

1084

Jul 24, 2015, 1:31 PM

Hi Dr. C I wanted you to know Dr. Jarrett called and said it was clear cell carcinoma but he's pretty sure it's all gone 😊

Jul 24, 2015, 3:39 PM

Hi Stephanie, thanks for sharing your news. I'm so glad he thinks it's all out of you. How is your recovery going?

Jul 29, 2015, 6:03 PM

Hi Stephanie, how are you doing? LC

Hi Dr. Catapano I'm feeling a little sick actually I'm debating on wether to go to the ER or not. I think I might wait because I'm afebrile and I have an appointment with my oncologist tomorrow at 830.

I've been looking into working



iMessage



**DR. CATAPANO DECLARATION
EXHIBIT #74**

1084

tomorrow at 6:30.

I've been looking into working with our GME to help make it easier for residents to get a medical work up in the future

I think I'm really lucky that I am at GW and in the psych program which I imagine is particularly good at getting residents time off. I cannot imagine what may have happened if I were in a program like surgery somewhere and pushed off my work up like I was initially planning to do. Apparently clear cell does not respond to chemo or radiation so it is really scary how close I came to waking. but I think if there were specific written guidelines it would help other residents in the future.

I am just going to type up some suggestions such as making sure each resident knows

 iMessage 

1085


I think I'm really lucky that I am at GW and in the psych program which I imagine is particularly good at getting residents time off. I cannot imagine what may have happened if I were in a program like surgery somewhere and pushed off my work up like I was initially planning to do. Apparently clear cell does not respond to chemo or radiation so it is really scary how close I came to waking. but I think if there were specific written guidelines it would help other residents in the future.

I am just going to type up some suggestions such as making sure each resident knows exactly to inform if they are going to leave and to make sure they get coverage. When I was in the ED the other resident who I asked to cover me and said yes did not come in so I almost

 Text Message        Send


I am just going to type up some suggestions such as making sure each resident knows exactly to inform if they are going to leave and to make sure they get coverage. When I was in the ED the other resident who I asked to cover me and said yes did not come in so I almost missed my appointment. I'm not going to complain about anything I'm just going to make sure some of the hurdles I went through are addressed in case another resident gets sick with a chronic illness in the future.

Thank you for keeping in touch with me. Dr. Griffith emailed me too which I thought was really nice. I will let you know how my appointment goes tomorrow.

And as for coming up with some guidelines in the event another resident has a chronic issue that needs work up over a period of

 Text Message     Send


And as for coming up with some guidelines in the event another resident has a chronic issue that needs work up over a period of many months --I am not going to complain about any particular thing that happened to me (although if you read my paper from our first didactic session you are aware that one of the third year medicine residents gave me a very hard time) I am just going to propose some solutions that will make it easier for a sick resident and also ensure the safety of that resident's patients if they need to step out for an hour or two.

Doctors naturally want to put others first so I think if they have some outside encouragement they would be more likely to address their own health

If you have any thoughts or

 iMessage 


from our first didactic session you are aware that one of the third year medicine residents gave me a very hard time) I am just going to propose some solutions that will make it easier for a sick resident and also ensure the safety of that resident's patients if they need to step out for an hour or two.

Doctors naturally want to put others first so I think if they have some outside encouragement they would be more likely to address their own health

If you have any thoughts or want to meet with me depending on how my appointment goes tomorrow I may be able to speak with you Thursday or Friday. Thanks again for checking in with me.

Jul 30, 2015, 9:00 AM

 [ Text Message ]     Send

Doctors naturally want to put others first so I think if they have some outside encouragement they would be more likely to address their own health

If you have any thoughts or want to meet with me depending on how my appointment goes tomorrow I may be able to speak with you Thursday or Friday. Thanks again for checking in with me.

Jul 30, 2015, 9:00 AM

Hi Stephanie. I'm sorry you've had to go through such an ordeal and I really respect the fact that you are trying to make something positive out of it that will help other residents. I look forward to talking to you more about it. But first, your own health! I hope all goes smoothly today.

 iMessage 

1090

## Victoria H. Anderson

Hello Dr. Catapano,

Yes it went well. My post op appointment is tomorrow (the soonest I could get). I can come by tomorrow at 1pm. See you then!

Sent from my iPhone

On Aug 4, 2015, at 10:58 AM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

> Hi Stephanie,
> I heard you came back to work yesterday. I hope that means everything went well with your oncologist last Thursday, and with your recovery. We should sit down together at some point ... I'm free tomorrow (Wednesday) at 1:00 if you want to have a quick lunch. I'm on vacation next week but have some time the following Monday or Tuesday if that's better for you.
> Hope all is well.
> Take good care.
>
> Lisa Catapano, MD, PhD
> Director, Residency Training Program
> Associate Professor of Psychiatry
> Department of Psychiatry
> George Washington University
> 2120 L Street NW
> Washington DC 20037
> (202) 741-2886
>
> Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**DR. CATAPANO DECLARATION
EXHIBIT #75**

GWU 001381

# GWU Adult Psychiatry Residency Training Program
## Semi-Annual Review

Resident: _Stephanie Waggel_  DATE: _8/5/15_

PGY _II_

---

**Milestones evaluation:**

Milestones above residency level: ✗ Teaching

Milestones below residency level: lowest PC, Professionalism

**Letters of Commendation or Deficiency:** LOD for tardiness to ER shift in June 2015
delivered 8/5/15

**Accomplishments:**

Publications: Review: Necrotism + dementia/cognitive impairment
J. Int'l Geri Psych

Posters or other presentations:

Meetings attended:

QI projects: planning a project to create pathway for residents
needing medical leave

Teaching: ✗✗

Committee work:

PRITE scores:

CSVs completed:

Graduation
date July 14, 2018

**Issues of concern or training goals for the next 6 months:**
Program & Dr Dyer re: Professionalism
Career planning: considering inpt v/- private practice

**Resident Comment:**

_Stephanie Waggel_                    _signature_

Resident's Signature                   Training Director's Signature/Associate
                                       Training Director Signature

---

**DR. CATAPANO DECLARATION**
**EXHIBIT #76**

GWU 001169



PSYCHIATRY & BEHAVIORAL SCIENCES
at The GW Medical Faculty Associates

2120 L Street, NW, Suite 600
Washington, DC 20037
phone: 202.741.2900 fax: 202.741.2891
www.gwupsychiatry.org

July 15, 2015

Dear Dr. Waggel,

Based on the recommendation of the Clinical Competency Committee, I am sending you this Letter of Deficiency to address your unprofessional behavior on June 10, 2015.

Specifically, you were schedule to work an Emergency Medicine shift on June 10 starting at 7:00 am. Despite being aware of your shift assignment, you did not come to work at 7:00 am, and for approximately two hours, members of the ED attempted to reach you by phone. You did not answer your phone or return their calls. You had not alerted anyone in the ED (nor anyone in the Department of Psychiatry) that you were not planning to come to work that day. When you were finally reached by phone, you stated you were not feeling well and decided not to come to work as a result. You did not follow any reasonable procedure to alert the ED and make arrangements to cover your absence. In the end, you agreed to, and did, come into work for the rest of your shift that day.

This event demonstrates deficiencies in (1) Professionalism, and (2) Systems-Based Practice.

(1) Professionalism: Not arriving at the time you are expected to report to work, not alerting the ER chiefs or attendings to your tardiness or absence, and not taking responsibility for this lapse, for example, by acknowledging the inconvenience you caused in the ED that morning, are examples of poor professional behavior.

(2) Systems-Based Care: Not taking the proper steps to alert others of your tardiness or absence indicates a lack of understanding about how the ED operates, and its dependence on your reliability and promptness.

You are expected to exhibit professional behavior, which includes, at minimum, reporting for duty when scheduled, and taking appropriate measures to alert co-workers (and your program director) and make arrangements for coverage if it is absolutely necessary to be tardy or absent. You are also expected to work in complex systems of care and to communicate effectively with co-workers.

To address the deficiencies outlined above, you will participate in the following Improvement Plan with Dr. Allen Dyer, Vice-Chair for Education in the Department of Psychiatry: within two weeks of receiving this letter (excluding time off for medical leave), you must set up a meeting with Dr. Dyer to discuss strategies to prevent future lapses in professionalism. You must provide Dr. Dyer with the



**DR. CATAPANO DECLARATION
EXHIBIT #77**

GWU 001223

contact information for your supervising physician for each rotation such that he may obtain attendance reports to report to the CCC.

Regarding your overall performance during the course of the year, the CCC recognizes your obvious dedication to your work and significant capacity to form positive and productive relationships with co-workers. However, your difficulty managing your responsibilities and appropriately handling your absences ultimately impede your ability to deliver proper care to your patients and work within our system of care. Given your work ethic and dedication to patient case, we expect that with attention to these concerns you will successfully be able to remediate these deficiencies and progress in our training program. The CCC will reassess your progress at regularly scheduled meetings and a determination as to when you will resume your prior status without an active Improvement Plan will be communicated to you at your next Semi-Annual Meeting with the Program Director. Should you continue to exhibit deficiencies, the Program reserves the right to seek further action, including termination from training as set forth in the GW Academic Improvement Policy (attached).


_____ MD

Dr. Lisa Catapano

Residency Training Director

| | |
|---|---|
| **From:** | Lisa Catapano |
| **Sent:** | Thursday, August 06, 2015 11:33 AM |
| **:** | Elizabeth L. Greene; Lori Kels; Jason Emejuru; Victoria H. Anderson; Baiju Gandhi; Torres Ilenza, Vanessa; Darlinda Minor |
| **Subject:** | RE: SW |

Elizabeth,
Thanks for bringing this to everyone's attention, and for starting a group conversation. Baiju and Vanessa, I'd really like to hear your impressions over the next few weeks ....

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

**From:** elizabethilevine@gmail.com [mailto:elizabethilevine@gmail.com] **On Behalf Of** Elizabeth L. Greene
**Sent:** Thursday, August 06, 2015 9:32 AM
**To:** Lori Kels; Jason Emejuru; Victoria H. Anderson; Lisa Catapano; Baiju Gandhi; Torres Ilenza, Vanessa; Darlinda Minor
**Subject:** SW

Good morning,

I wanted to give everyone an update on some recent feedback I received on Stephanie Waggel. She is currently serving as one of the C/L residents, so I have had the opportunity to observe her while on 6 South (although I have not worked directly with her).

Yesterday afternoon, the 6 South intern, Carolyn Roberts, informed me that she was in the call room while Stephanie was on the phone with the Orange IM team (PA team). Carolyn overheard what she described as quite unprofessional behavior -- Stephanie giving attitude, talking back in a disrespectful way, and then when the PA asked what her last name was so she could report her behavior, Stephanie refused to give her last name and then engaged in a back and forth of "I'll give you my last name if you give me your last name." She ended the conversation without providing her last name. The PA then called Carolyn and asked her Stephanie's last name, which Carolyn did provide and which upset Stephanie very much. Carolyn came to see me, a bit distraught and anxious because she was worried that the rest of the month would be very difficult with Stephanie since Stephanie was upset that Carolyn provided her last name to the PA. Stephanie did go down to the PA team to apologize after the incident, but I also took the liberty to call the PA team to get some additional information and also to intercept the PA team from notifying Dr. Norris, since I know that this is not the appropriate chain of command to pursue (attending > chiefs > administration > then finally Norris).

The PA told me that this was not the first negative interaction their team has had with Stephanie. They have worked with her the past week while she has been on C/L, and they also had incidents with her while she was on her IM rotation, and they've found her to be unprofessional in her attitude and not helpful. She hangs up the phone abruptly, does not properly identify herself on the phone, and is generally "not helpful" with consults. The PA said that there's the sense that she is not there to work for the common mission of helping the patient. Her words were, "We're all there for one purpose, to help the patient," and I get the sense that she was saying

1



**DR. CATAPANO DECLARATION**
**EXHIBIT #78**

GWU 001657

that Stephanie creates a divisive atmosphere of IM vs. C/L; in the particular case, it was not assisting with the transfer of the patient from IM to C/L. I think the PAs were left to feel confused about the disposition of the patient (coming to 6S or not) and not being kept informed or assisted. I asked the PA to send me these comments in writing.

gain, while I have not worked directly with Stephanie, I have had the opportunity to observe her behavior and also to know her as the chief resident last year. She definitely has a sense of humor, but I think she may come across as dismissive/"I don't care." Also, from my observations of her on C/L, it seems that she can sometimes give the attitude of "Your questions is silly" to other teams that call consults.

I spoke to Dr. Gandhi about this yesterday, but I wanted to make you all aware, especially Dr. Torres, who is the other C/L attending. I think if the C/L attendings could observe her interactions/phone calls with consultants, that might be helpful in order to comment on her demeanor, tone, and attitude.

Thank you,
Elizabeth
--
Elizabeth L. Greene, M.D.
George Washington University Hospital

cell: 202-577-9560

2

GWU 001658

**Victoria H. Anderson**

From:           Stephanie Waggel <swaggel@gwmail.gwu.edu>
Sent:           Friday, August 07, 2015 1:38 PM
To:             Lisa Catapano; Lori Kels; Jason Emejuru; Baiju Gandhi; Elizabeth Greene;
                dkminor@email.gwu.edu; Vanessa Torres-Llenza
Subject:        feedback

Dear Dr. Catapano, Dr. Kels, Dr. Minor, Dr. Gandhi, Dr. Torres, Dr. Green, Dr. Emejuru,

Good afternoon. I was made aware that an email was sent about a situation that occurred on Wednesday. Therefore, I wanted to follow up and let you what happened on that day. I had a stressful conversation with the orange team which I felt was unprofessional. To resolve this issue I did three things. First, I immediately went to the orange team to apologize in person for the conversation we had on the phone. Second, I asked for her ideas on how the conversation could have been better. We both gave each other suggestions to help us in the future and agreed that this issue was resolved. Third, I contacted Jason right after speaking with the PA to talk with him about what happened. I would appreciate any feedback on how I could have handled the situation better. I would also appreciate being spoken to directly before emails are sent. We suggested at the retreat that direct feedback before going to higher-ups would be beneficial as it would keep us in the loop and give us opportunity to improve. Thank you for your time.

Sincerely,
Stephanie
1:13 PM (24 minutes ago)

Stephanie E. Waggel, M.D., M.S.
The George Washington University Hospital

**DR. CATAPANO DECLARATION
EXHIBIT #79**

GWU 001513

 **THE GEORGE WASHINGTON UNIVERSITY** WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## Re: voice
2 messages

**Lisa Catapano** <lcatapano@mfa.gwu.edu>
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>

Mon, Aug 17, 2015 at 6:27 PM

Hi Stephanie,

I was out of the office last week, and just heard about your call last Monday. It sounds like you made a heroic effort in the face of an awful night. We are looking at all of the things that went wrong that night to leave you with so little support, and will be addressing each of them. An email about resident backup and chief availability is one part, and that email should come out pretty soon. Other aspects, like social work support, are being addressed as well. I will keep you in the loop.

Take care,


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Mon, Aug 17, 2015 at 6:34 PM

Dear Dr. Catapano,

I am very glad it is being looked into. I didn't want to mention anything to higher ups because I like to talk to the people involved first. But I suppose you would have heard about it one way or another. It was quite a night!

Sent from my iPhone

On Aug 17, 2015, at 6:27 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:


Hi Stephanie,

**DR. CATAPANO DECLARATION EXHIBIT #80**

**Victoria H. Anderson**

From:           Lorenzo Norris
Sent:           Wednesday, August 26, 2015 10:19 AM
To:             Lisa Catapano
Cc:             Lori Kels; Eindra Khin Khin; Vanessa Torres-Llenza; Baiju Gandhi
Subject:        Dr. Waggle's Recent Calls

Hello everyone,

Over the past 3-4 weeks multiple clinicians' have raised concerns regarding Dr. Waggles skill, and style of inter professional communication while taking overnight call. Her most recent call that took place on the evening of 8/25 was notable for the following:

- Dr. Waggle called Dr. Khin Khin with incomplete information (lack of history, diagnosis, reason for admit,etc) and was asking Dr. Khin Khin to potentially administratively discharge a patient, whom at the time was out of control, and in the midst of being medicated and sent to the quiet room. Given the acuity of the situation Dr. Waggle focused on the code strong.
- After reviewing my phone records Dr. Waggle attempted to contact me @ 1:49am, and left me a text message at 1:52 am. The contents of Dr. Waggle's text message are listed below:
  - *"Sorry dr Norris. I need someone administratively discharged. She was an fd12 who was told to come to six south bc fd12 facility would be her only alternative. She has been hitting her head on the wall and screaming since 10pm. She was medicated twice with zero affect. No other patients can sleep and you can hear her screams from outside the unit and I can only hold her head for so long before she actually injures it. Sorry again to wake you"*
- Dr. Khin Khin successfully contacted myself at approximately 2:11 am to seek guidance regarding appropriate discharge procedures, and to discuss Dr. Waggles performance
- I spoke directly with Dr. Waggle at 2:23 am. In my discussion with Dr. Waggle she needed a 10-15 minutes to breakdown the case, and tell me what the reason for admission, and their risk assessment, and hospital course. It should be noted that Dr. Waggle herself admitted this patient from the hospital floor, and performed a very detailed risk assessment, so I was somewhat surprised at the length of time it took obtain clinical information
- During her presentation it was necessary to help her redirect her focus on clinical priorities (patient safety, medical status, etc) and away from system challenges. After some clarification it became clear that Dr. Waggle did not wish to discharge the patient to the street, but actually thought the patient could be better served in an involuntary facility. I gave Dr. Waggle direct feedback that her style of communication did not make this very important point clear.
- In my interaction I found her casual style of presentation difficult at times to interpret,lacking linear cohesion, containing unnecessary digressions, and overall not concise. Her efforts directed at patient care were apparent, and it should be taken into account that she was fatigued, but even with these factors taken into account ,her communication style still slowed the delivery of relevant information.
- In addition in her conversation with myself, Dr. Waggle did briefly mention that her kidney was just removed, and that she had to essentially restrain a patient by herself. I am clearly very concerned about any breakdown in the CODE STRONG, or CODE 6 procedures, but I'm also concerned that Dr. Waggle may have trend of mentioning her own health issues in the context of patient care, and that she may have limited self awareness that she is actually making this comments.
- In total I spent approximately one hour speaking with Dr. Waggle, and told her to complete her notes, and not see any new patients.
- I was text messaged this morning 8/26 by Dr. Slootsky, whom was concerned that Dr. Waggle said she wasn't eating for fours days, and just had her kidney removed. This statements were made in morning report a very public forum in which the focus is on patient care. In addition Dr. Slootsky communicated she was worried about Dr. Waggle's well being.



**DR. CATAPANO DECLARATION
EXHIBIT #81**                    GWU 001503

Given Dr. Waggle's previous experience on call, and on other hospital rotations, I wanted to bring these observations to the attention of the residency program. Dr. Khin Khin, Dr. Torres, and Dr. Slootsky should follow up with their own separate emails needed to correct or add more Information to the current observations.

GWU 001504



**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON, DC

**Eindra Khin Khin <khinkhin@gwmail.gwu.edu>**

## Re: 8/25 call
2 messages

**Eindra Khin Khin** <khinkhin@gwmail.gwu.edu>                    Wed, Aug 26, 2015 at 11:28 PM
To: Lorenzo Norris <lnorris@mfa.gwu.edu>, Lisa Catapano <lcatapano@mfa.gwu.edu>

Dear Lisa,

I am glad we got an opportunity to speak in detail today about my observations regarding Dr. Stephanie Waggle on last night call.
To summarize my experience being the attending-on-call with her last night, I will highlight the main points:

1) Dr. Waggle called me for the first time at 2:53am. She started off the phone call with a monologue on how unethical and wrong it is for us to "coerce" patents into signing into 6South. She went on to say how much of an injustice it is for the patients, concluding with a statement, "Therefore, I am asking for an administrative discharge." No patient info was given to me yet.

2) I asked her to tell me about the patient. She started off a rambling, disorganized presentation. I will paraphrase what was said as closely as I can: It was this lady that came to us from neurology. They had her for pseudo seizures. They were just going to discharge her. But then they said we had to take her...Someone, I won't tell you who, signed her in, which never should have happened. But now she is with us...She has been agitated and I have spent the last six hours on her. She has been very loud and disruptive to the unit...I talked to her and gave her po ativan around 10:30...The staff hasn't been helping me at all. I asked them to order a sitter; they refused. Then, whoever they got me, they weren't trained appropriately. I asked them to put her in the quiet room; they refused..."At one point, I had to hold the patient down by myself, and my one kidney."
This actually went on for about 10 minutes as I was trying very hard to follow her train of thought and make sense of the case.

3) I asked her to take a pause so that I could ask her more pointed questions to clarify many confusing and tangential statements she was making. I started off by observing that it appeared there must have been some breakdown in communication between her and the staff as the account she was providing made her sound like a lone ranger. She immediately responded, "Communication is the sixth or seventh down on my list." I stated to her that the reason I was starting there was because her account sounded like she did not have the resources and the team she needed behind her to ensure the appropriate care for the patient. If that were the issue, it would have been part of my responsibility to intervene quickly as the attending-on-call. I asked who the nurse manager was; she said, "It was Bernadette before; I'm not sure who it is now."

4) Then, I said to her that I needed to ask her more pointed questions to gather clinical data as I had received very limited relevant clinical data up until that point.
 However, she responded, "You can ask me these questions later. I need you to do something like now" regarding the administrative discharge. I insisted that I needed more clinical data before doing anything whatsoever. I asked her about all the prn meds that the patient received so far. She reported that, in addition to the oral ativan around 10:30, the patient received haldol, ativan, and benedryl im around 2:30, with no response. I asked her how much the patient weighed, and she reported 97kg. Given this, along with the report of continued agitation, I stated that another round of medications could be delivered.

5) Throughout the phone call, our conversation was repeatedly interrupted by the incoming phone calls, which sounded like they were from the nursing station. One of the calls was about security coming up. I told her that this was good as it needed to happen. Her call phone reception was also poor and I had to ask her to repeat things a few times.

6) At this point, I felt strongly that I still wasn't getting the necessary clinical information and needed to find another way to obtain it. I told her that I was going to call Dr. Norris to seek guidance on approrpatie discharge procedures and resources (given the reported breakdown in team dynamic) as well as to gather info on the patient myself. Dr. Waggel stated that she had tried to reach him earlier but she was not able to contact him. I asked her to reach out to Dr. Veronica Slootsky (an in-patient attending) while I called Dr. Norris myself. I was able to reach Dr. Norris right away. After hearing my concerns, Dr. Norris himself spoke with Dr. Waggle extensively about this patient. He then called me back and gave me a very comprehensive account of the patient's hospital course, which included a very recent serious suicide attempt a few days ago and history of coagulopathy, both of which were previously unknown to me. The plan for this patient was to focus on the code strong situation at the time.

GWU 003121
**DR. CATAPANO DECLARATION
EXHIBIT #82**

7) Both Dr. Norris and I were concerned about Dr. Waggle's state (she sounded fatigued and quite disorganized) and asked her to just wrap up things that she had done earlier in the call, including notes, and not to see any more patients. I spoke with her a couple of more times to make sure that we were on the same page.

Based on what transpired last night as detailed above, the followings are my concerns:
1) Her very limited ability to present in a focused, organized manner, especially on an on-call situation, which can seriously jeopardize patient care and safety
2) Her very limited ability to provide the attending with the most basic, relevant, and pertinent clinical information (e.g. safety concerns especially when she was repeatedly asking me to administratively discharge the patient, active medical concerns, assaulting two staff members-which I only found out in subsequent phone calls, etc)
3) Her lack of appropriate boundaries (mentioning her own health issues in an acute patient care situation)
4) Her lack of self-awareness (no appreciation of her lack of appropriate boundaries)
5) Discrepancies between what she actually told me and what she told Dr. Norris that she told me

In addition to the issues specific to this patient, I also found out from Dr. Norris later that there was another patient who presented with acute abdomen on the unit and another patient who seized earlier in the call. I did not receive any call or info about these two patients.

Please let me know if I can provide you with any additional information.

Be well,
EKK

---

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                    Thu, Aug 27, 2015 at 10:36 AM
To: Eindra Khin Khin <khinkhin@gwmail.gwu.edu>

Thanks, Eindra.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


**From:** Eindra Khin Khin [mailto:khinkhin@gwmail.gwu.edu]
**Sent:** Wednesday, August 26, 2015 11:28 PM
**To:** Lorenzo Norris; Lisa Catapano
**Subject:** Re: 8/25 call

[Quoted text hidden]

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**GWU 003122**

**Victoria H. Anderson**

From:        Lorenzo Norris
Sent:        Wednesday, August 26, 2015 11:38 AM
To:          Lisa Catapano; Eindra Khin Khin
Cc:          Lori Kels
Subject:     Fwd: 08/26/15 PM shift

More information for review.

Best Dr. Norris

Lorenzo Norris M.D.
Assistant Dean of Student Affairs
GWU SMHS

Medical Director
Psychiatric & Behavioral Services
George Washington University Hospital

Begin forwarded message:

> **From:** "Burton, Shirley" <Shirley.Burton@gwu-hospital.com>
> **Date:** August 26, 2015 at 10:31:41 AM CDT
> **To:** Lorenzo Norris <lnorris@mfa.gwu.edu>
> **Cc:** "Pleasant, Shelleta" <Shelleta.Pleasant@gwu-hospital.com>
> **Subject: Fw: 08/26/15 PM shift**
>
> FYI! Sorry to interrupt your vacation however, very concern about the state of 6south.
>
> Shirley
>
> ---
>
> **From:** Anthony, Shemika
> **Sent:** Wednesday, August 26, 2015 8:01 AM
> **To:** Burton, Shirley; Chemseddine, Sophie
> **Cc:** James, Scott; karen.schwindt@gwu-hospital.com; Conley, Kay
> **Subject:** 08/26/15 PM shift
>
>
> A banging sound was heard from down the hallway. Staff went to assess the situation to find that patient had been hanging her head on the wall. Attempts to further assess causes of frustration unsuccessful as patient refused to devulge more information. She continued to bang her head against the wall, biting herself, pulling out strands of her hair. PO medications offered to patient she refused.

**DR. CATAPANO DECLARATION
EXHIBIT #83**          GWU 001489

Dr Waggle contacted and informed that patient had been head banging redirected by staff and offered PO medications to assist with anxiety yet refused. Dr. Waggle went to assess patient and offered PO medications, which patient again refused at that time. As Dr. Waggle left the room she told patient that it was "her choice" and to let her or staff know if she changed her mind or thought of any other suggestions as to what we could do to assist her at this time.

Dr. Waggel then asked staff if we could give IM medications to patient because she wasnt going to be dealing with this crap alll night. Verbal order confirmed for IM Benadryl 50mg, Ativan 2mg, Haldol 5mg with report that orderes would be entered immediately as Dr. Waggle was not coming to assist with explaining to the patient or oversee administration. After medications drawn up when Dr. Waggle was asked if she would be accompanying nursing staff and security to assist in medication administration she stated no because patient would likely do some type of borderline attention seeking behavior with her present.

Staff presented in patients room informing her that upon further evaluation with MD it was decided that for her safety as she continues to bang her head on the wall and is refusing PO medications that IM medications will have to be admistered to assist her in relaxing to prevent her from further injuring herself. Patient became beligierent yelling screaming. IM administered by Ronni Griffin RN with the assistance of tech/ sitter Jermaine McFadden PT and security. It was reiterated to patient that these medications were not given to hurt her, but rather to prevenet her from further being able to hurt herself. Patient continued to yell and scream and began throwing things she had at the bedside. As staff begain to leave bedside we removed patients cane from beside as she was still very angry and has a history of making threatening gestures towards staff with cain. Patient was informed that cane was taken away because she was angry for her safety and for the safety of others and that when she is able to display calm, appropriate behaviors or needed the cane. Immediately after patient requested that she needed the cane to go to the bathroom. Patient offered to be taken via wheelchair to bathroom as staff still did not feel patients affect at that time was appropriate for cane usage. Patient refused stating that she would just not go and urinate in her bed. MD contacted and consulted reading removing cane from patient. Call made to HOS with no response at that time. Dr Waggle came to see patient again and reiterated that she did not feel that it was apoopriate at that time to give patient cane. She went on to tell patient that this is a hospital and there is an ICU with sick people on this floor who are dying and all they can hear is her yelling and that if she continued to yell that she would call the police and have her escorted out of here to another hospital immediately.

Shortly thereafter staff was contacted by sitter reporting that patient was requesting her belongings as the doctor told her that she was leaving. Staff went to talk to patient and explain that while she might be able to leave the hospital, there is a process and protocals that needed to be followed prior. Patient begain yelling "That bitch lied to me twice now first she told me that taking the medications were my choice and then sent people to IM me, the she told me I would be immediately escorted by police out of the hospital". Staff went on to apologize for any miscommunications, yet reiterated that it was a process that likely would not be completed tonight and encouraged patient to get some rest. Patient got up and stormed towards staff demanding to have her cane. Staff proceeded to hold cain as patient from patient. While attempting to remove cane from staff patient attempeted to kick, bite, staff and went as far as putting her teeth into staffs skin and pinching staff (no broken skin noted). Security called, Dr. Waggle, HOS contacted. Cane removed. After waiting extensive amount of time for Dr. Waggle

GWU 001490

to arrive. She began to ask suggestions as to what we could do for patient. She experessed that she felt it was appropriate for patient to be in room with female sitter with door closed because her yelling was disruptive to the unit. Dr. Waggle was informed that not only would staffing not allow for that, it would be inappropriate for any staff to be in patients room with her with the door closed due to her unpredictable, aggressive behavior towards staff. She went on to suggest that we contact the police on patient. While we were discussing case just outside of patients room. Patient proceedded to attempt to take trash can and hit PT Jermaine McFadded. PT McFadden along with the assistance of numerous security officers had to assist with restraing patient. While staff were restraining patient Dr. Waggle asked if every one was going to come back to finish our discussion. Patient given second round of IM medications, Benadryl 50mg, Ativan 2mg, Haldol 5mg cane removed, patient put in quiet room in 4 point restraints.

Dr. Waggle contacted numerous times during the night regarding Benadryl order being incorrect as she stated 50mg yet order was place for 25mg. After contacting Dr. Waggle numerous times regarding orders and requesting that the order be placed before 07:30am she retroted that she stated previously that she will not be entering the orders until 07:29am.

**Shemika Anthony RN, BSN**

Psychiatric Nurse
Department of Psychiatry
Shemika.Anthony@gwu-hospital.com
UHS of Delaware, Inc. Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution of this information is prohibited, and may be punishable by law. If this was sent to you in error, please notify the sender by reply e-mail and destroy all copies of the original message.

GWU 001491

**Victoria H. Anderson**

**From:** Lisa Catapano
**Sent:** Wednesday, August 26, 2015 11:52 AM
**To:** Veronica Slootsky; Lorenzo Norris
**Cc:** Eindra Khin Khin
**Subject:** RE: Overnight call 8/25-26

Veronica,

Thank you for raising your concerns about Stephanie to Lorenzo and Eindra this morning. I think your decision to send her out for food, and then home to sleep, was a wise one.

In the next week or so, I would like to ask you to have a face to face with Stephanie and tell her your concerns about her behavior this morning. If you would like to talk to me first, to get some feedback on how best to talk to her, I'd be more than happy to do that. I think hearing directly from you (and Dr. Khin Khin, and me, and others) will be the most helpful for her in terms of understanding what happened, and how she could have handled it differently.

Lisa

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

**From:** Veronica Slootsky
**Sent:** Wednesday, August 26, 2015 9:50 AM
**To:** Lorenzo Norris
**Cc:** Eindra Khin Khin; Lisa Catapano
**Subject:** Overnight call 8/25-26

Dear Dr. Norris,

I am concerned about some things that the overnight resident, Dr. Waggel, reported last night. She said that she had not eaten for 4 days, and had recently had a kidney removed and had cancer in front of the whole group. She also said staff did not help her while a patient on anticoagulants was banging her head against the wall, and she had to "jump" on the patient to restrain the patient, and did not order a CT scan.

She also said a patient who had attempted suicide on the floor did not have an "appropriately trained" sitter, but apparently, they did have a sitter. I'm not sure what she meant by "not trained". She also planned to FD12 that patient, but the patient was signed in by Dr. Gandhi. There seems to be a communication issue there.

She is getting food with our social worker, Dorothea, right now, as I am concerned that she is not taking care of herself.

I'm not sure exactly what is going on yet, but I am very concerned about what happened.

Veronica Slootsky, MD
Assistant Professor



**DR. CATAPANO DECLARATION
EXHIBIT #84**

GWU 001501

...

| | |
|---|---|
| From: | Lisa Catapano |
| Sent: | Wednesday, August 26, 2015 12:20 PM |
| To: | Lori Kels |
| Cc: | Victoria H. Anderson |
| Subject: | SW call 8.25.15 |

Lori and Tory,

I'm sending you this email to let you know about my conversation with Stephanie this morning, and also to document the conversation for my records.

My understanding is that Dr. Slootsky, at Dr. Khin Khin's recommendation, sent Stephanie home early this morning (sometime before 9:30) because she was so obviously exhausted and disorganized from her night on call. Instead, she came and sat in Tory's office. According to Tory, she was disorganized and hard to follow. When I arrived, I met with her from about 10:15 to 11. She was very difficult to follow, starting in the middle of thoughts, skipping from topic to topic, describing events in a non-chronological order (for several minutes I thought a patient tried to hang themselves on the unit last night, until I finally put together that she was talking about an event from a few days prior), and several times losing her train of thought entirely. She told me she felt exhausted, and had "passed out" in Tory's office before I came. According to Tory, she did not fall asleep in her office, but did tell her that she had "passed out" in the hospital this morning. She described the challenging patient circumstances she faced overnight, and her difficulty managing them, mostly, in her opinion, because she could not get staff to do what she wanted them to do. She felt very unsupported. The most concerning thing she told me, which she also told Dr. Khin Khin, is that she herself, alone, physically restrained an out of control patient. This is not documented in Shirley's report, so will have to be investigated further. Clearly, this is unacceptable and puts both Stephanie and the patient at risk.

I told Stephanie that I understood there were many things about the way the system worked that she was frustrated with, and probably many of them legitimately could have worked better. Given her level of agitation/dysregulation, it did not seem like we could have had a fruitful conversation this morning about how she could have handled things better. I did tell her that I am extremely concerned about her self-care. She told me that in her "30 hour shift" (she in fact worked something close to 24 hours, for the record), she did not once eat or go to the bathroom. I told her this was unacceptable, and that we would meet again in the next week, and also repeatedly in the coming weeks and months, to look more closely at her decisions regarding work and self-care, and help her make better choices about taking care of herself. Clearly, this will need to include helping her to see when her self-care has been compromised to such an extent that it impairs her ability to make good decisions, work effectively with the team, and deliver good care to patients. I believe that her being overwhelmed last night was a combination of fatigue and also some level of traumatization following a recent very difficult call, in which she also felt unsupported, and having witnessed a patient suicide attempt earlier this week. I told her that if she is not able to monitor her health and fatigue better, we will have to put restrictions on her work and/or call schedule to protect her.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

**DR. CATAPANO DECLARATION
EXHIBIT #85**

GWU 001487

 **Gmail**                                         Stephanie Waggel <sewaggel@gmail.com>

## finger injury
4 messages

---

**Stephanie Waggel <sewaggel@gmail.com>**                          Wed, Aug 26, 2015 at 4:38 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Dear Dr. Catapano,

I just noticed that my left pointer finger must have gotten caught in something last night. If I go to employee health I can find out of the patient has hep C or HIV. Do you think this is something I should do or shouldn't do?

Thank you again for your time today

Stephanie

---

**Stephanie Waggel <sewaggel@gmail.com>**                          Wed, Aug 26, 2015 at 9:08 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

I'm sorry Dr. Catapano I shouldn't put you in that position. I decided myself that I will go and have the work up done tomorrow. I think it would be good to have documentation and I would feel better knowing the patients blood borne illnesses. Also, I am going to take advantage of the traumatic event therapy offered to me by admin staff. I will email Tory and find the names of the lecturers and email them. I hope these are the right steps to take. Again, thank you for being supportive.

On Wed, Aug 26, 2015 at 4:38 PM, Stephanie Waggel <sewaggel@gmail.com> wrote:
> Dear Dr. Catapano,
>
> I just noticed that my left pointer finger must have gotten caught in something last night. If I go to employee health I
> can find out of the patient has hep C or HIV. Do you think this is something I should do or shouldn't do?
>
>
> Thank you again for your time today
>
> Stephanie

---

**Lisa Catapano <lcatapano@mfa.gwu.edu>**                          Thu, Aug 27, 2015 at 9:46 AM
To: Stephanie Waggel <sewaggel@gmail.com>

Hi Stephanie,

If it's something you're worried about, I think you should have it checked out.

Let me know how it goes.

Hope you got some sleep.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

**DR. CATAPANO DECLARATION
EXHIBIT #86**

Victoria H. Anderson

I heard from Dan about Stephanie's difficulties on call. She also didn't take her exam a week ago. I gather she is really struggling.

Griff

James L. Griffith, M.D.
Leon M. Yochelson Professor and Chair
Dept. of Psychiatry and Behavioral Sciences
2120 L Street, N.W.
Suite 600
Washington, DC 20037
Phone:   (202) 741-2879
FAX:      (202) 741-2891
E-Mail:   jgriffith@mfa.gwu.edu
Web:      www.gwupsychiatry.org

**rom:** sewaggel@gmail.com <sewaggel@gmail.com>
**Sent:** Wednesday, August 26, 2015 11:57 PM
**To:** James Griffith
**Subject:** Tomorrow

Dear Dr. Griffith,

I experienced a trauma on six south today and I have to go to employee health tomorrow for testing. I'm really upset to be missing didactics but I've learned that I need to take care of my health.

Thank you,
Stephanie

Sent from my iPhone

**DR. CATAPANO DECLARATION
EXHIBIT #87**

GWU 001378

**Victoria H. Anderson**

From: Lori Kels
Sent: Thursday, August 27, 2015 4:26 PM
To: 'Jason' <jemejuru@gmail.com>; Darlinda <darlinda.minor@gmail.com>
Subject: RE: safety for night call

Hi Jason,

Thanks for sharing this. Would you mind checking in with Caroline to let her know that we are aware of this email, consider it unacceptable, and plan to follow up with Stephanie about it? If there's anything else that she needs, please let me know.

Best wishes,
Lori

om: Jason [mailto:jemejuru@gmail.com]
ent: Wednesday, August 26, 2015 8:17 PM
To: Lisa Catapano; Lori Kels; Darlinda; Victoria H. Anderson
Subject: Fwd: safety for night call

Please see the email from Caroline below.

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences

George Washington University

Begin forwarded message:

From: Caroline Roberts <crlnroberts@gmail.com>
Date: August 26, 2015 at 7:32:51 PM EDT
To: Jason Emejuru <jemejuru@gmail.com>
Subject: Fwd: safety for night call

Hi Jason-

Below are two emails I received from Stephanie Waggel today, both of which feel overly aggressive. Just wanted you to be aware. I have not responded to either.

Thanks,



DR. CATAPANO DECLARATION
EXHIBIT #88

GWU 001481

Caroline

------------ Forwarded message ------------
From: **Stephanie Waggel** <sewaggel@gmail.com>
Date: Wed, Aug 26, 2015 at 7:18 PM
Subject: safety for night call
To: Caroline Roberts <crlnroberts@gmail.com>, John Tarim
<john.tarim@med.einstein.yu.edu>, Monika Karazja <karazja@hotmail.com>, conscious thinker
<cel2116@gmail.com>

Dear Caroline,

I hope your day was not too overwhelming. I am now trying the approach of another resident, involving multiple people in feedback. I personally prefer one to one face to face but that does not seem to be working. The night order issue remains unresolved, my fellow PGY2s and I ask that the floor places the PRN orders correctly for staff and the patients safety at night. There about 1/3 the staff at night. Signout can be taught to your class formally as lectures on sign out similar to the ones the current PGY3s gave to us last year for a few hours weekly or you could send me everyones email and I can email you instructions and screenshots. It means a lot to us that floor orders are done with regard to what goes on at night. I know you respond well to feedback but your entire class needs to learn this and asap. Im not on call again for my childrens months but I would hate for this to happen to any night resident.

I have two analogies for you

1.
Today you told me you knew how to add the PRN order set. Yet you never asked the name of it. Today Joe invited Dave to his party but Dave said he couldn't go. Dave never asked Joe when his party even was. Your above comment leads me to believe you have a disinterest in learning this order set. Is this a correct assumption or did you somehow know the name of the order set I was referring to?

2.
Laura's boyfriend breaks up suddenly with her. Laura is at her best friend Kelly's house when it happened. Kelly requested that Laura immediately stop crying. Laura attempts to stop crying and asks Kelly for a ride to her place as he is currently throwing her things out on the street. Kelly tells Laura that the fact she cannot stop crying fast enough is Laura's biggest problem at this time and requests that they talk about her inability to stop crying for the next 20 minutes. While they are discussing crying and why it is a negative emotion, Laura's boyfriend continues to throw out Laura's clothes and books to the street and ruining them.

This morning all I wanted was help in addressing a dangerous and even life threatening issue. I instead received a lengthy lecture about the tone of my voice and how it can be negative, this put the dangerous situation on the backburner. I informed said lecturer that I did not think this was our most urgent concern. My priorities being safety and efficiency.

Please respond with your classes wishes for learning sign out safety

2

ps
I reread my last email and it was actually really polite. Can you reread it and if it still sounds angry can you please show me specially how to change it. Im not being sarcastic I am genuinely trying to not come off as angry. Its not might be my highest priority but it is a priority. I copied it below. thanks for your help


Caroline hello. Please make sure I remember to show you how to order PRNs. I believe I asked you during sign out for each patient if PRNs are on board. they in fact were not which lead to multiple delays in patient care as I had to put in over 10 prn orders. I've noticed this in the past and I should have taught you before. It may not seem like a lot but when there are multiple emergencies occurring simultaneously I unfortunately had to spend time placing PRN orders to even get the ball rolling

Maybe I did a poor job of explaining what the night team does. I don't expect you to know all these things if they were not taught to you. I will need to speak with you at some point about the management of the unit. I hear you are doing a very good job during the day. Unfortunately the current management is not affective for nighttime care and I will teach you how to remedy this. I have shortcuts and macros to share. I will show you how to improve in person and also email all of you so that each intern has a good understanding. Please send an email of the email addresses of your classmates to me by noon tomorrow. If you are unable to provide me with these emails by this time just let me know and I will meet with your class in person as this is a matter of patient care. I'm not bringing this to anyone else's attention because I believe it can be handled between us and I am a big believer of face to face feedback before involving third parties.

See you soon

Caroline Roberts, MD
Psychiatry Resident, PGY-1
Department of Psychiatry and Behavioral Sciences
George Washington University
Cell: (952) 994-5328

GWU 001483

| | |
|---|---|
| om: | Lisa Catapano |
| ᴜnt: | Thursday, August 27, 2015 4:31 PM |
| **To:** | Darlinda Minor; Jason Emejuru; Lori Kels |
| **Cc:** | Victoria H. Anderson |
| **Subject:** | Monday agenda |

Hi all,

Please put on the agenda for Monday:
REDACTED
Stephanie Waggel 8.25 call
REDACTED
PGY2 class communications with PGYIs
Reports from class meetings
Response to sally re: 8/10 call
Dr. Crone's email about Geri
Scheduling "Chief Development" time

Thanks,
LC

a Catapano, MD, PhD
ᴜrector, Residency Training Program
ᴜssociate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

1

GWU 001484

 **Gmail**                                    **Stephanie Waggel <sewaggel@gmail.com>**

---

## meeting next week
4 messages

---

**Lisa Catapano <lcatapano@mfa.gwu.edu>**                          Thu, Aug 27, 2015 at 5:12 PM
To: Stephanie Waggel <sewaggel@gmail.com>

Hi Stephanie,

Let's make a plan to meet next week to continue the discussion we started yesterday. I can meet Monday at 3:30, or Thursday if you have any time that day. Let me know what works best for you.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

---

**sewaggel@gmail.com <sewaggel@gmail.com>**                        Thu, Aug 27, 2015 at 6:06 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Monday would be great thanks!

Sent from my iPhone

On Aug 27, 2015, at 5:12 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

> Hi Stephanie,
>
> Let's make a plan to meet next week to continue the discussion we started yesterday. I can meet Monday at 3:30, or Thursday if you have any time that day. Let me know what works best for you.
>
>
> Lisa Catapano, MD, PhD
>
> Director, Residency Training Program

**DR. CATAPANO DECLARATION
EXHIBIT #89**

| | |
|---|---|
| **From:** | Jason <jemejuru@gmail.com> |
| **Sent:** | Thursday, August 27, 2015 6:38 PM |
| **To:** | Lisa Catapano; Lori Kels; Darlinda; Victoria H. Anderson |
| **Subject:** | Fwd: Six south safety |

Jason Emejuru, MD
Department of Psychiatry & Behavioral Sciences

George Washington University

Begin forwarded message:

> **From:** sewaggel@gmail.com
> **Date:** August 27, 2015 at 6:01:43 PM EDT
> **To:** "vslootsky@mfa.gwu.edu" <vslootsky@mfa.gwu.edu>
> **Cc:** Jason Emejuru <jemejuru@gmail.com>
> **Subject: Six south safety**

Dear Dr. Slootsky,

Good evening. I would like to discuss the intern's role in maintaining safety of the unit at night.

I remember being an intern and not really having an understanding of what goes on at six south at night. I therefore have been making attempts to teach Caroline about nighttime safety on six south. I have attempted to meet with her to show her an easy way we used last year to add orders sets. I even offered to take screenshots and send her step by step instructions as it seemed she was very busy. I have yet to receive a reply.

I prefer face to face feedback with just the person them-self but that has not worked. I am bringing this to the attention of others because it has now resulted in injury. At the beginning of the month I received multiple complaints about her orders from the night nurses. In addition, there are few PRN orders in the system for agitation management. I ask about agitation PRNs for every patiently at every sign out. Caroline frequently tells me they were placed and I find later they were not. At first I thought she just forgot but it has become a pattern. Management of Ms. SB on Tuesday night was significantly delayed due to the fact there were no orders for her - according to the nurse. This resulted in her becoming agitated to the point where I had a blood exposure with her. Yesterday I had asked that Caroline order an HIV on Ms. SB so that I could complete the blood exposure paperwork. Today I find that HIV order was not placed. The lab could not complete the paperwork and I had to wait for them to locate old samples as the patient was discharged. They are currently looking for a solution but I may need to take prophylaxis.

Can you think of anyway to get Caroline to understand the importance of maintaining safety of



**DR. CATAPANO DECLARATION
EXHIBIT #90**

GWU 001485

the unit at night and arrange that the intern class have training in proper sign out and orders?

Thank you,
Stephanie

GWU 001486

| | |
|---|---|
| **From:** | Lori Kels |
| **Sent:** | Thursday, August 27, 2015 9:39 PM |
| **To:** | Lisa Catapano |
| **Subject:** | Fw: SW on C/L |

Baiju does have concerns about SW's functioning on the C/L team (please see below). Please let me know if there's anything you'd like me to do at this point with it.

Thanks,
Lori

---

**From:** Baiju Gandhi
**Sent:** Thursday, August 27, 2015 7:30 PM
**To:** Lori Kels
**Subject:** Re: SW on C/L

Hi Lori,

One of the major concerns with Dr. Waggle identified in the beginning of her rotation was her interpersonal style, which tends to be overly casual, excitable, and at times rude in tone. I gave her direct feedback on this issue, and it improved to some degree, but I would not say fully. Her interpersonal style does effect her rapport with colleagues, supervisors, and students. Regarding clinical skills, she works hard, and is empathic toward patients, but I do feel that she requires further training in regards to clinical efficiency and developing the assessment style that I want to see the residents working toward: concise yet thorough and cerebral. These issues combined with the issues of being on call and noted concerns about her self-care, give me serious concern about Dr. Waggle's ability to function effectively as a resident currently.

Baiju Gandhi, M.D., M.A.
Assistant Professor of Psychiatry
Medical Faculty Associates
George Washington University
bgandhi@mfa.gwu.edu

---

**From:** Lori Kels
**Sent:** Thursday, August 27, 2015 4:37 PM
**To:** Baiju Gandhi
**Subject:** SW on C/L

Hi Baiju,

1



**DR. CATAPANO DECLARATION
EXHIBIT #91**

GWU 001661

I hope all is well with you. I wanted to reach out as I think you have been the C/L attending this month, working with Stephanie. If so, would you mind letting me know how things have been going with her in terms of patient care, interactions with other services/staff, and interactions with you and the rest of the team during the work days?

Thanks in advance for your time.

Best wishes,
Lori

Lori Kels, MD, MPH
Associate Director, Residency Training Program
Assistant Professor of Psychiatry
George Washington University
2120 L St NW
Washington, DC 20037
202-741-2869

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

GWU 001662

| | |
|---|---|
| From: | Jason <jemejuru@gmail.com> |
| Sent: | Friday, August 28, 2015 9:42 AM |
| To: | Lisa Catapano; Lori Kels; Darlinda; Victoria H. Anderson |
| Subject: | SW and 8/25 call |
| Attachments: | IMG_0739.PNG; ATT00001.txt |

Hello all,

I just wanted to get everyone on the same page or at least let everyone have an idea of what the past few days have been like involving SW from my perspective.

Dr. Khin Khin called me Wed morning to talk about her interactions over the phone with Stephanie Tue night/early Wed morning. To summarize (and there maybe points I'm missing), Dr. Khin Khin was disappointed with Stephanie's delivery, overall presentation and discrepancies in the story of a patient she was trying to Administratively discharge. She was also disappointed that Stephanie did not discuss other highly acute incidents on the floor with her during their conversation. Dr. Khin Khin for in touch with Dr. Norris and both felt Stephanie was not in position to see anymore patient at that time (4-5am) and she should wrap up, and get ready for sign-out.
Note: Stephanie did call Dr. Norris first, but then EKK after not getting in touch with Dr. Norris.

Wed evening, I received the email from Caroline I forwarded to you all that dept with Stephanie wanted to assist (in an unconventional manner, for sure) Caroline in placing prn's in her order set.

Thursday evening, Caroline forwarded me multiple texts sent by Stephanie that had to do with Stephanie's continued concerns about prn orders and an HIV test she wanted done on a patient that apparently bit her during her call on Tue nt.
Caroline felt very concerned about these multiple emails/text (see below) and bullied. Especially after Stephanie thought Caroline may be doing this (not sending another HIV test, prn miscommunication) on purpose.

I called Caroline Thur evening and she mentioned that she discussed this patient with Stephanie and told her the patient had an HIV test performed three days prior to the incident, which came back negative. However, Stephanie mentioned the lab not being able to use this result. Again, Caroline seemed very concerned with this situation and working with Stephanie. She asked that I talk to Stephanie. I told Caroline that she has our full support and we will talk with Stephanie.

I subsequently called Stephanie that evening and asked her how she was doing. She went on to tell me about her call experience. She mentioned having been involved in multiple incidents on the unit that night without nursing support. She said at one point, she wanted to place someone on a 1:1, but said this was denied by nursing for some reason. She said that same person she wanted to place on 1:1 tried to commit suicide on the unit, but she physically prevented this person from doing this. She also said there were multiple fights involving patients on the unit, "in the day room, in the hallways, in patient rooms, bathroom" that she she felt she was taking care of without support.
Stephanie said she felt Traumatized by this call and said "I have PTSD". She also said she was unsure if she can go to 6 south again because of the trauma.
She didn't mention her conversation with Dr. Khin Khin though I asked her what did the attending say about his. She mentioned that she "passed out" the rest of the night and did not attend morning report.

be honest, it was unclear how much was realistic vs hyperbole (unit video would be great) when she described her call experience, but she was very concerned about well-being.

**DR. CATAPANO DECLARATION
EXHIBIT #92**

GWU 001472

In my assessment, it seems Stephanie had good intentions throughout this entire situation but as we all know, her communications skills and delivery can be very poor. She felt she could handle the situation with Caroline by herself and ith other PGY-2s and did not discuss this with me at any time, which is surprising. I think she worried that Administration" involvement would result in negative consequences for her.

Sorry for any typos.

Jason

2

| **From:** | Lori Kels |
| **Sent:** | Friday, August 28, 2015 9:16 PM |
| **To:** | Lisa Catapano |
| **Subject:** | Fw: Dr. Waggle on call Aug 10th |

Sorry for the Friday night emails; hopefully, you're not checking until Monday.

I wanted to make sure you had seen Vanessa's concerns (see below) in case it's helpful for discussion on Monday.

Best wishes,
Lori

**From:** Vanessa Torres-Llenza
**Sent:** Friday, August 28, 2015 6:00 PM
**To:** Lori Kels
**Subject:** Dr. Waggle on call Aug 10th

Dear Dr. Kels,

I wanted to add to some concerns regarding Dr. Waggle. I did speak with her about most these and gave her feedback.   These concerns are mostly of when she was on call and I was the back up attending as I have been on and off the CL service and have not worked with her so closely. August 10th, the CL service was busy and I know she had not finished morning notes when going into the call. She had called me around 2 am stated she had a lot of patients and was not able to call backup person, chief and ED SW was not helping her. She sounded overwhelmed. She asked to discharge a patient who was not cooperative with exam (not talking), which I told her since he had not yet cooperated with assessment to leave him for the morning and we would assess. I called the ED social worker, who said Stephanie had called every 20 minutes to give her another patient. She stated she had seen 1 and there was other things she was working on although planned to see another patient soon, I left Stephanie a message about the conversation. My main concern was when I arrived the next day and read the ED physicians note stating two patients were possible discharges and ED SW work hear the same, although I had not heard from her about these patients.
The notes from 2 ED patient from physicians stated the following:
Hood mrn: 2424116
"0230 pt stable, psych saw her, waiting for ACT team to get here in the morning to decide if she need admission"
Starr mrn: 3911349
"0230 psych came to see patient said that she does not neet to be admitted and she will have community resources come to get her in the morning"

She said she did not say they were cleared but that they were pending case management assessment from community teams to determine disposition.  The two patients were reassessed in the morning and they were voluntarily admitted. I spoke with Dr. Norris and Dr. Gandhi about this.

I also gave her feedback regarding her notes during consult service, as these are done by medical students who she was working with were lacking a lot of information and recommended her to review the students note prior to sending to  me. I saw her handle a case very well, advocating for the patient and when giving her assessment to the geriatric team. This had been an example of some improvement from prior concerns with her dealing inter-personally with other services. Feel free to contact me with any questions via email or cel. 617-955-5362.

**DR. CATAPANO DECLARATION
EXHIBIT #93**

GWU 003463

I am hoping to schedule a quick meeting at some point with you and Dr. Catapano to discuss residents and any recommendations especially for those I am supervising in
the outpatient clinics.

Have a good weekend,
Vanessa

Vanessa Torres-Llenza, MD
Department of Psychiatry
George Washington University Hospital

GWU 003464

Aug 31, 2015, 5:08 PM

Thank you Jason! I shut my phone off for the weekend and went here.

5:08 PM



5:08 PM

Dr Catapano said that she would help so that I can have time for therapy every week. I really need to talk to someone about all these stressful things.

5:10 PM

She told something that really stuck with me. She said since we are doctors we ignore normal signs of exhaustion and keep pushing through. She said that when she was a resident one of the Chiefs said that his

 iMessage 

1148

**DR. CATAPANO DECLARATION**
**EXHIBIT #94**

Dr Catapano said that she would help so that I can have time for therapy every week. I really need to talk to someone about all these stressful things.

She told something that really stuck with me. She said since we are doctors we ignore normal signs of exhaustion and keep pushing through. She said that when she was a resident one of the Chiefs said that his biggest clue that he was overwhelmed is when he would be frustrated at little old ladies. He loved old people so he knew that if he was irritated by a patient that was a little old lady that was a clue to take a breather. I think my clue that I'm exhausted is that I was starting to think people were doing these things to me on purpose. I realize it's highly unlikely that other people were purposely putting me into these situations.



iMessage



be frustrated at little old ladies. He loved old people so he knew that if he was irritated by a patient that was a little old lady that was a clue to take a breather. I think my clue that I'm exhausted is that I was starting to think people were doing these things to me on purpose. I realize it's highly unlikely that other people were purposely putting me into these situations. It just seems like my life has been a series of unfortunate events the past few months. These events make people watch me closer making me feel like I'm being treated unfairly. I feel it would really help if I was able to talk to a therapist once a week and continuing meeting regularly with dr Catapano. Can you think of anything else I could do to get back on track?

5:28 PM

Aug 31, 2015, 9:39 PM

Glad to hear all of that

 iMessage 

Aug 31, 2015, 9:39 PM

Glad to hear all of that Stephanie. I think that is all perfect advice and something to keep in your "back pocket" to hold on to for future reference. I'll always be there for anything you need this year. Just remember to communicate and ask yourself "is this something I'd need to tell my chief or my chief would do" before you make any important decision. That's what I did when I came to GW

WWJD

What would Jason do!?!

Please buy my wrist bands at wwjd.org

But seriously, it's good advice: you can sub that for Catapano, Kels, Norris, etc

 iMessage 

1151

| | |
|---|---|
| From: | Cullins, Lisa <LCullins@childrensnational.org> |
| Sent: | Monday, August 31, 2015 4:04 PM |
| To: | Lisa Catapano |
| Cc: | Dave, Bhavin; Solages, Martine; JOSHI, PARAMJIT |
| Subject: | update |

Hi Lisa,

I haven't yet spoken to Dr. Dave directly but will fill him in as soon as he has a free moment. Dr. Dave please feel free to call me on my cell as well 415-680-5687. In regards to the GW resident on CPU starting tomorrow, we recommend the following.

1. She start out with us. Workload on the unit should be manageable as we will have our fellow, and a Walter Reed fellow on the unit.
2. We would like to suspend her calls for at least the first 2 weeks to ensure that she is meeting the clinical expectations and feels comfortable with the workload, team members and patient population.
3. We would greatly appreciate at least weekly supervision/check ins with you and GW chief resident regarding her performance and experience and any direct communication you may need to provide to the attending Dr. Dave.
4. We are also open to any other suggestions you may have.

I think she will do just fine with the structure and supervision on the unit and with you and have a fine month. Thank you so much for your phone call.

Lisa

Lisa M. Cullins, MD
Director, Child & Adolescent Psychiatry Fellowship Training Program
Director, Outpatient Psychiatry Clinic
Children's National Medical Center
111 Michigan Avenue, NW
Washington, DC 20010
202-476-3967

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**Victoria H. Anderson**

**.om:**         Cullins, Lisa <LCullins@childrensnational.org>
**.ent:**        Monday, August 31, 2015 4:38 PM
**To:**           Lisa Catapano
**Cc:**           Dave, Bhavin; Solages, Martine; JOSHI, PARAMJIT
**Subject:**    RE: update

Hi Lisa,

We are in support of her going to psychotherapy. Any day would be manageable given our current treatment team except for Wednesday. Would that work? All we would need to know is the exact day and time each week and plan accordingly.

Lisa


Lisa M. Cullins, MD
Director, Child & Adolescent Psychiatry Fellowship Training Program
Director, Outpatient Psychiatry Clinic
Children's National Medical Center
111 Michigan Avenue, NW
Washington, DC 20010
^^2-476-3967

**From:** Lisa Catapano [mailto:lcatapano@mfa.gwu.edu]
**Sent:** Monday, August 31, 2015 4:35 PM
**To:** Cullins, Lisa
**Cc:** Dave, Bhavin; Solages, Martine; JOSHI, PARAMJIT
**Subject:** RE: update

Dear Paramjit, Lisa, Martine and Bhavin,

Thanks so much for working with us to give Stephanie the best chance of success there. She really wants to do a good job, but as Lisa and I have been discussing, is not at 100% now. The one other recommendation I would propose, if it is possible to accommodate, is to allow her to go to weekly psychotherapy. If there is a way for her to do that that is the least inconvenient for you, please let her/me know.

Thanks again,
Lisa

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
shington DC 20037
2) 741-2886

**DR. CATAPANO DECLARATION
EXHIBIT #96**        GWU 001470

**Victoria H. Anderson**

om: Allen Dyer
ent: Monday, August 31, 2015 4:42 PM
To: Lisa Catapano
Subject: FW: Letter
Attachments: IMG_4237.JPG; ATT00001.txt; IMG_4238.JPG; ATT00002.txt

Lisa,

As you can see, Stephanie has been unable to scan the letter of deficiency and has sent these illegible cell phone photos. As I recall when we talked about her several weeks ago, you indicated that she didn't seem to understand that there was a problem or what the problem was.

I'll plan to meet with her now.

Perhaps we can chat soon.

(Great to see you at the game.)

Allen

-----Original Message-----
From: Stephanie Waggel [mailto:sewaggel@gmail.com]
Sent: Saturday, August 29, 2015 11:51 AM
To: Allen Dyer; Jason Emejuru
Subject: Letter

'ar Dr. Dyer,

Good morning. I've been having a hard time scanning the letter so I hope this photo will suffice. Please let me know if I can do anything else.

Thank you,
Stephanie



July 11, 2011

Dear Dr. Haggel:

Based on the recommendation of the Clinical Competency Committee, I am sending you this notice of Deficiency to address your unprofessional behavior on June 20, 2011.

Specifically, you were schedule to work an Emergency Medicine shift on June 20 starting at 7:00 am. Despite being aware of your shift assignment, you did not come to work at 7:00 am, and for approximately two hours, members of the ED attempted to reach you by phone. You did not answer your phone or return their calls. You had not alerted anyone in the ED (nor anyone in the Department of Psychiatry) that you were not planning to come to work that day. When you were finally reached by phone, you stated you were not feeling well and decided not to come to work as a result. You did not follow any reasonable procedure to alert the ED and make arrangements to cover your absence. In the end, you agreed to, and did, come into work for the rest of your shift that day.

This event demonstrates deficiencies in (1) Professionalism, and (2) Systems-Based Practice:

(1) Professionalism: Not arriving at the time you are expected to report to work, not alerting the ED chiefs or attendings to your tardiness or absence, and not taking responsibility for this lapse, for example, by acknowledging the inconvenience you caused in the ED that morning, are examples of poor professional behavior.

(2) Systems-Based Care: Not taking the proper steps to alert others of your tardiness or absence indicates a lack of understanding about how the ED operates, and its dependence on your reliability and promptness.

You are expected to exhibit professional behavior, which includes, at minimum, reporting for duty when scheduled, and taking appropriate measures to alert co-workers (and your program director) and make arrangements for coverage if it is absolutely necessary to be tardy or absent. You are also expected to work in complex systems of care and to communicate effectively with co-workers.

To address the deficiencies outlined above, you will participate in the following Improvement Plan with Dr. Allen Dyer, Vice-Chair for Education in the Department of Psychiatry: within two weeks of receiving this letter (excluding time off for medical leave), you must set up a meeting with Dr. Dyer to discuss strategies to prevent future lapses in professionalism. You must provide Dr. Dyer with the

GWU 001275

contact information for your supervising physician for each rotation such that he may obtain attendance reports to report to the CCC.

Regarding your overall performance during the course of the year, the CCC recognizes your obvious dedication to your work and significant capacity to form positive and productive relationships with co-workers. However, your difficulty managing your responsibilities and appropriately handling your absences ultimately impacts your ability to deliver proper care to your patients and work within our system of care. Given your work ethic and dedication to patient care, we expect that with attention to these concerns you will successfully be able to remediate these deficiencies and progress in our training program. The CCC will reassess your progress at regularly scheduled meetings and a determination as to when you will resume your prior status without an active Improvement Plan will be communicated to you at your next Semi-Annual Meeting with the Program Director. Should you continue to exhibit deficiencies, the Program reserves the right to seek further action, including termination from training as set forth in the GW Academic Improvement Policy (attached).

_____ MD

Dr. Lisa Catanzani

Residency Training Director

GWU 001276

**Victoria H. Anderson**

Oh, I see...
That's too bad...let me know if there's anything I can do to help

Veronica Slootsky, MD
Assistant Professor
Department of Psychiatry
George Washington University

**From:** Lisa Catapano
**Sent:** Tuesday, September 8, 2015 10:51 AM
**To:** Veronica Slootsky
**Subject:** RE: Stephanie Waggel

Veronica,

anks for your feedback. I suspect she misled you somewhat about her medical condition; that has been a pattern with
er. She certainly has gone through something, but at this time she does not have a critical medical condition.
I appreciate you giving her straight feedback about her interpersonal difficulties. This is something we will have to
continue to work on with her. When she comes back to GW and returns to GW call, we'll have to make a plan to
support her. I'll keep you in the loop.
Lisa

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

**From:** Veronica Slootsky
**Sent:** Thursday, September 03, 2015 8:52 PM
**To:** Lisa Catapano
**Subject:** Re: Stephanie Waggel

e actually ended up meeting today for about an hour after my lecture.
went quite well. Stephanie is going through a very serious health crisis (renal cancer, and awaiting genetic
sting) and I feel this might be contributing to the issues going on.
strongly recommend that she have the time to attend therapy and go to her appointments to address these
issues.



**DR. CATAPANO DECLARATION**
**EXHIBIT #98**

GWU 001463

She was responsive to feedback, and said that she wants to repair relationships with those who may have a bad impression of her. I also believe that she cares a lot about her patients, and wants to do well. I think that if she didn't have the personal crisis going on, coaching/therapy might have been sufficient to help with the interpersonal communication skills issues as she is caring and asks for feedback. However, I'm concerned that she's somewhat underestimating (this might be a defensive reaction) how serious her situation is, and it might be playing out in other ways, including how defensive she becomes when criticized by certain individuals. I think the best thing would be to continue to support her through the health crisis, and perhaps offer some extra support so that she can make the calls up later.

I will continue to work with her and support her at this time.

Thanks!
Veronica

Veronica Slootsky, MD
Assistant Professor
Department of Psychiatry
George Washington University

---

**From:** Lisa Catapano
**Sent:** Thursday, September 3, 2015 3:16 PM
**To:** Veronica Slootsky
**Subject:** RE: Stephanie Waggel

Thank you.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

---

**From:** Veronica Slootsky
**Sent:** Thursday, September 03, 2015 2:45 PM
**To:** Lisa Catapano
**Subject:** Stephanie Waggel

Dear Lisa,

I just wanted to let you know that I attempted to meet with Stephanie Waggel so that we could talk about the incident and how she is doing overall but she hasn't gotten back to me. I'll try again.

Thanks!

Veronica Slootsky, MD

2

GWU 001464

 Gmail

**Stephanie Waggel <sewaggel@gmail.com>**

## Step three
3 messages

**sewaggel@gmail.com** <sewaggel@gmail.com>                    Tue, Sep 8, 2015 at 8:05 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>, Jason Emejuru <jemejuru@gmail.com>

Good morning Dr. Catapano and Jason,

I am about to schedule my step three and I just wanted to confirm October PHP month I can take it whatever day and use an administration day? Thank you.

**Jason Emejuru** <jemejuru@gmail.com>                         Tue, Sep 8, 2015 at 8:06 AM
To: Stephanie Waggel <sewaggel@gmail.com>
Cc: Lisa Catapano <lcatapano@mfa.gwu.edu>

Ye you can.

On Tue, Sep 8, 2015 at 8:05 AM, <sewaggel@gmail.com> wrote:

> Good morning Dr. Catapano and Jason,
>
> I am about to schedule my step three and I just wanted to confirm October PHP month I can take it whatever day and use an administration day? Thank you.

--
Jason Emejuru, MD
Chief Resident
Department of Psychiatry & Behavioral Sciences
George Washington University

**Jason Emejuru** <jemejuru@gmail.com>                         Tue, Sep 8, 2015 at 8:06 AM
To: Stephanie Waggel <sewaggel@gmail.com>
Cc: Lisa Catapano <lcatapano@mfa.gwu.edu>

*Yes

On Tue, Sep 8, 2015 at 8:06 AM, Jason Emejuru <jemejuru@gmail.com> wrote:
> Ye you can.
>
> On Tue, Sep 8, 2015 at 8:05 AM, <sewaggel@gmail.com> wrote:
>
> > Good morning Dr. Catapano and Jason,
> >
> > I am about to schedule my step three and I just wanted to confirm October PHP month I can take it whatever day and use an administration day? Thank you.

--
Jason Emejuru, MD
Chief Resident
Department of Psychiatry

**DR. CATAPANO DECLARATION
EXHIBIT #99**

| | |
|---|---|
| ɔm: | JOSHI, PARAMJIT <PJOSHI@childrensnational.org> |
| ent: | Tuesday, September 08, 2015 10:57 AM |
| **To:** | Lisa Catapano; Cullins, Lisa |
| **Subject:** | RE: checking in re: SW |

Hello Lisa:

For the most part from my stand point it was OK.

Her write up on a new patient was good – did not hear any rumblings last week from other staff.

We did speak about when she would go for therapy and we agreed upon Monday late afternoon.

Thanks

**From:** Lisa Catapano [mailto:lcatapano@mfa.gwu.edu]
**Sent:** Tuesday, September 08, 2015 10:36 AM
**To:** Cullins, Lisa; JOSHI, PARAMJIT
**Subject:** checking in re: SW

Hi Paramjit and Lisa,
Just wanted to check in and see how things went with Stephanie last week.
‛ou'd rather speak to me directly, I will be available off and on all afternoon on my cell: 202-557-9270.
₁anks!

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.



**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## Doctor and therapy appointments

2 messages

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>                    Fri, Sep 11, 2015 at 4:58 PM
To: "Cho, Jang" <JaCho@childrensnational.org>, Lisa Catapano <lcatapano@mfa.gwu.edu>, Jason Emejuru <jemejuru@gmail.com>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>, Munjerina Munmun <munjerina@gmail.com>, "Cullins, Lisa" <LCullins@childrensnational.org>, bdave@childrensnational.org, pjoshi@childrensnational.org

Good afternoon. Below are the dates and times for my doctor and therapy appointments that I was able to arrange. I took into consideration everyone's suggestions, days there would be no other residents or fellows, didactic days, specific requests from attendings, and the PRITE exam days. I am able to provide a doctor's note for each upon request.
Have an excellent weekend.

Tuesday Sept 15th 2pm and 4pm
Friday Sept 18th 3pm
Tuesday Sept 22 11am and 3pm

—
Stephanie E. Waggel, M.D., M.S.
The George Washington University Hospital

**Jason Emejuru** <jemejuru@gmail.com>                    Fri, Sep 11, 2015 at 4:58 PM
To: swaggel@gwmail.gwu.edu

I will be away from Sept 10th - October 4th with sporadic internet access.
For issues related to GWU psychiatry residency, please contact fellow chief resident, Dr. Darlinda Minor at dkminor@email.gwu.edu

—
Jason Emejuru, MD
Chief Resident
Department of Psychiatry & Behavioral Sciences
George Washington University

DR. CATAPANO DECLARATION
EXHIBIT #101

**Allen Dyer**

| | |
|---|---|
| **From:** | Stephanie Waggel <swaggel@gwmail.gwu.edu> |
| **Sent:** | Friday, September 11, 2015 7:24 PM |
| **To:** | Lisa Catapano; Allen Dyer |
| **Subject:** | Status of my letter |
| **Attachments:** | patient letter.pdf |

Dear Dr. Catapano and Dr. Dyer,

Good afternoon. I am finding my therapy very helpful. Today we talked about how I can prepare for next month on a new rotation and minimize anxiety. I believe it would be detrimental for me to start off each new month with an attending that only knows me from the information on a letter of deficiency, especially given the circumstances of this letter. I submitted my doctor's excuse for the day referred to in the letter as well as a copy of my phone records to Dr. Dyer and attached below. I would like to start each rotation neutrally and prove myself rather than start off on a bad foot and work to improve from an already low point. I am therefore asking that this letter not be shared with anyone else. While I believe and have evidence to support the fact that the majority of this letter is incorrect, I have chosen to accept it. However, I do not believe I can accept it coloring other's perceptions of me when I am trying my hardest to improve. Please let me know the status of this letter when you can. Have a great weekend.

Stephanie

--
Stephanie E. Waggel, M.D., M.S.
The George Washington University Hospital



THE GEORGE
WASHINGTON
UNIVERSITY
MEDICAL CENTER
WASHINGTON DC

September 3, 2015

To whom it may concern:

Ms. Stephanie Waggel was scheduled for an appointment with Dr. Thomas Jarrett at the George Washington University Hospital on 06/10/2015. Please excuse her absence from work on that day.

Should you have any questions, please do not hesitate contacting my office at 202-741-3112.

Sincerely,

Thomas Jarrett, MD

Medical Faculty Associates of George Washington University
2150 Pennsylvania Avenue, NW, Suite 3-417, Washington, DC 20037
Telephone: (202) 741-3112 • Fax: (202) 741-3113



**DR. CATAPANO DECLARATION**
**EXHIBIT #103**

GWU 002834

**Allen Dyer**

| | |
|---|---|
| **From:** | Stephanie Waggel <swaggel@gwmail.gwu.edu> |
| **Sent:** | Monday, September 14, 2015 1:57 PM |
| **To:** | Lisa Catapano; Allen Dyer |
| **Subject:** | Re: Status of my letter |

Dear Dr. Catapano,

Thank you for the reply. My letter states that each attending must report my attendance which would indicate to them I am being watched for some reason. Is this not the case?

Stephanie

On Monday, September 14, 2015, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Stephanie,

Your letter of deficiency is confidential, and has not been shared with anyone other than me, Dr. Kels, the GME office (who, by requirement, sees all letters of deficiency), and Dr. Dyer, as he is in charge of your remediation. No attendings have had, or will have, access to your LOD.

With regard to your letter from Dr. Jarrett, I will remind you that the point of issue regarding June 10, 2015, was not whether or not you had a doctor's appointment, or were sick, but that you did not take appropriate action to alert your team, chiefs, and attending, in advance so that appropriate coverage could be arranged.

We all appreciate how hard you are trying to improve.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

**From:** Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
**Sent:** Friday, September 11, 2015 7:24 PM
**To:** Lisa Catapano; Allen Dyer
**Subject:** Status of my letter



**DR. CATAPANO DECLARATION
EXHIBIT #104**

GWU 002835

Washington DC 20037.
Header Page 259 of 466.

(202) 741-2886

**From:** Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
**Sent:** Friday, September 11, 2015 7:24 PM
**To:** Lisa Catapano; Allen Dyer
**Subject:** Status of my letter

[Quoted text hidden]

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of
this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for
delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202)
741-3636 and destroy the original message and all copies.

---

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>                    Mon, Sep 14, 2015 at 1:57 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>, adyer@mfa.gwu.edu

Dear Dr. Catapano,

Thank you for the reply. My letter states that each attending must report my attendance which would indicate to them I am
being watched for some reason. Is this not the case?

Stephanie
[Quoted text hidden]
[Quoted text hidden]

---

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                    Tue, Sep 15, 2015 at 5:00 PM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>, Allen Dyer <adyer@mfa.gwu.edu>

Hi Stephanie,
This seems to need an in-person discussion rather than an answer by email. Why don't you bring it up with Dr Dyer when
you meet next.
In any case, you and I should meet before the end of this month to discuss how we should handle your return to call on
6S. I am on my way to a conference but could meet next Thursday. If you have any further questions about the issue of
confidentiality, we can address them then.

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

**From:** Stephanie Waggel <swaggel@gwmail.gwu.edu>
**Sent:** Monday, September 14, 2015 1:57:25 PM
**To:** Lisa Catapano; Allen Dyer
**Subject:** Re: Status of my letter

[Quoted text hidden]
[Quoted text hidden]

---

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>                    Tue, Sep 15, 2015 at 5:50 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Thank you Dr. Catapano. By next Thursday do you mean the 24th?  Stephanie Waggel Supp. Prod. (Oct.) 259 of 466.

**DR. CATAPANO DECLARATION**
**EXHIBIT #105**

Sent from my iPhone
[Quoted text hidden]

---

**Lisa Catapano** <lcatapano@mfa.gwu.edu>       Wed, Sep 16, 2015 at 9:38 AM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>

Yes, the 24th. I'm sure you're booked all afternoon. Can you meet at 8:30 before Griff's lecture?

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

**From:** Stephanie Waggel <swaggel@gwmail.gwu.edu>
**Sent:** Tuesday, September 15, 2015 5:50:47 PM
**To:** Lisa Catapano
[Quoted text hidden]

[Quoted text hidden]
[Quoted text hidden]

---

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>       Wed, Sep 16, 2015 at 11:22 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

I'm going to be post call from children's that day but I still should be able to make it.
[Quoted text hidden]

Stephanie Waggel Supp. Prod. (Oct.) 260 of 466.

https://mail.google.com/mail/u/1/?ui=2&ik=64e5955d5d&jsver=g8gQ0BaJEzM.en.&view=pt&cat=Waggel%20v%20GW%20by%20Steph&search=cat&t...   3/3



**THE GEORGE WASHINGTON UNIVERSITY**
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

___

## PHP

3 messages

___

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>                          Fri, Sep 11, 2015 at 7:43 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Dear Dr. Catapano,

An additional recommendation I had received was to look into not working with Dr. Malik at PHP as we discussed. I understand that everyone has to work with people they do not get along with. However, given the fact my anonymity was compromised I'm hoping there can be an alternative. It makes me uncomfortable to work under someone who knows what I put on my private evaluations and then shared it with multiple people in my class. Please let me know.

Stephanie

--

Stephanie E. Waggel, M.D., M.S.
The George Washington University Hospital

___

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                             Mon, Sep 14, 2015 at 1:40 PM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>

Stephanie,

I have made your request to Dr. Crone. I do not know yet whether it is feasible to have you work with a different attending next month.

I am not sure what you are referring to regarding your private evaluations being shared. If that is something you would like to talk to me (or Dr. Crone) more about, please feel free.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


**From:** Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
**Sent:** Friday, September 11, 2015 7:43 PM
**To:** Lisa Catapano
**Subject:** PHP

**DR. CATAPANO DECLARATION
EXHIBIT #106**

| | |
|---|---|
| **from:** | Stephanie Waggel <swaggel@gwmail.gwu.edu> |
| **Sent:** | Monday, September 14, 2015 2:03 PM |
| **To:** | Lisa Catapano |
| **Subject:** | Re: PHP |

Thank you for speaking with Dr. Crone. In regards to my privacy, Dr. Malik made statements to two other residents indicating that she saw my evaluation of her. In our meeting I spoke about the fact Dr. Malik stated that my evaluation was the only negative evaluation she has received. This makes me feel uncomfortable both in working with Dr. Malik and also in completing evaluations in the future. I hope something can be worked out.

On Monday, September 14, 2015, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Stephanie,

I have made your request to Dr. Crone. I do not know yet whether it is feasible to have you work with a different attending next month.

I am not sure what you are referring to regarding your private evaluations being shared. If that is something you would like to talk to me (or Dr. Crone) more about, please feel free.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

**From:** Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
**Sent:** Friday, September 11, 2015 7:43 PM
**To:** Lisa Catapano
**Subject:** PHP



**DR. CATAPANO DECLARATION
EXHIBIT #107**

GWU 001640

| | |
|---|---|
| **From:** | Crone, Cathy <Cathy.Crone@inova.org> |
| **Sent:** | Monday, September 14, 2015 2:34 PM |
| | Lisa Catapano |
| **₋₋ject:** | RE: Stephanie Waggel - PHP |

Hi Lisa-

There is no other attending for PHP and I am not aware that an anonymous evaluation was shared with Dr. Malik, I definitely did not do this.

---

**From:** Lisa Catapano [mailto:lcatapano@mfa.gwu.edu]
**Sent:** Monday, September 14, 2015 2:27 PM
**To:** Crone, Cathy
**Subject:** Stephanie Waggel - PHP

Hi Cathy,

I mentioned to you the last time we spoke that Stephanie has requested not to work with Dr. Malik at PHP. I told her I was not at all sure this was something that could be changed, but that I would make sure you knew of the request. She also says that she completed an anonymous evaluation of Dr. Malik, which was then shown to Dr. Malik. I'm just letting you know, because she may bring it up with you.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**DR. CATAPANO DECLARATION
EXHIBIT #108**

GWU 001642

| | |
|---|---|
| **From:** | Lori Kels |
| **Sent:** | Tuesday, November 10, 2015 7:25 PM |
| **To:** | Victoria H. Anderson |
| **bject:** | Fw: f/u re SW |

---

**From:** Lori Kels
**Sent:** Monday, September 14, 2015 3:36 PM
**To:** Lisa Catapano
**Subject:** f/u re SW

Hi Lisa,

I spoke with Bhavin Dave. He mentioned that SW approached him to ask for feedback today. He feels that she has been doing pretty well in general. He says she has a good rapport with patients (maybe a more difficult time with some of the more challenging parents, but not unexpected for her level of training or inconsistent with peers), and an empathic interview style. He says that she meshed well with the team last week. Looking ahead, she is on the call schedule with one weekend day and two weeknights during the rest of the month.

He did mention that she expressed feeling anxious that she was being scrutinized and that everyone knows about the letter of deficiency (though Bhavin did not until she mentioned it).

∪ – good news overall.

Best wishes,
Lori



**DR. CATAPANO DECLARATION EXHIBIT #109**

GWU 001643



**THE GEORGE
WASHINGTON
UNIVERSITY**
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## next month's GW calls

2 messages

---

**Lisa Catapano** <lcatapano@mfa.gwu.edu>        Mon, Sep 21, 2015 at 1:32 PM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>
Cc: Lori Kels <lkels@mfa.gwu.edu>, "Darlinda K. Minor" <dkminor@email.gwu.edu>

Dear Stephanie,

One of the topics I intended to discuss with you at our meeting this Thursday is the plan for you to have more support and supervision on call when you return to GW in October. I believe the most effective way to achieve this is to have the back-up PGYIII residents plan to come in and take call side-by-side with you for your first several calls back. As I said, I planned to discuss this with you on Thursday, and we still should, but for various reasons Darlinda needs to send out an updated version of the call schedule before then, and I wanted to give you a heads-up that these joint calls are going to be on the schedule. I think when we meet it would be helpful to articulate exactly what I think you struggled most with in your last few GW calls, and how we hope that this will be helpful to you.

See you Thursday ...


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

---

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>        Mon, Sep 21, 2015 at 2:47 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Sounds like a plan. I will see you Thursday at 830.

On Monday, September 21, 2015, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

> Dear Stephanie,
>
> One of the topics I intended to discuss with you at our meeting this Thursday is the plan for you to have more support and supervision on call when you return to GW in October. I believe the most effective way to achieve this is to have the back-up PGYIII residents plan to come in and take call side-by-side with you for your first several calls back. As I said, I planned to discuss this with you on Thursday, and we still should, but for various reasons Darlinda needs to

**DR. CATAPANO DECLARATION
EXHIBIT #110**

 Gmail                                    Stephanie Waggel <sewaggel@gmail.com>

## Sick day
2 messages

**sewaggel@gmail.com** <sewaggel@gmail.com>                    Wed, Sep 23, 2015 at 8:59 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>, "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>

Dear Dr. Catapano and Tory,

I'm going to have to take a sick day today. I'm not able to keep any food down. I can provide a doctors note upon
request. I'm sorry for the inconvenience but I'm in no shape to work. Thank you.

Stephanie


Sent from my iPhone

**Victoria H. Anderson** <vhanderson@mfa.gwu.edu>                Wed, Sep 23, 2015 at 9:06 AM
To: "sewaggel@gmail.com" <sewaggel@gmail.com>

Feel better, Stephanie!

Tory Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891
[Quoted text hidden]
Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying
of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible
for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call
(202) 741-3636 and destroy the original message and all copies.


**THE GEORGE
WASHINGTON
UNIVERSITY**
WASHINGTON, DC

**Stephanie Waggel <swaggel@gwmail.gwu.edu>**

## rescheduling ...
3 messages

**Lisa Catapano <lcatapano@mfa.gwu.edu>**                    Mon, Sep 28, 2015 at 11:05 AM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>

Hi Stephanie,

Sorry we didn't get to meet last week.  How about this Thursday at 8:30?  Does that work for you?

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

**Stephanie Waggel <swaggel@gwmail.gwu.edu>**                    Mon, Sep 28, 2015 at 11:41 AM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

830 on Thursday sounds great thanks!

On Monday, September 28, 2015, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi Stephanie,

Sorry we didn't get to meet last week.  How about this Thursday at 8:30?  Does that work for you?

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington Universit

**DR. CATAPANO DECLARATION
EXHIBIT #112**

804

**Victoria H. Anderson**

---

**From:** Lorenzo Norris
**Sent:** Monday, October 5, 2015 2:09 PM
**To:** Lisa Catapano; Lori Kels
**Cc:** Jason Emejuru
**Subject:** Fwd: Meeting to Discuss RCA of 8/26

FYI

Lorenzo Norris M.D.
Assistant Dean of Student Affairs
GWU SMHS

Medical Director
Psychiatric & Behavioral Services
George Washington University Hospital

Begin forwarded message:

> **From:** <lnorris@mfa.gwu.edu>
> **Date:** October 5, 2015 at 2:08:36 PM EDT
> **To:** Waggle Stephanie <swaggel@gwmail.gwu.edu>
> **Cc:** Baiju Gandhi <bgandhi@mfa.gwu.edu>, Norris Lorenzo <lnorris@mfa.gwu.edu>
> **Subject: Meeting to Discuss RCA of 8/26**
>
> Hello Stephanie,
>
> Thank you for agreeing to meet with myself and Dr. Gandhi to discuss the events that occurred in the hospital while you were on call 8/26.
>
> We will meet on Oct 15th, at 12:00pm, in the medical directors office on 6-South.
>
> Best Dr. Norris
>
> Lorenzo Norris M.D.
> Assistant Dean of Student Affairs
> GWU SMHS



**DR. CATAPANO DECLARATION**
**EXHIBIT #113**

GWU 001263

## Victoria H. Anderson

**~om:**          Victoria H. Anderson
**₂nt:**          Tuesday, September 22, 2015 2:21 PM
**To:**                                                      Stephanie
                                  Waggel (swaggel@gwu.edu)
**Subject:**        Employee Health- Urgent

Dear all,

Per GME's records, you still have not been cleared by Employee Health. This is separate from the flu shot reminder to please go to Employee Health and get your physical!

Thanks ☺

**Tory Anderson**
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

**DR. CATAPANO DECLARATION
EXHIBIT #114**        **GWU 001431**

## Victoria H. Anderson

| | |
|---|---|
| **)m:** | Victoria H. Anderson |
| **.ent:** | Friday, September 25, 2015 11:02 AM |
| **To:** | Waggel, Stephanie |
| **Subject:** | RE: Employee Health- Urgent |

Hi Stephanie,

I'd suggest giving Employee Health a call to address this. In addition to the physical, they also give you your ppd and fit you for your mask. Here is their contact information:

Employee Health Office For Residents
GW Hospital
Room 1092 (ground floor)
Phone: (202) 715-4275

**Tory Anderson**
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

**From:** Waggel, Stephanie [mailto:swaggel@email.gwu.edu]
**it:** Friday, September 25, 2015 10:45 AM
**ᴛo:** Victoria H. Anderson
**Subject:** Re: Employee Health- Urgent

Hi Tory,

Can I just have my primary care doc fax my physical? If so where to?

Thanks
Stephanie

On Tuesday, September 22, 2015, Victoria H. Anderson <vhanderson@mfa.gwu.edu> wrote:

Dear all,

Per GME's records, you still have not been cleared by Employee Health. This is separate from the flu shot reminder to please go to Employee Health and get your physical!

anks ☺



**DR. CATAPANO DECLARATION**
**EXHIBIT #115**

GWU 001428

# Victoria H. Anderson

**ɔm:**           Victoria H. Anderson
**ɔnt:**           Tuesday, October 13, 2015 1:36 PM
**To:**           Lisa Catapano; Lori Kels
**Subject:**           FW: Employee Health Update
**Attachments:**           EMPLOYEE HEALTH LIST OCT 13.xlsx

Lisa and Lori-

I have emailed      and Stephanie Waggel multiple times regarding this. Stephanie and I have also spoken in person for her to go by Employee Health (since she already got her ppd but needs her doctor's office to send it) but I'm assuming that this means she still hasn't done this.

I checked with Mary about      since she is off-cycle and will be graduating in January, but unfortunately she still needs to have this in to Employee Health. I had emailed her letting her know this as well.

I think that after my multiple emails, an email from one of you would be appropriate.

Tory Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
ffice: (202) 741-2893
      (202) 741-2891

**From:** Mary Tucker [mailto:mtucker@gwu.edu]
**Sent:** Tuesday, October 13, 2015 12:32 PM
**To:** Aunyai Blackstock; Jacqueline Cole Miles; Inga Ricks; Victoria H. Anderson; Allen Solomon; Danielle Davison; Joshua Cohen; Jillian Catalanotti; Lisa Catapano; Jalil Ahari
**Cc:** Jeffrey Berger; Mary Mosby
**Subject:** Employee Health Update

Please see the updated list from employee health.

As a reminder, anyone who is not cleared by close of business tomorrow (Wednesday) will not be permitted to see patients until they have obtained their clearances.

Please notify your residents/fellows. thank you. Mary

--
Mary Y. Tucker
Director, Graduate Medical Education
The George Washington University School of Medicine and Health Sciences
2300 Eye Street, NW, Suite 718
Washington, DC 20037
ᴖᴖᴖ-994-3285 (phone)
.-994-1604 (fax)



**DR. CATAPANO DECLARATION**
**EXHIBIT #116**

GWU 001422

**Victoria H. Anderson**

| | |
|---|---|
| om: | Victoria H. Anderson |
| Sent: | Wednesday, October 14, 2015 8:20 AM |
| To: | Waggel, Stephanie; Lisa Catapano |
| Cc: | Stephanie Waggel (swaggel@gwu.edu); Lori Kels |
| Subject: | RE: FW: Employee Health Update |

Stephanie,

Please go to Employee Health on the main level of the GW Hospital to submit these documents.

Thanks!

Tory Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

**From:** Waggel, Stephanie [mailto:swaggel@email.gwu.edu]
**Sent:** Tuesday, October 13, 2015 6:01 PM
**To:** Lisa Catapano
      Stephanie Waggel (swaggel@gwu.edu);          Lori Kels; Victoria H. Anderson
..oject: Re: FW: Employee Health Update

I have copies of my recent flu shot, physical, and PPD. Who should I send these records to?

On Tuesday, October 13, 2015, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi          and Stephanie,

Just making sure you are addressing the issue of your health clearance. If you have not been cleared by the end of the day tomorrow, you will be pulled from duty. You'll likely get a letter of deficiency from the GME office and will probably be asked to make up the days by having your graduation date delayed, not to mention disrupting the services who are depending on you. Please take care of it immediately and let Tory and I know when it's done.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University



**DR. CATAPANO DECLARATION
EXHIBIT #117**

GWU 001414



VIA EMAIL

October 28, 2015


Stephanie Waggel, MD
Resident in Psychiatry


Dear Dr. Waggel:

This letter serves as a Letter of Deficiency under the current policy for academic improvement for Graduate Medical Education at the George Washington University. You are receiving this letter because you have shown deficiency in the competency of Professionalism.

In April 2015, Residents and Fellows were notified by email to log in to the MedHub system to sign their contracts and to complete other requirements for the new academic year. One of the requirements was that all residents and fellows complete the annual health clearance with the GW Hospital Employee Health Office no later than September 30, 2015. Despite an extension granted by Dr. Gary Little, Medical Director of GW Hospital, you were not cleared by Employee Health by the extended deadline of October 14th.

It is our expectation that you will adhere to all administrative responsibilities prior to the deadline going forward. Thank you for your attention to this important matter.

If you have questions, please contact me or Mary Tucker.

Sincerely,

Jeffrey S. Berger, MD, MBA
Associate Dean for Graduate Medical Education


cc: Lisa Catapano, MD


**DR. CATAPANO DECLARATION
EXHIBIT #118**

School of Medicine & Health Sciences
2300 Eye Street NW | Ross Hall Suite 718 | Washington, DC 20037
t 202-994-3737 | f 202-994-1604 | gwgme@gwu.edu | smhs.gwu.edu/academics/gme

GWU 001226

## Victoria H. Anderson

**n:**       Victoria H. Anderson
**Jent:**    Monday, August 31, 2015 9:34 AM
**To:**      Bruce Shaver; Caroline Roberts; Carrie Lewis (cel2116@gwu.edu); Darlinda Minor;
             Elizabeth Greene; Elizabeth Schwartz; Fatima Noorani; Gathi Abraham; Jacqueline
             Posada; Janice Yuen; Jason Emejuru; John Tarim (johntarim@gwu.edu); Kaitlin Budnik;
             Karen Wooten; Linda Ojo; Lisa Adler (adlerl@gwu.edu); Lynsey Tamborello; Monika
             Karazja (monikarazja@gwu.edu); Nicole Nguyen; Patsy Ortiz; Pooja Lakshmin; Ross
             Goodwin; Rushi Vyas; Sally He; Seth Rosenblatt; Stefani Reinhold; Stephanie Cho;
             Stephanie Waggel (swaggel@gwu.edu); TJ Price (tgp@gwu.edu)
**Cc:**      Lisa Catapano; Lori Kels
**Subject:** MANDATORY DUTY HOUR LOGGING FOR SEPTEMBER

**Importance:**   High

Dear all,

The GME Committee has designated the month of September as "Mandatory Duty Hour Reporting Month" for all GW Residents and Fellows.

All Residents and Fellows in all programs are required to report their duty hours for the month of September on the MedHub system.

   ase note that in MedHub there is a 14 day window for logging hours:
   You cannot enter hours in advance
* **You cannot go back more than 14 days**
* Once you go beyond the 14 day window, you are locked out of the reporting function for that time period and your residency coordinator is the only person who can add your hours to the system (please take responsibility for this and report your hours in a timely manner so that you will not need ask your coordinator to do this)
* Please remember to log vacation hours
* **Residents approved for moonlighting must log moonlighting time**
* If you need assistance, please contact your residency or fellowship coordinator
* **Residents and Fellows who do not report their hours may receive a Letter of Deficiency and the program will be subject to additional months of mandatory reporting.**

Please make sure that you are logging all your hours each week, as I will be running reports and sending emails every Friday. Please note that I have already submitted everyone's vacation requests within Medhub, so you will not need to log anything during your vacation ☺

Please also note that this is from GME, not from the Department, so failure to comply may result in a Letter of Deficiency from GME!

***If you are having any issues logging your hours, PLEASE CONTACT ME ASAP.

Thanks for your compliance in this matter!

   st,

**Tory Anderson**



**DR. CATAPANO DECLARATION
EXHIBIT #119**          GWU 001437

**Victoria H. Anderson**

m:          Ranjeet Bangar <rbangar@gwu.edu>
ent:      Monday, September 14, 2015 9:03 AM
To:        Victoria H. Anderson
Cc:        Mary Tucker
Subject:  Fwd: Medhub- Duty Hours

Hi Tory,

The duty hour lockouts happen on Saturday nights. A Medhub week runs Sunday-Saturday.

Currently, Dr. Waggel is locked out as mentioned. She did not log September 1-5. Therefore, you have the option to log those hours for her by going to Resident Duty Hours | Select Waggel from the list, select the actual hours worked, and submit completed duty hour.

Please let me know if you have questions.

**RB**

---------- Forwarded message ----------
---------- Forwarded message ----------
From: **Waggel, Stephanie** <swaggel@email.gwu.edu>
Date: Sun, Sep 13, 2015 at 11:42 PM
Subject: Re: Medhub- Duty Hours
To: "Victoria H. Anderson" <vhanderson@mfa.gwu.edu>, Jason Emejuru <jemejuru@gmail.com>, Mary Tucker <mtucker@gwu.edu>, Lisa Catapano <catapano@gwu.edu>, rbangar@gwu.edu, Darlinda Minor <dkminor@email.gwu.edu>

Dear Tory, Dr. Catapano, Jason, Darlina, and Ms. Tucker,

This duty hour email states "Please address this before Monday, September 14th as you will be locked out of logging duty hours." Other emails I received also state this date. However, when I logged on to medhub to log my hours this weekend it states the date is actually the 12th. Please let me know how I can fix this. Thank you.

Stephanie

On Thu, Sep 10, 2015 at 9:16 AM, Victoria H. Anderson <vhanderson@mfa.gwu.edu> wrote:

Dear all,

Please be reminded that you need to log-in to Medhub and submit your duty hours each week.



**DR. CATAPANO DECLARATION
EXHIBIT #120**      **GWU 001432**

After running a compliance report, I see that you have not submitted ANY hours for the month of September.

Please address this before Monday, September 14th as you will be locked out of logging duty hours. This will ɔmpt GME to get a notification of your non-compliance.

Thank you,

**Tory Anderson**

Residency Coordinator

Department of Psychiatry

George Washington University

2120 L Street, NW Suite 600

Washington, DC 20037

Office: (202) 741-2893

Fax: (202) 741-2891

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may ɔntain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, ɔistribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

--
Stephanie E. Waggel M.D, M.S.

--
Mary Y. Tucker
Director, Graduate Medical Education
The George Washington University School of Medicine and Health Sciences
2300 Eye Street, NW, Suite 718
Washington, DC 20037
202-994-3285 (phone)
202-994-1604 (fax)

GWU 001433

| | |
|---|---|
| ~m: | MedHub Notification <do-not-reply@medhub.com> |
| ~nt: | Monday, September 28, 2015 1:24 PM |
| To: | Lisa Catapano |
| Subject: | Duty Hour Compliance Issues |



**Duty Hour Compliance Issues**

Dr. Catapano,

The Resident below is non compliant with the GMEC Mandatory Duty Hour
Month for September and may receive a "Letter of Deficiency" and the program
will be subject to additional months of mandatory reporting. The Psychiatry
Residency program is currently 86% compliant.

Waggel, Stephanie 25%

Do not reply to this message. Please contact your Program Administrator or GME Office with any
questions. Submit a MedHub trouble ticket from the Help page if you experience any technical
difficulties.

## Victoria H. Anderson

**om:** Victoria H. Anderson
**ent:** Tuesday, October 13, 2015 3:03 PM
**To:** Stephanie Waggel (swaggel@gwu.edu)
**Subject:** Medhub

Hey Steph!

Please log-in to Medhub and identify your supervisor(s) for your C/L rotation and your Children's rotation. You will find your "urgent tasks" on Medhub in the upper left hand corner. Your username is: gwuWaggeS

If you forget your password, just let me know and I'll prompt the system to send you a password reset email.

Thanks!

Tory Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

**DR. CATAPANO DECLARATION
EXHIBIT #122**

**GWU 001409**



## PSYCHIATRY & BEHAVIORAL SCIENCES
at The GW Medical Faculty Associates

2120 L Street, NW, Suite 600
Washington, DC 20037
phone: 202.741.2900 fax: 202.741.2891
www.gwupsychiatry.org

To: Stephanie Waggel, MD

From: Lisa Catapano MD, PhD
Lori Keis MD, MPH
Jason Emejuru, MD
Darlinda Minor, MD
Victoria Anderson

Date: 10/14/15

Re: On-call Supervision ("Buddy Call") Expectations

Dear Stephanie,

To ensure that you succeed and take full advantage of the supervision/guidance/teaching provided to you by assigned senior residents while on call, we would like to clarify the specific areas you need to improve upon.

These areas include:

- organization/prioritizing work/triage
- communication with staff (physicians to nurses/techs/administrators, ED/medical floors/6S)
- fatigue management
- transition of care/sign-out
- managing/leading in acute clinical situations

You are receiving extra supervision and oversight on-call because you have not performed at the level that is expected of a PGY-2 resident taking independent calls, per GWU Psychiatry and ACGME expectations. The supervising ("buddy") resident's role historically and in your specific case is not to split the call duties evenly, but to provide guidance.

The objective is to prepare you for independent call as soon as possible. You cannot be promoted back to independent call until you are able to demonstrate your ability to handle all call responsibilities by yourself.

Please do not hesitate to ask any questions regarding these on-call clarifications and expectations.

**DR. CATAPANO DECLARATION
EXHIBIT #123**

GWU 001448

**Victoria H. Anderson**

| | |
|---|---|
| From: | Jason Emejuru <jemejuru@gmail.com> |
| Sent: | Wednesday, October 14, 2015 9:50 AM |
| To: | Stephanie Waggel |
| Cc: | Lisa Catapano; Lori Kels; Victoria H. Anderson; Darlinda Minor |
| Subject: | Meeting today |
| Attachments: | SW On Call Supervision Memo.pdf |

Hi Stephanie,

Just a reminder that we will be having our rescheduled meeting today around noon. I am located two floors below you at Merrifield's community service board clinic.

Please remind your attending about this meeting. I will be mindful of your time so you can go back to your clinical duties.

Attached is a document we will go over that will help clarify roles and expectations on "buddy call".

See you soon,

Jason


Jason Emejuru, MD
Chief Resident
Department of Psychiatry & Behavioral Sciences
George Washington University

**DR. CATAPANO DECLARATION EXHIBIT #124**   GWU 001447

| | |
|---|---|
| **'om:** | Lisa Catapano |
| **.ent:** | Thursday, October 15, 2015 4:52 PM |
| **To:** | Stephanie Waggel; Jason Emejuru; Lori Kels |
| **Subject:** | Re: clarification |

Stephanie,
You are on buddy call primarily because of your last August call. It has nothing to do with you not coming in for your ED shift.
As you and I talked about, there were several concerns about your management of pts and the unit during that call. I know you've gone over it in detail with Dr. Norris and Dr. Gandhi. A letter of deficiency will be coming which will outline what you spoke to them about. As Jason discussed with you, and outlined in a memo, the purpose of buddy calls for you is to provide extra support and supervision.

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

---

om: Stephanie Waggel <swaggel@gwmail.gwu.edu>
ht: Thursday, October 15, 2015 12:44:25 PM
To: Lisa Catapano; Jason Emejuru; Lori Kels
Subject: clarification

Dear Dr. Catapano, Jason, and Dr. Kels,

Good morning. I believe I was initially confused as to why I am on buddy call. I have been asking for the specific reason I am now on buddy call and informed that it is due to the events that occurred during my last two calls and the letter from the ED. Is this correct?

Thank you,
Stephanie

---

Stephanie E. Waggel, M.D., M.S.
The George Washington University Hospital

## Victoria H. Anderson

**ɔm:** sewaggel@gmail.com
**.nt:** Monday, October 19, 2015 7:20 AM
**ſo:** Aditi Malik; Lisa Catapano; Jason; Darlinda Minor; Victoria H. Anderson
**Subject:** Sick day

Good morning. I am feeling very ill. I will need to take a sick day. If I start to feel better I will try to come in this afternoon. Thank you.

Sincerely,
Stephanie

**DR. CATAPANO DECLARATION**
**EXHIBIT #126**

GWU 001368

**Victoria H. Anderson**

| | |
|---|---|
| m: | Lisa Catapano |
| ent: | Tuesday, October 20, 2015 11:14 AM |
| To: | Crawford, Pamela; Crone, Cathy; Darlinda Minor; Jason Emejuru |
| Cc: | Lori Kels; Victoria H. Anderson |
| Subject: | Re: Sick day |

A few thoughts.

It would be appropriate to let Stephanie know that an email is not a proper or reliable way to inform the attending of the need for a sick day.

At this point, it is reasonable to ask her for a doctor's note whenever she misses any work.

If any resident misses enough days on a rotation that they are judged to not have learned/progressed sufficiently, they can be failed for the rotation. We need to be as objective and fair as possible, of course, but this number is going to be different for different residents, depending on their performance level.

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

---

m: Crawford, Pamela
Sent: Tuesday, October 20, 2015 9:51:00 AM
To: Crone, Cathy; Lisa Catapano; Darlinda Minor; Jason Emejuru
Subject: FW: Sick day

I just received this note from Dr. Malik.

She received this note from Stephanie at 9.43pm last night. Stephanie did not show for PHP yesterday (October 19) or today (October 20th). Dr. Malik also received a text this morning from Stephanie asking her is she received her two e-mails; she has only received the note below.

Apparently, there is an upward trend of illnesses at PHP.

I thought all of you need to know.

*Pamela*

Inova Fairfax Hospital | Psychiatry

3300 Gallows Road | Falls Church | VA 22042-3300

Tel: 703.776.3626 | Fax: 703.776.3029

pamela.crawford@inova.org



**DR. CATAPANO DECLARATION**
**EXHIBIT #127**        GWU 001365

-----Original Message-----
From: sewaggel@gmail.com [mailto:sewaggel@gmail.com]
Sent: Monday, October 19, 2015 9:43 PM
To: Malik, Aditi
Subject: Sick day

Dear Dr. Malik,

I have been having some vomiting, cough and chest pain recently. I'm supposed to get
imaging this week but my oncologist and urologist are in disagreement of which tests I
need to get. The issue is that I don't want to upset anyone by taking another sick day.
I'm really trying hard to do well on this rotation and so far I have loved being able to
spend more time with patients than at my other sites. Will there be enough people at PHP
tomorrow or should I come in?

Also If you have time could you provide me feedback of my performance either in person or
by email I would appreciate it. I think I'm doing well but there are always things to
improve on. I apologize for missing today I really hate being sick.

Sincerely,
Stephanie

GWU 001366

**From:** Lori Kels
**Sent:** Tuesday, October 20, 2015 11:17 AM
**To:** Lisa Catapano
**Subject:** FW: Sick days: Doctor's note

Jason did send her an email this AM based on her absence y/d.

**From:** Jason Emejuru [mailto:jemejuru@gmail.com]
**Sent:** Tuesday, October 20, 2015 7:52 AM
**To:** Stephanie Waggel <sewaggel@gmail.com>
**Cc:** Victoria H. Anderson <vhanderson@mfa.gwu.edu>; Lori Kels <lkels@mfa.gwu.edu>
**Subject:** Sick days: Doctor's note

Hi Stephanie,

I hope you are starting to feeling better.
As you know, if you need to use another sick day, that will be just fine. Just make sure to let your attending, Tory, and myself know. Also, based on the amount of sick days you have used so far this current academic year, you will need to provide a doctor's note for any future sick days taken.
If you are not able to provide a note, vacation day(s) could be used for the day(s) you don't provide a note.

Let me know if you have any questions and get well.


Jason


--
Jason Emejuru, MD
Chief Resident
Department of Psychiatry & Behavioral Sciences
George Washington University

**DR. CATAPANO DECLARATION**
**EXHIBIT #128**

GWU 001360

 **Gmail**

## Sick days
7 messages

---

**Crone, Cathy <Cathy.Crone@inova.org>**                   Tue, Oct 20, 2015 at 6:27 PM
To: "sewaggel@gmail.com" <sewaggel@gmail.com>
Cc: "Malik, Aditi" <Aditi.Malik@inova.org>, Lisa Catapano <lcatapano@mfa.gwu.edu>, "lkels@mfa.gwu.edu"
<lkels@mfa.gwu.edu>, Jason Emejuru <jemejuru@gmail.com>, "dkminor@gwu.edu" <dkminor@gwu.edu>, "Crawford,
Pamela" <Pamela.Crawford@inova.org>

Dear Stephanie-

I have been alerted to your need for sick days in the past 2 days. Please note that it is not appropriate to send an e-mail to an attending to notify him or her that you will be out sick. It is particularly unacceptable to send a message late the evening after one has not shown up. Additionally, it is not helpful to send another e-mail the next day to notify the attending of an absence. Rather, you need to speak to that attending directly as soon as you think you might need to be off for a sick day. Attendings count on the help of residents when doing their patient care and they need to be able to gauge their workday depending on whether they might have assistance or not. This consideration and level of communication is necessary to maintain the level of professionalism expected of a physician. In addition to having needed to contact Dr. Malik, you also need to inform our office about any absence.

Please note that I am requesting a doctor's notes regarding you recent 2-day absence along with a note for any further absences.

-Dr. Crone

---

**Stephanie Waggel <sewaggel@gmail.com>**                   Wed, Oct 21, 2015 at 6:27 AM
To: "Crone, Cathy" <Cathy.Crone@inova.org>
Cc: "Malik, Aditi" <Aditi.Malik@inova.org>, Lisa Catapano <lcatapano@mfa.gwu.edu>, "lkels@mfa.gwu.edu"
<lkels@mfa.gwu.edu>, Jason Emejuru <jemejuru@gmail.com>, "dkminor@gwu.edu" <dkminor@gwu.edu>, "Crawford,
Pamela" <Pamela.Crawford@inova.org>

Dear Dr. Crone,

I apologize for this misunderstanding. I have attached a file that documents my attempts to contact Dr. Malik to inform her of my absence before I missed a day, my doctor's excuse, and further details. In summary, On Monday October 19th at 7:19am I emailed Dr. Malik and administration to inform them that I was too ill to come into work later. I called Dr. Malik but there was no answer. By the end of the day on October 19th I had not heard back from Dr. Malik. I sent her a second email with a more detailed explanation of my absence and asking her for more formal and hopefully documented feedback as she had told me in person that I had been performing well. On Tuesday October 20th I texted Dr. Malik to see if she received my emails as she had not responded to either email. By the afternoon of Tuesday October 20th I had not heard back. I then messaged Valerie who's number I had saved as a contact for PHP. I have not yet received a reply. Please let me know what else I can do to help this situation. Again, I apologize for this misunderstanding.

Sincerely,

Stephanie

**DR. CATAPANO DECLARATION
EXHIBIT #129**
443

Washington DC 20037
202-741-2886

om: Lori Kels
ent: Thursday, October 22, 2015 9:19:06 AM
**To:** Lisa Catapano
**Subject:** FW: Step three leave

Step 3 is a 2 day exam, and I don't think we've approved 4 days of admin leave for it in the past (I assume the other 2 are for studying/prep?). It may be too late at this point to change Stephanie's as the leave has already been approved (?) and is coming up next week, but I think we should (I can do it at Monday's admin meeting) clarify this point with the chiefs to pass along to the 1s and 2s.

Lori

**From:** Jason Emejuru [mailto:jemejuru@gmail.com]
**Sent:** Thursday, October 22, 2015 8:36 AM
**To:** Crawford, Pamela <Pamela.Crawford@inova.org>; Crone, Cathy <Cathy.Crone@inova.org>; Victoria H. Anderson <vhanderson@mfa.gwu.edu>; Lori Kels <lkels@mfa.gwu.edu>
**Cc:** Stephanie Waggel <sewaggel@gmail.com>
**Subject:** Fwd: Step three leave

Hi all,

Here is the attached administrative leave request form Stephanie filled out back in Sept. This was forwarded to me by Darlinda when I returned from my international elective on Oct 5th and I overlooked it.

ave told Stephanie that next time she will need to have Dr. Crone sign off on any request as well moving orward.

Jason
---------- Forwarded message ----------
From: **Darlinda K. Minor** <dkminor@email.gwu.edu>
Date: Mon, Oct 5, 2015 at 2:51 PM
Subject: Fwd: Step three leave
To: Jason Emejuru <jemejuru@gmail.com>

☺

Sent from my iPhone

Begin forwarded message:

> **From:** sewaggel@gmail.com
> **Date:** October 5, 2015 at 2:16:39 PM EDT
> **To:** Darlinda Minor <dkminor@email.gwu.edu>
> **Subject: Step three leave**

Good afternoon Darlinda! I have attached the form for my step leave.


**DR. CATAPANO DECLARATION
EXHIBIT #130**

GWU 001338

# The George Washington University
## Department of Psychiatry
## Resident Vacation / Leave Request

*This form must be submitted ONE MONTH prior to requested leave dates.
*Please submit a separate form for each leave request.
*If approval is given via email, please attach those emails in lieu of a signature.
*Please submit the form to the residency coordinator, who will coordinate chief resident signature

Date Request Submitted: _9/30/15_

Resident: _Stephanie Waggel_

Dates of Requested Leave: _10/27 - 10/30_

Number of Leave Days : _4_

Type of Leave:   ☐ Personal   ☑ Admin (please describe:_Step Three Exam_)

## APPROVAL:

Team Attending: _[signature]_

Name: _ADITI MALIK_ Signature: _[signature]_

Physician Providing Coverage:

Name:_____ Signature:_____

Chief Resident Signature:_____

Waggel J&C 17012
GWU 001339

**Victoria H. Anderson**

'om:                    Lori Kels
.nt:                    Thursday, October 22, 2015 10:55 AM
**To:**                 Lisa Catapano
**Subject:**            RE: Step three leave

It looks like she hasn't been present enough days to likely pass the month.

I don't think we should give her 4 admin days off for the exam; it's just not consistent with what the other residents get. Although Aditi already approved the leave days, Cathy didn't – and this could give us a legitimate reason to revoke the approval, especially given Darlinda's email to all residents dated 9/14, which I pasted below. I think it might be fairest to give her the choice to either take the 2 other days as vacation instead of admin leave, or to decide to modify the leave request and work the extra 2 days if she prefers not to lose the vacation days. What you do think?

Darlinda's email:

Hi PGY1s and PGY2s -

I hope this email finds you well.

Please note: there is a **new vacation request form** to incorporate a new vacation request policy. Going forward, all vacation/leave requests from _Fairfax rotations_ will need to have a signature from **your team attending \ND Dr. Crone**.

Please see the form attached below and let me know if you have any questions or concerns.

Best,

Darlinda

---

**From:** Lisa Catapano
**Sent:** Thursday, October 22, 2015 10:46 AM
**To:** Lori Kels <lkels@mfa.gwu.edu>
**Subject:** Re: Step three leave

I don't know if we want to go this route, but if Aditi didn't realize that it's inappropriate to take 4d for a 2d exam, we could certainly undo the approval. May not matter if she fails the month anyway. I'm a little worried she'll tell the other residents and we'll have that to deal with.

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
'>rge Washington University
.0 L Street, NW


**DR. CATAPANO DECLARATION
EXHIBIT #131**

GWU 001337

**From:** Lori Kels
**Sent:** Thursday, October 22, 2015 12:02 PM
**To:** Stephanie Waggel
**Cc:** Lisa Catapano; Victoria H. Anderson
**Subject:** Step 3 leave request

Hi Stephanie,

I hope that you are feeling better.

It has come to my attention through this week's emails that you submitted a leave request on 9/30/15 for 4 days of administrative leave, from 10/27-10/30, to take Step 3. You obtained approval from your rotation attending, Dr. Malik, though you did not also obtain approval from Dr. Crone, as is required for approval of all leave requests at INOVA Fairfax rotation sites. Dr. Minor had sent an email on 9/14/15, prior to your leave request, notifying all residents of this change to the usual leave request procedure (please let me know if you'd like me to forward you a copy of the email). Because of this, the leave request cannot be approved at this time, as is; I apologize for the time it has taken to notify you of this issue.

I understand that you are scheduled to take the exam next week, and want to do everything possible from an administrative standpoint to facilitate your successful completion of the test.

The program has a history of approving administrative leave for the purpose of taking Step 3. Since the exam is a 2 day test, the program approves 2 days of administrative leave, but no additional days of leave for studying, preparation, etc. To be consistent and fair to all residents, the program cannot approve 4 days of administrative leave for any resident to take Step 3. However, since you did obtain permission from your attending for the 4 days of leave, I think (in discussing it with Dr. Catapano) that the most fair way to approach the situation is to offer you the choice to (1) take all 4 days of leave, as planned, but with the 2 exam days counting as administrative leave and the other 2 days counting as personal/vacation leave, or (2) just take 2 days of administrative leave to take the exam, and report to work for the other 2 days of the week. Either way, you would need to modify your leave request to reflect your preferred resolution to the situation.

I leave the choice entirely up to you and your judgment about your needs in preparing for the exam; please let us know your choice, and we will approve either request. However, I do think it is relevant for you to be aware that your attendance at PHP this month puts you in jeopardy of failing the rotation, based solely on the number of days worked/not worked.

Please let us know your decision regarding leave for next week. If you do plan to modify the request per option (2), please let Dr. Malik know as well that you plan to be present at PHP for those two additional days.

Best wishes,

Dr. Kels

Lori Kels, MD, MPH

Associate Director, Residency Training Program

Assistant Professor of Psychiatry

George Washington University



**DR. CATAPANO DECLARATION
EXHIBIT #132**

GWU 001323

## Victoria H. Anderson

**om:**     Victoria H. Anderson
**ent:**     Thursday, October 22, 2015 2:35 PM
**To:**     Lisa Catapano; Lori Kels
**Subject:**     FW: Doctor's note

FYI.

Tory Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

-----Original Message-----
From: sewaggel@gmail.com [mailto:sewaggel@gmail.com]
Sent: Thursday, October 22, 2015 2:34 PM
To: Victoria H. Anderson; Jason Emejuru; James Griffith
Subject: Doctor's note

ar Dr. Griffith, Jason, and Tory,

Because of the negative repercussions I experienced this week as a result of my taking a sick day to have tests for metastasis, I now have to take another sick day.

I am having extreme anxiety about the fact that was punished for this sick day despite: 1. informing multiple people in advance via phone and email 2. Asking multiple people if I did everything that was appropriate to handle taking a sick day 3. providing a doctors note 4. Being told that I would be given time to have one or two doctors appointments a month for the ongoing cancer screening that I will have to have for at least the next few years.

I am now having extreme anxiety necessitating an emergency session with my psychologist. I will provide a doctors note for today. If there is someone else I need to contact, a specific document I need to provide or anything else I can do to avoid upsetting anyone please let me know. Please inform me via email as soon as you can if you think of any negative repercussions that may occur as a result of my absence today so that I can address it in advance and not have this happen again. As I have stated many times, my goal is to care for my health while upsetting the least number of people possible. Thank you.

Sincerely,
Stephanie



**DR. CATAPANO DECLARATION**
**EXHIBIT #133**

GWU 001336

**Victoria H. Anderson**

| | |
|---|---|
| **·om:** | sewaggel@gmail.com |
| **,ent:** | Thursday, October 22, 2015 5:14 PM |
| **ro:** | Lori Kels; Lisa Catapano; Jason Emejuru; Victoria H. Anderson; Darlinda Minor; Ross Goodwin |
| **Subject:** | Medical absence |

Due to my current condition, I will not be able to work tonight. I have spoken with Jason over the phone on this matter. I also spoke with Ross over the phone. I will submit my doctors excuse once it is written. Please let me know if there is something else I need to do.

| | |
|---|---|
| **'om:** | Jason <jemejuru@gmail.com> |
| **.nt:** | Friday, October 23, 2015 11:14 AM |
| **To:** | Lisa Catapano |
| **Cc:** | Lori Kels; Victoria H. Anderson; Jason Emejuru |
| **Subject:** | Re: SW |

I have not spoken to her about hat but she did notify me about the leave yesterday via text around 5pm.
She has been consistently texting me since Wed evening about the miscommunication with Fairfax/PHP and sick days
and after I notified her about continuing supervised call through November.


Jason Emejuru, MD
Chief Resident
Department of Psychiatry & Behavioral Sciences George Washington University

> On Oct 23, 2015, at 10:59 AM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:
>
> Apparently Stephanie just went to HR and asked for medical leave until Nov 2. Has she spoken to any of you about that?
>
  ' lsa Catapano, MD, PhD
  .'rogram Director
> Associate Professor of Psychiatry
> George Washington University
> 2120 L Street, NW
> Washington DC 20037
> 202-741-2886
>
> Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call (202) 741-3636 and destroy the original message and all copies.

Clinical Competency Committee (CCC) Meeting The Department of Psychiatry
2120 L Street, NW Suite 600
Wiener Conference Room
October 23, 2015
1:00pm



REDACTED

DR. CATAPANO DECLARATION
EXHIBIT #136

GWU 001137



REDACTED

Stephanie Waggel: debriefed Dr. Crone about the entire Stephanie Waggel chronicles. Lisa will be meeting with Dr. Berger in two weeks to review her 3 LOD's and medical leaves and professionalism. Spent 30 minute discussing Dr. Waggel, PROF1 she scored 1 and PROF2 she failed. Dr. Norris did not comment on anything about Stephanie Waggel other than confirming his meeting with Dr. Gandhi and Dr. Waggel for RCA.



REDACTED

Concluded: 4:08pm



**THE GEORGE
WASHINGTON
UNIVERSITY**
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## Letter of Deficiency
1 message

Mary Tucker <mtucker@gwu.edu>       Wed, Oct 28, 2015 at 4:13 PM
Reply-To: mtucker@gwu.edu
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>
Cc: Lisa Catapano <lcatapano@mfa.gwu.edu>

Please see the attached letter from Dr. Jeffrey Berger.

--
Mary Y. Tucker
Director, Graduate Medical Education
The George Washington University School of Medicine and Health Sciences
2300 Eye Street, NW, Suite 718
Washington, DC 20037
202-994-3285 (phone)
202-994-1604 (fax)

📄 **Stephanie Waggel Oct 2015.pdf**
49K

**DR. CATAPANO DECLARATION
EXHIBIT #137**       442

| | |
|---|---|
| From: | Allen Dyer |
| Sent: | Wednesday, November 04, 2015 9:12 AM |
| To: | Lisa Catapano |
| Subject: | Re: SW |

Lisa,

We can add a fourth deficiency: failure to comply with the first.

That one was pretty basic. (1) Meet with me in within two weeks and (2) notify me of her supervisors, so I could verify her attendance.

She did not initiate an attempt to meet with me within two weeks, and basically took a great deal of effort on the part of the Residency Coordinator and me to finally get a meeting set up many weeks later. At that time she denied that there was any problem and said that 90% of what was in that letter was wrong.

I will be glad to meet with her on another occasion to see if there is any avenue I could pursue that might address a remediation plan, but when problems are so basic as the problems which were identified at the Clinical Competence Committee, I am not sure what I could accomplish meeting with her once a week, even if I had the time, which I do not.

Allen

From: Lisa Catapano
Sent: Tuesday, November 03, 2015 3:01 PM
To: Allen Dyer
Subject: SW

Allen,

I am writing Stephanie's third Letter of Deficiency ... this one for the call night in August that led to a Root Cause Analysis that Lorenzo and Baiju reviewed with her a couple of weeks ago. For a remediation plan, I think it makes the most sense to start with re-stating our original recommendation/requirement for her to meet with you. The plan will also involve some concrete remediation re: reviewing Code Strong procedures, etc., but obviously the greater concern is her lack of insight re: professionalism, self-care, self-regulation and interpersonal communication.

As I mentioned, I'm meeting with Jeff Berger on Thursday to make a plan in the coming months to address her deficiencies, and clarify the degree to which she is or is not remediable. It may be that he has some recommendations for more intensive remediation that we initially proposed with her weekly meetings with you. I will keep you updated.

Thanks ...

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

I also have doubts about her becoming a PGY in 7-8 months if she needs to be on call with a buddy and we are still worrying if she will even show up for work. Or what an educational program could we design where we could confidently say she had the skills to practice this profession/specialty independently, which may not be a good choice for her. I wonder that we would renew her contract ,or even since she has refused to comply with the most basic remediation plan, if there are grounds for terminating her contract --

From: Crone, Cathy <Cathy.Crone@inova.org>
Sent: Thursday, November 05, 2015 7:01 PM
To: Lisa Catapano
Cc: Allen Dyer; Lorenzo Norris; Lori Kels; Victoria H. Anderson
Subject: Re: CCC communication re: SW

I have serious doubts that extending her training will help but also cannot see her becoming a PGY 3 in another 7-8 months. She needs oversight on professionalism, communication

Sent from my iPhone

Nov 5, 2015, at 4:39 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi all,
I'm emailing to follow up on the discussion we had at our last meeting on October 23 regarding Stephanie Waggel. I met with Jeff Berger today and reviewed her performance to date. Based on her current Milestone evaluation, which is significantly below that expected for her level of training, he suggested we consider extending her training by 6 months. This decision must come from the CCC, and would be communicated to her within the Letter of Deficiency I'm currently writing to address her performance on the call night of Aug 25. The Letter also notes that she has not been compliant with her Improvement Plan laid out in her last Letter of Deficiency, and also requires, as we have discussed, that she be placed back on buddy call until her call performance improves.
Please let me know your recommendation with regard to the suggestion of extending her training.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for

**DR. CATAPANO DECLARATION**
**EXHIBIT #139**

GWU 001198

**Victoria H. Anderson**

om:                 Allen Dyer
ent:                Tuesday, November 10, 2015 1:10 PM
To:                  Lisa Catapano; Lori Kels; Crone, Cathy
Cc:                  Lorenzo Norris
Subject:        RE: CCC communication re: SW

Let's discuss further.
Perhaps we should schedule a special meeting or at least a conference call.
A

---

**From:** Lisa Catapano
**Sent:** Tuesday, November 10, 2015 1:05 PM
**To:** Lori Kels; Allen Dyer; Crone, Cathy
**Cc:** Lorenzo Norris
**Subject:** RE: CCC communication re: SW

My understanding is that extending her training is a step that we can take right now. It communicates that she has not been performing adequately for the first 4 months of this year, and sets the groundwork for not renewing her contract next year, if she is to continue with this level of performance. Dr. Berger thinks there is not sufficient justification for termination at this time, but this is a step in that direction, if she doesn't improve significantly.
I'd propose that, if we extend her training now, and she doesn't get either worse or significantly better, that she repeat PGYII year in its entirety next year. Griff, Cheryl Collins, John Zinner have already documented that her performance in ɔir didactics was insufficient, so she'll have to repeat all of them as well. If things go very well for her, she could then ɔe promoted to PGYIII the following year, but if not, then at least we've done everything we can to give her the opportunity to remediate.
Is everyone okay with that, for the time being? Obviously we will revisit her progress along the way, and can recommend non-renewal of contract, or termination, if warranted.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

---

**From:** Lori Kels
**Sent:** Friday, November 06, 2015 10:07 AM
**To:** Allen Dyer; Crone, Cathy; Lisa Catapano
**Cc:** Lorenzo Norris
**Subject:** Re: CCC communication re: SW

I agree with the stated concerns.



## Victoria H. Anderson

om:     Lisa Catapano <lisacatapano@gmail.com>
t:     Tuesday, November 10, 2015 6:56 PM
ᴛᴏ:     Victoria H. Anderson
**Subject:**     Fwd: Feedback about Stepnanie
**Attachments:**     pgy2stephaniefeedback2015.docx; ATT00001.htm

Sent from my iPhone

Begin forwarded message:

**From:** "Dr. Cheryl Collins" <cherylcollins.md@verizon.net>
**Date:** November 7, 2015 at 4:16:19 PM EST
**To:** jzinner@erols.com, lisacatapano@gmail.com, lkels@mfa.gwu.edu,
james.l.griffith@gmail.com
**Subject: Feedback about Stepnanie**

HI:

I wanted to let you know that I have just sent the attached feedback to Dr. Waggel and alert you to the recommendations therein. She is aware I am sending it to you. John, for a bit of background, about which I will elaborate upon when I have more time, Stephanie has had a serious medical problem that has resulted in her missing most of my class-I think she may have attended 5 sessions, if that.
When she was present, she left the room unexplained at the beginning of each class. and came back after the class had started. She was in the class one time on time, the day she was to present. (In fact, she and two other class members were late for the live patient interview I did last Thursday. This was despite my many pleas for them to be on time to that event for obvious reasons.)
On the day she was there on time it was the day she was to present the article. FYI, I chose the simplest article for her, given her many absences. She seemed bewildered. She said to me; "You want me to read it. right?" I was then the bewildered one. She had been in class when others had presented, at least physically, but obviously not psychologically! She simply could not do as instructed -when encouraged to summarize rather than read it she became more overwhelmed. She then told us that the article reminded her of the problems she was having on the unit, with the attendings and nurses who apparently had registered many complaints about her. She was clueless about why they were unhappy with her although it seems so obvious to everyone else. I chose to allow her to discuss her problems as the article she was presenting was on projective identification, transference and countertransference. Though I was uneasy about proceeding this way, she was in pain, and her classmates were responsive. She was helped by the experience, but not because she understood how to apply the ideas in the articles to herself, let alone to patients. but because her classmates gave her very clear but supportive feedback about how inappropriate she is. She took it well-she really seems to lack the capacity for self observation and appreciates when it is given; if solicited. I don't know what she was like before her diagnosis-but this is what she is like now.

**DR. CATAPANO DECLARATION**
**EXHIBIT #141**

GWU 001546

She hasn't learned the material at all, nor is she emotionally available to see a patient. I have discussed it with one of the supervisors who has agree to tutor her and I don't think she should take a patient until the supervisor thinks she is first more stable. I hope that once she is more stable, she is more able to learn and receive feedback.
Let me know if its okay to proceed this way-or if you have questions about what I wrote.

Sincerely,
Cheryl Collins, M.D.
Adult, Child & Adolescent Psychiatry and Psychoanalysis
4000 Albemarle Street NW
Washington, D.C.
FYI: I check emails Monday-Thursday; 7:30pm-8:30 pm and Friday 5:30pm-6:30 pm. If you have an urgent issue, please call the office, at (202) 537-7045 or # 911 if emergent. Thank you.
CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is confidential. If the reader of this message is not the intended recipient, please let me know and delete this email.

2

GWU 001547

Stephanie:

I am providing you with general feedback rather than feedback specific to formulation number 2 because the issues with the latter are intertwined with problems you have had in the class throughout. We can discuss this more in person when we meet, if you wish.

First, it will likely come as no surprise to you that I don't think you understand psychodynamic concepts. This has been evident both as I consider your 2 formulations and your class participation.

Obviously, it would have been difficult to master the material covered in the course given the fact you have missed the majority of the class. Further, if you have done the readings on your own time, it's clear you don't understand them. Psychodynamic theory is difficult to comprehend without the assistance of someone who does understand it. That is why I assign the readings and then facilitate a discussion about them.

If you recall when you were assigned the task of reading an article and facilitating class discussion about it, you were unable to do so, because you said, the article brought to mind the interpersonal problems you were having on the unit. We decided to discuss that, and while that discussion seemed helpful to you and perhaps to your classmates, it did not demonstrate your mastery of the material. To be clear, that single digression is not in and of itself the problem, but a pattern of similar digressions is. For example, in the last class, you insisted on making your point instead of trying to understand what you didn't understand about psychodynamic thought. It's not that your point was completely irrelevant, but it was not a psychodynamic point which not only could you not appreciate but continued to argue, despite many attempts to redirect you. These are two examples of the types of distractions that prevent you from learning what you don't know and there are others. Said more simply, the prevalence of such distractions have impeded your learning of psychodynamic concepts.

In formulation number two, and one for that matter, the core principles underlying psychodynamic theory: the role of the unconscious in understanding a

GWU 001548

patient's symptoms and the repetitious nature of them, the use of the relationship between the therapist and patient as a tool for helping the patient change; specifically, transference and countertransference, and the ability to understand defenses that protect the patient from knowing difficult things about themselves are not addressed.

You do begin number two with a psychodynamic idea, that of core conflicts. And, you repeat what you have heard, that a core conflict is defined as two diametrically opposed desires; in K's case, the striving to be independent, contrasted with the pull to remain dependent. You state facts in her history that support your idea, but don't go on to formulate it. Look at what one of your classmates did with a similar idea:

- Ms. K appears to be repeating the insecure relationship pattern she likely has with her own mother in her relationships with her therapists. This is evident in numerous interactions between the patient and Dr. Wooten, such as the patient's anxiety about running 5 minutes late and fearing a punitive response from Dr. Wooten for this minor infraction. Her fear of abandonment and insecurity in her attachment-like relationships, possibly had its early beginnings in her mother giving up another child for adoption when the patient was too young to understand why the child was given up for adoption. However, we do not have the information to know if a true insecure attachment pattern developed between the patient and her mother when the patient was an infant. Her ambivalence about becoming independent from her mother and therapists also likely has its roots in her sexual assault during adolescence, a time when individuals, as per Erikson's stages of development, are forming their own identity and establishing their independence from the family. The patient could have unconsciously developed a belief that her sexual assault was punishment for becoming too independent from the family, and thus unconsciously continues to fear that excessive independence from attachment figures could endanger her physical well-being. The patient at times behaves as if

she is pursuing autonomy and independence and outwardly appears to endorse these goals, by moving out of her mother's home (down the hall) or trying to go back to college. However, due to her unconscious wish to remain dependent, she will also undertake other actions that thwart her ability to be successful at these endeavors, like sleeping through her exams so she fails her class and then reaching out to Dr. Wooten with an indirect cry for help (via text message). She is ambivalent about pursuing independence, autonomy and a separated, fully developed sense of self. Her superego is unable to reconcile her consciously stated desire to pursue independence from others with her unconscious desire to remain dependent on others, because these conscious and unconscious wishes are in direct conflict with one another. She lacks to ego strength to tolerate conscious awareness of her desire to remain dependent on others, so she often appears to use primitive defenses to shield herself from conscious knowledge of her desire to remain dependent on others. For example, she will often displace blame for her self-sabotaging actions onto others or onto external conditions, for example, when she did not get her klonopin refill she displaced blame for this onto the resident when in reality she could have called Dr. Wooten during business hours.

Ms. K's anxiety appears to most increase when events occur that appear to repeat a pattern of abandonment by important parental-like figures in her life, such as Dr. Destin's death or Dr. Wooten's health policy elective. Ms. K is quite sensitive to perceived abandonment by Dr. Wooten, whom the patient appears to have a transference towards like Dr. Wooten is a mother figure. When Dr. Wooten was unable to see the patient due to her health policy elective, Ms. K responded by increasing her anxiety driven attempts to contact Dr. Wooten, unconsciously evoking in Dr. Wooten a mothering counter-transference towards the patient in which Dr. Wooten wanted to rescue the patient from her crises. When Dr. Wooten subsequently reached out to the patient in concern, because of her ambivalence about dependence vs. autonomy, she pushed Dr. Wooten away by only

stating "I'm in class now" and not responding to Dr. Wooten's show of concern. When Dr. Wooten did not further act on this counter-transference by rescuing Ms. K, Ms. K unconsciously felt angry about this perceived abandonment by Dr. Wooten. However, because she idealizes mother figures like her therapists and mother, she could not consciously acknowledge Dr. Wooten's perceived failure and imperfections. By avoiding Dr. Wooten, Ms. K is defending herself against consciously acknowledging her anger towards to Dr. Wooten, which would force Ms. K to consciously know that the idealized mother figures in her life (her mother, Dr. Destin, Dr. Wooten) are imperfect individuals who are at risk of abandoning her.

Ms. K appears to be ambivalent about therapy, consciously wanting to seek help for anxiety and depression but unconsciously having many fears and anxieties which appear to interfere with her treatment. For example, her idealization of Dr. Destin, while a defense against acknowledging her unconscious rage at Dr. Destin's abandonment of the patient by dying could also hinder her development of a therapeutic relationship with Dr. Wooten. By idealizing Dr. Destin and continuing to have Dr. Destin as such an important, idealized, maternal internal object the patient may unconsciously feel that she is abandoning this internal object by seeing a new therapist. Her sexual assault has made her unconsciously fear that developing as a fully autonomous independent adult could even be dangerous for her wellbeing. Thus she unconsciously resists the therapy by controlling the sessions to prevent the therapist from uncovering emotions and anxieties that she is repressing. For example, Ms. K will often bring up complex, emotional topics in the last 5 minutes of the session, like her feelings about being involved in sex work in the past, which prevents Dr. Wooten from exploring the patient's feelings and experience in depth. By controlling sessions by this technique and similar methods, the patient is outwardly claiming she would like to work on some of her issues, which would help her to develop her identity and autonomy, even while she is unconsciously sabotaging the development of herself as less dependent on others, by resisting the therapeutic processes which would allow this self-development to

GWU 001551

occur. At this time, she appears not to have developed the ego strength to tolerate uncovering of her unconscious anger at parental figures, her unconscious fear of abandonment or her ambivalence about being autonomous.

This formulation, in contrast to yours, demonstrates a deeper, more complex grasp of the patient because the writer understands and applies the aforementioned psychodynamic ideas. I hope you can see the difference if not, we can discuss.

And finally, this formulation also addresses the patients emotions, behavior and thoughts, whereas yours places exclusive emphasis on thought. Such a one dimensional focus is not psychodynamic and is similar to your singular focus on the cognition of the Thursday patient, to the exclusion of her emotions, and the role they played in her ability to understand in one moment and not in another.

Before writing your final formulation please go back and reread Shedler's article to help you distinguish between psychodynamic and cognitive ideas. I have attached the link to it. In addition, reread the Cabiness articles on affect, ego and the defenses and unconscious conflict to better understand them. Let me know if you need the articles-I have them in PDF.

I will assign you a supervisor soon. I will be recommending that you go over the material with her, a tutorial of sorts, and then she can decide when you have mastered it sufficiently to begin seeing a patient. I don't think you can begin a psychodynamic case until you are further along. I will be sharing these comments and recommendations with Drs. Catapano, Kels and Dr. Zinner, the next psychodynamic instructor.

I look forward to reading your final formulation, which is due a week from today, and seeing you soon. Let me know if you have questions.

GWU 001552

**Victoria H. Anderson**

om:                Allen Dyer
ent:               Tuesday, November 10, 2015 1:10 PM
To:                Lisa Catapano; Lori Kels; Crone, Cathy
Cc:                Lorenzo Norris
Subject:           RE: CCC communication re: SW

Let's discuss further.
Perhaps we should schedule a special meeting or at least a conference call.
A

---

**From:** Lisa Catapano
**Sent:** Tuesday, November 10, 2015 1:05 PM
**To:** Lori Kels; Allen Dyer; Crone, Cathy
**Cc:** Lorenzo Norris
**Subject:** RE: CCC communication re: SW

My understanding is that extending her training is a step that we can take right now. It communicates that she has not been performing adequately for the first 4 months of this year, and sets the groundwork for not renewing her contract next year, if she is to continue with this level of performance. Dr. Berger thinks there is not sufficient justification for termination at this time, but this is a step in that direction, if she doesn't improve significantly.

I'd propose that, if we extend her training now, and she doesn't get either worse or significantly better, that she repeat PGYII year in its entirety next year. Griff, Cheryl Collins, John Zinner have already documented that her performance in ⌐ir didactics was insufficient, so she'll have to repeat all of them as well. If things go very well for her, she could then ⌐e promoted to PGYIII the following year, but if not, then at least we've done everything we can to give her the opportunity to remediate.

Is everyone okay with that, for the time being? Obviously we will revisit her progress along the way, and can recommend non-renewal of contract, or termination, if warranted.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

---

**From:** Lori Kels
**Sent:** Friday, November 06, 2015 10:07 AM
**To:** Allen Dyer; Crone, Cathy; Lisa Catapano
**Cc:** Lorenzo Norris
**Subject:** Re: CCC communication re: SW

I agree with the stated concerns.

---



**DR. CATAPANO DECLARATION**
**EXHIBIT #141-A**

GWU 001197

I also have doubts about her becoming a PGY in 7-8 months if she needs to be on call with a buddy and we are still worrying if she will even show up for work. Or what an educational program could we design where we could confidently say she had the skills to practice this profession/specialty independently, which may not be a good choice for her. I wonder that we would renew her contract ,or even since she has refused to comply with the most basic remediation plan, if there are grounds for terminating her contract --

**From:** Crone, Cathy <Cathy.Crone@inova.org>
**Sent:** Thursday, November 05, 2015 7:01 PM
**To:** Lisa Catapano
**Cc:** Allen Dyer; Lorenzo Norris; Lori Kels; Victoria H. Anderson
**Subject:** Re: CCC communication re: SW

I have serious doubts that extending her training will help but also cannot see her becoming a PGY 3 in another 7-8 months. She needs oversight on professionalism, communication

Sent from my iPhone

Nov 5, 2015, at 4:39 PM, Lisa Catapano <lcatapano@mfa.gwu.edu> wrote:

Hi all,
I'm emailing to follow up on the discussion we had at our last meeting on October 23 regarding Stephanie Waggel. I met with Jeff Berger today and reviewed her performance to date. Based on her current Milestone evaluation, which is significantly below that expected for her level of training, he suggested we consider extending her training by 6 months. This decision must come from the CCC, and would be communicated to her within the Letter of Deficiency I'm currently writing to address her performance on the call night of Aug 25. The Letter also notes that she has not been compliant with her Improvement Plan laid out in her last Letter of Deficiency, and also requires, as we have discussed, that she be placed back on buddy call until her call performance improves.
Please let me know your recommendation with regard to the suggestion of extending her training.

Lisa Catapano, MD, PhD
Director, Residency Training Program
Associate Professor of Psychiatry
Department of Psychiatry
George Washington University
2120 L Street NW
Washington DC 20037
(202) 741-2886

Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible for

GWU 001198

**Victoria H. Anderson**

`·om:`     Lisa Catapano
`ınt:`     Tuesday, November 10, 2015 6:28 PM
`ſo:`     Pamela Crawford (Pamela.Crawford@inova.org)
`Cc:`     Crone, Cathy; Lori Kels; Jason Emejuru; Darlinda K. Minor; Victoria H. Anderson
**Subject:**     SW

Hi Pamela,
I just got off the phone with Cathy, and we have decided together to have Stephanie Waggel put on administrative leave with pay, effective immediately, pending an investigation of a complaint against her. I just spoke with Stephanie and made her aware. Cathy is going to let Winnie Suen know directly. I'll keep you informed as things proceed ...

Lisa Catapano, MD, PhD
Program Director
Associate Professor of Psychiatry
George Washington University
2120 L Street, NW
Washington DC 20037
202-741-2886

**DR. CATAPANO DECLARATION**
**EXHIBIT #142**

GWU 001311



## LOD

2 messages

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                    Wed, Nov 11, 2015 at 11:54 AM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>

Hi Stephanie,

Attached please find the Letter of Deficiency regarding your call night on August 25, 2015. I think you will find that
we've already covered all or most of the content in the meeting you and I had on October 1, and the meeting you had
with Dr. Norris and Dr. Gandhi on September 24. Please let me know if you have any questions.


Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886


Confidentiality Note: This e-mail is intended only for the person or entity to which it is addressed and may contain
information that is privileged, confidential or otherwise protected from disclosure. Dissemination, distribution or copying
of this e-mail or the information herein by anyone other than the intended recipient, or an employee or agent responsible
for delivering the message to the intended recipient, is prohibited. If you have received this e-mail in error, please call
(202) 741-3636 and destroy the original message and all copies.

 **Stephanie Waggel LOD 11.11.15.pdf**
262K

---

**Stephanie Waggel** <swaggel@gwmail.gwu.edu>                    Wed, Nov 11, 2015 at 2:15 PM
To: Lisa Catapano <lcatapano@mfa.gwu.edu>

Dear Dr. Catapano,

I have been limiting my contact recently as recommended by my colleagues who believe the best way to get through
residency is to stay quiet. It seemed to be working as it has been awhile since last harassed by administration, and with
that leaving me with nothing to talk about with my therapist. I finally thought I was coming out of this cycle of getting in
trouble (warranted or not), alerting others that I have some "issues," making them feel I need to be scrutinized,
ultimately leading back to my getting in trouble. Now that yet another anonymous self-perpetuating concern is occurring
again, I will break my silence.

The meeting on Oct 1, which was already rescheduled twice - provoking anxiety, did not provide me with any
understanding as to what was going on. You told me "the nurses are upset with your behavior and they wrote an email
about you." You then told me that you did not see this email. I asked many times for information about this. You only
stated that they were mad that I threatened to call the police. Nothing will discourage me from calling the police when

**DR. CATAPANO DECLARATION**
**EXHIBIT #143**

multiple people were assaulted in front of me and I fear for my life and the lives of those around me. I am not the only one who thinks this way. Sunday, Dr. Torres wanted to call the police to escort out a dangerous patient. I told her that although it may be the safe thing to do, I have learned that administration frowns upon it or even the use of the word "police."

Secondly, you state that my presentation that night was "disorganized." I want you to know that I put safety above organization as Dr. Norris stated in our meeting. I was under stress that night but I, and many other physicians agree, was less stressed than most humans would be in a potentially life threatening situation. It was also stressful that I could not hear the majority of what Dr. Khin Khin said on the phone and that she did not even come to the unit.

I deeply regret going to you for help the next morning. I, up until that point, had found you to be genuinely caring of the resident's well being. Now I find that you have used my going to you for help as a weakness. The content of what I told you was ignored. Indeed, you said yes Six South is dangerous but you have to get through it like the other residents, then disregarded the rest of my concerns. However, my emotions were remembered. My emotions about a night I feared for my life have been brought up several times as a negative quality. I believe that if it wasn't for my emotions, the situation wouldn't have been handled as safely as I handled it.

As for my "improvement plan," after a month of emailing Dr. Dyer I was finally able to meet with him. I provided him with phone records showing that the ED never called me as they stated in their letter. He said he would look into this and follow up with me. He never did and he never responded to any of my emails or calls since.

I would also like you to know that, as I found in the past when the back up residents refuse to come in, my current "buddies" have no desire to help me, or believe I even need help. They try to leave or actually do leave in the middle of the night with no explanation as to where they are going, and they do not return. And since they aren't even physically present, they certainly don't give me feedback. To cover themselves, they lie to you about the call shift in emails knowing full well you will not ask for or listen to what I have to say —which you indeed haven't. And that is fine as, honestly, I do not have any desire to get into this. However, I invite you to look at the camera footage at the six south unit door. I would never in my life even consider doing something like this. Perhaps you are trying to "fix" the wrong resident.

Sincerely,
Stephanie
[Quoted text hidden]

—
Stephanie E. Waggel, M.D., M.S.
The George Washington University Hospital



**PSYCHIATRY & BEHAVIORAL SCIENCES**
at the GW Medical Faculty Associates

2150 Pennsylvania Avenue, NW, Suite 600
Washington, DC 20037
phone 202-741-2888 fax 202-741-2891
www.gwpsychiatry.org

November 11, 2015

Dear Dr. Waggel,

This letter serves as a Letter of Deficiency under the current policy for academic improvement for Graduate Medical Education at the George Washington University. You are receiving this letter, after review of your clinical standing by the Department of Psychiatry Clinical Competency Committee (CCC) because you have shown deficiency in the competencies of Patient Care, Interpersonal Communication Skills and Systems-Based Practice.

You were the Psychiatry resident on call on August 25, 2015. The events on the inpatient psychiatry unit that evening triggered a root cause analysis (RCA). You met with Dr. Lorenzo Norris and Dr. Baiju Gandhi on October 15, 2015, to review the RCA, including three areas in which you are recommended to improve: Patient Care, Interpersonal Communications Skills, and Systems-Based Practice.

During your overnight call on August 25, 2015, you were required to manage escalating aggression in one of the 6S patients, which included decisions about 1:1 sitters, the use of IM vs PO medications, and calling a Code Strong. According to Dr. Norris, and documented in the RCA, your management of patient aggression, including recognizing escalating patient aggression and demonstrating leadership in a Code Strong situation, was below that expected for your level of training. This demonstrates a deficiency in Patient Care.

During the same call shift, your clinical presentations to Dr. Eindra Khin Khin (attending on call), and Dr. Norris were disorganized and incomplete. The RCA documents that your clinical presentations did not include a timeline, reason for agitation, dose of medications, or medical condition for the patient. This illustrates inadequate skills in Interpersonal Communication for your current level of training.

Finally, in regard to the management of the same agitated patient on the same night, you repeatedly attempted to "administratively discharge" this patient in the middle of an acute behavioral crisis. You told Dr. Norris afterward you did not properly understand the meaning of this term. According to the RCA, you also threatened to have the patient arrested. Your lack of understanding of inpatient discharge procedures, and your communication with the patient which exacerbated, rather than contained, the heightened emotions, demonstrate deficiencies in Interpersonal Communication and Systems-Based Practice.

It is also noted that you have not complied with the Improvement Plan set out in your Letter of Deficiency dated July 15, 2015.

To address the deficiencies outlined above, you will participate in the following Improvement Plan with Dr. Allen Dyer, Vice-Chair for Education in the Department of Psychiatry: within one week of receiving this letter, you must set up a meeting with Dr. Dyer to discuss the above deficiencies and outline a plan to prevent future lapses. Specifically, you must:

--Write a 600 word description of management strategies and alternatives for management of patient aggression in the in-patient setting. Included in this report, please address the indications for calling a "Code Strong" and the meaning of "administrative discharge." This report will be due within 4 weeks of the receipt of this Letter. Dr. Dyer will discuss the report with you after it has been submitted;

-Meet with Dr. Dyer within 1 week of receiving this Letter to address disorganized and incomplete clinical presentations on call. Formulate a template for consistency and present an agreed upon list of in-patients to Dr. Dyer on 2 occasions within 8 weeks of the receipt of this Letter. Dr. Dyer will assess you competency based on presentations and provide feedback to you and a formal evaluation of performance to the Clinical Competency Committee;

-Address the concerns laid out in your Letter of Deficiency dated July 15, 2015.

Furthermore, effective immediately, you will be assigned senior residents to be present for all of your overnight call shifts ("direct supervision immediately available," or "buddy calls"). The assigned senior residents will be tasked with supervising your patient care, systems-based knowledge and decision-making, and interpersonal communications with patients and co-workers, and providing feedback on the above directly to you, and also to Dr. Lori Kels, Associate Residency Director. Because of the above-listed deficiencies, and need for extra supervision, the Clinical Competency Committee's assessment is that you are not on track to be promoted to the PGYIII year on July 1, 2016.

The GW Misconduct Policy can be found at the following link:
http://smhs.gwu.edu/sites/default/files/GW%20GME%20Misconduct%20Policy.jb.6.27.pdf

It is solely your responsibility to ensure that the recommended items are completed in a timely manner. Failure to comply with the plan for improvement may result in additional measures, including, but not limited to, termination. A review and update of your progress will be reported at the next CCC meeting and will be reviewed in your next Semi-Annual Meeting with me. If you have any further questions, please feel free to discuss them with me.

Lisa A. Catapano, MD, PhD

Director, Psychiatry Residency Program

**Victoria H. Anderson**

om:              Lori Kels
ent:             Monday, November 16, 2015 3:39 PM
To:              Lisa Catapano
Cc:              Victoria H. Anderson
Subject:         Fw: LOD

Hi Lisa,

Jason confirmed with SW's buddy residents (other than Linda) that they did not leave the hospital.

Lori

From: Jason Emejuru <jemejuru@gmail.com>
Sent: Monday, November 16, 2015 3:06 PM
To: Lori Kels
Cc: Darlinda K. Minor
Subject: Re: LOD

Hi Lori,

uce and Sally are the only two other residents besides Linda who have been on Buddy call with Stephanie.
both did not leave the hospital while Stephanie was on Buddy call.

Jason

On Thu, Nov 12, 2015 at 11:48 AM, Jason <jemejuru@gmail.com> wrote:
Definitely

Jason Emejuru, MD
Chief Resident
Department of Psychiatry & Behavioral Sciences
George Washington University

On Nov 12, 2015, at 11:47 AM, Lori Kels <lkels@mfa.gwu.edu> wrote:

Jason, would you mind asking the other buddies that SW had last month if there were any periods
when they were not available or in which they were aware that SW was trying to find them but
couldn't (politely and quietly, in a non-accusatory way, as I know you will) ?

Thank you.



**DR. CATAPANO DECLARATION**
**EXHIBIT #145**                    **GWU 001248**

Yes, Linda is the only person Stephanie had complained about in terms of leaving call.

No other residents.

Jason Emejuru, MD

Chief Resident

Department of Psychiatry & Behavioral Sciences

George Washington University

2120 L street NW suite 600

Washington DC 20037

202-630-4273

jemejuru@gwu.edu

Jason Emejuru, MD

Chief Resident

Department of Psychiatry & Behavioral Sciences

George Washington University

On Nov 12, 2015, at 11:11 AM, Lori Kels <lkels@mfa.gwu.edu> wrote:

> I will coordinate with Jason and Darlinda to look into this further. It sounds like she is accusing multiple buddies of this.

GWU 001249

I recall that Linda did leave early from one shift (which Linda did not hide and in fact told us unsolicited in her feedback email: "Unfortunately I got a call at 630am that my daughter missed the school bus so I had to leave however at that point she had updated and printed sign out. She also gave good feedback and asked appropriate questions when receiving sign out." )

**From:** Lisa Catapano
**Sent:** Thursday, November 12, 2015 10:11 AM
**To:** Lori Kels <lkels@mfa.gwu.edu>; Jason Emejuru <jemejuru@gwu.edu>; Darlinda K. Minor <dkminor@email.gwu.edu>
**Subject:** FW: LOD

Lori, Jason and Darlinda,

Would you please investigate Stephanie's claim that senior resident(s) left call (below)? It doesn't have any impact on our concerns about Stephanie, but now that she's made the accusation, it warrants looking in to.

Thanks.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

**From:** Stephanie Waggel [mailto:swaggel@gwmail.gwu.edu]
**Sent:** Wednesday, November 11, 2015 2:15 PM
**To:** Lisa Catapano
**Subject:** Re: LOD

Dear Dr. Catapano,

GWU 001250

 Gmail

Staff Account <email.staff.gwu@gmail.com>

## 11/8/15 Buddy Call with Stephanie Waggel
1 message

**Thomas Shaver** <tbshaver@gwu.edu>                          Sun, Nov 15, 2015 at 9:20 PM
Reply-To: tbshaver@gwu.edu
To: Lisa Catapano <lcatapano@mfa.gwu.edu>
Cc: Lori Kels <lkels@mfa.gwu.edu>, Jason Emejuru <jemejuru@gwu.edu>, Stephanie Waggel <swaggel@gwu.edu>

Dear Dr. Catapano:

I thought it would be helpful to share with you some thoughts regarding what I thought was a very professional and successful buddy call with Stephanie Waggel on 11/8/15.

When I got together with Stephanie on Sunday morning, she had already put together a list of categories to work on and had a plan to keep notes about her progress in each of the areas, the results of which are summarized below.
I let her run the shift, and she did an excellent job managing Kaitlin, as well as the floor, ED and consult as needed, especially overnight. Overall, the call went very smoothly.

Of note, Stephanie and I worked on a new sign out plan, whereby critical information on new patients staffed or admitted (but not yet staffed) over the weekend is listed in the sign out so that it can be easily transmitted to the team during morning report with maximum efficiency. She used it with very positive reviews during Monday sign out, and made sure that Patsy and Seth knew about it before she left. It is our hope that this approach will become a 6S sign out standard.

Buddy Call Goals/Accomplishments:

- Organization/Prioritizing - developed and implemented a new sign out for efficient yet complete information dissemination about patients staffed and admitted (but not yet staffed) over the weekend during Monday morning report. Standardized layout that can be used for each patient that includes the most pertinent info: summary, when staffed, working diagnosis, utox, meds. Helped intern to know that whenever there is a moment of downtime take advantage of it, assisted with consults and floor notes when intern was busy in the ED; helped her decide which patients to see and which to request more labs for.

- Communication - called attending when ED tried to send a patient to 6S who was experiencing a hypertensive emergency (BP 180s/100s with worsening HA); addressed the concerns of 6S nursing and doctors about taking someone with such a high pressure; encouraged ED to better manage the patient's BP to achieve a safer level prior to transition to the floor, and developed a back-up plan for managing hypertension on 6 S if the issue recurred overnight; contacted ED charge nurse and resident to update them on the plan and eventual acceptance; remained calm and polite when ED attempted to force patient to 6S with a BP in the 180s/100s

- Fatigue management - successfully implemented strategic napping and snacking plan to maximize energy and attention during entire shift, especially overnight

- Transition of care/sign-out - briefed new intern and PGY-2 on new morning report sign out for patients staffed and admitted (but not yet staffed) over the weekend. Encouraged outgoing 6S intern to update incoming 6S intern on 6S patients prior arrival, updated 6S and Consult PGY-2s on current patient situation as well as consults to be staffed.

- Clinical Knowledge - Alerted ED that planned use of beta blocker for HTN in a patient being admitted to 6S should not be given due to a UTOX + for cocaine; researched current recommendations on this issue and briefed intern; reviewed UTI management with intern, including local resistance to cipro and need to confirm a negative Pregnancy test before initiating antibiotics while incorporating duration of stay in decision about which antibiotic to choose, given different treatment lengths. Also reviewed interpretation of Hepatitis B antigen and antibody results to determine Hep B status.

It was a pleasure to work with Stephanie. Let me know if you have any questions thereon.
All the best,

Bruce

Stephanie Waggel Supp. Prod. (Oct.) 7 of 466.

**DR. CATAPANO DECLARATION
EXHIBIT #146**

## Victoria H. Anderson

**~~om:** Victoria H. Anderson
**~nt:** Wednesday, November 18, 2015 2:12 PM
**To:** Jeffrey Berger; Lisa Catapano
**Subject:** SW

Dear Dr. Berger,

A resident (who will remain anonymous) sent screenshots of a group text to a member of the administration on Tuesday, November 17th. I have transcribed these original text messages below, with "AGM" as anonymous group member(s):

SW: "I love being unemployed"
"My lawyer just won a case for a surgical resident who sued his program"
"Ya'll need to start looking for other jobs this department gunna be out of business soon"

AGM1: "?"

SW: "Maybe with my settlement money I'll start a residency program and hire you guys"
"But give you all cool titles. Seth can be Lord of the Seth, Monika can be Monarch Monika, Carrie can be Captain Carrie, Jeneral John, Lady Lisa"
"I recommend you guys get on this while the getting is good"

~GM1: "This isn't funny"

SW: "This law firm has represented over 40 residents"
"Nope it's not funny it's a damn shame"

AGM1: "Well it's not funny to blithely make jokes about us all losing our jobs"
"Not cool"

SW: "It's not a joke"
"It's a suggestion"
"Friendly advice"

AGM1: "Still not cool"
"Not cool"

SW: "You don't have to take my advice AGM1"
"You don't even have to read it"
"I'm just saying I would keep my eyes open"
"PGY2 spot just opened at UCSF"
"Psych resident there got pregnant"
"Yale is looking for a PGY3 for next year"

AGM1: "Please stop"

.: "What would you do if GWU lost accreditation?"

AGM1: "Stop it"

SW:     "Until then someone will have to take all my shifts"
        "Linda went berserk when she found out she had to take mine last week"
        "It's going to be like the Neuro program"
        "One resident quit so everyone is on q 4 call"
        "That's gunna suck"

AGM1: "You are being obnoxious cut it out"

SW:     "I'm sorry you find my friendly advice obnoxious"
        "There are currently 19 openings for PGY2 psych residency positions"
        "That's not bad actually"
        "I would like to point out that I'm offering this information as a friend bc I don't want you guys to get screwed

AGM2: "I'm gonna bring some lube!"

SW:     "GME has its hands full as one of the medicine residents is suing them too"
        "I can't say anything more except I advise you guys to check out this website"
        "https://www.residentswap.org/residency_vacancies_summary.php:

ıry Anderson
Residency Coordinator
Department of Psychiatry
George Washington University
2120 L Street, NW Suite 600
Washington, DC 20037
Office: (202) 741-2893
Fax: (202) 741-2891

GWU 001667

To:
Lisa Catapano;

Cc:
Jeffrey Berger <jberger2@email.gwu.edu>;

Wed 11/18/2015 7:18 PM
Inbox
You replied on 11/19/2015 8:03 AM.

Dear Dr. Catapano,

I have just returned from a highly productive meeting with Dr. Berger. He had asked that I meet with you when you are available to talk about my return to work and formulating a plan for the future. I am willing to work toward improvement, as long as the plan is clear. My goals are to be the best doctor I can be, take care of my health, and avoid further misunderstandings with the administration as this has caused a recent decline in my quality of life. The following are some solutions so that I can meet these goals:

1. Sort out my periodic leave for follow up appointments. This is currently being handled by the Standard and the benefits department and filed as FMLA leave. I was given the option of contacting the EEO as well.

2. Find a new adviser to work with on my improvement plan as I was having difficulty meeting with Dr. Dyer.

3. Filter information through one individual so that each time I need approval or have a question I do not get directed in circles. Ideally, I would like to hear about issues through the person who has the issues and not their messenger. I am hoping you could be the point person for these emails.

4. I will strive to not be so focused on what I believe was detrimental to me in the past. I stated that although I do not agree with the majority of the information in the two LODs, I will move on from that and work to make improvements.

5. Dr. Berger's goal is for me to graduate. My goal is to graduate on time. I would like to straighten out a number of things in this regard. My lawyer is also looking into this. I know there have been residents who have taken time off for medical reasons and have graduated on time. I also am still confused as to why I would have to repeat an entire month due to taking a licensing exam I was approved for and taking sick days I followed the protocol for and had doctor's notes for.

6. A check on the evaluation system will be conducted to see how it was Dr. Malik got a hold of my evaluation of her. I have been trying to resolve this issue for months and I am hopeful that this check will allow me to feel comfortable completing evaluations again.



DR. CATAPANO DECLARATION
EXHIBIT #148

GWU 001306

7. It is still unclear to me what the issues are with the Aug 25th call. I have received a large amount of conflicting information. I believe it would be helpful for me to see the information from the RCA. I also would like to point out that this LOD about my meeting with Dr. Norris was said to be written before the meeting with Dr. Norris even took place. This meeting was rescheduled for a later time. I am wondering who was made aware of the details of that meeting. I can bring you the document that explains what was discussed in the meeting. It does not reflect the contents of the LOD.

8. I am willing to accept feedback. As we stated at the retreat, our class would appreciate feedback in a timely manner. Dr. Berger provided me with a great strategy for taking feedback given that my concern has been that my feedback has been conflicting. He stated that there will be people asking for different things and progress changes day to day. I will pick out the best "nuggets" of feedback to formulate the best strategy for improvement. I also think it would be helpful to receive clear and specific feedback. For example, I was told to "improve my organization." What I would find more helpful for example: "Morning report presentations were not clear. You should organize the signout sheets in a way that covers the main points that people want to know in morning report so that you can quickly transition from signout to morning report." I would certainly put in the effort to do what is requested as long as I can understand what is being requested and if completing these tasks requires working with another person, I would request that person be someone who is willing to work with me.

9. Condo owners don't seem to like condo renters in their building. My retired neighbors complain to the condo board about everything from cars being parked out front to dogs barking to babies crying to people having parties. This neighbor has even kicked my car door in because he did not like where I was parked. They have never spoken to me directly but seem to be angry that the majority of the people on my floor are college students and also have parties. I'm considering moving. I do not have a problem and I am hoping this email about me has not been circulated.

10. I am no longer to be on buddy call. My "buddies" are my peers and seem to have the same knowledge and experience as me. I have not found this to be an educational or helpful experience. The first two buddies did not offer help or feedback and left hours before the call shift was over. I was told to not disclose this information to you so that they wouldn't get in trouble, however, this is at a cost to me as I was not receiving any kind of support during my "buddy call." I feel it would be more helpful to learn from an attending. If I am overwhelmed on call, it seems policies were sent to the social workers stating they have to see every 3rd patient (which when I was on there were not) and email was sent saying if the backup resident is needed they should come in (which this person did not when I needed her) after my difficult call night. Hopefully people now understand these policies.

Please let me know when you have time to meet. I look forward to making a plan with you.


Sincerely,

Stephanie


Stephanie E. Waggel M.D, M.S.

GWU 001308



**THE GEORGE
WASHINGTON
UNIVERSITY**
WASHINGTON, DC

Stephanie Waggel <swaggel@gwmail.gwu.edu>

## summary of our meeting
5 messages

**Lisa Catapano** <lcatapano@mfa.gwu.edu>                    Thu, Nov 19, 2015 at 6:00 PM
To: Stephanie Waggel <swaggel@gwmail.gwu.edu>
Cc: Lori Kels <lkels@mfa.gwu.edu>

Hi Stephanie,

Just wanted to summarize the main points of our meeting this evening:

1.  I received feedback from Dr. Griffith and Dr. Collins that your performance in their classes in the first quarter/third of the year was unsatisfactory. We discussed the possibility that they may recommend that you repeat their classes next year. This would mean that you do not proceed with the rest of PGYII didactics going forward this year, as they build upon these early seminars. Since they have not given you their final recommendations on this, we discussed the fact that you could have some time to meet with them, finish any outstanding work, and finalize your evaluations for the courses.

2.  I presented you with your corrected LOD.

3.  Dr. Kels and I will work with you to establish a detailed plan regarding your extra supervision by your attending on call. We will also have to review the call schedule and make the appropriate changes to have you on solo call (with attending supervision available by phone). We will get back to you as soon as possible to let you know when you are next on call.

4.  You pointed out that in a previous email, I was incorrect about the time of the meeting you had with Dr. Norris and Dr. Gandhi. I was under the impression that it had taken place early on October 15, when it was in fact rescheduled to the end of that day. My mistake.

5.  We discussed the fact that you would like more details about the root cause analysis of your call night on August 25. I suggested you reach out to Dr. Norris and ask him to discuss it with you. I also suggested that you bring your LOD regarding that night, so that you may compare its contents with his analysis and ask him if there are any discrepancies.

6.  We confirmed that you are to return to work on Geriatrics tomorrow for your normal duties.

Take good care of yourself, and as we discussed, let's plan to meet right after Thanksgiving next week.

Lisa Catapano, MD, PhD

Director, Residency Training Program

Associate Professor of Psychiatry

Department of Psychiatry

George Washington University

2120 L Street NW

Washington DC 20037

(202) 741-2886

DR. CATAPANO DECLARATION
EXHIBIT #149
498



November 19, 2015

Dear Dr. Waggel,

This letter serves as a Letter of Deficiency under the current policy for academic improvement for Graduate Medical Education at the George Washington University. You are receiving this letter, after review of your clinical standing by the Department of Psychiatry Clinical Competency Committee (CCC) because you have shown deficiency in the competencies of Patient Care, Interpersonal Communication Skills and Systems-Based Practice.

You were the Psychiatry resident on call on August 25, 2015. The events on the inpatient psychiatry unit that evening triggered a root cause analysis (RCA). You met with Dr. Lorenzo Norris and Dr. Baiju Gandhi on October 15, 2015, to review the RCA, including three areas in which you are recommended to improve: Patient Care, Interpersonal Communications Skills, and Systems-Based Practice.

During your overnight call on August 25, 2015, you were required to manage escalating aggression in one of the 6S patients, which included decisions about 1:1 sitters, the use of IM vs PO medications, and calling a Code Strong. According to Dr. Norris, and documented in the RCA, your management of patient aggression, including recognizing escalating patient aggression and demonstrating leadership in a Code Strong situation, was below that expected for your level of training. This demonstrates a deficiency in Patient Care.

During the same call shift, your clinical presentations to Dr. Eindra Khin Khin (attending on call), and Dr. Norris were disorganized and incomplete. The RCA documents that your clinical presentations did not include a timeline, reason for agitation, dose of medications, or medical condition for the patient. This illustrates inadequate skills in Interpersonal Communication for your current level of training.

Finally, in regard to the management of the same agitated patient on the same night, you repeatedly attempted to "administratively discharge" this patient in the middle of an acute behavioral crisis. You told Dr. Norris afterward you did not properly understand the meaning of this term. According to the RCA, you also threatened to have the patient arrested. Your lack of understanding of inpatient discharge procedures, and your communication with the patient which exacerbated, rather than contained, the heightened emotions, demonstrate deficiencies in Interpersonal Communication and Systems-Based Practice.



**DR. CATAPANO DECLARATION
EXHIBIT #150**

GWU 001123

It is also noted that you have not complied with the Improvement Plan set out in your Letter of Deficiency dated July 15, 2015.

To address the deficiencies outlined above, you will participate in the following Improvement Plan with Dr. Lori Kels, Associate Program Director: within one week of receiving this letter, you must set up a meeting with Dr. Kels to discuss the above deficiencies and outline a plan to prevent future lapses. Specifically, you must:

--Write a 600 word description of management strategies and alternatives for management of patient aggression in the in-patient setting. Included in this report, please address the indications for calling a "Code Strong" and the meaning of "administrative discharge." This report will be due within 4 weeks of the receipt of this Letter. Dr. Kels will discuss the report with you after it has been submitted;

-Meet with Dr. Kels within 1 week of receiving this Letter to address disorganized and incomplete clinical presentations on call. Formulate a template for consistency and present an agreed upon list of in-patients to Dr. Kels on 2 occasions within 8 weeks of the receipt of this Letter. Dr. Kels will assess you competency based on presentations and provide feedback to you and a formal evaluation of performance to the Clinical Competency Committee;

-Address the concerns laid out in your Letter of Deficiency dated July 15, 2015.

Furthermore, effective immediately, you will be assigned extra attending supervision on your overnight call shifts, with my oversight. You will be required to check in with your attendings on a regular basis throughout the night to review patient care issues. Because of the above-listed deficiencies, and need for extra supervision, the Clinical Competency Committee's assessment is that you will not be promoted to the PGYIII year on July 1, 2016. Throughout the next year, the CCC will meet at regular intervals to review your progress and evaluations, and assess your readiness to be promoted to the PGYIII year. All of the above is contingent on your being found to be fit for duty in your upcoming evaluation.

The GW Academic Improvement Policy can be found at the following link:
http://smhs.gwu.edu/sites/default/files/GW%20GME%20Academic%20Improvment%20Policy.jb.6.27.pdf

It is solely your responsibility to ensure that the recommended items are completed in a timely manner. Failure to comply with the plan for improvement may result in additional measures, including, but not limited to, termination. A review and update of your progress will be reported at the next CCC meeting and will be reviewed in your next Semi-Annual Meeting with me. If you have any further questions, please feel free to discuss them with me.


_____ MD

Lisa A. Catapano, MD, PhD

Director, Psychiatry Residency Program

GWU 001124