## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. STEPHANIE WAGGEL, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> THE GEORGE WASHINGTON UNIVERSITY : <br> : <br> Defendant. : | Case No.: 1:16-cv-01412 |

## **ORDER**

Upon consideration of Defendant's Motion for Summary Judgment and Plaintiff's opposition thereto, it is hereby

ORDERED that Defendant's Motion for Summary Judgment is hereby DENIED on all counts.

It is so ordered.

Date: _____

                                                                Judge Colleen Kollar-Kotelly
                                                                 United States District Court

Copies to:
Peter K. Tompa, esq.
Jason H. Ehrenberg, esq.
Nicolas S. McConnell, esq.