## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

DR. STEPHANIE WAGGEL,                              :
                                                  :
               Plaintiff,                         :
                                                  :
v.                                                :     Case No.: 1:16-cv-01412
                                                  :
THE GEORGE WASHIGNTON UNIVERSITY                  :
                                                  :
               Defendant.                         :

## DECLARATION OF DR. MARC R. SHEPARD, M.D.

Dr. Marc R. Shepard, MD, pursuant to 18 U.S.C. § 1746, declares as follows:

1.  I have personal knowledge of the matters set forth below and am competent to testify to them.

2.  I practice internal medicine at the Medstar Health.  I receive my medical degree from Northwestern University Medical School and completed my residency at George Washington University Hospital.

3.  I have treated Dr. Stephanie Waggel since Jan. 5, 2015 as her primary care provider.

4.  After Dr. Waggel reported abdominal pain, I ordered a CT scan of her abdomen and pelvis area on April 13, 2016. (MEDSTAR HEALTH 000006-000007, Exhibit (EX. A).)

5.  Washington Radiological Associates ("WRA") conducted a CT on April 15, 2016 that showed a complex cystic legion in the midportion of the left kidney measuring 1.5 cm. (MEDSTAR HEALTH 000008-000009, Ex. B.)  For a better evaluation, a MRI was ordered at that time. (*Id.*)

6.  WRA performed the MRI on April 24, 2015 that confirmed the presence of a cyst on Dr. Waggel's kidney that was classified as Bosniak type 2F. (MEDSTAR HEALTH 000011, Ex. C.)

7.  Our files contain treatment notes, dated August 5, 2015, of Dr. Thomas Jarrett, M.D. of George Washington University Medical Facility Associates.  (MEDSTAR HEALTH 000019, Ex. D.)  These notes indicate that Dr. Waggel underwent a partial nephrectomy to remove the cyst.  Further testing determined that Dr. Waggel had been suffering from clear-cell renal carcinoma.  (*Id.*) Follow-up genetic testing was ordered. (*Id.*)  Moreover, yearly imaging was also recommended.  (*Id.*)

8.  During an office visit on March 11, 2016, Dr. Waggel reported stomach pain. (MEDSTAR HEALTH 000029-32, Ex. E.)  A biopsy was conducted that was negative for cancer.  (*Id.*)  Dr. Waggel reported a need for additional monitoring.  (*Id.* at 000031.)  Because Dr. Waggel's employer was making it difficult to schedule appointment with her medical providers, she requested my office to prepare forms to help her request FMLA leave, which we did on her behalf. (*Id.* at 000029, 000031.)

9.  Dr. Waggel visited my office again on May 16, 2016 for a follow-up visit.  (MEDSTAR HEALTH 000035--39, Ex. F.)  She reported problems at work again including her inability to be allowed time off for medical appointments.  (*Id.* at 000035.)

10. On August 4, 2016, Dr. Waggel had an appointment with Dr. Siegel of George Washington University Medical Facility Associates.  A copy of his treatment notes are in our files. (MEDSTAR HEALTH 000044-47, Ex. G.)  Those notes recount the history of her cancer diagnosis and state Dr. Waggel also suffers from anxiety and is being treated for depression.  (*Id.* at 000044.)  Although he saw no evidence of disease reoccurrence, he did think she would benefit from additional testing and ordered a MRI of her abdomen and a chest X-Ray.  (*Id.* at 000045.)  The results of her chest X-ray were negative. (*Id.* at 000046-47.)

11. On March 29, 2017, Dr. Waggel had a follow up visit with Dr. Jarett. A copy of his treatment notes are in our files. (MEDSTAR HEALTH 000060-61, Ex. H.) Although Dr. Waggel was doing well, she was suffering from urinary frequency. (*Id.*) The notes further indicate that Dr. Waggel was scheduled for a X-ray and a MRI as a follow up to her kidney cancer. (*Id.* at 000061.)

12. I understand that Dr. Waggel is involved in litigation with George Washington University in which George Washington University claims Dr. Waggel has been cured of cancer. I believe this drastically overstates Dr. Waggel's prognosis. Cure means not only that there are no traces of cancer, but that cancer will never come back. Instead, I believe Dr. Waggel's cancer should be characterized as being in remission because signs and symptoms of her cancer have disappeared. While some Doctors say that cancers that have been in remission for over five (5) years may be considered "cured," five years have not transpired since Dr. Waggel's cancer surgery and her cancer is thus still in remission.

I declare under the penalties of perjury that this declaration is true and correct and that it was executed in Washington, D.C. on ___1/17/18___

Dr. Marc R. Shepard, MD

3

# EX. A

# To Declaration of

# Dr. Marc R. Shepard

**MedStar Health**                                                                                  Page 2
5565 Sterrett Place  Columbia, MD 21044
410-555-1212  Fax:                                                                                  Office Visit

**STEPHANIE E WAGGEL**                                                          Home: (724)984-5632
Female  DOB:                              025800539            Ins: UNITED H (K95) Grp: 730193


Height:          62 inches (157.48 cm)
Weight:          115 lbs (52.27 kg)
BMI:             21 11
Temp:            98 8 degrees F (37 11 degrees C) oral
BP sitting:      110 / 68  (L. arm sitting)
Cuff:            regular
Decision Point Blood Pressure: 110 / 68

Vitals Entered By: rashonna shackleford MA

***Multi-disciplinary Pain Assessment***
Patient currently in pain:  yes

**Functional Screen**

## Physical Exam:
**Lungs:** clear to auscultation bilaterally, no wheezes rales or rhonchi
**Heart:** regular rate and rhythm; normal S1, S2, without murmurs, gallops, rub, or click;
**Abdomen:** soft/nontender; no guarding or rebound; bowel sounds are normal;

## Impression & Recommendations:

**Problem # 1:** ABDOMINAL PAIN, LEFT LOWER QUADRANT (ICD-789.04)

Orders:  CT Abdomen & Pelvis w/ and w/o Contrast
irritable bowel syndrome (IBS)-increase fiber-fruits, vegetables, whole wheat grains, consider add metamucil or
citracel or benefiber (1 tbsp juice daily)

**Problem # 2:** ADD (ICD-314.00)
renew meds

**Problem # 3:** DEPRESSION (ICD-311)

Her updated medication list for this problem includes:
  Viibryd 40 Mg Tabs (Vilazodone hcl) ..... 1 tab by mouth daily
  Lorazepam 0.5 Mg Tabs (Lorazepam) .... One (1) tablet by mouth everyqd

**Complete Medication List (at conclusion of visit):**
1) Concerta 36 Mg Cr-tabs (Methylphenidate hcl) .... 1 tab by mouth daily
2) Viibryd 40 Mg Tabs (Vilazodone hcl) .... 1 tab by mouth daily
3) Aviane Tabs (Levonorgestrel-ethinyl estrad tabs) ... 1 tab by mouth daily
4) Aczone 5 % Gel (Dapsone) .... Once a day as directed
5) Lorazepam 0.5 Mg Tabs (Lorazepam) .... One (1) tablet by mouth everyqd
6) Ritalin 5 Mg Tabs (Methylphenidate hcl) .... One (1) tablet by mouth twice a day
**Prescriptions:**
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily  #30 x 0
        Entered and Authorized by:      Marc R Shepard MD
        Signed by:      Marc R Shepard MD on 04/13/2015

**MEDSTAR HEALTH 000006**

**MedStar Health**                                                                              Page 3
5565 Sterrett Place  Columbia, MD 21044
410-555-1212  Fax:                                                                            Office Visit

**STEPHANIE E WAGGEL**                                                         Home: (724)984-5632
Female  DOB:                          025800539        Ins: UNITED H (K95) Grp: 730193

    Method used:   Print then Give to Patient
    RxID:   1744559954543090
RITALIN 5 MG TABS (METHYLPHENIDATE HCL) One (1) tablet by mouth twice a day  #60 x 0
    Entered and Authorized by:       Marc R Shepard MD
    Signed by:      Marc R Shepard MD on 04/13/2015
    Method used:   Print then Give to Patient
    RxID:   1744559834293090
LORAZEPAM 0.5 MG TABS (LORAZEPAM) One (1) tablet by mouth everyqd  #30 x 0
    Entered and Authorized by:       Marc R Shepard MD
    Signed by:      Marc R Shepard MD on 04/13/2015
    Method used:   Print then Give to Patient
    RxID:   1744559834193090
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily  #30 x 0
    Entered and Authorized by:       Marc R Shepard MD
    Signed by:      Marc R Shepard MD on 04/13/2015
    Method used:   Print then Give to Patient
    RxID:   1744559834093090
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily  #30 x 0
    Entered and Authorized by:       Marc R Shepard MD
    Signed by:      Marc R Shepard MD on 04/13/2015
    Method used:   Print then Give to Patient
    RxID:   1744559804543090
RITALIN 5 MG TABS (METHYLPHENIDATE HCL) One (1) tablet by mouth twice a day  #60 x 0
    Entered and Authorized by:       Marc R Shepard MD
    Signed by:      Marc R Shepard MD on 04/13/2015
    Method used:   Print then Give to Patient
    RxID:   1744559744193090

The medication list was reviewed and reconciled. All changed / newly prescribed medications were explained. A complete and accurate medication list as possible was provided to the patient / caregiver

## Patient Health Questionnaire (PHQ)

### PHQ9 Questionnaire
**1  Little interest or pleasure in doing things?** 0: not at all
**2  Feeling down, depressed or hopeless?** 0: not at all
**PHQ2 Score: 0**

**Electronically Signed by Marc R Shepard MD on 04/13/2015 at 8:25 PM**

# EX. B

# To Declaration of

# Dr. Marc R. Shepard



**WASHINGTON RADIOLOGY ASSOCIATES, P.C.**

www.washingtonradiology.com

| PATIENT NAME: | WAGGEL, STEPHANIE | DATE OF BIRTH: | |
|---|---|---|---|
| MEDICAL RECORD: | 920178 | AGE: | 28 |
| DATE OF SERVICE: | 04/15/2015 | OUTSIDE MRN: | |
| EXAM: | CT ABDOMEN AND PELVIS WITH CONTRAST | DICTATED: | 04/15/2015 04:31 PM |
| SERVICES PERFORMED AT: | WASHINGTON RADIOLOGY ASSOCIATES 2141 K STREET NW, WASHINGTON, DC 20037 | | |

**NEW!** WRA First To Offer
**LOW-DOSE** 3D Mammography

BOARD CERTIFIED PHYSICIANS
SUBSPECIALIZING IN:

Magnetic Resonance Imaging
Computed Tomography
3D Low-Dose Digital
Mammography
Needle Biopsies
CT/MR Angiography
Ultrasound
Neuroradiology
Musculoskeletal Imaging
Fluoroscopy
DXA – VFA
Diagnostic X-Ray

LOCATIONS:
2141 K Street, NW
Suites 100, 200 & 900
Washington, DC 20037
202-223-9722
202-659-2819 Fax

4445 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
301-654-4242
301-907-7414 Fax

10215 Fernwood Road,
Suite 103
Bethesda, Maryland 20817
301-564-1053
301-493-6522 Fax

12505 Park Potomac Avenue
Suite 120
Potomac, Maryland 20854
240-223-4700
240-223-4701 Fax

3022 Williams Drive
Suites 104, 200 & 204
Fairfax, Virginia 22031
703-698-8800
703-573-2318 Fax

21351 Ridgetop Circle
Suites 100 & 150
Sterling, Virginia 20116
571-434-0140
571-434-0144 Fax

Business Office
3015 Williams Drive
Suite 200
Fairfax, Virginia 22031
703-641-9133
703-280-5098 Fax

REFERRING PHYSICIAN:       MARC R SHEPARD, MD
                          1145 19TH ST NW
                          STE 311
                          WASHINGTON DC 20036

PROCEDURES: ABDOMEN AND PELVIS CT WITH CONTRAST

History: Left lower quadrant pain

Technique: Study performed from the hemidiaphragms to the pubic symphysis and reconstructed at 4 mm increments after the administration of 125 cc IV contrast and oral contrast.

Comparison studies:       None

FINDINGS:
Lung bases:               Normal
Liver and Biliary Tree:   Tiny nonspecific low-density lesions are seen in the liver which could represent cysts and/or hemangiomas.
Pancreas:                 Normal
Spleen:                   Normal
Adrenal Glands:           Normal

Kidneys and Ureters:      A tiny nonobstructing calculus is noted in the lower pole of the left kidney. There is a complex cystic mass noted in the midportion of the left kidney laterally. It measures 1.5 cm in maximum diameter. The mass has predominantly cystic regions with thick septations. For better evaluation an MRI is recommended.

Mesentery and bowel: The visualized loops of bowel including the appendix appears normal. No evidence for diverticulitis is seen.

Aorta and IVC:           Normal

Pelvic viscera:          Normal
Pelvic sidewall:         Normal
Bladder:                 Normal
Lymph nodes:             No significant adenopathy is seen.

Bones and soft tissues: Normal

IMPRESSION:
1. No evidence for diverticulitis. The visualized loops of bowel appear normal.
2. Nonobstructing calculus in the lower pole of the left kidney.
3. Complex cystic lesion in the midportion of the left kidney measuring 1.5 cm. For better evaluation an MRI is recommended.

**MEDSTAR HEALTH 000008**



## WASHINGTON RADIOLOGY ASSOCIATES, P.C.

www.washingtonradiology.com

| | | |
|---|---|---|
| **PATIENT NAME:** | WAGGEL, STEPHANIE | **DATE OF BIRTH:** ▮ |
| **MEDICAL RECORD:** | 920178 | **AGE:** 28 |
| **DATE OF SERVICE:** | 04/15/2015 | **OUTSIDE MRN:** |
| **EXAM:** | CT ABDOMEN AND PELVIS WITH CONTRAST | **DICTATED:** 04/15/2015 04:31 PM |
| **SERVICES PERFORMED AT:** | WASHINGTON RADIOLOGY ASSOCIATES 2141 K STREET NW, WASHINGTON, DC 20037 | |

**NEW! WRA First To Offer LOW-DOSE** 3D Mammography

BOARD CERTIFIED PHYSICIANS
SUBSPECIALIZING IN:
Magnetic Resonance Imaging
Computed Tomography
3D Low-Dose Digital Mammography
Needle Biopsies
CT/MR Angiography
Ultrasound
Neuroradiology
Musculoskeletal Imaging
Fluoroscopy
DXA – VFA
Diagnostic X-Ray

LOCATIONS:
2141 K Street, NW
Suites 100, 200 & 900
Washington, DC 20037
202-223-9722
202-659-2819 Fax

4445 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
301-654-4242
301-907-7414 Fax

10215 Fernwood Road,
Suite 103
Bethesda, Maryland 20817
301-564-1053
301-493-8522 Fax

12505 Park Potomac Avenue
Suite 120
Potomac, Maryland 20854
240-223-4700
240-223-4701 Fax

3022 Williams Drive
Suites 104, 200 & 204
Fairfax, Virginia 22031
703-698-8800
703-573-2318 Fax

21351 Ridgetop Circle
Suites 100 & 150
Sterling, Virginia 20116
571-434-0140
571-434-0144 Fax

Business Office
3015 Williams Drive
Suite 200
Fairfax, Virginia 22031
703-641-9133
703-280-5098 Fax

Report to be faxed

This report was electronically signed by:

*A. Premkumar*

AHALYA PREMKUMAR MD

COPY FURNISHED:

*The Most Experienced Provider of 3D Mammography in DC, Maryland & Northern Virginia*   PAGE 2 OF 2

**MEDSTAR HEALTH 000009**

# EX. C

# To Declaration of

# Dr. Marc R. Shepard



## WASHINGTON RADIOLOGY ASSOCIATES, P.C.

www.washingtonradiology.com

| PATIENT NAME: | WAGGEL, STEPHANIE | DATE OF BIRTH: | |
|---|---|---|---|
| MEDICAL RECORD: | 920178 | AGE: | 28 |
| DATE OF SERVICE: | 04/24/2015 | OUTSIDE MRN: | |
| EXAM: | MRI ABDOMEN WITHOUT AND WITH CONTRAST | DICTATED: | 04/24/2015 12:05 PM |
| SERVICES PERFORMED AT: | WASHINGTON RADIOLOGY ASSOCIATES 2141 K STREET NW, WASHINGTON, DC 20037 | | |

**NEW!** WRA First To Offer LOW-DOSE 3D Mammography

BOARD CERTIFIED PHYSICIANS SUBSPECIALIZING IN:

Magnetic Resonance Imaging
Computed Tomography
3D Low-Dose Digital Mammography
Needle Biopsies
CT/MR Angiography
Ultrasound
Neuroradiology
Musculoskeletal Imaging
Fluoroscopy
DXA – VFA
Diagnostic X-Ray

LOCATIONS:
2141 K Street, NW
Suites 100, 200 & 900
Washington, DC 20037
202-223-9722
202-659-2819 Fax

4445 Willard Avenue
Suite 200
Chevy Chase, Maryland 20815
301-656-4242
301-907-7414 Fax

10215 Fernwood Road,
Suite 103
Bethesda, Maryland 20817
301-564-1053
301-493-8522 Fax

12505 Park Potomac Avenue
Suite 120
Potomac, Maryland 20854
240-223-4700
240-223-4701 Fax

3022 Williams Drive
Suites 104, 200 & 204
Fairfax, Virginia 22031
703-698-8800
703-573-2318 Fax

21351 Ridgetop Circle
Suites 100 & 150
Sterling, Virginia 20116
571-434-0140
571-434-0144 Fax

Business Office
3015 Williams Drive
Suite 200
Fairfax, Virginia 22031
703-641-9133
703-280-5098 Fax

REFERRING PHYSICIAN:     MARC R SHEPARD, MD
1145 19TH ST NW
STE 311
WASHINGTON DC 20036

PROCEDURES: ABDOMEN MRI WOW CONTRAST

Clinical History: Abdominal pain. Left renal mass.

Creatinine assay:

The creatinine level is 1.2 mg/dL. Estimated GFR is 65.

The estimated GFR is within acceptable range for administration of intravenous gadolinium.

MRI of the abdomen without and with contrast:

Technique: Imaging includes coronal gradient-echo and T2-weighted, axial T1-weighted, in and out of phase gradient echo T1-weighted, T2-weighted, postcontrast dynamic fat-suppressed T1-weighted and delayed axial and coronal fat-suppressed T1-weighted sequences.

Correlation is made with the abdominal CT scan of 4/15/2015.

In the left renal mid pole region, there is a partially exophytic mass lesion measuring 1.3 x 1.3 x 1.2 cm that demonstrates cystic composition with primarily intrinsic signal that follows that of water content. There is a moderately thick enhancing internal septation. The right kidney is normal.

There is a 0.5 cm cyst in the posterior dome of the liver. The gallbladder, pancreas, spleen and adrenal glands are normal. Aorta tapers normally. There is no evidence of abdominal or retroperitoneal lymphadenopathy. Bony and soft tissue structures image normally.

Impression:
1. 1.3 cm left renal mid pole mildly complex cyst classified as Bosniak type 2F. Short-term followup by CT or MRI in 6 months is recommended.
2. 0.5 cm hepatic cyst.

This report was electronically signed by:

RAMIN ABRAHIM MD

COPY FURNISHED:

**MEDSTAR HEALTH 000011**

# EX. D

# To Declaration of

# Dr. Marc R. Shepard

# MEDICAL FACULTY ASSOCIATES

## THE GEORGE WASHINGTON UNIVERSITY

| | | | |
|---|---|---|---|
| Thomas W. Jarrett, M.D.<br>Chairman<br>Professor of Urology | Ramez Andrews, M.D.<br>Assistant Professor | Dr. Frederick B. Hendricks, M.D., F.A.C.S.<br>Associate Professor of Urology | Dr. Hrant Gevorgian, M.D.<br>Clinical Professor Urology |
| Paul Rusilko, M.D. | Harold A. Frazier, II, M.D., F.A.C.S.<br>Director of Urologic Oncology | Michael L Phillips, M.D., F.A.C.S.<br>Clinical Professor of Urology | Tiffany Steele, M.D.<br>Chief, Pelvic Floor Center |

Aug  5 2015

## DEPARTMENT OF UROLOGY

PATIENT: Waggel, Stephanie E.
MRN: 3798430
DOB: ███████
DOS: 08/05/2015

**HISTORY OF PRESENT ILLNESS:** Ms. Waggel returns for a follow-up. She is a pleasant woman with status post partial nephrectomy turned out to be a clear-cell renal cell carcinoma. I went over that there is an excellent prognosis from this. She went to see Dr. Siegel, who recommended some genetic testing. Since she is young, I think it may be worthwhile, but I think, the yield will be low.

**ASSESSMENT/PLAN:** We are going to get a renal ultrasound to make sure the kidneys are working well. We then went over the imaging follow-up recommended by the AUA with yearly imaging of the chest and abdomen. Thereafter, the patient has understanding and will do so. We will see her back after she has her ultrasound and proceed from there.

Thomas W. Jarrett, M.D.
Professor and Chairman
Department of Urology
(202) 741-3115. Fax (202) 741-3113

CC:    Marc Shepard, M.D.
       Rock Creek Manor Nursing Home
       2131 O Street NW
       Washington, Dc 20037

Electronically signed by: Thomas W Jarrett M.D.  Aug 12 2015  8:28AM EST Author

MEDSTAR HEALTH 000019

# EX. E

# To Declaration of

# Dr. Marc R. Shepard

**MedStar Health**                                                      Page 1
5565 Sterrett Place   Columbia, MD 21044
410-555-1212  Fax:                                                      Office Visit

**STEPHANIE E WAGGEL**                                       Home: (724)984-5632
Female  DOB:                          025800539      Ins: UNITED H (K95) Grp: 730193

**03/11/2016 - Office Visit**
**Provider: Marc R Shepard MD**
**Location of Care: Medstar Medical Group at 19th Street**

**Visit Type:** Follow-up Visit
**Primary Care Provider:** Marc Shepard

**CC:** rx refill, follow up on endoscopy

**History of Present Illness**
stomach burning hurting , saw dr frank biopsy negative for cancer now on dexilant but not feeling much better,
also takes zantac

need urology fu ct scan recommend cxr mri

porblems with programs getting appointments applied fmla to get to appointment s

**Preventive Screening-Counseling & Management**

*Alcohol-Tobacco*
    Alcohol drinks/day: never
    Smoking Status never smoker
    Tobacco Counseling. not indicated; no tobacco use

*Smoking Cessation-Diet-Exercise*
    PHQ-2 Score: 0

**Allergies:**
**No Known Drug Allergies**

**Comments:**

**Nurse/Medical Assistant:**
Patient asked name and date of birth. Correct patient verified.... Maritza E Machado MA  March 11, 2016 8:37
AM
patient denied chaperone for today
.................................................................Maritza E Machado MA  March 11, 2016 8:37 AM

**MEDSTAR HEALTH 000029**

**MedStar Health**
5565 Sterrett Place   Columbia, MD 21044
410-555-1212  Fax:

Page 2

Office Visit

**STEPHANIE E WAGGEL**
Female  DOB:                                        025800539

Home: (724)984-5632
Ins: UNITED H (K95) Grp. 730193

**Vital Signs:**
Patient profile:   29 year old female
Height:            62 inches (157.48 cm)
Weight:            126 lbs (57.27 kg)
BMI:               23.13
Temp:              98.6 degrees F (37.00 degrees C) oral
BP sitting:        106 / 70  (L. arm sitting)
Decision Point Blood Pressure: 106 / 70

Vitals Entered By: Maritza E Machado MA (March 11, 2016 8:37 AM)

*Multi-disciplinary Pain Assessment*
Patient currently in pain:  yes
MA/Nurse Pain Screening:  5 of 10  Behavior Scale with 0=no pain and 10=worst pain
Location of pain:  stomach
Duration of pain:  months

**MA Check In**
Cigarette Smoking Status:  never smoker

**Functional Screen**

**Physical Exam:**
**Constitution:**  well developed, well nourished, in no acute distress;
**Respiratory:**  clear to auscultation and percussion,no wheezes,no rales
**CVS/Pulses:**  regular rate and rhythm, S1, S2 without murmurs, rubs, gallops, or clicks. normal examination of peripheral vascular system by observation and palpation:  no varicosities noted
**GI/Abdomen:**  soft/nontender; no guarding or rebound; bowel sounds are normal; no hepatosplenomegaly and no masses: no hernias noted;

**Impression & Recommendations:**

**Problem # 1:**  ADD (ICD-314.00) (ICD10-F90.0)
renew meds

**Problem # 2:**  DEPRESSION (ICD-311) (ICD10-F32.9)

Her updated medication list for this problem includes.
   Viibryd 40 Mg Tabs (Vilazodone hcl) ..... 1 tab by mouth daily
   Alprazolam 0.25 Mg Tabs (Alprazolam) .... One (1) tablet by mouth once a day as needed

**MEDSTAR HEALTH 000030**

**MedStar Health**                                                          Page 3
5565 Sterrett Place   Columbia, MD 21044
410-555-1212  Fax:                                                          Office Visit

**STEPHANIE F WAGGEL**                                       Home: (724)984-5632
Female  DOB: ███████              025800539        Ins: UNITED H (K95) Grp: 730193

**Problem # 3:** GERD (ICD-530.81) (ICD10-K21.9)

Her updated medication list for this problem includes:
   Dexilant 60 Mg Cpdr (Dexlansoprazole) .... 1 daily

**Problem # 4:** CELIAC DISEASE (ICD-579.0) (ICD10-K90.0)

**Problem # 5:** CARCINOMA, RENAL CELL (ICD-189.0) (ICD10-C64.9)
ongoing monitoring  needs fu testing ct mri per speciakists

**Complete Medication List (at conclusion of visit):**
1) Concerta 36 Mg Cr-tabs (Methylphenidate hcl) .... 1 tab by mouth daily
2) Viibryd 40 Mg Tabs (Vilazodone hcl) .... 1 tab by mouth daily
3) Aviane Tabs (Levonorgestrel-ethinyl estrad tabs) ... 1 tab by mouth daily
4) Aczone 5 % Gel (Dapsone) .... Once a day as directed
5) Alprazolam 0.25 Mg Tabs (Alprazolam) .... One (1) tablet by mouth once a day as needed
6) Ritalin 5 Mg Tabs (Methylphenidate hcl) .... One (1) tablet by mouth twice a day
7) Dexilant 60 Mg Cpdr (Dexlansoprazole) ... 1 daily

Options for treatment were discussed with patient/ patient representative and collaborated on the following plan of
care/ treatment

**Patient Instructions:**
1) fmal forms x 2 done

**Prescriptions:**
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily  #30 x 0
         Entered and Authorized by:     Marc R Shepard MD
         Signed by:    Marc R Shepard MD on 03/11/2016
         Method used   Print then Give to Patient
         Note to Pharmacy: do not fill until 5/11/2016
         RxID:  1773305650816010
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily  #30 x 0
         Entered and Authorized by:     Marc R Shepard MD
         Signed by:    Marc R Shepard MD on 03/11/2016
         Method used:   Print then Give to Patient
         Note to Pharmacy: do not fill until 4/11/2016
         RxID:  1773305650815980

**MedStar Health**
5565 Sterrett Place   Columbia, MD 21044
410-555-1212  Fax:

Page 4

Office Visit

**STEPHANIE E WAGGEL**
Female  DOB: ████████          025800539

Home: (724)984-5632
Ins: UNITED H (K95) Grp. 730193

The medication list was reviewed and reconciled. All changed / newly prescribed medications were explained. A complete and accurate medication list as possible was provided to the patient / caregiver.

## Patient Health Questionnaire (PHQ)

**PHQ9 Questionnaire**
1  **Little interest or pleasure in doing things?** 0: not at all
2  **Feeling down, depressed or hopeless?** 0: not at all
**PHQ2 Score:** 0

**Electronically Signed by Marc R Shepard MD on 03/11/2016 at 9:28 AM**

# EX. F

# To Declaration of

# Dr. Marc R. Shepard

MedStar Health - Internal Medicine Office/Clinic Note
Subject: OV-INTERNAL MEDICINE

WAGGEL, STEPHANIE E - WHC-000007311238
Result Date: May 16, 2016 13:28 EDT

## * Final Report *

**Internal Medicine Office/Clinic Note (Verified)**

**Visit Type:** Follow-up Visit
**Primary Care Provider:** Marc Shepard

**CC:** refill medication

**History of Present Illness:**
cant get time off for appointments

dept head wouldn't sign papers for transfer

3 someone complained to dept health
4 program director telling other programs pt is mentally ill
5 director trying to fire pt.

Followed renal ca, add, anxiety/depression

**Preventive Screening-Counseling & Management**

*Alcohol-Tobacco*
  Alcohol drinks/day: never
  Smoking Status never smoker
  Tobacco Counseling: not indicated; no tobacco use

*Smoking Cessation-Diet-Exercise*
  PHQ-2 Score. 2

**Medications at Start of Visit (verified):**
1) Concerta 36 Mg Cr-Tabs (Methylphenidate Hcl) .... 1 tab by mouth daily
2) Viibryd 40 Mg Tabs (Vilazodone Hcl) .... 1 tab by mouth daily
3) Aviane Tabs (Levonorgestrel-Ethinyl Estrad Tabs) .... 1 tab by mouth daily
4) Aczone 5 % Gel (Dapsone) ... once a day as directed
5) Alprazolam 0.25 Mg Tabs (Alprazolam) ... One (1) tablet by mouth once a day as needed
6) Ritalin 5 Mg Tabs (Methylphenidate Hcl) .... One (1) tablet by mouth twice a day
7) Dexilant 60 Mg Cpdr (Dexlansoprazole) .... 1 daily

**Allergies (verified):**
**No Known Drug Allergies**

**Comments:**

Patient: WAGGEL, STEPHANIE E. DOB: ▇▇▇▇▇

Printed on: 07/17/2017 9:13 EDT

Page 1of 5
(Continued)

MedStar Health - Internal Medicine Office/Clinic Note       WAGGEL, STEPHANIE E - WHC-000007311238
Subject: OV-INTERNAL MEDICINE                                Result Date: May 16, 2016 13:28 EDT

**Nurse/Medical Assistant:**
patient asked name and date of birth. correct patient verified Patient declined a chaperone
today...................................................................Ayalnesh B Boke MA  May 16, 2016 1:29 PM

## Vital Signs:
Patient profile:   29 year old female
Height:            62 inches (157.48 cm)
Weight:            125 lbs (56.82 kg)
BMI:               22.95
BSA:               1.57
Temp:              98.5 degrees F (36.94 degrees C) oral
BP sitting:        100 / 60  (L  arm sitting)
Cuff:              regular
Decision Point Blood Pressure: 100 / 60

Vitals Entered By: Ayalnesh B Boke MA (May 16, 2016 1:29 PM)

### *Multi-disciplinary Pain Assessment*
Patient currently in pain:  no
MA/Nurse Pain Screening:  0 of 10 Behavior Scale with 0=no pain and 10=worst pain

**MA Check In**
Cigarette Smoking Status:  never smoker

**Fall Questionnaire**
Has the patient fallen in the last 30 days:  No

**Functional Screen**
Assistive Devices:  None
Language:  English
Nutrition Assessment:  No problem
ADL:  Independent

## Physical Exam:
**Constitution:**  well developed, well nourished, in no acute distress;
**Respiratory:**  clear to auscultation and percussion,no wheezes,no rales
**CVS/Pulses:**  regular rate and rhythm, S1, S2 without murmurs, rubs, gallops, or clicks. normal examination of peripheral
vascular system by observation and palpation;  no varicosities noted

## Impression & Recommendations:

Patient: WAGGEL, STEPHANIE E.   DOB: ████████

Printed on: 07/17/2017 9:13 EDT

Page 2 of 5
(Continued)

**MEDSTAR HEALTH 000036**

MedStar Health - Internal Medicine Office/Clinic Note
Subject: OV-INTERNAL MEDICINE

WAGGEL, STEPHANIE E - WHC-000007311238
Result Date: May 16, 2016 13:28 EDT

**Problem # 1:** ADD (ICD-314.00) (ICD10-F90.0)

Orders: Complete Blood Count (CBC) w/ Differential w/Platelets, Comprehensive Metabolic Panel, Lipid Panel, Thyroid Stimulating Hormone (TSH), Urinalysis (UA) Routine, Pain Management Profile 10 Drugs Urine

**Problem # 2:** DEPRESSION (ICD-311) (ICD10-F32.9)

Her updated medication list for this problem includes:
   Viibryd 40 Mg Tabs (Vilazodone hcl) ..... 1 tab by mouth daily
   Alprazolam 0.25 Mg Tabs (Alprazolam) ..... One (1) tablet by mouth once a day as needed

**Problem # 3:** CARCINOMA, RENAL CELL (ICD-189.0) (ICD10-C64.9)
in remission

**Problem # 4:** GERD (ICD-530.81) (ICD10-K21.9)

The following medications were removed from the medication list
   Dexilant 60 Mg Cpdr (Dexlansoprazole) ..... 1 daily
Her updated medication list for this problem includes:
   Dexilant 60 Mg Cpdr (Dexlansoprazole) ..... 1 daily
saw Dr Frank, still symptomatic

**Complete Medication List (at conclusion of visit):**
1) Concerta 36 Mg Cr-tabs (Methylphenidate hcl) .... 1 tab by mouth daily
2) Viibryd 40 Mg Tabs (Vilazodone hcl) .... 1 tab by mouth daily
3) Aviane Tabs (Levonorgestrel-ethinyl estrad tabs) .... 1 tab by mouth daily
4) Aczone 5 % Gel (Dapsone) ... Once a day as directed
5) Alprazolam 0.25 Mg Tabs (Alprazolam) .... One (1) tablet by mouth once a day as needed
6) Ritalin 5 Mg Tabs (Methylphenidate hcl) .... One (1) tablet by mouth twice a day
7) Dexilant 60 Mg Cpdr (Dexlansoprazole) .. . 1 daily

Options for treatment were discussed with patient/ patient representative and collaborated on the following plan of care/ treatment

**Patient Instructions:**
1) call any change in condition
2) Advised to follow-up in 3 months

**Prescriptions:**
RITALIN 5 MG TABS (METHYLPHENIDATE HCL) One (1) tablet by mouth twice a day  #60 x 0
   Entered and Authorized by:   Marc R Shepard MD
   Signed by:    Marc R Shepard MD on 05/16/2016
   Method used:   Print then Give to Patient
   Note to Pharmacy: do not refill until 6/15/2016
   RxID:   1779026615044490
RITALIN 5 MG TABS (METHYLPHENIDATE HCL) One (1) tablet by mouth twice a day  #60 x 0
   Entered and Authorized by:   Marc R Shepard MD
   Signed by:    Marc R Shepard MD on 05/16/2016

Patient: WAGGEL, STEPHANIE E   DOB: ████

Printed on: 07/17/2017 9:13 EDT

Page 3of 5
(Continued)

**MEDSTAR HEALTH 000037**

MedStar Health - Internal Medicine Office/Clinic Note

WAGGEL, STEPHANIE E - WHC-000007311238

Subject: OV-INTERNAL MEDICINE

Result Date: May 16, 2016 13:28 EDT

Method used:   Print then Give to Patient
Note to Pharmacy: do not refill until 7/15/2016
RxID:   1779026615044410
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily #30 x 0
Entered and Authorized by:      Marc R Shepard MD
Signed by      Marc R Shepard MD on 05/16/2016
Method used:   Print then Give to Patient
Note to Pharmacy: do not refill until 7/15/2016
RxID:   1779026615044330
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily #30 x 0
Entered and Authorized by:      Marc R Shepard MD
Signed by:      Marc R Shepard MD on 05/16/2016
Method used:   Print then Give to Patient
Note to Pharmacy: do not refill until 7/15/2016
RxID:   1779026615044260
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily #30 x 0
Entered and Authorized by:      Marc R Shepard MD
Signed by:      Marc R Shepard MD on 05/16/2016
Method used:   Print then Give to Patient
Note to Pharmacy: do not refill until 6/15/2016
RxID:   1779026297427580
RITALIN 5 MG TABS (METHYLPHENIDATE HCL) One (1) tablet by mouth twice a day #60 x 0
Entered and Authorized by:      Marc R Shepard MD
Signed by:      Marc R Shepard MD on 05/16/2016
Method used:   Print then Give to Patient
RxID:   1779026297427550
ALPRAZOLAM 0.25 MG TABS (ALPRAZOLAM) One (1) tablet by mouth once a day as needed  #30 x 1
Entered and Authorized by:      Marc R Shepard MD
Signed by:      Marc R Shepard MD on 05/16/2016
Method used:   Print then Give to Patient
RxID:   1779026297427520
VIIBRYD 40 MG TABS (VILAZODONE HCL) 1 tab by mouth daily  #30 x 2
Entered and Authorized by:      Marc R Shepard MD
Signed by:      Marc R Shepard MD on 05/16/2016
Method used:   Print then Give to Patient
RxID:   1779026297427500
CONCERTA 36 MG CR-TABS (METHYLPHENIDATE HCL) 1 tab by mouth daily #30 x 0
Entered and Authorized by:      Marc R Shepard MD
Signed by:      Marc R Shepard MD on 05/16/2016
Method used   Print then Give to Patient
RxID:   1779026297427480

The medication list was reviewed and reconciled. All changed / newly prescribed medications were explained. A complete and accurate medication list as possible was provided to the patient / caregiver.

Patient: WAGGEL, STEPHANIE E.   DOB: ████████

Printed on: 07/17/2017 9:13 EDT

Page 4of 5
(Continued)

MEDSTAR HEALTH 000038

MedStar Health - Internal Medicine Office/Clinic Note
Subject: OV-INTERNAL  MEDICINE

WAGGEL, STEPHANIE E - WHC-000007311238
Result Date: May 16, 2016 13:28 EDT

**Process Orders**
Check Orders Results:
    EMRLink: ABN not required for this insurance.
Tests Sent for requisitioning (May 16, 2016 2:11 PM):
    05/16/2016: EMRLink -- Complete Blood Count (CBC) w/ Differential w/Platelets [L005009, Q6399X] (signed)
    05/16/2016: EMRLink -- Comprehensive Metabolic Panel [L322000, Q10231X] (signed)
    05/16/2016: EMRLink -- Lipid Panel [L303756, Q7600X] (signed)
    05/16/2016: EMRLink -- Thyroid Stimulating Hormone (TSH) [L004259, Q30163P] (signed)
    05/16/2016: EMRLink -- Urinalysis (UA) Routine [L003038, Q5463X] (signed)
    05/16/2016: EMRLink -- Pain Management Profile 10 Drugs Urine [L737588, Q2124X] (signed)

**Patient Health Questionnaire (PHQ)**

**PHQ9 Questionnaire**
**1 Little interest or pleasure in doing things?** 1: several days
**2 Feeling down, depressed or hopeless?** 1: several days
**PHQ2 Score: 2**

**Electronically Signed by Marc R Shepard MD on 05/16/2016 at 8:27 PM**

**Completed Action List:**
* Perform by Marc R. Shepard, MD on May 16, 2016 13:28 EDT
* Sign by Marc R. Shepard, MD on May 16, 2016 20:27 EDT

Patient: WAGGEL, STEPHANIE E   DOB: ███████

Printed on: 07/17/2017 9:13 EDT

**MEDSTAR HEALTH 000039**

# EX. G

# To Declaration of

# Dr. Marc R. Shepard

# MEDICAL FACULTY ASSOCIATES

## THE GEORGE WASHINGTON UNIVERSITY

RE:   STEPHANIE ELLEN WAGGEL
MRN: 3798430
DOB: ▮▮▮▮▮▮

Aug 4 2016 7:08PM

## DIVISION OF HEMATOLOGY AND ONCOLOGY

**August 4, 2016**

**PATIENT:**   **STEPHANIE E WAGGEL**
**MRN:**        3798430
**DOB:**        ▮▮▮▮▮▮
**PROVIDER:**  **ROBERT S. SIEGEL, M.D.**

**PROBLEM LIST:**
1. Left renal cell carcinoma, clear cell type, Stage I, (T1aNxM0)
   - Started with LLQ abdominal pain in 2014
   - CT abdomen on 4/15/15 showing complex cystic mass in the midportion of the left kidney measuring 1.5 cm.
   - MRI abdomen on 4/24/15 showing a 1.3 cm left renal mid-pole complex cyst classified as Bosniak type 2F and a 0.5 cm hepatic cyst.
   - S/P partial nephrectomy 7/20/15 by Dr. Jarrett.  Pathology: 1.6 cm RCC (pT1a), clear cell type, Fuhrman nuclear grade II/IV, margins were clear

2. Celiac Disease...controlled through a low gluten diet
3. Depression
4. Peptic Ulcer Disease

**CURRENT MEDICATIONS:** Concerta 36 mg qd, Viibryd 20 mg qd, and Aviane, Dexilant, Xanax prn anxiety

**MEDICATION ALLERGIES:** None known

**Dr. Waggel** was initially evaluated by her internist for unexplained intermittent left lower quadrant abdominal pain since 2014. An abdominal CT scan on 4/15/15, showed a complex left kidney cyst. An abdominal MRI on 4/24/15 showed a probable Bosniak type 2F complex renal cyst. Therefore, her first urologist did not recommend surgery, but did suggest close monitoring. Dr. Tom Jarrett saw her for a second opinion. After reviewing the MRI closely, he thought she may have a Bosniak type 3 cyst, which would increase the malignant potential significantly. After a long discussion, a partial nephrectomy was recommended and performed on 7/20/15, which was consistent with clear cell RCC. Her family history is not clear with a grandfather that may have had some kidney disease. Of note, her celiac disease is controlled by avoiding gluten.

Dr. Waggel is a third year Psychiatry Resident at GW who returns for follow up of a left sided renal-cell carcinoma that was diagnosed in the Spring of 2015. She underwent a left partial nephrectomy on 7/20/15 by Dr. Jarrett. Pathology revealed a 1.6 cm RCC (T1a clear cell type). Margins were clear. She received no adjuvant therapy....and has not shown evidence of recurrence.  She does complain of anxiety and is being treated for depression.

**PAST MEDICAL HISTORY:** As above.

**SOCIAL HISTORY:** Dr. Waggel is a 2nd year psychiatry resident at George Washington University. She denies alcohol or tobacco abuse. She grew up in Uniontown, PA.

**FAMILY HISTORY:** Reviewed and non-contributory.

MEDSTAR HEALTH 000044

From: Hematology Oncology at GW Medical Faculty Associates - (202)741-Page 3 of 3                    Sent On: 12:07 PM, Friday, August 05, 2016

WAGGEL, STEPHANIE ELLEN                                                                          2
10/23/1986
Aug 4 2016 7:08PM

**REVIEW OF SYSTEMS:** 12-point review of systems is otherwise negative unless specified in HPI. ECOG
performance status is 0.

**PHYSICAL EXAMINATION:** Dr. Waggel appears well, Weight is 125 pounds, BP is 109/77, pulse 87, height
5'1", she is afebrile. Her head is normocephalic and atraumatic. Eyes exam is EOMI, PERRL, anicteric, no
erythema. Oropharynx clear. Her neck is supple with no cervical adenopathy. Lungs are clear to auscultation
bilaterally with no wheezing or rales. Her heart is regular with equal pulses bilaterally. Breast exam was deferred.
Abdomen is soft without organomegaly masses or tenderness. There is no flank tenderness. Her lower extremities
are without edema. There are no gross neurological deficits. Affect was normal.

**LABORATORY STUDIES:** Hgb 14.7, Hct 43.8, WBC 5.6, Platelets 245,000.  CMP was normal

**IMPRESSION:** At this point, I continue to see no evidence of disease recurrence, and I expect that she will do
well, given the stage and histology of her kidney tumor. I do think that she would benefit from a repeat scan.

**PLAN:** We have agreed upon the following plan:

1. I've ordered an MRI of her Abdomen and a chest X-Ray.
2. The patient and I will communicate in person or by phone after these results are known.
3. I've invited her to return to see me in six months to return for a follow up.

**ROBERT S. SIEGEL, M.D.**
**Division of Hematology-Oncology**

cc:

Thomas Jarrett, M.D.
Department of Urology

Marc Shepard, M.D.
1145 19th St NW, Suite 311
Washington, D.C. 20036
fax 202-429-4341

Electronically signed by: Robert S Siegel MD  Aug 5 2016  4:03PM EST
                                                                                          2

MEDSTAR HEALTH 000045

## George Washington University Medical Faculty Associates

2150 Pennsylvania Ave NW
Washington, DC 20037
(202) 741-3000

**Patient:** WAGGEL, STEPHANIE E
2443 Founders Way
HERNDON, VA 20171

**Age/Sex/DOB:** 29 yrs  F
**EMRN:** 3798430
**OMRN:** 3798430
**Home:** 0
**Work:**

## Results

**Lab Accession #** 19178016cr
**Ordering Provider:** Siegel, Robert S
**Performing Location:**

**Collected:** 8/19/2016 11:46:00AM
**Resulted:** 8/19/2016 11:46:00AM
**Verified By:** Siegel, Robert S
**Auto Verify:** N

**XR Chest 2 Views**                                                  **Stage:**   **Final**

| Test | Result | Units | Flag Reference Range |
|------|--------|-------|----------------------|
| XR Chest 2 Views | | | |

PROCEDURE:  XR CHEST 2 VIEWS

COMPARISON:  George Washington University Hospital, CR, XR CHEST 1 VIEW FRONTAL,
7/21/2015, 4:24.

INDICATIONS:  Renal cell carcinoma - Dx Code: C64.9.

FINDINGS:

PA and lateral views of the chest were performed.

HEART AND MEDIASTINUM:  The cardiomediastinal silhouette is normal.

LUNGS:  The lungs are clear. Nodular opacities superimposed over the lower lobes
likely represent nipple shadows.

BONES:  No acute abnormality.

IMPRESSION:

No evidence of acute cardiopulmonary disease.

I, Martin S. Kneller, M.D., am the attending radiologist, and my electronic signature
below attests to the fact that I have
personally reviewed the images, agree with or have  edited the findings described
above by the resident or fellow, and have
personally inserted this statement.

Printed by: Scott, Janae  |  8/23/2016  9:51:00AM                               Page 1 of 2

**MEDSTAR HEALTH 000046**



**GWU- George Washington University Hospital**
Washington, DC 20037-2342
(202) 715-4000

Patient: WAGGEL, STEPHANIE E                                   Date of Birth:
Ordering Physician: Jarrett,Thomas MD      Patient Type:  Outpatient    Patient Location:  GWU Radiology
Attending Physician:  Siegel,Robert S MD

---
*Imaging*
---

PROCEDURE                                    EXAM DATE/TIME
MRI Abdomen w/ + w/o Contrast                8/19/2016 15:00 EDT

PROCEDURE:  MRI ABDOMEN W/ + W/O CONTRAST

COMPARISON:  None.

INDICATIONS: Status post left partial nephrectomy for removal of renal cell carcinoma

TECHNIQUE: Multiplanar, multi-sequence MR imaging of the abdomen was performed
Contrast Dose:  12mL
Contrast Utilized:  Magnevist

FINDINGS:
The patient is status post partial nephrectomy involving the lateral interpolar aspect of the
left kidney. There is no evidence of recurrence of disease. The right kidney is unremarkable.

The liver is normal in size and contour. A 5 mm cyst is seen at the dome of segment 7 of the
liver. 2 small cysts are seen inferiorly within segment 6. There are no abnormal signal
characteristics. The liver shows no evidence of biliary dilation or masses.

The pancreas demonstrates normal intrinsic T1 signal intensity and shows no evidence of masses
or pancreatic ductal dilatation.

The adrenals and spleen are unremarkable.   There is no lymphadenopathy.

IMPRESSION:
1. Status post left partial nephrectomy with no evidence of recurrence of disease.

Dictated by: Myles Taffel, M.D. on 8/19/2016 at 15:30
Final report has been approved and electronically signed by: Myles Taffel, M.D. on 8/19/2016 at
15:34
***** Preliminary *****

Dictated by:  Taffel MD, Myles T        Dictated DT/TM:   08/19/2016 3:34 pm
Transcribed By: MTT                     Transcribed DT/TM  08/19/2016 3:34 pm

MRN: GWU3798430      FIN: GWU0000129811030      Accession Number: 55-MR-16-010180      Page 1 of 1
Report Request Id:  73368923

**MEDSTAR HEALTH 000047**

# EX. H

# To Declaration of

# Dr. Marc R. Shepard

# MEDICAL FACULTY ASSOCIATES

## THE GEORGE WASHINGTON UNIVERSITY

Thomas W. Jarrett, M.D.
Chairman
Professor of Urology

Paul Rusilko, M.D.

Ramez Andrews, M.D.
Assistant Professor

Harold A. Frazier, II, M.D., F.A.C.S.
Director of Urologic Oncology

Dr. Frederick B. Hendricks, M.D., F.A.C.S.
Associate Professor of Urology

Michael H. Phillips, M.D., F.A.C.S.
Clinical Professor of Urology

Dr. Hfont Semerjian, M.D.
Clinical Professor Urology

Tiffany Sotelo, M.D.
Chief, Pelvic Floor Center

Mar 29 2017

## DEPARTMENT OF UROLOGY

PATIENT: Waggel, Stephanie E.
MRN: 3798430
DOB:
DOS: 03/29/2017

**REASON FOR VISIT:** Ms. Waggel returns for a follow-up.

**HISTORY OF PRESENT ILLNESS:** In summary, Ms. Waggel is a pleasant 30-year-old woman, whom I know, who has a history of kidney cancer. She underwent a laparoscopic robotic-assisted partial mastectomy in July 23, 2015 for tumor measuring 1.6 cm in size Fuhrman grade 2 with negative margins and clear cell histology. She overall has done well from a medical point of view except she has one main complaint. She is complaining of urinary frequency. She went to a urogynecologist and requested for primary care doctor. He did a voiding diary that shows that she is making over 3 liters of urine a day. Interestingly, her intake was less than 3 liters. I discussed the situation with her and told that it is certainly impossible that she must have fluid that she is consuming either with foods or otherwise it is not recorded or possibly her body was diuresing from another time. She showed me her laboratory evaluation. The interesting thing is that she does have an elevated BUN and creatinine ratio. You would think that if she drinks as much as fluid that she said she does, that this will be lower. She is scheduled for MRI of the abdomen as well as the chest x-ray for next week. This is for follow up of her kidney cancer.

**ASSESSMENT/PLAN:** I have encouraged her to follow up with her primary care doctor to consider possibilities for this disparity with her BUN and creatinine ratio. Perhaps a nephrologist or workup for diabetes insipidus as indicated. She is going to discuss this with him. She will follow up with a urogynecologist as well. She will call me after she has her imaging studies, so I can review them. I did tell her that the ALA guidelines recommend imaging on a yearly basis and this has been less than a year, however, she said that she is quite anxious and it would help her to be relieved to know that there is no evidence of any tumor recurrence. We left that she will call me in one week's time and we can proceed from there.

Thomas W. Jarrett, M.D.

Surgical Specialties Practice Group
Department of Urology
Patient Appointments 202-741-3100
2150 Pennsylvania Avenue, NW  •  Washington, DC 20037  •  202-741-3100  •  FAX 202-741-3113

MEDSTAR HEALTH 000060

WAGGEL, STEPHANIE E
03/29/2017


Professor and Chairman
Department of Urology
(202) 741-3115, Fax (202) 741-3113


Electronically signed by:Thomas W Jarrett M.D.  Apr  7 2017  1:46PM EST Author

MEDSTAR HEALTH 000061