IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

DR. STEPHANIE WAGGEL,

    Plaintiff,

v.

THE GEORGE WASHINGTON UNIVERSITY

    Defendant.

Case No.: 1:16-cv-01412

## SECOND DECLARATION OF PETER K. TOMPA IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

Peter K. Tompa, pursuant to 18 U.S.C. § 1746, declares as follows:

1. I am of counsel to the firm of Bailey & Ehrenberg PLLC. I make this declaration in support of Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

2. Attached hereto are true and correct copies of the following documents:

| | |
|---|---|
| Exhibit A - | Academic Improvement Policy |
| Exhibit B - | ACGME Clinical Competency Committees: A Guidebook for Programs |
| Exhibit C - | Waggel Milestone Evaluations, dated January 13, 2015, Waggel Declaration ¶ 9. |
| Exhibit D - | May 1-5, 2015, Email communication from Chad Henson regarding fitness of duty evaluation. |
| Exhibit E - | Email from Catapano to Medicine Chiefs, telling them to disregard email about surgery, dated June 17, 2015, Waggel Declaration ¶ 43. |
| Exhibit F - | Letter of Deficiency, dated July 15, 2015, Waggel Declaration ¶ 49. |
| Exhibit G - | Email from Dr. Emejuru, dated July 18, 2015, disallowing appointments on Thursdays after Waggel goes for pre operation appointment, Waggel Declaration ¶ 51. |
| Exhibit H - | Email exchange with ACGME regarding difficulty scheduling surgery, suggestions include speaking to program director and FMLA leave, dated July 27, 2015, Waggel Declaration ¶ 57. |

| | |
|---|---|
| Exhibit I - | August 5, 2015, Second Milestone Evaluation, Waggel ¶ 60. |
| Exhibit J - | Oct. 19, 2015, favorable evaluation by Karen Wooten |
| Exhibit K - | Email dated October, 22, 2015, expressing frustration about inability to take time off, Waggel Declaration ¶ 117. |
| Exhibit L - | Email exchange with Dr. Griffith where he refuses to meet, dated October 23, 2015, Waggel Declaration ¶ 121. |
| Exhibit M - | Dr. Shephard paperwork submission on Dr. Waggel's behalf for FMLA leave, Waggel Declaration ¶ 125. |
| Exhibit N - | Letter of Deficiency (LOD), dated October 28, 2015, Waggel Declaration ¶ 128. |
| Exhibit O - | LOD, dated November 11, 2015, Waggel Declaration ¶ 133. |
| Exhibit P - | Amended Letter of Deficiency (LOD), dated November 19, 2015, Waggel Declaration ¶ 133. |
| Exhibit Q - | Email about Catapano Telephone call, dated November 10, 2015, Waggel Declaration ¶¶ 137-138. |
| Exhibit R - | November 10, 2015, email to Catapano about telephone call concerning dean's investigation, Waggel Declaration ¶¶ 137-138. |
| Exhibit S - | November 13-15, email exchange among Catapano, Reed and Berger re upcoming LOD and time off. |
| Exhibit T - | Email exchange about November 18, 2015 meeting with Dean Berger, Waggel Declaration ¶ 143. |
| Exhibit U - | Memos re November 18, 2015 meeting with Dean Berger where he warns about attorney involvement, Waggel Declaration ¶ 143. |
| Exhibit V - | November 19, 2015 email communication with Catapano re unsatisfactory performance, Waggel Declaration ¶ 145. |
| Exhibit W - | LOD, dated December 10, 2015, Waggel Declaration ¶ 167. |
| Exhibit X - | Appeal of decision not to allow progression to PGY3 year, dated December 11, 2015, Waggel Declaration ¶ 168. |
| Exhibit Y - | Appeal documentation, dated December 23, 2015, Waggel Declaration ¶ 169. |
| Exhibit Z - | Email exchange with Dr. Kels and Dr. Catapano, dated December 29-30, 2015, Waggel Declaration ¶ 171. |

Exhibit AA - Email exchange with Dr. Kels regarding request to be placed back on the call schedule, dated January 8, 2016, Waggel Declaration ¶¶ 176-177.

Exhibit BB - Follow up email requesting to be placed back on the call schedule, dated January 13, 2016, Waggel Declaration ¶ 178.

Exhibit CC - Email exchange with Dr. Sarani, regarding call schedule, dated January 19- February 3, 2016, Waggel Declaration ¶ 181.

Exhibit DD - Email exchange with Dr. Gandhi regarding essay, dated January 19-20, 2016, Waggel Declaration ¶¶ 182, 184.

Exhibit EE - January 20, 2016, Email to Dr. Bathgate, ombudsman, Waggel Declaration ¶ 183.

Exhibit FF - January 20, 2016, email to Dean Berger documenting attempts to contact Dr. Dyer and Dr. Kels.

Exhibit GG - Communication from Dr. Catapano, dated January 21, 2016, Waggel Declaration ¶ 185.

Exhibit HH - Email from Dr. Catapano, dated February 2, 2016, regarding CCC "improvement plan," Waggel Declaration ¶ 189.

Exhibit II - Email exchange with Catapano, dated February 4-8, 2016, regarding return of keys and awaited CCC improvement plan, Waggel Declaration ¶¶ 195-196.

Exhibit JJ - Email exchange with Victoria Anderson regarding doctors' appointment, dated February 9, 2016, Waggel Declaration ¶ 197.

Exhibit KK - Email from Dr. Catapano, dated February 11, 2016, regarding CCC "improvement plan," Waggel Declaration ¶ 198.

Exhibit LL - Minutes of February 9, 2016 CCC meeting, Waggel Declaration ¶ 199.

Exhibit MM - February 22, 2016 Email from Dr. Catapano to Dr. Dyer regarding Sarani concerns.

Exhibit NN - Transcript of meeting with Dean Berger, dated March 17, 2016, Waggel Declaration ¶ 212.

Exhibit OO - Transcript of meeting with Dr. Griffith and Dr. Catapano regarding removal from patient care, dated March 17, 2016, Waggel Declaration ¶¶ 213-215.

| | |
|---|---|
| Exhibit PP - | March 21, 2016 Memorandum from Dr. Griffith re instructions not to assist Dr. Waggel in procuring a transfer and threatening her medical license. |
| Exhibit QQ - | Appeal decision from Dr. Simons, dated March 25, 2016, Waggel Declaration ¶ 217. |
| Exhibit RR - | March 25, 2016 Email from Dr. Simons to Dr. Dyer and Catapano re appeal decision. |
| Exhibit SS - | March 25, 2016 Email from Dyer regarding Simons decision and Waggel's draft milestones. |
| Exhibit TT - | March 25, 2016 Email from Dyer to Catapano regarding how to fix the problem. |
| Exhibit UU - | Dean Berger's adjudication of misconduct investigation, dated April 8, 2016, Waggel Declaration ¶¶203, 227. |
| Exhibit VV - | April 8, 2016 CCC Minutes regarding dismissal |
| Exhibit WW - | April 11, 2016 Email from Dyer to Catpano noting GME promise to affirm decision to terminate Dr. Waggel and back up any decision on credit for residency. |
| Exhibit XX - | Letter of dismissal, dated May 2, 2016, Waggel Declaration ¶ 231. |
| Exhibit YY - | Appeals of dismissal, Waggel Declaration ¶ 232. |
| Exhibit ZZ - | GWU supplemental production of leave requests. |
| Exhibit AAA - | GWU supplemental production FMLA leave. |
| Exhibit BBB - | FMLA paperwork prepared on Dr. Waggel's behalf for periodic leave in 2015 and 2016 by her primary care doctor. |
| Exhibit CCC - | GWU Medical Accommodation form. |
| Exhibit DDD - | Transcript for Deposition of Allen Dyer, M.D., Corporate Designee, August 28, 2017 ("Dyer Deposition"). |
| Exhibit EEE - | Dyer Deposition Exhibit 2 |
| Exhibit FFF - | Dyer Deposition Exhibit 3 |
| Exhibit GGG - | Transcript for Deposition of Dr. Jeffrey Berger, Corporate Designee, August 25, 2017. |

Case 1:16-cv-01412-CKK   Document 35-5   Filed 02/12/18   Page 5 of 5

Exhibit HHH -   Transcript for Deposition of Lisa Catapano, Corporate Designee, September 7, 2017 ("Catapano 30(b)(6) Deposition").

Exhibit III -   Catapano 30(b)(6) Deposition Exhibit 7.

Exhibit JJJ -   Catapano 30(b)(6) Deposition Exhibit 12.

Exhibit KKK -   Catapano 30(b)(6) Deposition Exhibit 13.

Exhibit LLL -   Catapano 30(b)(6) Deposition Exhibit 16.

Exhibit MMM -   Catapano 30(b)(6) Deposition Exhibit 17.

Exhibit NNN -   Transcript for Deposition of James Griffith, July 28, 2017.

Exhibit OOO -   Transcript for Deposition of Stephanie Waggel, October 25, 2017.

Exhibit PPP -   April 2016 Calculation of time spent in program for purposes of transferring.

Exhibit QQQ -   Policy on duty hours.

Exhibit RRR -   Email from Allen Dyer to Catapano, et al. re: CCC communication, November 19, 2015.

Exhibit SSS -   Emails re March Vacation Authorization.

Exhibit TTT -   March 2016 email re medical leave.

Exhibit UUU -   Griffith Deposition Exhibit 9.

Exhibit VVV -   Griffith Deposition Exhibit 13.

I declare under the penalties of perjury that this declaration is true and correct and that it was executed in Washington, D.C. on Feb. 12, 2018.

_Peter K. Tompa_
Peter K. Tompa (D.D.C. # 413752)
BAILEY & EHRENBERG PLLC
1015 18th Street, NW, Suite 204
Washington, DC 20036
T: 202-331-1331
F: 202-318-7071
pkt@becounsel.com