# EXHIBIT QQ

IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| DR. STEPHANIE WAGGEL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No.: 1:16-cv-01412-CKK |
| v. | ) Hon. Colleen Kollar-Kotelly |
| | ) |
| THE GEORGE WASHINGTON UNIVERSITY, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S FIRST INTERROGATORIES TO PLAINTIFF

Pursuant to Federal Civil Procedure Rules 26 and 33, the following Interrogatories are propounded to Plaintiff Dr. Stephanie Waggel ("Plaintiff" or "Dr. Waggel") by Defendant George Washington University ("GW"). You are required to answer each interrogatory, separately and fully, in writing, under oath, and to serve a copy of your answers before the 30th day from the date of service hereof.

## DEFINITIONS AND INSTRUCTIONS

A. These interrogatories are continuing in character, so as to require you to file supplementary answers if you obtain further or different information before trial.

B. Where the name or identity of a person is requested, please state the full name, home address, business address, and home and business telephone numbers.

C. Unless otherwise indicated, these interrogatories refer to the time, place and circumstances of the occurrences mentioned or complained of in the Complaint.

D. Where knowledge or information in possession of a party is requested, such a request includes knowledge of the party's agents, representatives, and, unless privileged, his or her attorneys.

JACKSON & CAMPBELL, P.C.

/s/   Nicholas S. McConnell
Nicholas S. McConnell (#167742)
Crystal S. Deese (#454759)
Jackson & Campbell, P.C.
1120 20th Street, N.W., Suite 300 South
Washington, D.C. 20036
(202) 457-1600
nmcconell@jackscamp.com
cdeese@jackscamp.com

*Counsel for Defendant*
The George Washington University

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served by email and United States Mail First Class postage prepaid on this 23rd day of December, 2016, upon:

> Jason H. Ehrenberg, Esq.
> Peter K. Tompa, Esq.
> Bailey & Ehrenberg PLLC
> 1015 18th Street, N.W.
> Suite 204
> Washington, D.C. 20036
> *Counsel for Plaintiff*

//s// Nicholas S. McConnell

8

3310183v.1