AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Dr. Stephanie Waggel )
)
v. ) Case No.: 1:16-cv-01412-CKK
)
George Washington University )
)

## BILL OF COSTS

Judgment having been entered in the above entitled action on __11/09/2018__ against __Dr. Stephanie Waggel__,
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk .................................................................... | $ |
| Fees for service of summons and subpoena ................................... | |
| Fees for printed or electronically recorded transcripts necessarily obtained for use in the case ...... | 5,051.45 |
| Fees and disbursements for printing ............................................ | |
| Fees for witnesses *(itemize on page two)* ...................................... | 0.00 |
| Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case ................................................. | |
| Docket fees under 28 U.S.C. 1923 ............................................. | |
| Costs as shown on Mandate of Court of Appeals ............................ | |
| Compensation of court-appointed experts .................................... | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 ..... | |
| Other costs *(please itemize)* ..................................................... | |
| **TOTAL** $ | **5,051.45** |

*SPECIAL NOTE:* Attach to your bill an itemization and documentation for requested costs in all categories.

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid
☐ Other:
s/ Attorney: _[signature]_
Name of Attorney: Nicholas S. McConnell

For: George Washington University                    Date: 11/28/2018
*Name of Claiming Party*

### Taxation of Costs

Costs are taxed in the amount of _____ and included in the judgment.

_____ By: _____ _____
Clerk of Court              Deputy Clerk                 Date

AO 133 (Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees) ||||||||
|---|---|---|---|---|---|---|---|
| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE || SUBSISTENCE || MILEAGE || Total Cost Each Witness |
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | TOTAL || $0.00 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
    "Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
    "A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
    Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 day's notice. On motion served within the next 7 days, the court may review the clerk's action.

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

    When a party may or must act within a specified time after service and service is made under Rule 5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

    Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

# VERITEXT
## LEGAL SOLUTIONS

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: 20-3132569

| | | | |
|---|---|---|---|
| **Bill To:** | Sarah Tatum<br>Jackson & Campbell, PC<br>1120 20th St NW, Suite 300<br>One Lafayette Centre, South Tower<br>Washington, DC, 20036 | **Invoice #:**<br>**Invoice Date:**<br>**Balance Due:** | PA2946143<br>4/20/2017<br>$1,152.91 |

*071722.14*

| | |
|---|---|
| **Case:** | Stephanie Waggel v. George Washington University |
| **Job #:** | 2589608 \| Job Date: 4/5/2017 \| Delivery: Normal |
| **Billing Atty:** | Sarah Tatum |
| **Location:** | Audio Transcription<br>\| Washington, DC 20005 |
| **Sched Atty:** | Sarah Tatum \| Jackson & Campbell, PC |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| James L. Griffith, MD | Original Transcript | Page | 29.00 | $3.80 | $110.20 |
| Lorenzo Norrl, MD & Daniel Lieberman, MD | Original Transcript | Page | 31.00 | $3.80 | $117.80 |
| Mary Tucker, MA, 3-17-16 | Original Transcript | Page | 11.00 | $3.80 | $41.80 |
| Mary Tucker, MA - 5/26/16 | Original Transcript | Page | 30.00 | $3.80 | $114.00 |
| Mary Tucker, MA, 5-19-16 | Original Transcript | Page | 64.00 | $3.80 | $243.20 |
| Stephanie Waggel, MD, MS | Original Transcript | Page | 116.00 | $3.80 | $440.80 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $1,067.80 ✓ |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $85.11 |
| **Balance Due:** | $1,152.91 |

**TERMS:** Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

ELITE POSTING
VOUCHER *195872*
COST INDEX _____

**THIS INVOICE IS 153 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

| | | | |
|---|---|---|---|
| **To pay online, go to**<br>**www.veritext.com** | **Please remit payment to:**<br>**Veritext**<br>**P.O. Box 71303**<br>**Chicago IL 60694-1303** | **Invoice #:**<br>**Job #:**<br>**Invoice Date:**<br>**Balance:** | PA2946143<br>2589608<br>4/20/2017<br>$1,152.91 |

13525   Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

071722.14

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 181272 | 8/8/2017 | 152172 |
| Job Date | Case No. | |
| 7/25/2017 | 1:16-cv-01412-CKK | |
| Case Name | | |
| Waggel -v- George Washington University | | |
| Payment Terms | | |
| Due upon receipt | | |

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

TRANSCRIPT WITH INDEX OF:

Victoria Anderson          52.00 Pages          153.40
    Exhibits               2.00 Pages            0.70

                           TOTAL DUE >>>        $154.10
                           AFTER 9/7/2017 PAY   $161.81

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

                    (-) Payments/Credits:     0.00
                    (+) Finance Charges/Debits: 19.26
ELITE POSTING      (=) New Balance:          $173.36
VOUCHER 197646
COST INDEX

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

Invoice No.   : 181272
Invoice Date  : 8/8/2017
Total Due     : $173.36

Job No.    : 152172
BU ID      : 01-MAIN
Case No.   : 1:16-cv-01412-CKK
Case Name  : Waggel -v- George Washington University

Remit To:   Planet Depos, LLC
            405 East Gude Drive
            Suite 209
            Rockville, MD  20850

07/722.14

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182583 | 8/17/2017 | 151834 |
| Job Date | Case No. | |
| 7/28/2017 | 1:16-cv-01412-CKK | |
| Case Name | | |
| Waggel -v- George Washington University | | |
| Payment Terms | | |
| Due upon receipt | | |

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

TRANSCRIPT WITH INDEX OF:

    James Griffith                                                                     122.00  Pages         359.90
    Exhibits                                                                              59.00  Pages           20.65

                                                                              TOTAL DUE  >>>        $380.55
                                                                              AFTER 9/16/2017  PAY       $399.58

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289         Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within
30 days of receipt.  Thank you for your business.

                                                                            (-) Payments/Credits:          0.00
                                                                           (+) Finance Charges/Debits:       47.58
                                                                              (=) New Balance:            $428.13

Tax ID: 26-3280557

ELITE POSTING
VOUCHER 197647
COST INDEX

*Please detach bottom portion and return with payment.*

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

| | | |
|---|---|---|
| Invoice No. | : | 182583 |
| Invoice Date | : | 8/17/2017 |
| Total Due | : | $428.13 |

| | | |
|---|---|---|
| Job No. | : | 151834 |
| BU ID | : | 01-MAIN |
| Case No. | : | 1:16-cv-01412-CKK |
| Case Name | : | Waggel -v- George Washington University |

Remit To:    Planet Depos, LLC
                  405 East Gude Drive
                  Suite 209
                  Rockville, MD  20850

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182375 | 8/17/2017 | 151832 |
| Job Date | Case No. | |
| 7/27/2017 | 1:16-cv-01412-CKK | |
| Case Name | | |
| Waggel -v- George Washington University | | |
| Payment Terms | | |
| Due upon receipt | | |

**Planet Depos**
We Make It Happen

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

071722.14   ~~[crossed out]~~ — pay $615.20

TRANSCRIPT WITH INDEX OF:
   Lisa Catapano                                            200.00  Pages      590.00
   Exhibits                                                72.00  Pages       25.20

TOTAL DUE >>>   $615.20
AFTER 9/16/2017 PAY   $645.96

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

(-) Payments/Credits:   0.00
(+) Finance Charges/Debits:   76.91
(=) New Balance:   $692.11

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

ELITE POSTING
VOUCHER 199133
COST INDEX _____

---

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

Invoice No.  : 182375
Invoice Date : 8/17/2017
**Total Due  : $692.11**

Remit To:  Planet Depos, LLC
          405 East Gude Drive
          Suite 209
          Rockville, MD  20850

Job No.    : 151832
BU ID      : 01-MAIN
Case No.   : 1:16-cv-01412-CKK
Case Name  : Waggel -v- George Washington University

*071722.14*



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 182704 | 8/17/2017 | 151848 |
| **Job Date** | **Case No.** | |
| 7/27/2017 | 16-CV-01412 | |

**Case Name**

Waggel -v- The George Washington University

**Payment Terms**

Due upon receipt

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC 20036-3437

VIDEOGRAPHY SERVICES FOR THE DEPOSITION OF:

Lisa Catapano - VIDEO

| | | | |
|---|---|---|---|
| Digital Video File(s) - First Set | 2.00 | Files | 190.00 |
| Synchronization | 4.50 | Hours | 225.00 |
| Video Upload/Archive | | | 25.00 |
| Shipping & Handling | | | 25.00 |
| | **TOTAL DUE >>>** | | **$465.00** |
| | AFTER 9/16/2017 PAY | | $488.25 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289     Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC 20036-3437

| | | |
|---|---|---|
| Invoice No. | : | 182704 |
| Invoice Date | : | 8/17/2017 |
| **Total Due** | : | **$465.00** |
| AFTER 9/16/2017 PAY $488.25 | | |

ELITE POSTING
VOUCHER *195523*
COST INDEX _____

Remit To: Planet Depos, LLC
405 East Gude Drive
Suite 209
Rockville, MD 20850

| | | |
|---|---|---|
| Job No. | : | 151848 |
| BU ID | : | 02-VIDEO |
| Case No. | : | 16-CV-01412 |
| Case Name | : | Waggel -v- The George Washington University |

O71722.14

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185654 | 9/18/2017 | 152174 |
| **Job Date** | **Case No.** | |
| 8/25/2017 | 1:16-cv-01412-CKK | |
| **Case Name** | | |
| Waggel -v- George Washington University | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Planet Depos**
We Make It Happen

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

TRANSCRIPT WITH INDEX OF:
    Dr. Jeffrey Berger, Corporate Designee
    Exhibits

| | | |
|---|---|---:|
| 142.00 | Pages | 418.90 |
| 117.00 | Pages | 40.95 |
| | TOTAL DUE >>> | $459.85 |
| | AFTER 10/18/2017 PAY | $482.84 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289    Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

| | |
|---|---:|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 50.59 |
| (=) New Balance: | $510.44 |

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

ELITE POSTING
VOUCHER 197648
COST INDEX

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

| | | |
|---|---|---|
| Invoice No. | : | 185654 |
| Invoice Date | : | 9/18/2017 |
| **Total Due** | : | **$510.44** |

Remit To:  **Planet Depos, LLC**
            **405 East Gude Drive**
            **Suite 209**
            **Rockville, MD  20850**

| | | |
|---|---|---|
| Job No. | : | 152174 |
| BU ID | : | 01-MAIN |
| Case No. | : | 1:16-cv-01412-CKK |
| Case Name | : | Waggel -v- George Washington University |

*071722.14*

# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 185972 | 9/19/2017 | 155438 |
| Job Date | Case No. ||
| 8/28/2017 | 16-CV-01412 ||

**Case Name**

Waggel -v- The George Washington University

**Payment Terms**

Due upon receipt

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

TRANSCRIPT WITH INDEX OF:

| | | |
|---|---|---|
| Allen Dyer, M.D., Corporate Designee | 90.00 Pages | 265.50 |
| Exhibits | 108.00 Pages | 37.80 |
| | TOTAL DUE >>> | $303.30 |
| | AFTER 10/19/2017 PAY | $318.47 |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289         Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

ELITE POSTING
VOUCHER *195768*
COST INDEX _____

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC  20036-3437

| | | |
|---|---|---|
| Invoice No. | : | 185972 |
| Invoice Date | : | 9/19/2017 |
| **Total Due** | : | **$303.30** |
| AFTER 10/19/2017 PAY $318.47 |||

| | | |
|---|---|---|
| Job No. | : | 155438 |
| BU ID | : | 01-MAIN |
| Case No. | : | 16-CV-01412 |
| Case Name | : | Waggel -v- The George Washington University |

Remit To:   **Planet Depos, LLC**
**405 East Gude Drive**
**Suite 209**
**Rockville, MD  20850**

07/722.14

# INVOICE



Planet Depos
We Make It Happen

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 195057 | 11/20/2017 | 163572 |
| Job Date | Case No. | |
| 10/25/2017 | 1:16-cv-01412-CKK | |
| Case Name | | |
| Waggel -v- George Washington University | | |
| Payment Terms | | |
| Due upon receipt | | |

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC 20036-3437

TRANSCRIPT WITH INDEX OF:
  Dr. Stephanie Waggel                    369.00 Pages            1,346.85
      Evening Attendance                                            175.00
      Exhibits                             168.00 Pages              58.80
      Shipping & Handling                                            25.00

                                    TOTAL DUE  >>>            $1,605.65
                                    AFTER 12/20/2017 PAY      $1,685.93

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number: 1048289        Wire Routing Number: 055003528
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767. Invoice disputes must be brought to our attention within 30 days of receipt. Thank you for your business.

ELITE POSTING
VOUCHER  196756
COST INDEX

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 80.28 |
| (=) New Balance: | $1,685.93 |

Tax ID: 26-3280557

*Please detach bottom portion and return with payment.*

Nicholas S. McConnell, Esquire
Jackson & Campbell, PC
1120 20th Street, NW
Suite 300 South
Washington, DC 20036-3437

| Invoice No. | : | 195057 |
|---|---|---|
| Invoice Date | : | 11/20/2017 |
| **Total Due** | : | **$1,685.93** |

Remit To:  Planet Depos, LLC
           405 East Gude Drive
           Suite 209
           Rockville, MD 20850

| Job No. | : | 163572 |
|---|---|---|
| BU ID | : | 01-MAIN |
| Case No. | : | 1:16-cv-01412-CKK |
| Case Name | : | Waggel -v- George Washington University |